# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ DAVID  C.  BETHEA _____, Bar # _____ DB0323 _____

was duly admitted to practice in the Court on

_____ May 12, 2017 _____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  _____ April 18, 2023 _____
New York, New York

_____ Ruby J. Krajick _____   By   _____ s/ A. Eames _____
Clerk of Court                                Deputy Clerk