# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____JOSHUA   ABRAHAM   BLOCK_____, Bar # _____JB5056_____

was duly admitted to practice in the Court on

_____October 9, 2007_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   _____April 18, 2023_____
           New York, New York

_____Ruby J. Krajick_____   By   _____s/ A. Eames_____
       Clerk of Court                            Deputy Clerk