# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Tara L. Borelli_____ , Bar No. ____216961____

was duly admitted to practice in this Court on ____December 12, 2001____
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ____April 12, 2023____
Date

KIRY K. GRAY
Clerk of Court

by _____/s/ Lupe Thrasher_____
Lupe Thrasher , Deputy Clerk