# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

      **DEAN  L.  CHAPMAN**      , Bar #      **DC0326**     

was duly admitted to practice in the Court on

               **June 02, 2009**               

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.    On     **April 17, 2023**
New York, New York

     Ruby J. Krajick     By     s/ S. Gonzalez
       Clerk of Court              Deputy Clerk