IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, *et al.*,<br><br>*Defendants.* | **Civil No. 3:23-cv-00376** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01(b) of the Local Rules of this Court, Stella Yarbrough, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of Kristen W. Chin, an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, 212.872.1000, kristen.chin@akingump.com, for the purposes of this litigation in this Court as counsel for plaintiffs.

1. Kristen W. Chin does not reside in this district and does not maintain an office in this district for the practice of law.

2. Kristen W. Chin is a member in good standing of the United States District Court for the Southern District of New York. A certificate of good standing and sworn statement regarding disciplinary, contempt, and criminal proceedings are attached, and the filing fee in the amount of $150.00 has been paid to the Clerk via the Court's electronic payment system.

1

Dated: April 21, 2023                    Respectfully submitted,

                                         */s/ Stella Yarbrough*
                                         Stella Yarbrough, BPR No. 033637
                                         ACLU Foundation of Tennessee
                                         P.O. Box 120160
                                         Nashville, TN 37212
                                         Tel.: 615-320-7142
                                         syarbrough@aclu-tn.org

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, *et al.*,<br><br>*Defendants.* | **Civil No. 3:23-cv-00376** |

## DECLARATION OF KRISTEN W. CHIN

1. I hereby certify that I am a member in good standing of the bar of the United States District Court for the Southern District of New York. A true and correct copy of my Certificate of Good Standing is included with the motion for my admission *pro hac vice*.

2. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

> */s/ Kristen W. Chin*
> Kristen W. Chin
>
> AKIN GUMP STRAUSS HAUER & FELD LLP
> One Bryant Park
> New York, NY 10036
> Telephone: (212) 872-1000
> Facsimile: (212) 872-1002
> Email: kristen.chin@akingump.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on April 21, 2023, a true and correct copy of the foregoing has been served on all defendants via certified mail to the Tennessee Attorney General at the following address:

500 Dr MLK Jr Blvd
Nashville, TN 37219

*/s/ Stella Yarbrough*
Stella Yarbrough BPR No. 033637
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
syarbrough@aclu-tn.org

*Attorney for Plaintiffs*