# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__KRISTEN CHIN__, Bar # __5300827__

was duly admitted to practice in the Court on

__December 13, 2022__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __April 17, 2023__
New York, New York

__Ruby J. Krajick__  By  __s/ S. Gonzalez__
Clerk of Court  Deputy Clerk