# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____RICHARD   J.   D'AMATO_____ , Bar # _____RD0127_____

was duly admitted to practice in the Court on

_____May 09, 2017_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.           On    _____April 17, 2023_____
            New York, New York

                                    By

__Ruby J. Krajick__                        __s/ S. Gonzalez__
  Clerk of Court                              Deputy Clerk