# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__CHRISTOPHER JOHN GESSNER__, Bar # __CG0904__

was duly admitted to practice in the Court on

__May 26, 2015__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __April 17, 2023__
New York, New York

__Ruby J. Krajick__     By     __s/ S. Gonzalez__
Clerk of Court                  Deputy Clerk