IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, *et al.*,<br><br>*Defendants.* | Civil No. 3:23-cv-00376 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01(b) of the Local Rules of this Court, Stella Yarbrough, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of Avatara A. Smith-Carrington, an attorney at Lambda Legal Defense and Education Fund, Inc., 1776 K Street, N.W., 8th Floor, Washington DC 20006, 202-804-6245, asmithcarrington@lambdalegal.org, for the purposes of this litigation in this Court as counsel for plaintiffs.

1. Avatara A. Smith-Carrington does not reside in this district and does not maintain an office in this district for the practice of law.

2. Avatara A. Smith-Carrington is a member in good standing of the United States Court of Appeals for the Fourth Circuit. A certificate of good standing and sworn statement regarding disciplinary, contempt, and criminal proceedings are attached, and the filing fee

1

in the amount of $150.00 has been paid to the Clerk via the Court's electronic payment system.

Dated: April 21, 2023 Respectfully submitted,

*/s/ Stella Yarbrough*
Stella Yarbrough, BPR No. 033637
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, *et al.*,<br><br>*Defendants.* | **Civil No. 3:23-cv-00376** |

## DECLARATION OF AVATARA A. SMITH-CARRINGTON

1. I hereby certify that I am a member in good standing of the bar of the United States Court of Appeals for the Fourth Circuit. A true and correct copy of my Certificate of Good Standing is included with the motion for my admission *pro hac vice*.

2. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

*/s/ Avatara A. Smith-Carrington*
Avatara A. Smith-Carrington
Lambda Legal Defense and Education Fund, Inc.
1776 K Street, N.W., 8th Floor,
Washington, DC 20006
Tel: 202-804-6245
asmithcarrington@lambdalegal.org

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on April 21, 2023, a true and correct copy of the foregoing has been served on all defendants via certified mail to the Tennessee Attorney General at the following address:

500 Dr MLK Jr Blvd
Nashville, TN 37219

*/s/ Stella Yarbrough*
Stella Yarbrough BPR No. 033637
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
syarbrough@aclu-tn.org

*Attorney for Plaintiffs*