

# CERTIFICATE OF GOOD STANDING

I, Patricia S. Connor, Clerk of this Court, certify that  Avatara Antoinette Smith-Carrington  was duly admitted to practice in this Court on  September 16, 2022 , and is in good standing in this Court.

Dated at Richmond, Virginia, on  April 6, 2023 .

Patricia S. Connor
CLERK

A True Copy PATRICIA S. CONNOR
Clerk of the United States Court of Appeals