# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

       JOSEPH   LEE   SORKIN       , Bar #        JS3333        

was duly admitted to practice in the Court on

               November 24, 2009               

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.         On      April 18, 2023
            New York, New York

Ruby J. Krajick                By        s/ A. Eames
Clerk of Court                             Deputy Clerk