# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    CHASE STRANGIO    , Bar #    4879466

was duly admitted to practice in the Court on

April 19, 2022

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    April 18, 2023
New York, New York

Ruby J. Krajick    By    s/ A. Eames
Clerk of Court      Deputy Clerk