# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__SRUTI   J.   SWAMINATHAN__, Bar # __5598792__

was duly admitted to practice in the Court on

__February 25, 2020__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __April 11, 2022__
New York, New York

__Ruby J. Krajick__   By   __s/ A. Eames__
Clerk of Court            Deputy Clerk