IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; RYAN ROE, by and through his parent and next friend, Rebecca Roe; REBECCA ROE; and SUSAN N. LACY, on behalf of herself and her patients,<br><br>*Plaintiffs,*<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter; TENNESSEE DEPARTMENT OF HEALTH; RALPH ALVARADO, in his official capacity as the Commissioner of the Tennessee Department of Health; TENNESSEE BOARD OF MEDICAL EXAMINERS; MELANIE BLAKE, in her official capacity as the President of the Tennessee Board of Medical Examiners; STEPHEN LOYD, in his official capacity as Vice President of the Tennessee Board of Medical Examiners; RANDALL E. PEARSON, PHYLLIS E. MILLER, SAMANTHA MCLERRAN, KEITH G. ANDERSON, DEBORAH CHRISTIANSEN, JOHN W. HALE, JOHN J. MCGRAW, ROBERT ELLIS, JAMES DIAZ-BARRIGA, and JENNIFER CLAXTON, in their official capacities as members of the Tennessee Board of Medical Examiners; and LOGAN GRANT, in his official capacity as the Executive Director of the Tennessee Health Facilities Commission,<br><br>*Defendants.* | **Civil No. 3:23-cv-00376**<br><br>**District Judge Eli J. Richardson**<br><br>**Magistrate Judge Alistair Newbern** |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs hereby respectfully move the Court to enter a preliminary injunction that restrains Defendants and any successors to Defendants from enforcing any provision of Senate Bill 1, codified at Tenn. Code Ann. § 68-33-101, *et seq.*, (the "Health Care Ban") during the pendency of this litigation.

In support of this Motion, Plaintiffs submit the declarations of Plaintiffs L.W., Samantha Williams, John Doe, Jane Doe, Ryan Roe, Rebecca Roe, and Susan N. Lacy, MD, FACOG; the expert declarations of Deanna Adkins, MD, Armand H. Matheny Antommaria, MD, PhD, FAAP, HEC-C, Aron Janssen, M.D., and Jack Turban, M.D.; a Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction; and the text of the Health Care Ban.

Plaintiffs' Memorandum of Law in Support of the Motion demonstrates that Plaintiffs are likely to prevail on the merits of their claims, a preliminary injunction is necessary to prevent irreparable harm to Plaintiffs, and such a preliminary injunction is in the public interest.

Plaintiffs respectfully request that the Court exercise its discretion and waive any bond requirement in this case because Defendants are unlikely to sustain any costs or damages as the result of a preliminary injunction. *See Moltan Co. v. Eagle-Picher Indus., Inc.*, 55 F.3d 1171, 1176 (6th Cir. 1995) ("the rule in our circuit has long been that the district court possesses discretion over whether to require the posting of security"); *FemHealth USA, Inc. v. City of Mount Juliet*, 458 F. Supp. 3d 777, 805 (M.D. Tenn. 2020); *Bay Cnty. Dem. Party v. Land*, 347 F. Supp. 2d (E.D. Mich. 2004).

Plaintiffs request oral argument and believe it would be helpful to the Court when considering the issues raised by the motion. Under Local Rule 7.01(a)(3), briefing should be concluded within twenty-one days after service of the motion papers, unless otherwise ordered by

the Court. Plaintiffs are mindful that the Health Care Ban is effective as of July 1, 2023. Plaintiffs accordingly ask that the Court set oral argument as soon as possible after the conclusion of briefing.

[*The remainder of this page has been left blank intentionally.*]

Dated: April 21, 2023                                      Respectfully submitted,

s/ Stella Yarbrough
  Stella Yarbrough, BPR No. 033637
  Lucas Cameron-Vaughn, BPR No. 036284**
  Jeff Preptit, BPR No. 038451**
  ACLU Foundation of Tennessee
  P.O. Box 120160
  Nashville, TN 37212
  Tel.: 615-320-7142
  syarbrough@aclu-tn.org
  lucas@aclu-tn.org
  jpreptit@aclu-tn.org
  *Attorneys for the Plaintiffs*

Joshua A. Block*
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel.: 212-549-2593
jblock@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Sruti J. Swaminathan*
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY 10005
Tel.: 212-809-8585
sswaminathan@lambdalegal.org
*Attorney for the Plaintiffs*

Avatara A. Smith-Carrington*
Lambda Legal Defense and Education Fund, Inc.
1776 K Street N.W., 8th Floor
Washington DC 20006
Tel.: 202-804-6245
asmithcarrington@lambdalegal.org
*Attorney for the Plaintiffs*

*motions to appear pro hac vice pending
**application for admission pending

Tara Borelli*
Lambda Legal Defense and Education Fund, Inc.
1 West Court Square, Ste. 105
Decatur, GA 30030
Tel.: 404-897-1880
tborelli@lambdalegal.org
*Attorney for the Plaintiffs*

Joseph L. Sorkin*
Dean L. Chapman, Jr.*
Kristen W. Chin*
Richard J. D'Amato*
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel.: 212-872-1000
jsorkin@akingump.com
dchapman@akingump.com
kristen.chin@akingump.com
rdamato@akingump.com
*Attorneys for the Plaintiffs*

Elizabeth D. Scott*
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Tel.: 214-969-2800
edscott@akingump.com
*Attorney for the Plaintiffs*

Christopher J. Gessner*
David Bethea*
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Tel.: 202-887-4000
cgessner@akingump.com
dbethea@akingump.com
*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on April 21, 2023, a true and correct copy of the foregoing has been served on all defendants via in-person service on the Tennessee Attorney General at the following address:

    500 Dr MLK Jr Blvd
    Nashville, TN 37219

                                                           s/ Stella Yarbrough
                                                           Stella Yarbrough