# Exhibit A

DUKE UNIVERSITY MEDICAL CENTER

CURRICULUM VITAE

Date Prepared: April 17, 2023

| | |
|---|---|
| Name: | Deanna Adkins, BS, MD |
| Primary Academic Appointment: | Associate Professor of Pediatrics, Career Track |
| Primary Academic Department : | Pediatrics |
| Secondary Appointment : | n/a |
| Present Academic Rank and Title : | Associate Professor |
| Date and Rank of First Duke Faculty Appointment: | July 1, 2004 Clinical Associate |
| Medical Licensure: | Since March 15, 2001 |
| License #: | 200100207 NC |
| Date: | 06/29/2023 expires |
| Specialty Certification(s) and Dates: | 10/16/2001-2018 General Pediatrics<br>8/18/2003 and current-Pediatric Endocrinology |
| Date of Birth: | 06/29/1970 |
| Place: | Albany, GA USA |
| Citizen of: | USA |
| Visa Status: | n/a |

| Education | Institution | Date (Year) | Degree |
|---|---|---|---|
| High School | Tift County High School | 1988 | Graduated with High Honors |
| College | Georgia Institute of Technology | 1993 | BS Applied Biology/Genetics High Honors |

| Education | Institution | Date (Year) | Degree |
|---|---|---|---|
| Graduate or Professional School | Medical College of Georgia | 1997 | MD |

**Professional Training and Academic Career**

| Institution | Position/Title | Dates |
|---|---|---|
| University of North Carolina Hospitals, Chapel Hill, North Carolina | Pediatrics Resident | 1997-2000 |
| University of North Carolina Hospitals, Chapel Hill, North Carolina | Pediatric Endocrine Fellow | 2000-2004 |
| Duke University Medical Center, Durham, North Carolina | Clinical Associate/Medical Instructor | 2004-2008 |
| Duke University Medical Center, Durham, North Carolina | Assistant Professor Track IV | 2008-2020 |
| Duke University Medical Center, Durham, North Carolina | Fellowship Program Director Pediatric Endocrinology- Associate PD- | 2008-2010 & 2014-12/2019 2010-2014 |
| Duke University Medical Center, Durham, North Carolina | Director Duke Child and Adolescent Gender Care Clinic | July 2015-present |
| Duke University Medical Center, Durham, North Carolina | Medical Director-Duke Children's Specialty of Raleigh | 3/2017-1/2022 |
| Duke University Medical Center, Durham, North Carolina | Associate Professor Pediatrics | 1/2020-present |
| Duke University Medical Center, Durham, North Carolina | Co-Clinical Lead Duke Sexual and Gender Wellness Program | 10/2021-present |

**Publications**
<u>Refereed Journals</u>

<u>Original Manuscripts:</u>

1. <u>Zeger M</u>, **<u>Adkins D</u>**, <u>Fordham LA</u>, <u>White KE</u>, <u>Schoenau E</u>, <u>Rauch F</u>, <u>Loechner KJ</u>. " Hypophosphatemic rickets in opsismodysplasia," J Pediatr Endocrinol Metab. 2007 Jan;20(1):79-86. PMID: 17315533

2. Worley G, Crissman BG, Cadogan E, Milleson C, **Adkins DW**, Kishnani PS "Down Syndrome Disintegrative Disorder: New-Onset Autistic Regression, Dementia, and Insomnia in Older Children and Adolescents With Down Syndrome".. J Child Neurol. 2015 Aug;30(9):1147-52. doi: 10.1177/0883073814554654. Epub 2014 Nov 3.PMID:25367918

3. Tejwani R, Jiang R, Wolf S, **Adkins DW**, Young BJ, Alkazemi M, Wiener JS, Pomann GM, Purves JT, Routh JC**,"** <u>Contemporary Demographic, Treatment, and Geographic Distribution Patterns for Disorders of Sex Development"</u>.Clin Pediatr (Phila). 2017 Jul 1:9922817722013. doi: 10.1177/0009922817722013. PMID:28758411

