# Exhibit B

**EXHIBIT B**

TABLE 1: Level (Quality) of Evidence and Class (Strength) of Recommendation[1] and in 2020 American Heart Association Guideline for Pediatric Basic and Advanced Life Support

|  | Class 1 (Strong) Benefit >>> Risk | Class 2a (Moderate) Benefit >> Risk | Class 2b (Weak) Benefit >= Risk | Class 3 No Benefit (Moderate) Benefit = Risk | Class 3 Harm (Strong) Risk > Benefit | Total |
|---|---|---|---|---|---|---|
| Level A | 1 (0.8%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (0.8%) |
| Level B-R (Randomized) | 1 (0.8%) | 2 (1.5%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (2.3%) |
| Level B-NR (Nonrandomized) | 5 (3.8%) | 9 (6.9%) | 3 (2.3%) | 0 (0.0%) | 2 (1.5%) | 19 (14.6%) |
| Level C-LD (Limited Data) | 24 (18.5%) | 22 (16.9%) | 21 (16.2%) | 1 (0.8%) | 2 (1.5%) | 70 (53.8%) |
| Level C-EO (Expert Opinion) | 22 (16.9%) | 9 (6.9%) | 6 (4.6%)_ | 0 (0.0%) | 0 (0.0%) | 37 (28.5%) |
| Total | 53 (40.8%) | 42 (32.3%) | 30 (23.1%) | 1 (0.8%) | 4 (3.1%) | 130 (100%) |

1. Level (Quality) of Evidence

Level A
- High-quality evidence from more than 1 [Randomized Controlled Trial (]RCT[)]
- Meta-analyses of high-quality RCTs
- One or more RCTS corroborated by high-quality registry studies

Level B-R (Randomized)
- Moderate-quality evidence from 1 or more RCTS
- Meta-analyses of moderate-quality RCTs

Level B-NR (Nonrandomized)
- Moderate-quality evidence from 1 or more well-designed, well-executed nonrandomized studies, observational studies, or registry studies
- Meta-analyses of such studies

Level C-LD (Limited Data)
- Randomized or nonrandomized observational or registry studies with limitations of design or execution
- Meta-analyses of such studies
- Psychological or mechanistic studies in human subjects

Level C-EO (Expert Opinion)
- Consensus of expert opinion based on clinical experience

Topjian AA, Raymond TT, Atkins D, et al. Part 4: Pediatric basic and advanced life support: 2020 American Heart Association guidelines for cardiopulmonary resuscitation and emergency cardiovascular care. Circulation. 2020;142(16_suppl_2):S469-S523.
57