IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, *et al.*,<br><br>   *Plaintiffs,*<br><br>   *v.*<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, *et al.*,<br><br>   *Defendants.* | Civil No. 3:23-cv-00376 _____ |

**EXPERT DECLARATION OF ARON JANSSEN, M.D.**

I, Aron Janssen, M.D., hereby declare and state as follows:

1. I am over 18 years of age, of sound mind, and in all respects competent to testify.

2. I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation. The opinions expressed herein are my own and do not express the views or opinions of my employer.

3. I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

4. In preparing this declaration, I reviewed Tennessee Senate Bill 1 (the "Statute," the "Ban," or the "Health Care Ban"). My opinions contained in this declaration are based on: my clinical experience as a psychiatrist treating patients with gender dysphoria, including transgender children, adolescents, and young adults; my knowledge of the peer-reviewed research, including my own, regarding the treatment of gender dysphoria, which reflects advancements in the field of transgender health; my knowledge of the clinical practice guidelines for the treatment of gender dysphoria, including my work as a contributing author of the eighth edition of the World

1

Professional Association for Transgender Health ("WPATH") *Standards of Care for the Health of Transgender and Gender Diverse People* (SOC 8); and my review of any of the materials cited herein.

5. The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject. I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

## SUMMARY OF OPINIONS

6. Gender-affirming healthcare for transgender youth—including puberty-delaying medication and gender-affirming hormones for adolescents—is widely accepted as medically necessary treatment for gender dysphoria. The following medical groups, among others, recognize that gender-affirming health care is safe and effective for adolescents: American Academy of Child and Adolescent Psychiatry, the American Academy of Pediatrics, the American Psychological Association, the American Psychiatric Association, and the American Medical Association, among many other mainstream medical organizations.

7. Under the World Professional Association for Transgender Health ("WPATH") Standards of Care and treatment guidelines from the Endocrine Society, gender-affirming treatment is provided only after a careful and thorough assessment of a patient's mental health, including co-occurring conditions, history of trauma, and substance use, among many other factors.

8. The legislative findings of the Health Care Ban reflect a distorted and erroneous interpretation of the relevant scientific literature and mental health treatments for gender-affirming care. Studies have repeatedly documented that puberty-delaying medication and gender-affirming

2

hormone therapy are associated with mental health benefits in both the short and long term. Further, I have seen first-hand countless times the benefits that adolescents can have when they have access to this safe and necessary medical care.

9. By contrast, there is no evidence that adolescents with persistent gender dysphoria can be treated with mental health therapy to stop being transgender, and such practices have been shown to be harmful and unethical. Banning transgender youth from receiving gender-affirming care will profoundly harm the mental health and wellbeing of individuals who need it.

## BACKGROUND AND QUALIFICATIONS

10. I am the Vice Chair of the Pritzker Department of Psychiatry and Behavioral Health at the Ann and Robert H. Lurie Children's Hospital of Chicago ("Children's Hospital"), where I also serve as Clinical Associate Professor of Child and Adolescent Psychiatry and Medical Director for Outpatient Psychiatric Services. I maintain a clinical practice in Illinois where I treat patients from Illinois and the surrounding states.

11. I received my medical degree from the University of Colorado School of Medicine and completed my residency in psychiatry and fellowship in child and adolescent psychiatry at New York University Langone Medical Center.

12. In 2011, I founded the Gender and Sexuality Service at New York University, for which I served as Clinical Director. I also previously served as Co-Director of the New York University Pediatric Consultation Liaison Service for the New York University Department of Child and Adolescent Psychiatry.

13. I am board certified in Child and Adolescent Psychiatry and Adult Psychiatry.

14. I have been treating children and adolescents with gender dysphoria for over 12 years. I have seen and treated over 500 children and adolescents with gender dysphoria during my

medical career. Currently, approximately 90 percent of the patients in my clinical practice are transgender children and adolescents.

15. As part of my practice, I stay current on medical research and literature relating to the care of transgender persons and patients with gender dysphoria. I am an Associate Editor of the peer-reviewed publication *Transgender Health* and a reviewer for *LGBT Health* and *Journal of the American Academy of Child and Adolescent Psychiatry*, both of which are peer-reviewed journals.

