IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, *et al.*,<br><br>    *Defendants.* | **Civil No. 3:23-cv-00376**<br><br>**District Judge Eli J. Richardson**<br><br>**Magistrate Judge Alistair Newbern** |

## **CORRECTED CERTIFICATE OF SERVICE FOR ECF DOCUMENTS 19, 20, 21, 33**

I, the undersigned, do hereby certify that on April 21, 2023, Plaintiffs were unable to serve Plaintiff's Motion to Proceed Pseudonymously [ECF No. 19]; Memorandum in Support of Motion to Proceed Pseudonymously [ECF No. 20]; Plaintiffs' Motion for Preliminary Injunction [ECF No. 21]; and, the Memorandum in Support of Motion for Preliminary Injunction [ECF. No. 33] via in-person service to the Tennessee Attorney General at 500 MLK Jr. Blvd., Nashville, TN, 37219 during regular business hours.

True and correct copies of the above-named Motions and their Memoranda in Support were subsequently served via in-person delivery on April 24, 2023 to the Tennessee Attorney General at 500 MLK Jr. Blvd, Nashville, TN 37219.

1

Dated: April 24, 2023                                                                 Respectfully submitted,

*/s/ Stella Yarbrough*
Stella Yarbrough, BPR No. 033637
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org
*Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on April 24, 2023, a true and correct copy of the foregoing has been in person at the address below:

Office of the Attorney General and Reporter
500 MLK Jr. Blvd.
Nashville, Tennessee 37219
tnattygen@ag.tn.gov

*/s/ Stella Yarbrough*

Stella Yarbrough BPR No. 033637
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
syarbrough@aclu-tn.org

*Attorney for Plaintiffs*