IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

L.W. et al.,                                          )
*by and through her parents and next*                )
*friends, Samantha Williams and Brian*               )
*Williams*                                           )          NO. 3:23-cv-00376
                                                     )          JUDGE RICHARDSON
    Plaintiffs,                  )
                                                     )
v.                                                   )
                                                     )
JONATHON SKRMETTI et al.,                            )
                                                     )
    Defendants.

## ORDER

Pending before the Court is Plaintiffs' motion for a preliminary injunction (Doc. No. 21) and accompanying memorandum in support (Doc. No. 33). Plaintiffs filed corrected certificates of service for Doc. Nos. 19, 20, 21, and 33. (Doc. No. 34). The corrected certificate explains that Plaintiffs were unable to serve Doc. Nos. 19, 20, 21, and 33 on Defendants on April 21, 2023. (*Id.*). The correct certificate further states that these documents were served via in-person delivery on April 24, 2023. (*Id.*).

Local Rules 7.01(a)(3) provides that a party has no more than fourteen days to respond to a motion after service of the motion. In light of the corrected service date for Plaintiffs' motion for a preliminary injunction, Defendants' response is due no later than May 8, 2023. An optional reply is due no later than seven days after service of the response.

IT IS SO ORDERED.

                          *Eli Richardson*
                          ELI RICHARDSON
                          UNITED STATES DISTRICT JUDGE