IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNEESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; RYAN ROE, by and through his parent and next friend, Rebecca Roe; REBECCA ROE; and SUSAN N. LACY, on behalf of herself and her patients,<br><br>      Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>      Plaintiff-Intervenor,<br><br>  v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter; TENNESSEE DEPARTMENT OF HEALTH; RALPH ALVARADO, in his official capacity as the Commissioner of the Tennessee Department of Health; TENNESSEE BOARD OF MEDICAL EXAMINERS; MELANIE BLAKE, in her official capacity as the President of the Tennessee Board of Medical Examiners; STEPHEN LOYD, in his official capacity as Vice President of the Tennessee Board of Medical Examiners; RANDALL E. PEARSON, PHYLLIS E. MILLER, SAMANTHA MCLERRAN, KEITH G. ANDERSON, DEBORAH CHRISTIANSEN, JOHN W. HALE, JOHN J. MCGRAW, ROBERT ELLIS, JAMES DIAZ-BARRIGA, and JENNIFER CLAXTON, in their official capacities as members of the Tennessee Board of Medical Examiners; and LOGAN GRANT, in his official capacity as the Executive Director of the Tennessee Health Facilities Commission,<br><br>      Defendants. | Case No. 3:23-cv-00376<br><br>District Judge Richardson<br><br>Magistrate Judge Newbern |

# UNITED STATES' MOTION TO INTERVENE

The United States, under Federal Rule of Civil Procedure ("Rule") 24, respectfully moves the Court for leave to intervene in this action and for permission to file the attached complaint in intervention. Counsel for the United States reached out to the Tennessee Attorney General's Office to notify them of this motion but were not able to reach counsel. The receptionist for the Attorney General's office stated that the attorney handling this case, who has not yet entered an appearance, is traveling and unavailable to speak with counsel for the United States today. Private Plaintiffs have indicated they do not oppose the motion.

As grounds for its motion to intervene, the United States asserts the following facts, which are more fully set forth in the accompanying memorandum of law:

1. On April 20, 2023, the *L.W.* Plaintiffs filed this lawsuit challenging Act No. 2023-SB0001, Senate Bill 1 ("SB 1"). SB 1, 2023 Tenn. Pub. Acts § 68-33-101, *et seq.* Section 68-33-103 of SB 1 prohibits a health care provider from providing medical care to transgender minors to affirm their gender identity and to provide medically necessary care to treat a diagnosis of gender dysphoria. SB 1 defines a minor as an individual under eighteen years of age and goes into effect July 1, 2023.

2. The *L.W.* Plaintiffs are three Tennessee transgender minors and their parents, and Dr. Susan Lacy, a health care provider. The *L.W.* Plaintiffs assert that SB 1, *inter alia*, discriminates on the basis of sex and transgender status in violation of the Equal Protection Clause of the Fourteenth Amendment; violates Plaintiff parents' fundamental rights to make decisions concerning the care of their children, including the ability to seek and follow medical advice to protect the health and well-being of their minor children in violation of the Plaintiff parents' substantive Due Process rights under the Fourteenth Amendment; that SB 1 is

preempted by Section 1557 of the Affordable Care Act, 42 U.S.C. § 18116 ("Section 1557") because Section 1557 requires that health care providers who receive federal financial assistance not discriminate on the basis of sex but SB 1 requires health care providers to discriminate against adolescents on the basis of their sex and refuse to provide medically approved care to transgender adolescents; and discriminates on the basis of sex in violation of Section 1557.

3. The United States seeks to intervene in this lawsuit against Defendants Jonathan Skrmetti, in his official capacity as the Tennessee Attorney General and Reporter; Ralph Alvarado, in his official capacity as the Commissioner of the Tennessee Department of Health; Melanie Blake, in her official capacity as the President of the Tennessee Board of Medical Examiners; Stephen Loyd, in his official capacity as Vice President of the Tennessee Board of Medical Examiners; Randall E. Pearson, Phyllis E. Miller, Samantha McLerran, Keith G. Anderson, Deborah Christiansen, John W. Hale, John J. McGraw, Robert Ellis, James Diaz-Barriga, and Jennifer Claxton, in their official capacities as members of the Tennessee Board of Medical Examiners; and Logan Grant, in his official capacity as the Executive Director of the Tennessee Health Facilities Commission, under Rule 24.

4. Rule 24(a)(1) provides that, on timely motion, a court must permit anyone to intervene who "is given an unconditional right to intervene by a federal statute."

5. Section 902 of the Civil Rights Act of 1964, as amended, grants the United States an unconditional right to intervene in cases seeking relief from the alleged denial of equal protection of the laws under the Fourteenth Amendment to the United States Constitution on account of sex, if the Attorney General certifies that the case is of general public importance. 42 U.S.C. § 2000h-2. The United States' complaint in intervention alleges that SB 1 violates the Equal Protection Clause of the Fourteenth Amendment on account of both sex and transgender

status.

