IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNEESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; RYAN ROE, by and through his parent and next friend, Rebecca Roe; REBECCA ROE; and SUSAN N. LACY, on behalf of herself and her patients, <br><br>                Plaintiffs, <br><br>and <br><br>UNITED STATES OF AMERICA, <br><br>                Plaintiff-Intervenor, <br><br>    v. <br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter; TENNESSEE DEPARTMENT OF HEALTH; RALPH ALVARADO, in his official capacity as the Commissioner of the Tennessee Department of Health; TENNESSEE BOARD OF MEDICAL EXAMINERS; MELANIE BLAKE, in her official capacity as the President of the Tennessee Board of Medical Examiners; STEPHEN LOYD, in his official capacity as Vice President of the Tennessee Board of Medical Examiners; RANDALL E. PEARSON, PHYLLIS E. MILLER, SAMANTHA MCLERRAN, KEITH G. ANDERSON, DEBORAH CHRISTIANSEN, JOHN W. HALE, JOHN J. MCGRAW, ROBERT ELLIS, JAMES DIAZ-BARRIGA, and JENNIFER CLAXTON, in their official capacities as members of the Tennessee Board of Medical Examiners; and LOGAN GRANT, in his official capacity as the Executive Director of the Tennessee Health Facilities Commission, <br><br>                Defendants. | Case No. 3:23-cv-00376 <br><br>District Judge Richardson <br><br>Magistrate Judge Newbern |

1

# [PROPOSED] ORDER AND PRELIMINARY INJUNCTION

Upon consideration of the United States' Motion for Preliminary Injunction ("Motion"), the memorandum in support of the Motion, and the parties' respective submissions in support thereof and in opposition thereto, the Court finds as follows:

1. This Court has jurisdiction over the subject matter of this case, there is good cause to believe it will have jurisdiction over all the parties, and venue in this district is proper.

2. A preliminary injunction is necessary to preserve the status quo and prevent irreparable harm to the United States from the effects of Tennessee Senate Bill 1 ("SB 1") (2023). The United States is likely to prevail on its claim that SB 1 violates the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution. SB 1 threatens irreparable injury to the United States and to the individuals whom the United States is charged to protect. The balance of equities favor the United States and outweigh any potential harm that enjoining enforcement of SB 1 might inflict on Defendants. The public interest will also be advanced by enjoining the enforcement of SB 1.

Accordingly, IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 65, the United States' Motion for a Preliminary Injunction is GRANTED.

IT IS FURTHER ORDERED that enforcement proceedings pursuant to SB 1 are preliminarily enjoined until further order of this Court.

IT IS FURTHER ORDERED that the Defendants, including their officers, employees, and agents, as well as those persons in active concert or participation with them, are enjoined from enforcing SB 1 or maintaining any civil proceeding pursuant to SB 1.

IT IS SO ORDERED, this the _____ day of _____, 2023.

_____
**HONORABLE ELI RICHARDSON**
UNITED STATES DISTRICT JUDGE