| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; RYAN ROE, by and through his parent and next friend, Rebecca Roe; REBECCA ROE; and SUSAN N. LACY, on behalf of herself and her patients,<br><br>                     Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>                     Plaintiff-Intervenor,<br><br>    v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter; TENNESSEE DEPARTMENT OF HEALTH; RALPH ALVARADO, in his official capacity as the Commissioner of the Tennessee Department of Health; TENNESSEE BOARD OF MEDICAL EXAMINERS; MELANIE BLAKE, in her official capacity as the President of the Tennessee Board of Medical Examiners; STEPHEN LOYD, in his official capacity as Vice President of the Tennessee Board of Medical Examiners; RANDALL E. PEARSON, PHYLLIS E. MILLER, SAMANTHA MCLERRAN, KEITH G. ANDERSON, DEBORAH CHRISTIANSEN, JOHN W. HALE, JOHN J. MCGRAW, ROBERT ELLIS, JAMES DIAZ-BARRIGA, and JENNIFER CLAXTON, in their official capacities as members of the Tennessee Board of Medical Examiners; and LOGAN GRANT, in his official capacity as the Executive Director of the Tennessee Health Facilities Commission,<br><br>                     Defendants. | Case No. 3:23-cv-00376<br><br>District Judge Richardson<br><br>Magistrate Judge Newbern |

# MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Tamica Daniel hereby moves for admission to appear *pro hac vice* in the above-captioned action for Plaintiff-Intervenor United States of America.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the bar of the United States District Court for the Eastern District of Wisconsin. Attached is a Certificate of Good Standing from that Court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted,

s/*Tamica Daniel*
TAMICA DANIEL
D.C. Bar #995891
Trial Attorney
Housing and Civil Enforcement Section
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW – 4CON
Washington, DC 20530
Telephone: (202) 598-9636
Tamica.Daniel@usdoj.gov

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

By: s/*Ellen Bowden McIntyre*
ELLEN BOWDEN MCINTYRE, B.P.R. #023133
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Facsimile: (615) 401-6626
Email: Ellen.Bowden2@usdoj.gov

*Counsel for Plaintiff-Intervenor United States of America*

3

**CERTIFICATE OF SERVICE**

I certify that on April 26, 2023, a true and correct copy of the foregoing was served via the Court's CM/ECF system, if registered. A service copy also was served via both certified mail and personal service on the parties listed below.

| | |
|---|---|
| Avatara A. Smith-Carrington, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>1776 K Street NW, Suite 722<br>Washington, DC 20006<br>Email: asmithcarrington@lambalegal.org | Dean L. Chapman Jr.<br>Joseph L. Sorkin, Esq.<br>Kristen W. Chin, Esq.<br>Richard J. D'Amato, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Email: dchapman@akingump.com<br>Email: jsorkin@akingump.com<br>Email: Kristen.chin@askingump.com<br>Email: rdamato@askingump.com |
| Tara L. Borelli, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Suite 105<br>Decatur, GA 30030<br>Email: tborelli@lambalegal.org | Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Email: edscott@askingump.com |
| Chase Strangio, Esq.<br>Joshua A. Block, Esq.<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>Email: cstrangio@aclu.org<br>Email: jblock@aclu.org | Jeff Preptit, Esq.<br>Lucas Cameron-Vaughn, Esq.<br>ACLU (Nashville Office)<br>P.O. Box 120160<br>Nashville, TN 37212<br>Email: jpreptit@aclu-tn.org<br>Email: lucas@aclu-tn.org |
| Christopher J. Gessner, Esq.<br>David Bethea, Esq.<br>Akin, Gump, Strauss, Hauer & Feld LLC (DC Office)<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: cgessner@askingump.com<br>Email: dbethea@askingump.com | Stella Yarbrough<br>American Civil Liberties of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Email: syarbrough@aclu-tn.org |

| | |
|---|---|
| Sruti J. Swaminathan, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Email: sswaminathan@lamblegal.org | Jonathan Skrmetti, in his official capacity as the Tennessee Attorney General and Reporter<br>General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 |
| Tennessee Department of Health<br>c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 | Ralph Alvarado, in his capacity as the Commissioner of the Tennessee Department of Health<br>c/o General Reporter Attorney and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 |
| Tennessee Board of Medical Examiners<br>c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 | Melanie Blake, in her official capacity as the President of the Tennessee Board of Medical Examiners<br>c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 |
| Stephen Loyd, in his capacity as Vice President of the Tennessee Board of Medical Examiners<br>c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and* | Phyllis E. Miller, Samantha McLerran, Deborah Christiansen, John W. Hale, Robert Ellis, James Diaz-Barriga, and Jennifer Claxton, in their official capacities as members of the Tennessee Board of Medical Examiners |

| | |
|---|---|
| Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 | c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 |
| Logan Grant, in his official capacity as the Executive Director of the Tennessee Health Facilities Commission<br>c/o General Reporter Attorney and Reporter<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>*and*<br>Office of the Tennessee Attorney General<br>John Sevier Building, 4th Floor<br>500 Dr. Martin L. King, Jr. Blvd.,<br>Nashville, TN 37243 | |

s/*Ellen Bowden McIntyre*
Ellen Bowden McIntyre
Assistant United States Attorney