AO136 ED
(Rev. 03/17)

# United States District Court

Eastern District of Wisconsin

# Certificate of Good Standing

I, GINA M. COLLETTI, Clerk of the United States District Court,

Eastern District of Wisconsin,

DO HEREBY CERTIFY that **Tamica Daniel**, was duly admitted to practice in this Court on **April 17, 2023** and is in good standing as a member of the Bar of this Court. I further certify that there are no disciplinary actions on file with this court.

Dated at     Milwaukee, Wisconsin

on           April 18, 2023

*Gina M. Colletti*
Clerk of Court

By: *[signature]*
Deputy Clerk