# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____GLORIA   MIHEE   YI_____ , Bar # _____GY0215_____

was duly admitted to practice in the Court on

_____January 25, 2011_____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.             On     April 14, 2023
             New York, New York

Ruby J. Krajick                    By        s/ S. Gonzalez
Clerk of Court                               Deputy Clerk