# UNITED STATES DISTRICT COURT

for the

## Northern District of New York

**CERTIFICATE OF GOOD STANDING**

I, _John M. Domurad_, Clerk of this Court, certify that _ALYSSA C. LAREAU_, Bar # _516359_, was duly admitted to practice in this Court on _June 30, 2010_, and is in good standing as a member of the Bar of this Court.

Dated at _Syracuse, New York_ on _April 19, 2023_
              *(Location)*                    *(Date)*

John M. Domurad
*CLERK*

Tracey A. Donovan
*DEPUTY CLERK*