# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| L.W. et al. <br> *Plaintiff* <br> v. <br> Jonathan Skrmetti, in his official capacity as the Tennessee Attorney General and Reporter, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-00376 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Melanie Blake, President
    Tennessee Board of Medical Examiners
    710 James Robertson Parkway
    Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    (see attachment)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/21/23

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

L.W. et al. v. Jonathan Skrmetti, in his official capacity as the Tennessee Attorney General and Reporter, et al.

## Summons Attachment – Addresses of Plaintiffs' Attorneys

**ACLU Foundation of Tennessee** – Attn: Lucas Cameron-Vaughn (BPR No. 036284)
P.O. Box 120160, Nashville, TN 37212
(615-320-7142 | lucas@aclu-tn.org)

**American Civil Liberties Union Foundation** – Attn: Joshua Block
125 Broad St, 18th Floor, New York, NY 10004
(212-549-2500 | jblock@aclu.org)

**Lambda Legal Defense and Education Fund, Inc.** – Attn: Sruti Swaminathan
120 Wall St, 19th Floor, New York NY 10005
(212-809-8585 | sswaminathan@lambdalegal.org)

**Akin Gump Strauss Hauer & Feld LLP** – Attn: Dean Chapman
One Bryant Park, 41st Floor, New York, NY 10036
(212-872-1000 | dchapman@akingump.com)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Melanie Blake, President
was received by me on *(date)* 4-24-2023 TN Board of Medical Examiners

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Service accepted on behalf of Defendant Melanie Blake
In official capacity only
this 24 April, 2023
Lacey E. Mase, Chief Deputy

served at TN A.G. Office
500 MLK Jr Ave,
Nashville, TN 37219

Tammy Fulwider

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-24-2023

_____
*Server's signature*

Larry Wozencraft
*Printed name and title*

LEGAL EAGLES
(615) 781-3730
PO BOX 210206
NASHVILLE, TN 37221

*Server's address*

Additional information regarding attempted service, etc: