# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| L.W. et al. ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 3:23-cv-00376 |
| Jonathan Skrmetti, in his official capacity as the ) | |
| Tennessee Attorney General and Reporter, et al. ) | |
| _Defendant_ ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Stephen Loyd, Vice President
> Tennessee Board of Medical Examiners
> 710 James Robertson Parkway
> Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> (see attachment)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/21/23

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

**RETURN COPY**

L.W. et al. v. Jonathan Skrmetti, in his official capacity as the Tennessee Attorney General and Reporter, et al.

## Summons Attachment – Addresses of Plaintiffs' Attorneys

**ACLU Foundation of Tennessee** – Attn: Lucas Cameron-Vaughn (BPR No. 036284)
P.O. Box 120160, Nashville, TN 37212
(615-320-7142 | lucas@aclu-tn.org)

**American Civil Liberties Union Foundation** – Attn: Joshua Block
125 Broad St, 18th Floor, New York, NY 10004
(212-549-2500 | jblock@aclu.org)

**Lambda Legal Defense and Education Fund, Inc.** – Attn: Sruti Swaminathan
120 Wall St, 19th Floor, New York NY 10005
(212-809-8585 | sswaminathan@lambdalegal.org)

**Akin Gump Strauss Hauer & Feld LLP** – Attn: Dean Chapman
One Bryant Park, 41st Floor, New York, NY 10036
(212-872-1000 | dchapman@akingump.com)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stephen Loyd, Vice President TN Board of Medical Examiners
was received by me on *(date)* 4-24-2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Service accepted on behalf of Defendant Stephen Loyd In official capacity only this 24 April, 2023
Lacey E. Mase, Chief Deputy

TN A.G. Office
500 MLK Jr Ave.
Nashville, TN 37219.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-24-2023

_GW_____
Server's signature

Larry Wozencraft
Printed name and title

LEGAL EAGLES
(615) 781-3730
PO BOX 210206
NASHVILLE, TN 37221

Server's address

Additional information regarding attempted service, etc: