IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al.,<br>*by and through her parents and next friends, Samantha Williams and Brian Williams* | )<br>)<br>)<br>) NO. 3:23-cv-00376 |
| Plaintiffs, | ) JUDGE RICHARDSON<br>)<br>) |
| v. | )<br>) |
| JONATHON SKRMETTI et al., | ) |
| Defendants. | |

## ORDER

The United States of America ("United States") has filed a motion to intervene. (Doc. No. 38, "Motion"). Defendants have seven (7) days from the entry of this order to file a response. If the Motion is opposed, the United States will have three (3) days to file a reply from the date of service of the response. The Court will strive to rule as promptly as possible on the Motion once briefing is complete.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE