# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| L.W., ET AL. <br> *Plaintiff* <br> v. <br> JONATHAN SKRMETTI, ET AL. <br> *Defendant* | Case No. 3:23-cv-00376 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 04/27/2023

/s/ Steven J. Griffin
*Attorney's signature*

Steven J. Griffin, TN Bar No. 040708
*Printed name and bar number*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

*Address*

steven.griffin@ag.tn.gov
*E-mail address*

(615) 741-9598
*Telephone number*

(615) 532-4892
*FAX number*