# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| L.W., ET AL.<br>*Plaintiff*<br>v.<br>JONATHAN SKRMETTI, ET AL.<br>*Defendant* | Case No. 3:23-cv-00376 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 04/27/2023

/s/ Clark L. Hildabrand
*Attorney's signature*

Clark L. Hildabrand, TN Bar No. 038199
*Printed name and bar number*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
*Address*

clark.hildabrand@ag.tn.gov
*E-mail address*

(615) 253-5642
*Telephone number*

(615) 532-4892
*FAX number*