Most CHOICES patients qualify for financial assistance. Learn more about our Patient Discount Fund HERE (https://yourchoices.org/patient-discount-fund/).

Appointment (https://yourchoices.org/contact/)

Memphis: (901) 274-3550 (tel:9012743550)

Carbondale: 618-300-6017 (tel:6183006017)

 (https://yourchoices.org)

# LGBTQ+ Health Services



EXHIBIT "A"

# CHOICES is proud to provide comprehensive, non-judgmental sexual and reproductive health services to everyone, including the LGBTIQ+ community.

Our goal is to provide you with all the information and resources you need to protect your health and make informed decisions. We will always respect your sexual health decisions and your need for privacy and confidentiality.

If you have specific questions about our services, please feel free to call our **LGBTIQ+ Patient Services Coordinator**, Joy Evans, at **901-274-3550 ext. 220** or email her at jevans@memphischoices.org (mailto:jevans@memphischoices.org).

**NOTE: We are currently an in-network provider with several TennCare and private insurance plans. Please call your insurance carrier for details about your own plan coverage and benefits.**

## 📢 Attention 16 and 17 year olds seeking gender-affirming care in the Memphis area! CHOICES is now accepting new patients.

Based on the new Tennessee ban on gender-affirming care for minors, if you start receiving gender-affirming hormone therapy with us by **July 1st, 2023**, you can continue that care through **March 30, 2024**.

**Don't wait** – the last day we can bring a minor into care in Memphis is **June 30th**. Call to schedule your appointment today!

## Wellness Exams

Check-ups for all can include:

- Consultation with clinician
- Cervical and anal cancer screening (PAP test)

- STI prevention, testing, & treatment
- Birth control consultation & prescription
- Breast/chest exam
- Menopause symptom management
- HPV vaccine (Gardasil)

## Gender-Affirming Hormone Therapy

Gender-affirming hormone therapy includes:

- Consultation
- Monitoring labs
- Medication management
- Shared decision making

## Online Resources

### OUTMemphis (https://www.outmemphis.org/)

Local agency that empowers, connects, educates, and advocates for our Memphis LGBTIQ+ community.

### Safer Sex for Trans Bodies (https://www.hrc.org/resources/safer-sex-for-trans-bodies)

The HRC Foundation, in partnership with Whitman-Walker Health, released Safer Sex for Trans Bodies (http://www.hrc.org/resources/safer-sex-for-trans-bodies), a comprehensive sexual health guide for transgender and gender-expansive people and their partners. The guide is written by and for members of the transgender community and offers them a long-overdue

resource on potentially life-saving and affirming practices, from respectful terminology and definitions to helpful practices for sexual health following transition-related care

## PrEP

PrEP stands for Pre-Exposure Prophylaxis (http://www.whatisprep.org/). It is used in the HIV field to describe the use of anti-HIV medication by people who do not have HIV. The medication helps prevent you from becoming infected with HIV by interfering with the virus's ability to replicate itself in your body if you become exposed to it.

PrEP is not appropriate for everyone. It has some documented side effects, cannot be taken together with certain medications, requires pre-screening with labs (HIV screen and Hepatitis screen prior to initiation), as well as ongoing labs to screen for liver and kidney health. If you are interested in learning more, or if you want to find out if you are a good candidate for PrEP, call and make an appointment with one of our providers. The medication may be covered by your insurance plan, and financial assistance programs are available from the mediation manufacturer.

**Call Us Today (tel:9012743550)**

**Receive Updates**

Abortion Services(https://yourchoices.org/abortions/)

Birth Control(https://yourchoices.org/birth-control/)

LGBTIQ+ Health Services(https://yourchoices.org/lgbtq-health-services/)

Midwifery (Birth Center)(https://yourchoices.org/midwifery-services/)

Wellness Care(https://yourchoices.org/wellness-care/)

Pregnancy Calculator(https://yourchoices.org/pregnancy-calculator/)

Plan Your Visit(https://yourchoices.org/patient-information/)

Health Information Resources(https://yourchoices.org/health-information-resources/)

Patient Portal(https://16251.portal.athenahealth.com/)

FAQs(https://yourchoices.org/faqs/)

Fees(https://yourchoices.org/price-list/)

News & Updates(https://yourchoices.org/blog/)

Volunteer & Internships(https://yourchoices.org/volunteer/)

Sitemap(https://yourchoices.org/site-map/)

About Us(https://yourchoices.org/about-us/)

Donate(https://yourchoices.org/give/)

Employment(https://yourchoices.org/careers/)

Contact Us(https://yourchoices.org/contact/)

CHOICES does not discriminate against any person on the basis of race, age, gender identity or expression, sexual orientation, body size, religion, parental status, disability, or any characteristic protected by law. Please report any instances of discrimination at CHOICES by calling our Patient Success Manager at 901-274-3550 ext 214.

