IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al.,<br>*by and through her parents and next friends, Samantha Williams and Brian Williams*<br><br>    Plaintiffs,<br><br>v.<br><br>JONATHON SKRMETTI et al.,<br><br>    Defendants. | NO. 3:23-cv-00376<br>JUDGE RICHARDSON |

## ORDER

Pending before the Court is Defendants' motion to reset the briefing schedule and consolidate a preliminary injunction hearing with a trial on the merits. (Doc. No. 74, "Motion"). Plaintiffs' response to the Motion must be filed by May 8, 2023. The Court will strive to rule on the Motion as promptly as feasible following filing of any response. In light of the pending motion, Defendants' response to Plaintiffs' motion for a preliminary injunction (Doc. No. 40) is now due May 15, 2023. Upon receipt of Plaintiffs' response to the Motion, such due date possibly could be postponed further—a possibility the Court will address as soon as feasible, and perhaps sooner than it addresses other relief requested in the Motion.

    IT IS SO ORDERED.

                                                      *Eli Richardson*
                                                    ELI RICHARDSON
                                                    UNITED STATES DISTRICT JUDGE