# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| L.W. et al v. Skrmetti et al / United States of America | 3:23-cv-00376 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Jonathan Skrmetti, Tennessee Attorney General | Injunction |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Jonathan Skrmetti, Office of the Tennessee State Attorney General
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): John Sevier Building, 4th Floor, 500 Dr. Martin L. King, Jr. Blvd., Nashville, TN 37243

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

- Number of process to be served with this Form 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER

DATE: 4/26/2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 75 | No. 75 | MARNIE LEHEW (Digitally signed by MARNIE LEHEW Date: 2023.04.27 10:28:31 -05'00') | 4/27/2023 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Sheila Sage, Administrative Asst.

Date: 4/27/2023
Time: 9:46 ☒ am ☐ pm

Address (complete only different than shown above): SAA

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS: One (1) Deputy for One (1) hour 0 miles

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| L.W. et al v. Skrmetti et al / United States of America | 3:23-cv-00376 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Tennessee Department of Health | Injunction |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of the Tennessee State Attorney General, Registered Agent

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
John Sevier Building, 4th Floor, 500 Dr. Martin L. King, Jr. Blvd., Nashville, TN 37243

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER

DATE: 4/26/2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No.: 75
District to Serve No.: 75

Signature of Authorized USMS Deputy or Clerk: MARNIE LEHEW (Digitally signed by MARNIE LEHEW, Date: 2023.04.27 10:28:31 -05'00')

Date: 4/27/2023

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Sheila Sage, Administrative Asst.

Date: 4/27/2023
Time: 9:46 ☒ am ☐ pm

Address *(complete only different than shown above)*
SAA

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

One (1) Deputy for one (1) hour & miles

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>L.W. et al v. Skrmetti et al / United States of America | COURT CASE NUMBER<br>3:23-cv-00376 |
|---|---|
| DEFENDANT<br>Ralph Alvarado, Commissioner of the Tennessee Department of Health | TYPE OF PROCESS<br>Injunction |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Office of the Tennessee State Attorney General, Registered Agent. |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>John Sevier Building, 4th Floor, 500 Dr. Martin L. King, Jr. Blvd., Nashville, TN 37243 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>4/26/2023 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 75 | District to Serve<br>No. 75 | Signature of Authorized USMS Deputy or Clerk<br>MARNIE LEHEW Digitally signed by MARNIE LEHEW Date: 2023.04.27 10:28:31 -05'00' | Date<br>4/27/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Sheila Sage, Administrative Asst | Date<br>4/27/2023 | Time<br>9:46 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)*<br>SAA | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

One (1) Deputy for one (1) hour 0 miles

Form USM-285
Rev. 03/21

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| L.W. et al v. Skrmetti et al / United States of America | 3:23-cv-00376 |
| DEFENDANT | TYPE OF PROCESS |
| Tennessee Board of Medical Examiners | Injunction |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of the Tennessee State Attorney General, Registered Agent

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
John Sevier Building, 4th Floor, 500 Dr. Martin L. King, Jr. Blvd., Nashville, TN 37243

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 4/26/2023 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 75 | District to Serve No. 75 | Signature of Authorized USMS Deputy or Clerk MARNIE LEHEW *Digitally signed by MARNIE LEHEW Date: 2023.04.27 10:28:31 -05'00'* | Date 4/27/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Sheila Sage, Administrative Asst. | Date 4/27/2023 | Time 9:46 | ☒ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* SAA | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
One (1) Deputy for one (1) hour 0 miles

Form USM-285
Rev. 03/21

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| Field | Value |
|---|---|
| PLAINTIFF | L.W. et al v. Skrmetti et al / United States of America |
| COURT CASE NUMBER | 3:23-cv-00376 |
| DEFENDANT | Tennessee Board of Medical Examiners, et al (see below) |
| TYPE OF PROCESS | Injunction |

**SERVE AT:**
NAME: Office of the Tennessee State Attorney General, Registered Agent
ADDRESS: John Sevier Building, 4th Floor, 500 Dr. Martin L. King, Jr. Blvd., Nashville, TN 37243

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Phyllis E. Miller, Samantha McLerran, Deborah Christiansen, John W. Hale, Robert Ellis, James Diaz-Barriga, Jennifer Claxton, Randall Pearson, Keith Anderson, John J. McGraw, all in their official capacity at the Tennessee Board of Medical Examiners.

