IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al., *by and through her parents and next friends, Samantha Williams and Brian Williams*<br><br>　　Plaintiffs,<br><br>v.<br><br>JONATHON SKRMETTI et al.,<br><br>　　Defendants. | NO. 3:23-cv-00376<br>JUDGE RICHARDSON |

## ORDER

Pending before the Court is the United States' motion to intervene. (Doc. No. 38, "Motion"). Defendants filed a response. (Doc. No. 81). By May 12, 2023, the United States SHALL file a reply that addresses the issues raised by Defendants in their response. The Court intends to rule on the Motion as promptly as feasible following the filing of the reply.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　*Eli Richardson*
　　　　　　　　　　　　　　　　　　　　ELI RICHARDSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE