IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

ORDER: The motion is **GRANTED**.

*/s/ Alistair E. Newbern*
Alistair E. Newbern
U.S. Magistrate Judge

L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al.,

*Plaintiffs*

v.

JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.,

*Defendants*

**Civil No. 3:23-cv-00376**
**Judge Richardson**

**Judge Newbern**

# JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby jointly move this Court to enter the proposed and agreed upon Protective Order, attached as Exhibit A. In support of this Motion, the Parties state as follows:

1. This Court has broad authority to regulate discovery and to enter in protective orders pursuant to Federal Rule of Civil Procedure 26.

2. The Parties agree that discovery in this matter will involve the disclosure or production of certain documents, things, and information, by one or more parties, that constitute or contain confidential information, trade secrets, or other priority information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure, and which should be protected by way of an appropriate protective order.

3. The Parties desire to prevent unnecessary dissemination or disclosure of the confidential information.

4. Based upon the foregoing, the Parties agree to abide by the provisions and protections set forth in the proposed Protective Order attached as Exhibit A.

Dated: May 5, 2023

/s/ Stella Yarbrough
Stella Yarbrough, BPR No. 033637
Lucas Cameron-Vaughn, BPR No. 036284**
Jeff Preptit, BPR No. 038451**
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org
Attorneys for the Plaintiffs

Joshua A. Block*
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel.: 212-549-2593
jblock@aclu.org
cstrangio@aclu.org
Attorneys for the Plaintiffs

Sruti J. Swaminathan*
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY 10005
Tel.: 212-809-8585
sswaminathan@lambdalegal.org
Attorney for the Plaintiffs

Avatara A. Smith-Carrington*
Lambda Legal Defense and Education Fund, Inc.
1776 K Street N.W., 8th Floor
Washington DC 20006
Tel.: 202-804-6245
asmithcarrington@lambdalegal.org
Attorney for the Plaintiffs

Jointly submitted by:

Tara Borelli*
Lambda Legal Defense and Education Fund, Inc.
1 West Court Square, Ste. 105
Decatur, GA 30030
Tel.: 404-897-1880
tborelli@lambdalegal.org
Attorney for the Plaintiffs

Joseph L. Sorkin*
Dean L. Chapman, Jr.*
Kristen W. Chin*
Richard J. D'Amato*
Theodore J. Salwen*
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel.: 212-872-1000
jsorkin@akingump.com
dchapman@akingump.com
kristen.chin@akingump.com
rdamato@akingump.com
Attorneys for the Plaintiffs

Elizabeth D. Scott*
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Tel.: 214-969-2800
edscott@akingump.com
Attorney for the Plaintiffs

Christopher J. Gessner*
David Bethea*
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Tel.: 202-887-4000
cgessner@akingump.com
dbethea@akingump.com
***Attorneys for the Plaintiffs***

3

| | |
|---|---|
| */s/Steven J. Griffin*<br>Steven J. Griffin, BPR. No. 40708<br>Clark L. Hildabrand, BPR No. 38199<br>Trenton Meriwether, BPR No. 38577<br>Ryan N. Henry, BPR No. 40028<br>Brooke A. Huppenthal, BPR No. 40276<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 3720<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>clark.hildabrand@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Adam K. Mortara, BPR No. 40089**<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com<br><br>Cameron T. Norris, BPR No. 33467<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com<br>**Attorneys for Defendants** |

*admitted pro hac vice*
**application for admission pending*

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, the undersigned filed the foregoing Joint Motion for Protective Order via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| | |
|---|---|
| Steven J. Griffin<br>Clark L. Hildabrand<br>Trenton Meriwether<br>Ryan N. Henry<br>Brooke A. Huppenthal<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 3720<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>clark.hildabrand@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Tamica Daniel<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 598-9636<br>Tamica.Daniel@usdoj.gov |
| Adam K. Mortara<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com | Alyssa C. Lareau<br>Coty Montag<br>Gloria Yi<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br>Coty.Montag@usdoj.gov<br>Gloria.Yi@usdoj.gov |

| Cameron T. Norris (BPR# 33467) | Ellen Bowden McIntyre |
| --- | --- |
| Consovoy McCarthy PLLC | U.S. Attorney's Office (Nashville) |
| 1600 Wilson Blvd., Suite 700 | 719 Church Street |
| Arlington, VA 22209 | Suite 3300 |
| (703) 243-9423 | Nashville, TN 37203 |
| cam@consovoymccarthy.com | (615) 736-2125 |
| | (615) 401-6626 (fax) |
| | ellen.bowden2@usdoj.gov |

*/s/ Stella Yarbrough*
Stella Yarbrough, BPR No. 033637
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org