IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al., ) | |
| *by and through her parents and next friends,* ) | |
| *Samantha Williams and Brian Williams*, ) | |
| ) | No. 3:23-cv-00376 |
| Plaintiffs, ) | JUDGE RICHARDSON |
| ) | |
| v. ) | |
| ) | |
| JONATHAN SKRMETTI et al., ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, Defendants respectfully move for an extension of their deadline to respond to Plaintiffs' Motion for a Preliminary Injunction, currently set for May 15, 2023. Good cause exists to grant a four (4) day extension of the deadline, up to and including May 19, 2023, which will not prejudice any party or this Court. Later this week, outside counsel for the State will be traveling out of state to attend a memorial service celebrating the life of close friend, partner, and colleague, William Consovoy.[1] At the same time, Clark L. Hildabrand, Deputy Chief of Staff & Senior Counsel, also has a previous commitment out of state to attend a relative's wedding.

Therefore, Defendants respectfully ask the Court to enter an Order granting its motion and extending the time to file its response to May 19, 2023.

---

[1] Clay Risen, *William Consovoy Dies at 48; Took Conservative Cases to Supreme Court*, The New York Times (Jan. 12, 2023), https://www.nytimes.com/2023/01/12/us/william-consovoy-dead.html; Freedom of Thought Project, *William S. Consovoy, 1974-2023*, The Federalist Society (Jan. 11, 2023), https://freedomofthought.fedsoc.org/william-s-consovoy-1974-2023.

1

Counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs have no objection to this motion.

Dated: May 9, 2023                                              Respectfully submitted,

                                                                */s/ Steven J. Griffin*_____

Adam K. Mortara (BPR# 40089)                                    STEVEN J. GRIFFIN (BPR# 40708)
Lawfair LLC                                                     Assistant Attorney General
40 Burton Hills Blvd., Suite 200                                CLARK L. HILDABRAND (BPR# 38199)
Nashville, TN 37215                                             Senior Counsel
(773) 750-7154                                                  TRENTON MERIWETHER (BPR# 38577)
mortara@lawfairllc.com                                          Assistant Attorney General
                                                                RYAN N. HENRY (BPR# 40028)
Cameron T. Norris (BPR# 33467)                                  Assistant Attorney General
Consovoy McCarthy PLLC                                          BROOKE A. HUPPENTHAL (BPR# 40276)
1600 Wilson Blvd., Suite 700                                    Assistant Attorney General
Arlington, VA 22209                                             Office of the Tennessee Attorney General
(703) 243-9423                                                  P.O. Box 20207
cam@consovoymccarthy.com                                        Nashville, Tennessee 3720
*Counsel for Defendants*                                        (615) 741-959
                                                                steven.griffin@ag.tn.gov
                                                                clark.hildabrand@ag.tn.gov
                                                                trenton.meriwether@ag.tn.gov
                                                                ryan.henry@ag.tn.gov
                                                                brooke.huppenthal@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Stella Yarbrough<br>Lucas Cameron-Vaughn<br>Jeff Preptit<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Tel.: 615-320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Joshua A. Block<br>Chase Strangio<br>American Civil Liberties Union Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel.: 212-549-2593<br>jblock@aclu.org<br>cstrangio@aclu.org<br><br>Sruti J. Swaminathan<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Tel.: 212-809-8585<br>sswaminathan@lambdalegal.org<br><br>Avatara A. Smith-Carrington<br>Lambda Legal Defense and Education Fund, Inc.<br>1776 K Street N.W., 8th Floor<br>Washington DC 20006<br>Tel.: 202-804-6245<br>asmithcarrington@lambdalegal.org<br><br>Tara Borelli<br>Lambda Legal Defense and Education Fund, Inc. | Plaintiffs L.W., Samantha Williams, Brian Williams, John Doe, Jane Doe, James Doe, Ryan Doe, Rebecca Doe, and Susan N. Lacy |

| | |
|---|---|
| 1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Tel.: 404-897-1880<br>tborelli@lambdalegal.org<br><br>Joseph L. Sorkin<br>Dean L. Chapman, Jr.<br>Kristen W. Chin<br>Richard J. D'Amato<br>Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel.: 212-872-1000<br>jsorkin@akingump.com<br>dchapman@akingump.com<br>kristen.chin@akingump.com<br>rdamato@akingump.com<br>jsalwen@akingump.com<br><br>Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Tel.: 214-969-2800<br>edscott@akingump.com<br><br>Christopher J. Gessner<br>David Bethea<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, DC 20006<br>Tel.: 202-887-4000<br>cgessner@akingump.com<br>dbethea@akingump.com | |
| Ellen B. McIntyre<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>ellen.bowden2@usdoj.gov<br><br>Alyssa C. Lareau<br>United States Department of Justice<br>Federal Coordination and Compliance Section | Proposed Intervenor-Plaintiff United States of America |

| | |
|---|---|
| 950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br><br>Coty Montag<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2222<br>Coty.Montag@usdoj.gov<br><br>Gloria Yi<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 616-3975<br>Gloria.Yi@usdoj.gov<br><br>Tamica Daniel<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 598-9636<br>Tamica.Daniel@usdoj.gov | |

*/s/ Steven J. Griffin*_____
STEVEN J. GRIFFIN (BPR #40708)
Assistant Attorney General

*Counsel for Defendants*