IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| L.W. et al., | ) | |
| *by and through her parents and next* | ) | |
| *friends, Samantha Williams and Brian* | ) | |
| *Williams* | ) | NO. 3:23-cv-00376 |
| | ) | JUDGE RICHARDSON |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN SKRMETTI et al., | ) | |
| | | |
| Defendants. | | |

**ORDER**

Pending before the Court is Defendants' motion for leave to file excess pages (Doc. No. 83) with respect to their reply (Doc. No. 84) in support of their motion to reset the briefing schedule and consolidate the preliminary injunction hearing with the trial (Doc. No. 74). The Court has entered an order resolving Defendants' motion to reset the briefing schedule and consolidate the preliminary injunction hearing with the trial. (Doc. No. 88). Defendants' motion at Doc. No. 83 is therefore DENIED as moot.

IT IS SO ORDERED.

_Eli Richardson_____

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE