*The motion is granted.*
*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al., *by and through her parents and next friends, Samantha Williams and Brian Williams*, | ) ) ) ) |
| Plaintiffs, | ) No. 3:23-cv-00376 ) JUDGE RICHARDSON |
| v. | ) ) |
| JONATHAN SKRMETTI et al., | ) ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, Defendants respectfully move for an extension of their deadline to respond to Plaintiffs' Motion for a Preliminary Injunction, currently set for May 15, 2023. Good cause exists to grant a four (4) day extension of the deadline, up to and including May 19, 2023, which will not prejudice any party or this Court. Later this week, outside counsel for the State will be traveling out of state to attend a memorial service celebrating the life of close friend, partner, and colleague, William Consovoy.[1] At the same time, Clark L. Hildabrand, Deputy Chief of Staff & Senior Counsel, also has a previous commitment out of state to attend a relative's wedding.

Therefore, Defendants respectfully ask the Court to enter an Order granting its motion and extending the time to file its response to May 19, 2023.

---

[1] Clay Risen, *William Consovoy Dies at 48; Took Conservative Cases to Supreme Court*, The New York Times (Jan. 12, 2023), https://www.nytimes.com/2023/01/12/us/william-consovoy-dead.html; Freedom of Thought Project, *William S. Consovoy, 1974-2023*, The Federalist Society (Jan. 11, 2023), https://freedomofthought.fedsoc.org/william-s-consovoy-1974-2023.

1