ORDER:
The motion is **GRANTED**.

*/s/ Alistair Newbern*
Alistair E. Newbern
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al.,<br>*by and through her parents and next friends,*<br>*Samantha Williams and Brian Williams*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JONATHAN SKRMETTI et al.,<br><br>　　　　Defendants. | No. 3:23-cv-00376<br>JUDGE RICHARDSON |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6.01, Defendants respectfully move to extend the deadline for filing a responsive pleading to Plaintiffs' Complaint until 21 days following the entry of the Court's anticipated order on Plaintiffs' Motion for a Preliminary Injunction. Defendants show the following in support of this Motion.

1. Plaintiffs served Defendants with their Complaint (Doc. No. 1) on April 24, 2023. Accordingly, Defendants' responsive pleading is currently due by May 15, 2023.

2. Defendants are in the process of preparing their response in opposition to Plaintiffs' Motion for Preliminary Injunction (Doc. 24), which was served alongside Plaintiffs' Complaint. Defendants' deadline for responding to the Plaintiffs' Motion for Preliminary Injunction is currently set for May 19, 2023. The Court may thereafter elect to schedule a preliminary injunction hearing.

3. Defendants anticipate that information gathered during the preliminary injunction process, and the Court's ruling on the same, may affect its response to Plaintiffs' Complaint.

1

4. Accordingly, Defendants request an extension of their deadline for filing a responsive pleading until 21 days after the Court has ruled on Plaintiffs' pending preliminary injunction motion.

5. The requested extension will not interfere with the current case management schedule, and it will not cause any unfair prejudice to any other party.

6. Counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs have represented that they do not oppose the relief requested.

For all these reasons, Defendants respectfully request the Court grant their motion and to extend their deadline for filing a responsive pleading until 21 days after this Court rules on Plaintiffs' Motion for Preliminary Injunction.

Dated: May 10, 2023

Respectfully submitted,

*/s/ Brooke A. Huppenthal*

| | |
|---|---|
| Adam K. Mortara (BPR# 40089) | STEVEN J. GRIFFIN (BPR# 40708) |
| Lawfair LLC | Assistant Attorney General |
| 40 Burton Hills Blvd., Suite 200 | CLARK L. HILDABRAND (BPR# 38199) |
| Nashville, TN 37215 | Senior Counsel |
| (773) 750-7154 | TRENTON MERIWETHER (BPR# 38577) |
| mortara@lawfairllc.com | Assistant Attorney General |
| | RYAN N. HENRY (BPR# 40028) |
| Cameron T. Norris (BPR# 33467) | Assistant Attorney General |
| Consovoy McCarthy PLLC | BROOKE A. HUPPENTHAL (BPR# 40276) |
| 1600 Wilson Blvd., Suite 700 | Assistant Attorney General |
| Arlington, VA 22209 | Office of the Tennessee Attorney General |
| (703) 243-9423 | P.O. Box 20207 |
| cam@consovoymccarthy.com | Nashville, Tennessee 3720 |
| *Counsel for Defendants* | (615) 741-959 |
| | steven.griffin@ag.tn.gov |
| | clark.hildabrand@ag.tn.gov |
| | trenton.meriwether@ag.tn.gov |
| | ryan.henry@ag.tn.gov |
| | brooke.huppenthal@ag.tn.gov |

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Stella Yarbrough<br>Lucas Cameron-Vaughn<br>Jeff Preptit<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Tel.: 615-320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Joshua A. Block<br>Chase Strangio<br>American Civil Liberties Union Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel.: 212-549-2593<br>jblock@aclu.org<br>cstrangio@aclu.org<br><br>Sruti J. Swaminathan<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Tel.: 212-809-8585<br>sswaminathan@lambdalegal.org<br><br>Avatara A. Smith-Carrington<br>Lambda Legal Defense and Education Fund, Inc.<br>1776 K Street N.W., 8th Floor<br>Washington DC 20006<br>Tel.: 202-804-6245<br>asmithcarrington@lambdalegal.org<br><br>Tara Borelli | Plaintiffs L.W., Samantha Williams, Brian Williams, John Doe, Jane Doe, James Doe, Ryan Doe, Rebecca Doe, and Susan N. Lacy |

| | |
|---|---|
| Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Tel.: 404-897-1880<br>tborelli@lambdalegal.org<br><br>Joseph L. Sorkin<br>Dean L. Chapman, Jr.<br>Kristen W. Chin<br>Richard J. D'Amato<br>Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel.: 212-872-1000<br>jsorkin@akingump.com<br>dchapman@akingump.com<br>kristen.chin@akingump.com<br>rdamato@akingump.com<br>jsalwen@akingump.com<br><br>Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Tel.: 214-969-2800<br>edscott@akingump.com<br><br>Christopher J. Gessner<br>David Bethea<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, DC 20006<br>Tel.: 202-887-4000<br>cgessner@akingump.com<br>dbethea@akingump.com | |
| Ellen B. McIntyre<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>ellen.bowden2@usdoj.gov | Proposed Intervenor-Plaintiff United States of America |

| | |
|---|---|
| Alyssa C. Lareau<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br><br>Coty Montag<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2222<br>Coty.Montag@usdoj.gov<br><br>Gloria Yi<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 616-3975<br>Gloria.Yi@usdoj.gov<br><br>Tamica Daniel<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 598-9636<br>Tamica.Daniel@usdoj.gov | |

                                                   */s/ Brooke A. Huppenthal*
                                                   BROOKE A. HUPPENTHAL (BPR# 40276)
                                                   Assistant Attorney General

                                                   *Counsel for Defendants*