UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JONATHAN SKRMETTI, et al.,<br><br>    Defendants. | Case No. 3:23-cv-00376<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On May 11, 2023, the parties filed a motion for a discovery dispute conference and a joint discovery dispute statement. (Doc. No. 103.) The motion is GRANTED. A telephone conference with the Magistrate Judge is set on May 17, 2023, at 10:30 a.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge