```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675069357
Cashier ID: chastain
Transaction Date: 05/16/2023
Payer Name: Consovoy McCarthy PLLC
----------------------------------------
PRO HAC VICE
 For: Consovoy McCarthy PLLC
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:       $150.00
----------------------------------------
Paper Check Conversion
 Amt Tendered: $150.00
----------------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00
```

Tiffany Bates

3:23-cv-376 pro hac filing fee