UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., et al.,<br><br> Plaintiffs,<br><br>v.<br><br>JONATHAN SKRMETTI, et al.,<br><br> Defendants. | Case No. 3:23-cv-00376<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a telephonic hearing with counsel for the parties on May 17, 2023, regarding issues raised in their joint discovery dispute statement (Doc. No. 103-1). It became apparent in the hearing that there are already several contested areas of discovery other than those addressed by the parties' joint statement and that implementing certain discovery guidelines at this early stage of the litigation may prevent or narrow further discovery disputes. Accordingly, the Court ORDERS as follows:

Counsel shall meet and confer to identify categories of anticipated discovery for which implementing guidelines or procedures may be appropriate and the nature or scope of such guidelines or procedures. By May 24, 2023, the parties shall file a joint statement of the identified categories of discovery and all agreements reached and any outstanding disputes regarding applicable guidelines or procedures.

A hearing by video is set on May 30, 2023, at 1:00 p.m.

All third-party discovery is STAYED pending the Court's further order after the May 30, 2023 hearing. However, the parties may pursue third-party discovery on which they have agreed.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge