# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

RECEIVED

MAY 16 2023

U.S. District Court
Middle District of TN

**CERTIFICATE OF GOOD STANDING**

I, LYLE W. CAYCE, Clerk of this Court, certify that **Tiffany Bates** was duly admitted to practice in this Court on August 7, 2019, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on May 08, 2023

*Lyle W. Cayce*
LYLE W. CAYCE
Clerk

By: *Steve A. Totora*
Steve A. Totora
Deputy Clerk

**A True Copy**
**Certified May 08, 2023**

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit