IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al., *by and through her parents and next friends, Samantha Williams and Brian Williams* | )<br>)<br>)<br>) NO. 3:23-cv-00376 |
| Plaintiffs, | ) JUDGE RICHARDSON<br>)<br>) |
| v. | )<br>) |
| JONATHAN SKRMETTI et al., | ) |
| Defendants. | |

**ORDER**

Pending before the Court is the United States' motion for a preliminary injunction. (Doc. No. 40, "Motion"). Consistent with the Court's memorandum opinion and order granting the United States' motion to intervene (Doc. No. 108), Defendants' response to the Motion is due no later than May 31, 2023. An optional reply is due no later than seven days after service of the response.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE