IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| L.W., *by and through her parents and next friends, Samantha Williams and Brian Williams*, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 3:23-cv-00376 JUDGE RICHARDSON JUDGE NEWBERN |
| JONATHAN SKRMETTI, *in his official capacity as the Tennessee Attorney General and Reporter*, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' NOTICE OF FILING

Defendants Jonathan Skrmetti, in his official capacity as Tennessee Attorney General and Reporter, Tennessee Department of Health ("TDH"), Ralph Alvarado, in his official capacity as Commissioner of TDH, Tennessee Board of Medical Examiners ("BME"), Melanie Blake, in her official capacity as President of BME, Stephen Lloyd, in his official capacity as Vice President of BME, Randall E. Pearson, Phyllis E. Miller, Samantha McLerran, Keith G. Anderson, Deborah Christiansen, John W. Hale, John J. McGraw, Robert Ellis, James Diaz-Barriga, and Jennifer Claxton, all in their official capacities as members of BME, and Logan Grant, in his official capacity as Executive Director of the Tennessee Health Facilities Commission (collectively "Defendants") file the attached documents in support of their Response in Opposition to Plaintiffs' Motion for Preliminary Injunction:

Exhibit 1      Records regarding Vanderbilt University Medical Center

                  The exhibit is comprised of the following subparts:

A. Kruesi, K., *Social media posts spark calls to investigate Tenn.'s VUMC*, Associate Press, September 21, 2022, https://apnews.com/article/health-social-media-tennessee-nashville-730906b47882692645463fe9546a8695;

B. Brady, C., Cyperski, M., Romano, M., *PATH to Affirmative Medical Care for Transgender/Gender Diverse (TGD) Youth*, previously available at www.youtube.com/%20watch?v=HzLYai7QQ0A*[1];

C. Brady, C., Cyperski, M., Romano, M., *PATH to Affirmative Medical Care for Transgender/Gender Diverse (TGD) Youth*, presentation dated July 14, 2021, www.seaetc.com/wp-content/uploads/2021/07/20210714-PATH-to-Affirmative-Medical-Care-for-Transgender-gender-Diverse-TDG-Youth.pdf;

D. Video of Shayne Sebold Taylor, M.D., Medicine Grand Rounds lecture, 2018, https://twitter.com/%20MattWalshBlog/status/1572313523232931840*;

E. Video of Ellen W. Clayton, M.D., https://twitter.com/%20MattWalshBlog/status/1572313566589468672*;

F. Taylor, Shayne S., *A Primer for Transgender Health*, Southeast/TN AIDS Education and Training Center, January 1, 2019, www.seaetc.com/wp-content/uploads/2019/01/A-Primer-for-Transgender-Health.pdf;

G. Taylor, Shayne S., *Caring for the Transgender Patient: With little evidence; but a lot of love.*, https://slidespiel.com/view/gepy*;

H. Declaration of Shayne Sebold Taylor, MD, filed in *Bongo Productions, LLC et al. v. Carter Lawrence et al.*, No. 3:21-cv-00490 [Doc. No. 7-3];

I. Robbins Plastic Surgery, Before-and-After Photographs, obtained through digital archive www.wayback.archive.org;

J. Declaration of C. Wright Pinson, MBA, MD

K. Declaration of Cassandra C. Brady, MD; and

L. VUMC letter to Honorable Representative Jason Zachary, October 7, 2020.

Exhibit 2   Landén et al., *A systematic review of hormone treatment for children with gender dysphoria and recommendations for research*, Acta Paediatrica, 2023;00:1,12 (April 18, 2023).

Exhibit 3   Expert Declaration of James Cantor, PhD with Curriculum Vitae

Exhibit 4   Expert Declaration of Paul W. Hruz, M.D., PH.D with Curriculum Vitae

Exhibit 5   Expert Declaration of Stephen B. Levine, M.D. with Curriculum Vitae

Exhibit 6   Expert Declaration of Dr. Sven Román with Curriculum Vitae

---

[1] * Video exhibit filed in-person pursuant to Administrative Order No. 205 and provided to counsels of record via an online file sharing platform.

Exhibit 7          Expert Declaration of Michael K. Laidlaw, MD. with Curriculum Vitae
                   (FILED UNDER SEAL)

Exhibit 8          Expert Declaration of Geeta Nangia, M.D. with Curriculum Vitae

Exhibit 9          Coleman, E., Radix, A. E., Bouman, W. P., et al., *Standards of Care for the Health of
                   Transgender and Gender Diverse People*, Version 8, International Journal of
                   Transgender Health, 23:sup1, S1-S259, DOI: 10.1080/26895269.2022.2100644

Exhibit 10         Hembree, W. C., et al*., Endocrine Treatment of Gender-Dysphoric / Gender-Incongruent
                   Persons: An Endocrine Society\* Clinical Practice Guideline*, J. Clin Endocrinal Metlab,
                   November 2017, 102(11):3869-3903, DOI: 10.1210/c.2017-01658

Exhibit 11         Declaration of Chloe Cole

Exhibit 12         Declaration of Helena Kerschner

Exhibit 13         Declaration of Prisha Mosley

Exhibit 14         Declaration of Barbara F.