4. Lapinski J1, Covas T2, Perkins JM3, Russell K4, **Adkins D** 5, Coffigny MC6, Hull S7. "Best Practices in Transgender Health: A Clinician's GuidePrim Care". 2018 Dec;45(4):687-703. doi: 10.1016/j.pop.2018.07.007. Epub 2018 Oct 5. PMID: 30401350 DOI: 10.1016/j.pop.2018.07.007

5. Paula Trief, Nicole Foster, Naomi Chaytor, Marisa Hilliard, Julie Kittelsrud, Sarah Jaser, Shideh Majidi, Sarah Corathers, Suzan Bzdick, **Adkins DW**, Ruth Weinstock; "Longitudinal Changes in Depression Symptoms and Glycemia in Adults with Type 1 Diabetes", Diabetes Care; 2019 Jul;42(7):1194-1201. doi: 10.2337/dc18-2441. Epub 2019 May; PMID: 31221694

6. Mann, Courtney M., Kristen Russell, Alexy Hernandez, Nicole Lucas, Erik Savereide, Dane R. Whicker, **Deanna W. Adkins**, Nancy L. Zucker, Raye Dooley, and Bryce B. Reeve. "Concept elicitation for the development of quality measures in transgender health." In *Quality of Life Research*, 28:S104–S104. SPRINGER, 2019.

7. M. Hassan Alkazemi, MD, MS, Leigh Nicholl, MS, Ashley W. Johnston, MD, Steven Wolf, MS, Gina-Maria Pomann, PhD, Diane Meglin, MSW, **Deanna Adkins, MD**, Jonathan C. Routh, MD, MPH; Community Perspectives on Difference of Sex Development (DSD) Diagnoses: a Crowdsourced Survey, 2020 Jun;16(3):384.e1-384.e8. doi: 10.1016/j.jpurol.2020.03.023. Epub 2020 Apr 27.PMID: 32409277

8. McGuire H, Frey L, Woodcock LR, Dake E, Carl A, Matthews D, Russell K, **Adkins DA** "Differences in Patient and Parent Informant Reports of Depression and Anxiety Symptoms in a Clinical Sample of Transgender and Gender Diverse Youth" LGBT Health 2021-LGBT Health. Aug-Sep 2021;8(6):404-411. doi: 10.1089/lgbt.2020.0478. Epub 2021 Aug 12 34388043

9. Amanda Lund, KristenRussell, **DeannaAdkins**, Virginia C. Simmons, *"Simulation-Based Teaching to Improve Perioperative Care of Transgender Patients"*. Clinical Simulation in Nursing Volume 66, May 2022, Pages 76-84

10. Kathryn Blew, MD(a); Katha Desai, MS(b); Kristen Russell, MSW(c); Alexandra Stonehill, MPH(b); Jessica Lunsford-Avery, PhD(d); Sujay Kansagra, MD(e); Pinar Gumus Balikcioglu, MD, MHSc(a,f); **Deanna Adkins, MD**(a Sleep disturbances and associated health and psychosocial risk factors for impaired sleep in adolescents who identify as transgender/non-binary; in submission to Journal of Adolescent Medicine

Non Author publications

1. Turner DA, Curran ML, Myers A, Hsu DC, Kesselheim JC, Carraccio CL and the Steering Committee of the Subspecialty Pediatrics Investigator Network (SPIN). Validity of Level of Supervision Scales for Assessing Pediatric Fellows on the Common Pediatric Subspecialty Entrustable Professional Activities. *Acad Med*. 2017 Jul 11. doi: 10.1097/ACM.0000000000001820. PMID:28700462
2. Mink R, Carraccio C, High P, Dammann C, McGann K, Kesselheim J, Herman B. Creating the Subspecialty Pediatrics Investigator Network (SPIN). Creating the Subspecialty Pediatrics Investigator Network Richard Mink, MD, MACM1, Alan Schwartz, PhD2, Carol Carraccio, MD, MA3, Pamela High, MD4, Christiane Dammann, MD5, Kathleen A. McGann, MD6, Jennifer Kesselheim, MD, EdM7, J Peds 2018 Jan;192:3-4.e2. PMID: 29246355 DOI: 10.1016/j.jpeds.2017.09.079
3. Erratum 2018. PMID: 29246355 DOI: 10.1016/j.jpeds.2017.09.079