16. I am the author or co-author of 16 articles on care for transgender patients and am the co-editor of *Affirmative Mental Health Care for Transgender and Gender Diverse Youth: A Clinical Casebook* (Springer Publishing, 2018), which is the first published clinical casebook on the mental health treatment for children and adolescents with gender dysphoria. I have also authored or co-authored numerous book chapters on treatment for transgender adults and youth.

17. I have been a member of WPATH since 2011. I was actively involved in the revision of WPATH's *Standards of Care for the Health of Transgender and Gender Diverse People* ("Standards of Care"), serving as a member of revision committees for both the child and adult mental health chapters of version 8 of WPATH's Standards of Care (SOC 8), published in 2022.

18. In addition to the above, I am involved in training other medical and mental health providers in the treatment of children and adolescents with gender dysphoria. I have conducted trainings for over 1,000 medical and mental health providers and have given dozens of public addresses, seminars, and lectures on the treatment of gender dysphoria in children and adolescents.

19. I am also involved in a number of international, national, and regional committees that contribute to the scholarship and provision of care to transgender people. I am the Chair of the American Academy of Child and Adolescent Psychiatry's Sexual Orientation and Gender Identity

4

Committee. I serve as a member of the Transgender Health Committee for the Association of Gay and Lesbian Psychiatrists. I am the Founder and Director of the Gender Variant Youth and Family Network.

20. Further information about my professional background and experience is outlined in my curriculum vitae, a true and accurate copy of which is attached as **Exhibit A** to this report.

21. Within the last four years, I testified as an expert at trial or by deposition in: *B.P.J. v. W. Va. Bd. of Educ.*, Case No. 2:21-cv-00316 (S.D. W.Va.) and *L.E. v. Lee*, No. 3:21-cv-00835 (M.D. Tenn.).

22. I am being compensated for my work on this matter at a rate of $400 per hour for preparation of this report and for time spent preparing for and giving local deposition or trial testimony. In addition, I would be compensated $2,500 per day for deposition or trial testimony requiring travel and $300 per hour for time spent travelling, plus reasonable expenses. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

## EXPERT OPINIONS

### A. Gender Identity

23. At birth, infants are assigned a sex, either male or female, based on the appearance of their external genitalia. For most people, their sex assigned at birth, or assigned sex, matches that person's gender identity. For transgender people, their assigned sex does not align with their gender identity.

24. Gender identity is a person's core sense of belonging to a particular gender, such as male or female. Every person has a gender identity. Living in a manner consistent with one's gender identity is critical to the health and wellbeing of any person, including transgender people.

5

25. The legislative findings of the Health Care Ban do not use the term "gender identity" and instead use the terms "purported identity" or "asserted identity." But an individual's gender identity is not merely a personal decision, preference, or belief. A transgender boy cannot simply turn off his gender identity like a switch, any more than a non-transgender boy or anyone else could.[1]

26. The lack of evidence demonstrating that gender identity can be altered, either for transgender or for non-transgender individuals, underscores the innate nature and immutability of gender identity. Past attempts to "cure" transgender individuals by using talk therapy, and even aversive therapy, to change their gender identity to match their birth-assigned sex were ineffective and associated with extreme psychological harm.[2] Every leading medical and mental health organization has issued clear statements that those practices are harmful, ineffective, and unethical.[3]

---

[1] Some older studies have shown that prepubertal children with gender non-conforming expression realize with the onset of puberty that their gender identity is consistent with their sex assigned at birth. Those studies are subject to criticism for not accurately measuring "desistance" of a transgender identity among children. But even if those studies of prepubertal children were accepted uncritically, there are no studies that claim to document similar "desistance" once a minor reaches adolescence. *See* Madeleine S.C. Wallien, Peggy T. Cohen-Kettenis, *Psychosexual Outcome of Gender-Dysphoric Children*, JOURNAL OF THE AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, Volume 47, Issue 12, 2008, Pages 1413-1423, ISSN 890-8567, https://doi.org/10.1097/CHI.0b013e31818956b9.