6. The Attorney General certifies that this is a case of public importance. A Certificate of Public Importance is attached hereto as Exhibit 1.

7. Alternatively, Rule 24(b) provides for permissive intervention upon a timely motion when a potential party has a claim or defense that shares with the main action a common question of law or fact, and when intervention will not unduly delay or prejudice the adjudication of the original parties' rights. The United States has satisfied the requirements for permissive intervention here.

8. A complaint in intervention is attached hereto as Exhibit 2.

WHEREFORE, the United States respectfully requests that this Court grant its motion to intervene in this action.

Dated: April 26, 2023                                      Respectfully submitted,

HENRY C. LEVENTIS                                          KRISTEN CLARKE
United States Attorney                                     Assistant Attorney General
Middle District of Tennessee                               Civil Rights Division

s/*Ellen Bowden McIntyre*                                  CHRISTINE STONEMAN
ELLEN BOWDEN MCINTYRE                                      Chief, Federal Coordination and
B.P.R. #023133                                             Compliance Section
Assistant United States Attorney
719 Church Street, Suite 3300                              COTY MONTAG (DC Bar No. 498357)*
Nashville, TN 37203                                        Deputy Chief, Federal Coordination and
Telephone: (615) 736-5151                                  Compliance Section
Facsimile: (615) 401-6626
Email: Ellen.Bowden2@usdoj.gov                             s/*Tamica Daniel*
                                                           TAMICA DANIEL (DC Bar No. 995891)*
                                                           Trial Attorney
                                                           Housing and Civil Enforcement Section
                                                           GLORIA YI (NY Bar No. 4873824)*
                                                           ALYSSA LAREAU (DC Bar No. 494881)*
                                                           Trial Attorneys

Federal Coordination and Compliance Section
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 514-4721
Tamica.Daniel@usdoj.gov
Gloria.Yi@usdoj.gov
Alyssa.Lareau@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

*\*Pro hac vice motions pending*

# CERTIFICATE OF SERVICE

I certify that on April 26, 2023, a true and correct copy of the foregoing was served via the Court's CM/ECF system, if registered. A service copy also was served via both certified mail and personal service on the parties listed below.

| | |
|---|---|
| Avatara A. Smith-Carrington, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>1776 K Street NW, Suite 722<br>Washington, DC 20006<br>Email: asmithcarrington@lambalegal.org | Dean L. Chapman Jr.<br>Joseph L. Sorkin, Esq.<br>Kristen W. Chin, Esq.<br>Richard J. D'Amato, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Email: dchapman@akingump.com<br>Email: jsorkin@akingump.com<br>Email: Kristen.chin@askingump.com<br>Email: rdamato@askingump.com |
| Tara L. Borelli, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Suite 105<br>Decatur, GA 30030<br>Email: tborelli@lambalegal.org | Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Email: edscott@askingump.com |
| Chase Strangio, Esq.<br>Joshua A. Block, Esq.<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>Email: cstrangio@aclu.org<br>Email: jblock@aclu.org | Jeff Preptit, Esq.<br>Lucas Cameron-Vaughn, Esq.<br>ACLU (Nashville Office)<br>P.O. Box 120160<br>Nashville, TN 37212<br>Email: jpreptit@aclu-tn.org<br>Email: lucas@aclu-tn.org |
| Christopher J. Gessner, Esq.<br>David Bethea, Esq.<br>Akin, Gump, Strauss, Hauer & Feld LLC (DC Office)<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: cgessner@askingump.com<br>Email: dbethea@askingump.com | Stella Yarbrough<br>American Civil Liberties of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Email: syarbrough@aclu-tn.org |

| | |
|---|---|
| Sruti J. Swaminathan, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Email: sswaminathan@lamblegal.org | Jonathan Skrmetti, in his official capacity as the Tennessee Attorney General and Reporter<br>General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 |
| Tennessee Department of Health<br>c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 | Ralph Alvarado, in his capacity as the Commissioner of the Tennessee Department of Health<br>c/o General Reporter Attorney and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 |
| Tennessee Board of Medical Examiners<br>c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 | Melanie Blake, in her official capacity as the President of the Tennessee Board of Medical Examiners<br>c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 |
| Stephen Loyd, in his capacity as Vice President of the Tennessee Board of Medical Examiners<br>c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and* | Phyllis E. Miller, Samantha McLerran, Deborah Christiansen, John W. Hale, Robert Ellis, James Diaz-Barriga, and Jennifer Claxton, in their official capacities as members of the Tennessee Board of Medical Examiners |

| | |
|---|---|
| Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 | c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 |
| Logan Grant, in his official capacity as the Executive Director of the Tennessee Health Facilities Commission<br>c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 | |

          s/*Ellen Bowden McIntyre*
          Ellen Bowden McIntyre
          Assistant United States Attorney