Choices – Center for Reproductive Health is an abortion clinic serving Memphis TN (https://yourchoices.org/memphis/), Bartlett TN (https://yourchoices.org/bartlett/), Cordova TN (https://yourchoices.org/cordova/), Collierville TN (https://yourchoices.org/collierville/), Germantown TN (https://yourchoices.org/germantown/), Oakland TN (https://yourchoices.org/oakland/), Somerville TN (https://yourchoices.org/somerville/), Arlington TN (https://yourchoices.org/arlington/), Millington TN (https://yourchoices.org/millington/), Munford TN (https://yourchoices.org/munford/), Covington TN (https://yourchoices.org/covington/), Brownsville TN (https://yourchoices.org/brownsville/), Whiteville TN (https://yourchoices.org/whiteville/), Bolivar TN (https://yourchoices.org/bolivar/), Selmer TN (https://yourchoices.org/selmer/), Henderson TN (https://yourchoices.org/henderson/), Jackson TN (https://yourchoices.org/jackson/), Ripley TN (https://yourchoices.org/ripley/), Humboldt TN (https://yourchoices.org/humboldt/), Lexington TN (https://yourchoices.org/lexington/), Paris TN (https://yourchoices.org/paris/), Martin TN

(https://yourchoices.org/martin/), Union City TN (https://yourchoices.org/union-city/), Dresden TN (https://yourchoices.org/dresden/), Nashville TN (https://yourchoices.org/nashville/), Franklin TN (https://yourchoices.org/franklin/), Chattanooga TN (https://yourchoices.org/chattanooga/), Olive Branch MS (https://yourchoices.org/olive-branch/), Southaven MS (https://yourchoices.org/southaven/), Horn Lake MS (https://yourchoices.org/horn-lake/), Hernando MS (https://yourchoices.org/hernando/), Corinth MS (https://yourchoices.org/corinth/), Holly Springs MS (https://yourchoices.org/holly-springs/), Tupelo MS (https://yourchoices.org/tupelo/), Oxford MS (https://yourchoices.org/oxford/), Starkville MS (https://yourchoices.org/starkville/), Grenada MS (https://yourchoices.org/grenada/), Cleveland MS (https://yourchoices.org/cleveland/), Clarksdale MS (https://yourchoices.org/clarksdale/), Pontotoc MS (https://yourchoices.org/pontotoc/), New Albany MS (https://yourchoices.org/new-albany/), Jackson MS (https://yourchoices.org/jackson-ms/), West Memphis AR (https://yourchoices.org/west-memphis/), Marion AR (https://yourchoices.org/marion/), Forrest City AR (https://yourchoices.org/forrest-city/), Wynne AR (https://yourchoices.org/wynne/), Jonesboro AR (https://yourchoices.org/jonesboro/), Osceola AR (https://yourchoices.org/osceola/), Blytheville AR (https://yourchoices.org/blytheville/), Paragould AR (https://yourchoices.org/paragould/), Walnut Ridge AR (https://yourchoices.org/walnut-ridge/), Little Rock AR (https://yourchoices.org/little-rock/), Pine Bluff AR (https://yourchoices.org/pine-bluff/), Hot Springs AR (https://yourchoices.org/hot-springs/), Helena AR (https://yourchoices.org/helena/), Huntsville AL (https://yourchoices.org/huntsville/), Decatur AL (https://yourchoices.org/decatur/), Tuscaloosa AL (https://yourchoices.org/tuscaloosa/), Florence AL (https://yourchoices.org/florence/), Mussel Shoals AL (https://yourchoices.org/mussel-shoals/), Paducah KY (https://yourchoices.org/paducah/), Cape Girardeau MO (https://yourchoices.org/cape-girardeau/), St Louis MO (https://yourchoices.org/st-louis/), Springfield MO, (https://yourchoices.org/springfield/)Marion IL (https://yourchoices.org/marion/) and Carbondale IL (https://yourchoices.org/carbondale/). Our clinic offers the abortion pill as well as many other abortion and sexual health services

Website & SEO By: Partners For Choice (https://partnersforchoice.com)