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 4/26/2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 75
District to Serve No. 75
Signature of Authorized USMS Deputy or Clerk: MARNIE LEHEW (Digitally signed by MARNIE LEHEW Date: 2023.04.27 10:28:31 -05'00')
Date: 4/27/2023

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Sheila Sage, Administrative Asst
Date: 4/27/2023
Time: 9:46 ☒ am ☐ pm

Address (complete only different than shown above): SAA

Signature of U.S. Marshal or Deputy: [signature]

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

One (1) Deputy for one (1) hour 0 miles

Form USM-285
Rev. 03/21

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>L.W. et al v. Skrmetti et al / United States of America | COURT CASE NUMBER<br>3:23-cv-00376 |
|---|---|
| DEFENDANT<br>Melanie Blake, President of the Tennessee Board of Medical Examiners | TYPE OF PROCESS<br>Injunction |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Office of the Tennessee State Attorney General, Registered Agent
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  John Sevier Building, 4th Floor, 500 Dr. Martin L. King, Jr. Blvd., Nashville, TN 37243

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>4/26/2023 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 75 | District to Serve<br>No. 75 | Signature of Authorized USMS Deputy or Clerk<br>MARNIE LEHEW *Digitally signed by MARNIE LEHEW Date: 2023.04.27 10:28:31 -05'00'* | Date<br>4/27/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Sheila Sage, Administrative Asst | Date<br>4/27/2023 | Time<br>9:46 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)*<br>SAA | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

One (1) Deputy for one (1) hour 0 miles

Form USM-285
Rev. 03/21

| | |
|---|---|
| **U.S. Department of Justice**<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| L.W. et al v. Skrmetti et al / United States of America | 3:23-cv-00376 |
| DEFENDANT | TYPE OF PROCESS |
| Stephen Loyd, Vice President Tennessee Board of MEdical Examiners | Injunction |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Office of the Tennessee State Attorney General, Registered Agent
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: John Sevier Building, 4th Floor, 500 Dr. Martin L. King, Jr. Blvd., Nashville, TN 37243

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER

DATE: 4/26/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 75 | No. 75 | MARNIE LEHEW — Digitally signed by MARNIE LEHEW Date: 2023.04.27 10:28:31 -05'00' | 4/27/2023 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Sheila Sage, Administrative Asst | 4/27/2023 | 9:46 | ☒ am ☐ pm |

Address *(complete only different than shown above)*: SAA

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

One (1) Deputy for one (1) hour & miles

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
| --- | --- |
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
| --- | --- |
| L.W. et al v. Skrmetti et al / United States of America | 3:23-cv-00376 |
| DEFENDANT | TYPE OF PROCESS |
| Logan Grant, Executive Director of Tennessee Health Facilities Commission | Injunction |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of the Tennessee Attorney General, Registered Agent

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
John Sevier Building, 4th Floor, 500 Dr. Martin L. King, Jr. Blvd., Nashville, TN 37243

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
| --- | --- | --- |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 4/26/2023 |
| --- | --- | --- | --- |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 75 | District to Serve No. 75 | Signature of Authorized USMS Deputy or Clerk MARNIE LEHEW  Digitally signed by MARNIE LEHEW Date: 2023.04.27 10:28:31 -05'00' | Date 4/27/2023 |
| --- | --- | --- | --- | --- | --- |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Sheila Sage, Administrative Asst | Date 4/27/2023 | Time 9:46 | ☒ am ☐ pm |
| --- | --- | --- | --- |
| Address *(complete only different than shown above)* SAA | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

One (1) Deputy for one (1) hour & miles

Form USM-285
Rev. 03/21