Exhibit 15         Declaration of John Stiles

Exhibit 16         Declaration of Kellie C.

Exhibit 17         Declaration of Robert Roe

Exhibit 18         Declaration of Yvonne Yoe

Exhibit 19         Declaration of John Noakes

Exhibit 20         Declaration of Jamie Reed

Dated: May 19, 2023                          Respectfully submitted,


                                             /s/ Steven J. Griffin
ADAM K. MORTARA (BPR# 40089)                 STEVEN J. GRIFFIN (BPR# 40708)
Lawfair LLC                                  Assistant Attorney General
40 Burton Hills Blvd., Suite 200             CLARK L. HILDABRAND (BPR# 38199)
Nashville, TN 37215                          Deputy Chief of Staff & Senior Counsel
(773) 750-7154                               TRENTON MERIWETHER (BPR# 38577)
mortara@lawfairllc.com                       Assistant Attorney General
                                             RYAN N. HENRY (BPR# 40028)
CAMERON T. NORRIS (BPR# 33467)               Assistant Attorney General
TIFFANY H. BATES (pro hac vice)              BROOKE A. HUPPENTHAL (BPR# 40276)
Consovoy McCarthy PLLC                       Assistant Attorney General
1600 Wilson Blvd., Suite 700                 Office of the Tennessee Attorney General
Arlington, VA 22209                          P.O. Box 20207
(703) 243-9423                               Nashville, Tennessee 37202
cam@consovoymccarthy.com                     (615) 741-959
tiffany@consovoymccarthy.com                 steven.griffin@ag.tn.gov
                                             clark.hildabrand@ag.tn.gov
*Counsel for Defendants*                     trenton.meriwether@ag.tn.gov
                                             ryan.henry@ag.tn.gov
                                             brooke.huppenthal@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, the undersigned filed the foregoing documents via this Court's electronic filing system or in person pursuant to Administrative Order No. 205. Notice of such filing has been sent to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Stella Yarbrough<br>Lucas Cameron-Vaughn<br>Jeff Preptit<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Tel.: 615-320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br><br>Joshua A. Block<br>Chase Strangio<br>American Civil Liberties Union Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel.: 212-549-2593<br>jblock@aclu.org<br>cstrangio@aclu.org<br><br>Sruti J. Swaminathan<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Tel.: 212-809-8585<br>sswaminathan@lambdalegal.org<br><br>Avatara A. Smith-Carrington<br>Lambda Legal Defense and Education Fund, Inc.<br>1776 K Street N.W., 8th Floor<br>Washington DC 20006<br>Tel.: 202-804-6245<br>asmithcarrington@lambdalegal.org<br><br>Tara Borelli<br>Lambda Legal Defense and Education Fund, Inc. | Plaintiffs L.W., Samantha Williams, Brian Williams, John Doe, Jane Doe, James Doe, Ryan Doe, Rebecca Doe, and Susan N. Lacy |

| | |
|---|---|
| 1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Tel.: 404-897-1880<br>tborelli@lambdalegal.org<br><br>Joseph L. Sorkin<br>Dean L. Chapman, Jr.<br>Kristen W. Chin<br>Richard J. D'Amato<br>Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel.: 212-872-1000<br>jsorkin@akingump.com<br>dchapman@akingump.com<br>kristen.chin@akingump.com<br>rdamato@akingump.com<br>jsalwen@akingump.com<br>Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Tel.: 214-969-2800<br>edscott@akingump.com<br><br>Christopher J. Gessner<br>David Bethea<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, DC 20006<br>Tel.: 202-887-4000<br>cgessner@akingump.com<br>dbethea@akingump.com | |
| Ellen B. McIntyre<br>U.S. Attorney's Office for the Middle District<br>of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>ellen.bowden2@usdoj.gov<br><br>Rascoe S. Dean<br>Assistant United States Attorney<br>719 Church Street, Suite 33<br>Nashville, TN 37203<br>(615) 736-5151 | Proposed Intervenor-Plaintiff United States of America |

rascoe.dean@usdoj.gov

Alyssa C. Lareau
United States Department of Justice
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 305-2994
Alyssa.Lareau@usdoj.gov

Coty Montag
United States Department of Justice
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 305-2222
Coty.Montag@usdoj.gov

Gloria Yi
United States Department of Justice
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 616-3975
Gloria.Yi@usdoj.gov

Tamica Daniel
United States Department of Justice
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 598-9636
Tamica.Daniel@usdoj.gov

*/s/ Steven Griffin*
STEVEN J. GRIFFIN (BPR #40708)
Assistant Attorney General