4. Mink RB[1], Myers AL, Turner DA, Carraccio CL. Competencies, Milestones, and a Level of Supervision Scale for Entrustable Professional Activities for Scholarship. Acad Med. 2018 Jul 10. doi: 10.1097/ACM.0000000000002353. [Epub ahead of print] PMID: 29995669
    DOI:10.1097/ACM.0000000000002353 Mink RB, Schwartz A, Herman BE,

Editorials

a. Editorial Charlotte News and Observer-"**NC pediatric specialists say HB2 'flawed' and 'harmful,' call for repeal**"; April 18, 2016; authors: Deanna Adkins, Ali Calikoglu, Nina Jain, Michael Freemark, Nancie MacIver, Robert Benjamin, Beth Sandberg, etc.
b. Editorial Raleigh News and Observer-"**Beverly Gray: Repeal HB2**" May 2016: authors Beverly Gray, Deanna Adkins, Judy Sidenstein, Jonathan Routh, Haywood Brown, Clayton Afonso, William Meyer, Kristen Russell, Caroline Duke, Nancy Zucker, Kevin Weinfurt, Jennifer St. Claire, Angela Annas, Katherine Keitcher

Chapters in Books

1. Endocrinology Chapter writer and editor in **Fetal and Neonatal Physiology for the Advanced Practice Nurse**; Editors: Amy Jnah DNP, NNP-BC, Andrea Nicole Trembath MD, MPH, FAAP. December 21, 2018 ISBN-10 0826157319

2. Chapter in **Dental Clinics of North America Adolescent Oral Health Edition** Understanding and Caring for LGBTQ+ Youth for the Oral Health Care Provider; Authors Joshua Raisin, DDS, Deanna Adkins MD, Scott B. Schwartz, DDS, MPH.. 2021 Oct;65(4):705-717. doi: 10.1016/j.cden.2021.06.007. Epub 2021 Jul 30.

3. Intersex Identity and Gender Assignment; **Encyclopedia of Adolescent Health**; Editor Brian Eichner, MD; Author Deanna Adkins MD 2021-

Selected Abstracts:

1. Redding-Lallinger RC, **Adkins DW,** Gray N: The use of diaries in the study of priapism in sickle cell disease. Poster Abstract in Blood November 2003
2. **Adkins, D.W.** and Calikoglu, A.S.: Delayed puberty due to isolated FSH deficiency in a male. Pediatric Research Suppl. 51: Abstract #690. page 118A, 2004
3. Zeger, M.P.D**., Adkins, D.W.,** White, K., Loechner, K.L.: Opsismodysplasia and Hypophosphatemic Rickets. Pediatric Research Suppl.-from PAS 2005
4. Kellee M. Miller[1], David M. Maahs[2], **Deanna W. Adkins**[3], Sureka Bollepalli[4], Larry A. Fox[5], Joanne M. Hathway[6], Andrea K. Steck[2], Roy W. Beck[1] and Maria J. Redondo[7] for the T1D Exchange Clinic Network; Twins Concordant for Type 1 Diabetes in the T1D Exchange -poster at ADA scientific sessions 6/2014