[2] Turban, et al., *Association between recalled exposure to gender identity conversion efforts and psychological distress and suicide attempts among transgender adults*, 77 JAMA PSYCHIATRY 68 (2020); Green, A. E., Price-Feeney, M., Dorison, S. H., & Pick, C.J. (2020). *Self-reported conversion efforts and suicidality among US LGBTQ youths and young adults, 2018*. AMERICAN JOURNAL OF PUBLIC HEALTH, 110(8), 1221–1227; Craig, S. L., Austin, A., Rashidi, M., & Adams, M. (2017).

[3] See, e.g., American Medical Association Health care needs of lesbian, gay, bisexual and transgender populations. H-160.991. 2017. https://policysearch.ama-assn.org/policyfinder/detail/gender%20identity?uri=%2FAMADoc%2FHOD.xml-0-805.xml; Byne W, Bradley SJ, Coleman E, et al.; *American Psychiatric Association Task Force on Treatment of Gender Identity Disorder . Report of the American Psychiatric Association Task*

## B. Gender Dysphoria and Its Diagnostic Criteria

27. Gender dysphoria is the clinical diagnosis for the significant distress that results from the incongruity between one's gender identity and sex assigned at birth. It is a serious medical condition, and it is codified in the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision* (DSM-5-TR) (DSM-5 released in 2013 and DSM-5-TR released in 2022).

28. The DSM-5 defines gender dysphoria as a "marked difference between the individual's expressed/experienced gender and the gender others would assign him or her, and it must continue for at least six months. In children, the desire to be of the other gender must be present and verbalized. This condition causes clinically significant distress or impairment in social, occupational, or other important areas of functioning."

29. "Gender Dysphoria in Children" is a diagnosis applied only to pre-pubertal children in the DSM-5. The criteria are:

> A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration, as manifested by at least six of the following (one of which must be Criterion A1):
>
> 1. A strong desire to be of the other gender or insistence that one is the other gender (or some alternative gender different from one's assigned gender)
>
> 2. In boys (assigned gender), a strong preference for cross-dressing or simulating female attire; or in girls (assigned gender), a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing.

---

*Force on treatment of gender identity disorder*. ARCH SEX BEHAV. 2012;41(4):759-796; The American Academy of Child & Adolescent Psychiatry. Conversion Therapy. 2018. https://www.aacap.org/AACAP/Policy_Statements/2018/Conversion_Therapy.aspx.; Rafferty J; Committee on Psychosocial Aspects of Child and Family Health; Committee on Adolescence; Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. Pediatrics. 2018;142(4):e20182162.

3. A strong preference for cross-gender roles in make-believe play or fantasy play.

   4. A strong preference for the toys, games, or activities stereotypically used or engaged in by the other gender.

   5. A strong preference for playmates of the other gender.

   6. In boys (assigned gender), a strong rejection of typically masculine toys, games, and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, games, and activities.

   7. A strong dislike of one's sexual anatomy.

   8. A strong desire for the primary and/or secondary sex characteristics that match one's experienced gender.

 B. The condition is associated with clinically significant distress or impairment in social circles, school, or other important areas of functioning.

30. The DSM-5 has a separate diagnosis of "Gender Dysphoria in Adolescents and Adults." The criteria are:

 A. A marked incongruence between experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:

   1. A marked incongruence between one's experienced/expressed gender and primary or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).

   2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics).

   3. A strong desire for the primary and/or secondary sex characteristics of the other gender.

   4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

   5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

31. Simply being transgender or gender nonconforming is not a medical condition to be treated. As the DSM-5 recognizes, diagnosis and treatment are "focus[ed] on dysphoria as the clinical problem, not identity per se." (DSM-5, at 451). The DSM-5 unequivocally repudiated the outdated view that being transgender is a pathology by changing the name of the condition from "Gender Identity Disorder" to "Gender Dysphoria" and by revising the diagnostic criteria to recognize the clinical distress as the focus of the treatment, not the patient's transgender status.

C. **Standard of Care for the Treatment of Gender Dysphoria in Adolescents**

32. WPATH has issued Standards of Care for the Health of Transgender and Gender Diverse People ("WPATH Standards of Care" or "SOC") since 1979. The current version is SOC 8, published in 2022.[4] The WPATH Standards of Care, which are widely accepted in the medical community, provide guidelines for multidisciplinary care of transgender individuals, including children and adolescents, and describe criteria for medical interventions to treat gender dysphoria, including hormone treatment and surgery when medically indicated, for adolescents and adults.