5. Laura Page, MD; Benjamin Mouser, MD; Kelly Mason, MD; Richard L. Auten, MD; **Deanna Adkins, MD** CHOLESTEROL SUPPLEMENTATION IN SMITH-LEMLI-OPITZ: A Case of Treatment During Neonatal Critical Illness; - poster   06/2014
6. Lydia Snyder**, MD, Deanna Adkins, MD,** Ali Calikoglu, MD; Celiac Disease and Type 1 Diabetes: Evening of Scholarship UNC  Chapel Hill 3/2015 poster
7. **Deanna W. Adkins, MD,** Kristen Russell, LCSW, Dane Whicker, PhD, Nancy Zucker, Ph. D**:** Departments of Pediatrics and Psychiatry, Duke University Medical Center*;* Evaluation of Eating Disturbance and Body Image Disturbance in the Trans Youth Population; WPATH International Scientific Meeting June 2016; Amsterdam, The Netherlands
8. Rohit Tejwani**, Deanna Adkins,** Brian J. Young, Muhammad H. Alkazemi, Steven Wolf[3], John S. Wiener, J. Todd Purves, and Jonathan C. Routh; Contemporary Demographic and Treatment Patterns for Newborns Diagnosed with Disorders of Sex Development; Poster presentation at AUA meeting 2016
9. S.A. Johnson, **D.W. Adkins,** Case Report: The Co-diagnosis of Hypopituitarism with Klinefelter in a patient with short stature; Pediatric Academic Society Meeting 2018
10. Lapinski J, Dooley R, Russell K, Whicker D, Gray, B**, Adkins DW; Title:** Developing a Pediatric Gender Care Clinic at a Major Medical Setting in the South; Workshop Philadelphia Trans Wellness Conference 2018
11. Jessica Lapinski, DO, **Deanna Adkins, MD**, Tiffany Covas, MD, MPH, Kristen Russell, MSW, LCSW; An Interdisciplinary Approach to Full Spectrum Transgender Care; WPATH Conference Buenos Aires, Argentina, November 3, 2018
12. Leigh Spivey, MS, Nancy Zucker, PhD, Erik Severiede, B.S., Kristen Russell, LCSW, **Deanna Adkins, MD**; USPATH Washington, DC Sept. 2019. Platform presentation; "Psychological Distress Among Clinically Referred Transgender Adolescents: A latent Profile Analysis"
13. Lisa Rasbach, PhD, CPNP, BC-ADM; Virginia Purrington, BSN, RN, CDCES; **Deanna Adkins, MD**; Robert Benjamin, MD;  INNOVATIONS: Improving care of patients with Type 1 Diabetes Mellitus through use of telemedicine and outreach

<u>Non-Refereed Publications</u>
  i. Print
      i. Editorial Charlotte News and Observer-"**NC pediatric specialists say HB2 'flawed' and 'harmful,' call for repeal**"; April 18, 2016
      ii. Editorial News and Observer-HB2 May 2016 -"**Beverly Gray: Repeal HB2**" May 2016
  ii. Digital
      i. Supporting and Caring for Transgender Children-HRC guide 2017
      ii. Initial endocrine workup and referral guidelines for primary care Providers-Pediatric Endocrine Society Education Committee Website Publication
      iii. Only Human Podcast August 2, 2016; https://www.wnycstudios.org/podcasts/onlyhuman/episodes/id-rather-have-living-son-dead-daughter

- iii. Media and Community Interviews
    - i. Greensboro News and Record Community Forum October 2017-*Transgender Panel Moderator*
    - ii. Playmakers Repertory Company-Chapel Hill: *Draw the Circle* Transgender Community Panel 2017
    - iii. Duke Alumni Magazine
    - iv. Duke Stories
    - v. DukeMed Alumni Magazine
    - vi. NPR Podcast Only Human piece on caring for transgender youth and follow up piece 1 year later
    - vii. ABC11, WRAL, WNCN News Coverage
    - viii. News and Observer: Charlotte and Raleigh
    - ix. Duke Chronicle and Daily Tarheel Article
    - x. Huffington Post Article
    - xi. https://www.businessinsider.com/the-olympics-uses-testosterone-to-treat-trans-athletes-like-cheaters-2021-7
    - xii. https://www.wral.com/top-transgender-doctor-warns-teen-treatment-ban-could-be-deadly/19618762/
    - xiii. http://www.ncpolicywatch.com/2021/04/07/experts-bills-targeting-trans-people-get-the-science-wrong/
    - xiv. AAMC "What is gender affirming care" April 12, 2022
    - xv. NC Policy Watch "Parents Bill of Rights," targeting LGBTQ kids is full of wrongs, opponents say 6/2/2022
    - xvi. Time Magazine; Pediatricians Who Serve Trans Youth Face Increasing Harassment. Lifesaving Care Could Be on the Line; Feb 16, 2022
    - xvii. MCSFM POWER HOUR 7/16/21
    - xviii. Doctor Radio on SXM Differences of Sex Development and Transgender care Jan 20, 2022