33. The SOC 8 is based upon a rigorous and methodological evidence-based approach. Its recommendations are informed by a systematic review of evidence and an assessment of the benefits and harms of alternative care options, as well as expert consensus. The process for development of SOC 8 incorporated recommendations on clinical practice guideline development

---

[4] Coleman, E., et al., J. (2022). *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8.* INTERNATIONAL JOURNAL OF TRANSGENDER HEALTH, *23*(S1), S1-S260.

from the National Academies of Medicine and The World Health Organization. Its recommendations were graded using a modified GRADE methodology considering the available evidence supporting interventions, risks and harms, and feasibility and acceptability.[5]

34. A clinical practice guideline from the Endocrine Society (the Endocrine Society Guideline) provides similar widely accepted protocols for the medically necessary treatment of gender dysphoria.[6]

35. The Health Care Ban states that "medical procedures that alter a minor's hormonal balance, remove a minor's sex organs, or otherwise change a minor's physical appearance are not consistent with professional medical standards." But no mainstream medical organization has taken that position. To the contrary, every major medical organization to take a position on the issue—including the American Academy of Pediatrics, the American Medical Association, the American Psychiatric Association, the American Psychological Association, and the American Academy of Child and Adolescent Psychiatry–agrees with WPATH and the Endocrine Society that puberty-delaying medication and gender-affirming hormones are appropriate and medically necessary treatments for adolescents when clinically indicated.[7]

---

[5] Guyatt G, et al. *GRADE guidelines: 1. Introduction-GRADE evidence profiles and summary of findings tables*. J CLIN EPIDEMIOL. 2011 Apr;64(4):383-94. doi: 10.1016/j.jclinepi.2010.04.026. Epub 2010 Dec 31. PMID: 21195583.

[6] Hembree, W. C., et al. (2017). *Endocrine treatment of gender-dysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline*. THE JOURNAL OF CLINICAL ENDOCRINOLOGY & METABOLISM, *102*(11), 3869-3903, *available at* https://doi.org/10.1210/jc.2017-01658

[7] Rafferty, J., Committee on Psychosocial Aspects of Child and Family Health, Committee on Adolescence and Section on Lesbian, Gay, Bisexual, & Transgender Health and Wellness. *Policy Statement: Ensuring Comprehensive Care and Support for Transgender and Gender Diverse Children and Adolescents*. PEDIATRICS. 2018; 142(4):2018-2162. *Available at*: https://pediatrics.aappublications.org/content/142/4/e20182162; Beers, L.S. American Academy of Pediatrics Speaks Out Against Bills Harming Transgender Youth. *American Academy of Pediatrics*. 2021. *Available at*: https://services.aap.org/en/news-room/news-

36. The legislative findings also state that "that supposed guidelines advocating for such treatment have changed substantially in recent years." This is not accurate. Existing clinical guidelines do not "advocate" for treatment but rather provide clinicians with protocols based on the best available evidence. The Endocrine Society Guideline has not been updated since 2017 and the recent update from WPATH was developed over several years. As with all clinical practice guidelines, these are updated to reflect the state of knowledge in the field based on clinical experience and research.

**D. Assessment and Treatment of Gender Dysphoria in Adolescents**

37. Under the WPATH Standards of Care and Endocrine Society Guideline, no medical or surgical treatments are provided before the onset of puberty.[8]

38. If medically indicated, adolescents with gender dysphoria who have entered puberty may be prescribed puberty-delaying medications (GnRHa) to prevent the distress of developing permanent, unwanted physical characteristics that do not align with the adolescent's gender identity. Puberty-delaying medications allow the adolescent time to better understand their