Published Scientific Reviews for Mass Distribution

Position and Background Papers

Other Publications

**Editorial Experience**
    Editorial Boards
    Ad Hoc scientific review journals
        Hormone Research, Lancet, NC Medical journal, Journal of Pediatrics, Pediatrics, Transgender Health, International Journal of Pediatric Endocrinology, Journal of Adolescent Health

**Consultant Appointments**

North Carolina Newborn Screening Committee
Human Rights Campaign Transgender Youth Advisory Board

**Scholarly Societies**


**Professional Awards and Special Recognitions**

ESPE Fellows Summer School, 2001
NIH Loan Repayment Program Recipient
Lawson Wilkins AstraZeneca Research Fellow, 2003-2004
HEI 2017 Leaders in LGBTQ Healthcare Equality
Inside Out Durham Appreciation Award
Duke Health System Diversity and Inclusion Award January 2018
America's Top Doctor's 2020, 2021
Duke Health System Diversity and Inclusion Award January 2020- CDHD Course Team
Teaching for Equity Fellow 2021
Durham Magazine Women of Achievement 2022


**Organizations and Participation**

| Organization | Role | Dates |
|---|---|---|
| American Academy of Pediatrics | Member<br>Council on Information Technology<br>    Member<br>    Reviewer COCIT<br>Member Section on Endocrinology | 1998 to present<br><br><br><br>2004 to present |
| Pediatric Endocrine Society | Member<br>  Member Education Committee<br>    SIG member-Transgender, DSD, liaison to Advocacy SIG<br>    Writer Web Publication for Pediatricians | 2000 to present |
| NC Pediatric Society | Member | 1998 to present |
| Endocrine Society | Member | 2000 to present |

| | | | | |
|---|---|---|---|---|
| WPATH-International Transgender Society | Member | | | 2014 to present |

## External Support

| Approximate Duration | PI | % Effort | Purpose | Amount Duration |
|---|---|---|---|---|
| Past | JAEB Center-Deanna Adkins | 0.5% | Type 1 diabetes research | $ 5yr |
| Past | Josiah Trent Foundation Grant-Deanna Adkins | 0.5% | Transgender and eating disorder research | $5000 3 yr |
| November 2020 | CMS-Deanna Adkins and Rob Benjamin | 1% | Innovations Grant | Co PI 3 yrs |
| Gifts | Private Family | | Multiple including leadership training initiatives as well as other LGBTQ work | Approx. $18,000 Unlimited duration |

## Mentoring Activities

| Faculty | |
|---|---|
| | |
| Fellows, Doctoral, Post docs | **Nancie MacIver-fellow** |
| | **Dorothee Newbern-fellow** |
| | **Krystal Irizarry-fellow** |
| | **Kelly Mason-fellow** |
| | **Laura Page-fellow** |
| | **Elizabeth Sandberg fellow UNC** |
| | **Dane Whicker-psychology post doc** |
| | **Leigh Spivey-psychology post doc** |
| | **Joey Honeycutt, Chaplain Intern** |
| | **Kathryn Blew-research mentor** |

| Residents | Yung-Ping Chin-mentor |
|---|---|
| | Kristen Moryan-mentor |
| | Jessica Lapinski-mentor |
| | Kathryn Blew-research mentor |
| | Matthew Pizzuto, Briana Scott-Coach, Laura Hampton Coach |
| Medical students | Tulsi Patel-continuity clinic mentor |
| | Ernest Barrel-continuity clinic mentor |
| | Sonali Biswas-research mentor 3rd year project |
| | Katha Desai-research mentor 3rd year project |
| | Alexa Stonehill-research mentor 3rd year project |
| | Nicholas Hastings-clinical mentor |
| Undergraduates | Erik Severeide-Duke University |
| | Lindsay Carey-Dickinson College |
| | Jeremy Gottleib-Duke University |
| | Jay Zussman-Duke University |
| High School Students | Aeryn Colton-Intern Apex High School |
| Graduate Student MBS program | Nicholas Hastings |
| UNC Gillings School of Public Health MPH students | Lauren Frey, Emily Dake, Alexandra Carle, Lindsay Woodcock, Hunter McGuire |
| Nurse Practioners | ECU, Duke-multiple |
| DNP candidates | Ethan Cicero-PhD committee member |
| | Amanda Lund-PhD committee member |
| Pediatric Dental Fellow UNC | Joshua Raisin-research associate |