---

releases/aap/2021/american-academy-of-pediatrics-speaks-out-against-bills- harming-transgender-youth/; *AACAP Statement Responding to Efforts to Ban Evidence- Based Care for Transgender and Gender Diverse Youth*. AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY. 2019. *Available at*: https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Effort s-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.aspx;; American Psychiatric Association: Position Statement on Treatment of Transgender (Trans) and Gender Diverse Youth (2020). *Available at* https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-Transgender-Gender-Diverse-Youth.pdf.; American Medical Association (2012). Letter to National Governor's Association, *Available at* https://searchlf.ama-assn.org/letter/documentDownload?uri=%2Funstructured%2Fbinary%2Fletter%2FLETTERS%2F2021-3-5-AMA-Letter-Opposing-MO-HB-33-FINAL.pdf.; American Psychological Association (2015). *Guidelines for psychological practice with transgender and gender nonconforming people*. AMERICAN PSYCHOLOGIST, 70, 832-864

[8] Coleman 2022 at S64; Hembree 2017 at 3881.

gender identity, while delaying distress from the progression of the development of secondary sex characteristics such as breasts or facial hair.

39. If medically indicated, older adolescents may be prescribed gender-affirming hormones (testosterone for transgender boys, testosterone suppressants and estrogen for transgender girls).[9]

40. Under the WPATH Standards of Care, puberty-delaying medication for transgender adolescents after the onset of puberty and gender-affirming hormone therapy for older adolescents may be medically indicated if the following criteria are met: (a) Gender diversity/incongruence is marked and sustained over time; (b) Meets the diagnostic criteria of gender dysphoria; (c) Demonstrates the emotional and cognitive maturity required to provide informed consent/assent for the treatment; (d) Mental health concerns (if any) that may interfere with diagnostic clarity, capacity to consent, and gender-affirming medical treatments have been addressed sufficiently so that gender-affirming medical treatment can be provided optimally; and (e) Informed of the reproductive effects, including the potential loss of fertility and the available options to preserve fertility.[10]

41. Puberty-delaying medications and gender-affirming hormones are prescribed only after a comprehensive psychosocial assessment by a qualified mental health professional who (i) assesses for the diagnosis of gender dysphoria and any other co-occurring diagnoses, (ii) ensures the child can assent and the parents/guardians can consent to the relevant intervention after a thorough review of the risks, benefits and alternatives of the intervention, and (iii) if co-occurring

---

[9] Coleman 2022 at S65-66; Hembree 2017 at 3883.

[10] Coleman 2022 at S256-57.

12

mental health conditions are present, that they do not interfere with the accuracy of the diagnosis of gender dysphoria or impair the ability of the adolescent to assent to care.[11]

42. A comprehensive assessment is a critical element of providing care before any medically necessary medical or surgical intervention for adolescents with gender dysphoria. The assessment should include gender identity development, social development and support, diagnostic assessment of co-occurring mental health or developmental concerns, and capacity for decision-making. SOC 8 also highlights the importance of involving parent(s)/guardian(s) in the assessment and treatment process for minors.[12]

43. In my own practice, I have had patients who presented with some symptoms of gender dysphoria, but who ultimately did not meet the diagnostic criteria for a variety of reasons, and therefore I recommended treatments other than gender-affirming care to alleviate their psychological distress.

44. Some transgender people who do not come forward until adolescence may have experienced symptoms of gender dysphoria for long periods of time but been uncomfortable disclosing those feelings to parents. Other transgender people do not experience distress until they experience the physical changes accompanying puberty. In either case, gender-affirming care requires a comprehensive assessment and persistent, sustained gender dysphoria before medical treatment is recommended to be prescribed.

45. Under the SOC 8, the precise nature of the comprehensive assessment may vary depending on the individual circumstances of the adolescent so long as the assessment effectively obtains information about the adolescent's strengths, vulnerabilities, diagnostic profile, and

---

[11] Coleman 2022 at S49-51; Hembree 2017 at 3876-79.

[12] Coleman 2022 at S57-58.

13

individual needs. In some cases, a more extended assessment process may be appropriate, such as for youth with more complex presentations (e.g., complicating mental health histories, co-occurring autism spectrum characteristics, and/or an absence of experienced childhood gender incongruence before puberty). Providers should have the training and experience to distinguish between gender dysphoria and other mental health conditions or developmental anxieties.[13] While addressing mental health concerns is important during the course of medical treatment, it does not mean all mental health challenges can or should be resolved completely. Rather, such conditions should be reasonably well-controlled and not impair the ability of the patient to make an informed decision or interfere with the accuracy of the diagnosis of gender dysphoria. Indeed, some co-occurring conditions (for example, Attention Deficit Hyperactivity Disorder and Autism Spectrum Disorder, to name a few) could be chronic disorders where complete resolution is impossible and the goal of treatment is mitigating harm and improving functioning.