**Education / Teaching Activities**
**Didactic classes**

  Hig&#818;h&#818; S&#818;c&#818;h&#818;o&#818;o&#818;l&#818;
   a. Cary Academy: Work Experience Program 2021

  Und&#818;er&#818;g&#818;r&#818;a&#818;d&#818;u&#818;a&#818;t&#818;e&#818;
  1. Creating Excellence and Ambulatory Nursing 2008
  2. Profile in Sexuality Research Series at Duke CGSD 2016

3. Duke School of Nursing BSN Course on Sexual and Gender Health guest lecturer: fall 2017, spring 2018, fall 2018, spring 2019, fall 2019, spring 2020, fall 2020, spring 2021, fall 2021, Spring 2022
4. Duke School of Nursing Lecture on Transgender Care-recorded for reuse
5. Duke Physician Assistant Program guest lecturer; fall 2017, spring 2018
6. Duke Global Health Course guest lecturer fall 2016
7. Duke Neuroscience course on Gender and Sex guest lecturer fall 2016
8. Duke Ethics Interest group guest lecturer fall 2018, 2020
9. Duke EMS group lecture fall 2018
10. Duke Physician Assistant Program LGBTQ+ Rotation Educator 2019 to present
11. Global Health Sexual and Gender Minority Seminar Lecturer 2020
12. Duke Children's hospital careers panel Feb16, 2021

**UME:**
1. Cultural Determinants of Health and Health Disparities Course: Facilitator and developed one class; 2017-18 and 2018-19, 2019-20, 2020-21, 2021-22; Steering Committee member for course development
2. UNC School of Medicine Lecturer for LGBTQ Health series 2016-recorded for reuse
3. Duke Pediatrics Interest Group lecture Nov 2020
4. Duke Med Pediatrics Interest Group lecture fall 2018, 2020
5. Lecturer Body and Disease Course MS1 2019, 2020, 2021, 2022 Clinical Correlation Differences of Sex Development
6. Lecturer Body and Disease Course MS1 2020, 2021, 2022 Transgender Medicine
7. Lecture on Cancer in Transgender and Intersex Individuals April 14, 2021 Mount Sinai School of Medicine
8. Lecture on Transgender Medicine Univ. of Tenn. Health Science Center School of Medicine May 7,2021

**Graduate School Courses:**
1. Master of Biomedical Science Program-guest lecturer on Transgender Medicine fall 2016
2. School of Nursing Graduate Intensive Course Lecturer on Sexual and Gender Health; fall 2017, spring 2018, fall 2018, spring 2019, Fall 2019
3. Fuqua School of Business Med Pride Panel and presentation fall 2017
4. Master of Biomedical Science Program Mentor 2019-2020
5. Endocrinology for Nurse Practioners Duke Neonatal Nurse Practitioner Program August 2021
6. Duke scholars gender training fall 2021

**DUHS Employee Education**
1. Annual Duke Human Resources Lunch and Learn on Gender Diversity 2016, 2017, 2018

2. Over 100 lectures across the institution on gender including CHC front desk/nursing staff, hospital wide social work/case management, radiology, PDC clinic front desk/nursing staff
3. Steering Committee for Sexual and Gender Identity Epic Module development and Educational module development
4. DCRI Pride invited speaker
5. Duke Children's staff update 2021
6. Clinic staff education for Adult Endo Clinic 1A session April 27, 2022
7. DEI presentation at Duke Development Department All Hands meeting April 25, 2022