46. It is also important to note that distress associated with untreated gender dysphoria can also amplify co-occurring conditions that developed independently of the gender dysphoria. Thus, treating the underlying gender dysphoria is essential to alleviating the psychological distress associated with co-occurring conditions.

**E. Efficacy of Gender-Affirming Treatment for Gender Dysphoria in Adolescents**

47. Studies have repeatedly documented that puberty-delaying medication and gender affirming hormone therapy are associated with mental health benefits in both the short and long

---

[13] Coleman 2022 at S49-51.

term.[14] In the context of gender-affirming hormone therapy, studies have documented the benefits in both adolescents and adults.[15]

48. In addition to forestalling increased distress and dysphoria resulting from the physical changes accompanying puberty, puberty-delaying medication followed by gender-

---

[14] See Chen, D., et al. (2023). *Psychosocial Functioning in Transgender Youth after 2 Years of Hormones*. NEW ENGLAND JOURNAL OF MEDICINE, *388*(3), 240-250 (finding over the two-year study period appearance congruence, positive affect, and life satisfaction increased, and depression and anxiety symptoms decreased); Green AE, DeChants JP, Price MN, Davis CK. *Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*. J ADOLESC HEALTH. 2022 Apr;70(4):643-649. (finding that access to gender-affirming hormones during adolescence was associated with lower odds of recent depression and having attempted suicide in the past year); Turban, J.L., *et al*. (2020) *Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation*. PEDIATRICS. 145(2):e20191725 at 1 (finding that access to puberty delaying medication during adolescence is associated with a decreased lifetime incidence of suicidal ideation among adults); Achille, C., *et al*. (2020). *Longitudinal impact of gender-affirming endocrine intervention on the mental health and wellbeing of transgender youths: Preliminary results*. INT'L J. PEDIATRIC ENDOCRINOLOGY. 2020:8 at 1 (finding that endocrine intervention was associated with decreased depression and suicidal ideation and improved quality of life for transgender youth); Kuper, L.E., *et al*. (2020). *Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*. PEDIATRICS. 145(4):e20193006 at 1 (showing hormone therapy in youth is associated with reducing body dissatisfaction and modest improvements in mental health); van der Miesen, A.I.R., *et al*. (2020). *Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers*. J. ADOLESC. HEALTH. 66(6):699-704 at 699 (showing fewer emotional and behavioral problems after puberty suppression, and similar or fewer problems compared to same-age cisgender peers) ("van der Miesen 2020"); Costa, R., *et al*. (2015). *Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria*. J. SEXUAL MEDICINE. 12(11):2206-14 at 2206 (finding increased psychological function after six months of puberty suppression); de Vries, A.L.C., *et al*. (2014). *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*. PEDIATRICS. 134(4):696-704 (following a cohort of transgender young people in the Netherlands from puberty suppression through surgical treatment and finding that the cohort had global functioning that was equivalent to the Dutch population) ("de Vries 2014").

[15] See, e.g., Aldridge Z, et al. (2021). *Long-term effect of gender-affirming hormone treatment on depression and anxiety symptoms in transgender people: A prospective cohort study*. ANDROLOGY. 9(6):1808-1816.; Almazan AN, Keuroghlian AS (2021). *Association Between Gender-Affirming Surgeries and Mental Health Outcomes*. JAMA SURG. 156(7):611–618; Baker, K., et al. (2021). *Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review*, JOURNAL OF THE ENDOCRINE SOCIETY, Volume 5, Issue 4 bvab011.

15

affirming hormones brings a transgender person's body into greater alignment with their identity over the long term and potentially reduces lifelong distress as well as the number of surgeries a transgender person may need as an adult. The benefits of puberty-delaying medication thus increase over the long term as the person progresses into adulthood.[16]

49. The legislative findings of the Health Care Ban also state that gender-affirming care leads to "the minor becoming irreversibly sterile" or "suffering from adverse and sometimes fatal psychological consequences." These statements are false and misunderstand the literature on fertility and medical and mental health outcomes.