**GME:**
1. Adult Endocrinology Fellows every year on growth and/or gender
2. Pediatric Residency Noon conferences on Growth and Gender-yearly
3. Reproductive Endocrinology Noon Conferences every 2 to 3 years
4. Adult Endocrinology Fellow Lectures on Growth and Puberty yearly
5. Psychiatry Noon Conferences periodically
6. Family Practice Noon Conference periodically
7. Pediatric Endocrine Fellow lectures twice a year or more
8. Pediatrics grand rounds: Vitamin D, Type 2 diabetes, Pubertal Development, Gender Diverse Youth
9. Duke Urology Grand Rounds 2016
10. Duke Ob/Gyn Grand Rounds 2017
11. Webinar for Arkansas Children's Hospital on transgender care 2018
12. Reproductive Challenges for Transgender people-Reproductive Endocrinology-2020
13. Metabolic Bone Disease in Neonates-NICU fellows 2019
14. Duke Psychiatry Grand Rounds 2017
15. Duke Pathology Grand Rounds fall 2020
16. Duke Family Medicine Community Rotation Educator 2019 to present
17. NC NAPNAP Symposium Keynote Speaker October 10, 2020
18. Duke Internal Medicine LEADS program speaker; Transgender Care 8/3/2021
19. Equity and Social Justice Webinar: Clinical Advocacy and Care of Transgender and Gender Diverse Youth October 27, 2021Harvard Equity and Social Justice Webinar
20. Duke Gynecology Grand Rounds: gender health and wellness March 30, 2022
21. Compassionate Care Conf Duke Health May 12, 2022

**Development of Courses Educational programs**
1. Pituitary Day October 2019-full day multispecialty seminar for caregivers of patients with hypopituitarism-Organized and developed the curriculum
2. Development of Gender Diversity Education for Health System education
3. Steering Committee for Cultural Determinants and Health Disparities Course
4. Helping to Adapt Resident Coaching Program to Pediatric Fellowships
5. Developed half day course for Duke Student Health on Care of the Gender Diverse Student with multiple disciplines included
6. Course Director: American Diabetes Association Camp Carolina Trails rotation for fellows and residents: 2009, 2011 – 2019
7. Medical Education for Camp Morris 2019, 2021, 2022

**Development of Assessment Tools and Methods**
1. Currently under development with Population Health Sciences-method to assess gender dysphoria; received Brief High Intensity Production (BHIP) grant for this collaboration; NIH grant Submitted March 2020; I am writing the portion of grant giving background on the population and the need for better measures.
2. Collaborating with the Duke Chaplain group to develop a spiritual assessment tool for gender diverse children and their families. Completed 2019

**Educational leadership roles**
1. Fellowship Program Director Pediatric Endocrinology 2008-2019
2. Course Director: American Diabetes Association Camp Carolina Trails rotation for fellows and residents: 2009, 2011 to 2019
3. Course Director: Diabetes Family Connection Camp Morris 2019, 2021, 2022

**Educational Research**
1. Working with coaching program for residents modified and applied in pediatric fellows
2. Worked with the Council on Pediatric Subspecialties EPA study

**Invited Lectures and Presentations**
1. NC Peds Conference: Pubertal Development 2016
2. Trent Center for Ethics Lecture May 2017: Transgender Medicine: a Wealth of Ethical Issues
3. Visiting Professorship: ECU Brody School of Medicine Invited Professor October 2017
4. Time to Thrive Arkansas Children's Hospital April 2018
5. College of Diplomates-pediatric dentistry society-Webinar on transgender care 4/1/2020
6. NAPNAP keynote speaker Annual Meeting October 2020
7. Wake County Duke CME program: Type 2 diabetes treatments in pediatrics 2019
8. Lecture on Cancer in Transgender and Intersex Individuals April 14, 2021 Mount Sinai School of Medicine
9. Lecture on Transgender Medicine Univ. of Tenn. Health Science Center School of Medicine May 7,2021
10. Equity and Social Justice Webinar: Clinical Advocacy and Care of Transgender and Gender Diverse Youth October 27, 2021 Harvard Equity and Social Justice Webinar
11. Parent Project Muscular Dystrophy Annual Conference 2022 June 2022