50. For fertility, the potential risks to a person's ability to create genetically related children are highly specific to the type of medical intervention, and where in puberty a child may be. As an example, a child who is on puberty suppression may opt to stop puberty suppression with resumption of puberty and a return of full gonadal function. As an example, I have had transgender adolescent patients who chose to preserve their sperm or eggs for future assisted reproduction by stopping puberty suppression briefly before initiating gender affirming hormones.

51. As for the legislative findings' reference to "fatal psychological consequences," one presumes this is a reference to the potential that a patient could attempt suicide. Data on suicide demonstrates that transgender individuals have elevated risk for suicidal ideation and attempts compared to the general population, but that elevated risk is not a result of gender affirming care.[17] Rather, the factors associated with elevated risk of suicide for transgender individuals are

---

[16] de Vries 2014.

[17] For example, in the Dutch study, for adolescents recommended for puberty-dealying hormonal therapy, there was "evidence of improvement in general psychologic problems at follow-up and certainly no evidence of deterioration in psychological wellbeing." Zucker, K., et al (2010), *Gender Identity Disorder: A Descriptive Clinical Study*, JOURNAL OF GAY & LESBIAN MENTAL HEALTH, 15:1, 658-82.

16

discrimination, exposure to attempts to change gender identity, and the *denial* of medically necessary gender-affirming care.[18]

52. The legislative findings of the Health Care Ban also state that the efficacy of gender-affirming care is "not supported by high-quality, long-term medical studies." This statement is also false. There have been scores of studies in adult transgender patients from prospective data collection among this population over decades. In children and adolescents, there are similar studies with decades-long follow up,[19] and one recent study of a 4 site NIH-funded trial with 2-year psychosocial outcomes after initiation of gender affirming hormones.[20]

53. By contrast, there are no studies supporting the Health Care Ban's speculation that an adolescent's gender dysphoria "can be resolved by less invasive approaches that are likely to result in better outcomes for the minor." To the extent the Health Care Ban's legislative findings suggest that "therapy only" treatment is likely to have better outcomes for adolescents, that assertion lacks any empirical or scientific support. And, as discussed above, to the extent that the goal of therapy is to advance the legislature's stated interest "in encouraging minors to appreciate their sex [assigned at birth]," such therapies have been shown to be ineffective, harmful, and unethical.

54. In my own practice, I have seen firsthand countless times the benefits that adolescents can have when they get access to safe and necessary gender-affirming medical care. I have had patients that had worsening thoughts of suicide every time they would near menstruation

---

[18] See Amy E. Green, et al., *Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, JOURNAL OF ADOLESCENT HEALTH, Volume 70, Issue 4, 2022, Pages 643-649, ISSN 1054-139X; Turban 2020.

[19] Wallien & Cohen-Kettenis (2008).

[20] Chen, et al. (2023).

17

that completely resolved when puberty suppression was initiated. I have had patients who had previously been admitted to psychiatric hospitalizations and received multiple psychiatric medications improve to the point that those medications were no longer necessary after finding family support and receiving gender-affirming hormones. If there was space, I could include hundreds of such stories of adolescents who, with access to appropriate care, began to thrive and engage with the family, their friends and in their schools and communities.

55. Discriminating against transgender adolescents, or withholding gender-affirming care, will not prevent them from being transgender. To the contrary, as noted previously, stigma, discrimination, and denial of care have been shown to have a profoundly harmful impact on the mental health of transgender people and other minority groups.[21]

---

[21] White Hughto, J.M., et al. (2015). *Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions*. SOC. SCI. MED. 147:222-31; Owen-Smith, et al. (2018). *Association Between Gender Confirmation Treatments and Perceived Gender Congruence, Body Image Satisfaction, and Mental Health in a Cohort of Transgender Individuals*. THE JOURNAL OF SEXUAL MEDICINE, *15*(4), 591–600.

18

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of April 2023.

                                                      Aron Janssen, M.D.