**International Meetings**
1. WPATH Amsterdam 2016
2. WPATH Buenos Aires 2018

**National Scientific Meetings (invited)**
1. Transgender SIG Developing a Patient Registry

2. Patient Advocacy for Transgender Youth Philadelphia 2018

**Instructional Courses, Workshops, Symposiums (National)**
1. The Seminar-Fort Lauderdale, FL Invited Speaker on Care of Transgender Youth 2017
2. Time to Thrive Arkansas Children's Hospital April 2018
3. National Transgender Health Summit UCSF Jan 2018: Providers as Advocates Workshop
4. Magic Foundation-Chicago, IL Annual Speaker on Precocious Puberty, Adrenal Insufficiency, and Growth Hormone at National Conference 2016, 2017, 2019, 2020, 2021
5. Equity and Social Justice Webinar: Clinical Advocacy and Care of Transgender and Gender Diverse Youth October 27, 2021Harvard Equity and Social Justice Webinar
6. Parent Project Muscular Dystrophy Phoenix, AZ Talk on Gender Transitions June 25, 2022

**Regional Presentations and Posters**
a. North Carolina Pediatric Society: Pubertal Development Presentation–Pinehurst, NC 2017
b. North Carolina Psychiatric Association: Caring for Transgender Children Presentation and Workshop on key concepts in care of transgender child-Asheville, NC 2017
c. ECU Campus Health Presentation Caring for Transgender Patients 2018
d. Radiology Technology Symposium Presentation on Caring for Transgender Patients 2018
e. Duke CME in Wake County-Update on Type 2 Diabetes Treatments Feb 2019
f. Hilton Head Pediatric CME Course-Update on Type 2 Diabetes, Short Stature, and Caring for Transgender Patients June 2019
g. Wake County Duke Pediatrics CME Type 2 diabetes treatments Feb 2019
h. NAPNAP Annual Meeting Keynote Speaker 2020
i. Sexual and Gender Minorities Research Symposium Duke Feb 2020 and March 2022; speaker and organizer

**Local Presentations**
1. Grand Rounds: 2016 to present-Duke Pediatrics twice, Moses Cones Pediatrics, ECU Ob/Gyn, Duke Ob/Gyn, Duke Psychiatry, Duke Urology, Duke Adult Endocrinology, Duke Pathology
2. Prior to 2016-Rex Grand rounds: Salt and Water balance, New treatments in Pediatric Diabetes, Adrenal Insufficiency, Duke peds grand rounds Bone Health, Type 2 Diabetes Mellitus
3. Duke Women's Weekend 2018 hosted by Duke Alumni Association
4. NCCAN Social Work Training 2016
5. NAPNAP lecture 2016 and 2018 and 2020
6. Profiles in Sexuality Research Presentation at Duke Center for Sexual and Gender Diversity 2017
7. Duke LGBTQ Alumni Weekend Presentation 2017

8. UNC Chapel Hill Campus Health Presentation 2018
9. Duke Student Health Presentation 2017, 2018, 2019 (workshop)

**Clinical Activity**
1. Duke Consultative Services Creekstone-3.5 days per week in endocrinology, gender care, and diabetes
2. Duke Child and Adolescent Gender Care Clinic 1/2 day per month at the CHC
3. Inpatient Consult Service Pediatric Endocrinology 1 week per month

Administrative and Leadership Positions
1. Medical Director Duke Children's and WakeMed Consultative Services of Raleigh stepped down Jan 2022
2. Director Duke Child and Adolescent Gender Care Clinic 2915 to present
3. Pediatric Endocrinology Fellowship Program Director 2008-2019
4. Clinical Co Lead Duke Sexual and Gender Wellness Program 2021 to present

Committees
1. Graduate Medical Education Committee-2008-2019
2. School of Medicine Sexual and Gender Diversity Council 2015 to present
3. Pediatrics Clinical Practice Committee-2015? To present
4. Pediatric Diversity and Inclusion Committee 2018 to present
5. Vice Chair for DEI Pediatrics Dept Search Committee 2021-22

Community
1. Test proctor local schools
2. Guest lecture GSA multiple years
3. Diabetes Camp over 10 years
4. 100 Women who give a hoot
5. Collaborated to bring "Becoming Johanna" to Duke along with multiple screenings with the director and the lead actor
6. Teddy Bear Hospital volunteer both years
7. Apex Pride Planning Committee 2022