# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

L.W., by and through her parents and next
friends, Samantha Williams and Brian
Williams, et al.

      Plaintiffs,

      v.

JONATHAN SKRMETTI, in his official
capacity as the Tennessee Attorney General
and Reporter, et al.,

      Defendants.

Civil No. 3:23-cv-00376

**EXPERT DECLARATION OF JAMES CANTOR, PhD**

# Table of Contents

I.    **Credentials and Qualifications** ................................................................. **1**

    A.  Education and professional background ................................................1

    B.  Clinical expertise vs. scientific expertise .........................................3

    C.  The professional standard to evaluate treatment models is to rely on objective assessors, not treatment model users in a conflict of interest with its results. ..........4

II.   **Multiple international health care systems that had initially expanded medicalized transition to include minors have reversed that policy, as research on safety and effectiveness accumulated, in a growing international trend against the medicalized transition of minors.** ................................................................. **7**

    A.  England ................................................................................................7

    B.  Finland ................................................................................................9

    C.  Sweden ..............................................................................................11

    D.  France ...............................................................................................13

    E.  Norway .............................................................................................14

    F.  Assertions by U.S. organizations and officials that there is 'no debate' over medicalized transition are false. ......................15

III.  **Clinical research has a standard *Pyramid of Evidence* that summarizes the relative strength of potential sources of information.** ................................................................. **17**

    A.  Clinical research comprises a standard *Pyramid of Evidence*, wherein studies from higher levels of evidence outrank even more numerous studies from lower levels of research. ......................17

    B.  The highest level of evidence for safety and effectiveness research is the systematic review of clinical experiments ................................18

        1.  Systematic reviews prevent the 'cherry-picking' of studies that favor a particular result ......................19

        2.  Systematic reviews prevent biased assessment of individual studies by uniformly applying standard criteria to each study reviewed. The most widely used criteria set is "GRADE." ......................20

    C.  The highest level experimental study of clinical safety and effectiveness is the Randomized Controlled Trial (RCT). RCTs can demonstrate that a given treatment causes (rather than only correlates with) a given outcome. ...................21

        1.  RCTs, but not lower levels of evidence, overcome biases representing 'regression to the mean' and other factors that can mimic clinical improvement. ......................22

        2.  When a 'no treatment control group' is untenable, RCTs use an 'active comparator' group instead. ......................23

    D.  Cohort studies are the highest level of evidence about medicalized transition currently available. ......................23

    E.  Expert opinion represents the least reliable evidence. ......................23

F.  Surveys and cross-sectional studies cannot demonstrate treatment effectiveness. ...........................................................................24

IV.  **Methodological defects limit or negate the evidentiary value of many studies of treatments for gender dysphoria in minors. ......................................... 25**

A.  In science, to be valid, a claim must be objective, testable, and falsifiable. ..........25
B.  Correlation does not imply causation. ..........................................................25
C.  When two or more treatments are provided at the same time, one cannot know which treatment caused observed changes (i.e., 'confounding')...................26
D.  Extrapolation to dissimilar populations and dissimilar conditions. .......................26
E.  Mental health assessment used for gate-keeping medicalized transition establishes a *selection bias,* creating a statistical illusion of mental health improvement among the selected. ...............................................................28

V.  **Systematic reviews of safety and effectiveness have been conducted by the health care ministries/departments of several governments. They *unanimously* concluded the evidence on medicalized transition in minors to be of poor quality. .................... 30**

A.  Understanding safety and efficacy. ...............................................................30
B.  The McMaster University systematic review of systematic reviews. .....................31
C.  The quality of the systematic reviews from governmental bodies and professional associations. ...........................................................................32
D.  United Kingdom .......................................................................................35
E.  Sweden ...................................................................................................38
F.  Finland ...................................................................................................38
G.  Norway ...................................................................................................39

VI.  **The Endocrine Society, WPATH, and the American Academy of Pediatrics did not conduct systematic reviews of safety and efficacy in establishing clinical guidelines, despite systematic reviews being the foundation and gold standard of evidence-based care. ................................................................................................. 40**

A.  The Endocrine Society reviewed cross-sex hormones, but not puberty blockers. They reviewed safety, but did not review effectiveness research...........40
B.  WPATH reviewed effectiveness, but not the safety of medicalized transition of minors....................................................................................................41
C.  The American Academy of Pediatrics did not conduct a systematic review either of safety or effectiveness. ....................................................................45

VII.  **Definitions of sex, gender identity, and gender dysphoria. .......................... 45**

A.  Sex and sex-assigned-at-birth represent objective features.....................................45
B.  Gender identity refers to subjective feelings that cannot be defined, measured, or verified by science. ...................................................................47

VIII.  **Gender Dysphoria is a mental health diagnosis. ......................................... 48**

IX.  **Distinct mental health phenomena must not be—but frequently are—confused or conflated. ................................................................................................. 49**

ii

A. Adult-Onset Gender Dysphoria consists predominantly of males sexually attracted to females.....................................................................................49

B. Childhood-onset gender dysphoria (prepubertal-onset) is a distinct phenomenon characterized by high rates of desistance in the absence of social or medical transition.......................................................................50

    1. Eleven cohort studies followed children not permitted social transition, all showing the majority to desist feeling gender dysphoric upon follow-up after puberty. ...............................................50

    2. One cohort study followed children who were permitted social transition. In contrast with children not permitted to transition socially, most persisted in expressing gender dysphoria. ...................53

    3. There is no reliable method for predicting for which children who present with gender dysphoria will persist versus desist. ...................54

    4. Temple Newhook's attempts to dismiss evidence of high rates of desistance from childhood gender dysphoria are invalid............................56

C. Adolescent-Onset Gender Dysphoria, the predominant clinical population today, is a distinct and largely unstudied phenomenon...........................................59

**X. Suicide and suicidality are distinct phenomena representing different mental health issues and indicating different clinical needs. ................................ 61**

A. Rates of suicidality among all adolescents have skyrocketed with the advent of social media...........................................................................61

B. *Suicidality* is substantially more common among females, and *suicide,* among males. Sexual orientation is strongly associated with suicidality, but much less associated with suicide. ...............................................62

C. There is no evidence that medicalized transition reduces rates of suicide or suicidality. ...............................................................................63

**XI. Mental health profiles differ across adult-, adolescent-, and childhood-onset gender dysphoria. ................................................................ 67**

A. Mental health issues in Adult-Onset Gender Dysphoria. ...........................67

B. Mental health issues in Childhood-Onset Gender Dysphoria. ...................67

C. Mental health issues in Adolescent-Onset Gender Dysphoria (ROGD). ...............69

D. Neuroimaging studies have associated brain features with sex and with sexual orientation, but not gender identity. ...........................................71

**XII. Medicalized transition of gender remains *experimental,* lacking causal evidence of mental health improvement. ................................................ 73**

A. Criteria distinguishing *'experimental'* from *'established'*. ..................73

B. International consensus explicitly regards gender transition to be experimental. ...............................................................................73

C. Claims that medical transition is "medically necessary" are undefined, unsupported, and self-interested.............................................75

D. WPATH repeatedly warns of untested hypotheses, continuing unknowns, and lack of research.........................................................76

iii

XIII. **There have been 11 cohort studies of puberty blockers and cross-sex hormones in minors. They provide no reliable evidence of effectiveness for improving mental health relative to mental health treatments that lack medical risk. ........................... 79**

    A. Of the cohort studies, four found little to no improvement in mental health. ........80

    B. Six of the cohort studies confounded medical treatment with psychotherapy. .......82

    C. Two found no advantage of medicalization over psychotherapy. ...........................84

    D. One failed to report whether psychotherapy was provided. ....................................86

XIV. **Known and potential harms associated with administration of puberty blockers and cross-sex hormones to children and adolescents. ....................................................... 88**

    A. Sterilization without proven fertility preservation options.....................................89

    B. Permanent loss of capacity for breast-feeding in adulthood. ..................................89

    C. Lifetime lack of orgasm and sexual function. ........................................................90

    D. Hormonal treatments during puberty interfere with neurodevelopment and cognitive development. ...........................................................................................90

    E. Substantially delayed puberty is associated with medical harms............................92

    F. Elevated risk of Parkinsonism in adult females. .....................................................92

    G. Reduced bone density..............................................................................................92

    H. Short-term/Immediate side-effects of puberty blockers include sterile abscesses, leg pain, headache, mood swings, and weight gain. .............................94

    I. Long-term use of cross-sex hormones in adult transsexuals is associated with unfavorable lipid profiles (cholesterol and triglycerides) and other issues............95

XV. **Assertions that puberty blockers act only as a "fully reversible" "pause button" are not supported by scientific evidence. ............................................................................ 96**

    A. Stopping puberty does not stop time: Patients' peers continue to develop and mature, with patients falling increasingly behind. .....................................................97

    B. Blocking puberty blocks the awareness of sexuality and sexual orientation that can play an important role in the individual's understanding of gender identity.....................................................................................................................98

    C. Blocking puberty may block development of adult decision-making capacity. .....99

    D. Time spent on puberty blockers poses significant opportunity costs. ....................99

XVI. **Assessments of clinical guidelines, standards, and position statements. ....................101**

    A. The Dutch Protocol (aka Dutch Approach)...........................................................101

    B. World Professional Association for Transgender Health (WPATH)......................103

    C. Endocrine Society (ES). .......................................................................................104

    D. American Academy of Pediatrics (AAP). .............................................................105

XVII. **Assessment of plaintiffs' experts' reports................................................................106**

    A. Adkins ...................................................................................................................107

    B. Antommaria ..........................................................................................................111

    C. Janssen ..................................................................................................................117

    D. Turban ...................................................................................................................118

**References** .............................................................................................**126**

**LIST OF APPENDICES** ...........................................................................**144**

# I. Credentials and Qualifications

## A. Education and professional background

1.      I am a sexual behavior scientist, with an internationally recognized record studying the development of human sexualities, and an expert in research methodology of sexuality. My curriculum vitae is attached as Appendix 1 to this report. My publication record includes both biological and non-biological influences on sexuality, ranging from pre-natal brain development, through adulthood, to senescence. The primary, but not exclusive, focus of my own research studies has been the development of atypical sexualities. In addition to the studies I myself have conducted, I am regularly consulted to evaluate the research methods, analyses, and proposals from sexual behavior scientists throughout the world. The methodologies I am qualified to assess span the neurochemical and neuroanatomic level, individual behavioral level, and social and interpersonal levels.

2.      I am trained as a clinical psychologist and neuroscientist, and I am the author of over 50 peer-reviewed articles in my field, spanning the development of sexual orientation, gender identity, hypersexuality, and atypical sexualities collectively referred to as *paraphilias*. Although I have studied many atypical sexualities, the most impactful of my work has been MRI and other biological studies of the origins of pedophilia. That work has revolutionized several aspects of the sex offender field, both with regard to the treatment of offenders and to the prevention of sexual abuse of children. In 2022, I received the Distinguished Contribution Award from the Association for the Treatment and Prevention of Sexual Abuse in recognition of my research and its integration into public policy. My efforts in this regard have been the subject of several documentary films.

3.      Over my academic career, my posts have included Senior Scientist and Psychologist at the Centre for Addiction and Mental Health (CAMH), and Head of Research for CAMH's Sexual

1

Behaviour Clinic. I was on the Faculty of Medicine of the University of Toronto for 15 years and have served as Editor-in-Chief of the peer reviewed journal, *Sexual Abuse*. That journal is one of the top-impact, peer-reviewed journals in sexual behavior science and is the official journal of the Association for the Treatment and Prevention of Sexual Abuse. In that appointment, I was charged to be the final arbiter for impartially deciding which contributions from other scientists in my field merited publication. I believe that appointment indicates not only my extensive experience evaluating scientific claims and methods, but also the faith put in me by the other scientists in my field. I have also served on the Editorial Boards of *The Journal of Sex Research*, the *Archives of Sexual Behavior*, and *Journal of Sexual Aggression*. I am currently the Director of the Toronto Sexuality Centre in Canada. Thus, although I cannot speak for other scientists, I regularly interact with and am routinely exposed to the views and opinions of most of the scientists active in our field today, within the United States and throughout the world.

4.      For my education and training, I received my Bachelor of Science degree from Rensselaer Polytechnic Institute, where I studied mathematics, physics, and computer science. I received my Master of Arts degree in psychology from Boston University, where I studied neuropsychology. I earned my doctoral degree in psychology from McGill University, which included successfully defending my doctoral dissertation studying the effects of psychiatric medication and neurochemical changes on sexual behavior, and included a clinical internship assessing and treating people with a wide range of sexual and gender identity issues.

5.      I have a decades-long, international, and award-winning history of advocacy for destigmatizing people with atypical sexualities. While still a trainee in psychology, I founded the American Psychological Association's (APA) Committee for Lesbian, Gay, and Bisexual Graduate Students. Subsequently, I have served as the Chair for the Committee on Science Issues

for APA's Division for the Psychology of Sexual Orientation and Gender Diversity and was appointed to its Task Force on Transgender Issues. Throughout my career, my writings and public statements have consistently supported rights for transgender populations and the application of science to help policy-makers best meet their diverse needs. Because my professional background also includes neurobiological research on the development of other atypical sexualities, I have become recognized as an international leader also in the destigmatizing of the broader range of human sexuality patterns.

6.      I am highly experienced in the application of sex research to forensic proceedings:  I have served as the Head of Research for the Law and Mental Health Program of the University of Toronto's psychiatric teaching hospital, the Centre for Addiction and Mental Health, where I was appointed to the Faculty of Medicine.

7.      I have served as an expert witness in 21 cases in the past four years, as listed on my *curriculum vitae*. These cases included criminal, civil, and custody proceedings, preliminary injunction and Frye hearings, as well as trials. I have testified in courts in Canada and throughout the U.S., including Alabama, Arizona, Florida, Illinois, Indiana, Kansas, Kentucky, Massachusetts, New York, Texas, Utah, and West Virginia. I have provided expert testimony concerning the nature and origins of atypical sexualities, as well as concerning gender dysphoria and gender identity in children.

8.      For my work in this case, I am being compensated at the hourly rate of $400 per hour. My compensation does not change based on the conclusions and opinions that I provide here or later in this case or on the outcome of this lawsuit.

### B. Clinical expertise vs. scientific expertise

9.      In clinical science, there are two kinds of expertise: Clinicians' expertise regards

applying general principles to the care of an individual patient and the unique features of that case. A scientist's expertise is the reverse, accumulating information about many individual cases and identifying the generalizable principles that may be applied to all cases. Thus, different types of decisions may require different kinds of experts, such that questions about whether a specific patient represents an exception to the general rule might be better posed to a physician's expertise, whereas questions about establishing the general rules themselves might be better posed to a scientist's.

10.     In legal matters, the most familiar situation pertains to whether a given clinician correctly employed relevant clinical standards. Often, it is other clinicians who practice in that field who will be best equipped to speak to that question. When it is the clinical standards that are themselves in question, however, it is the experts in the assessment of scientific studies who are the relevant experts.

## C. The professional standard to evaluate treatment models is to rely on objective assessors, not treatment model users in a conflict of interest with its results.

11.     I describe in a later section the well-recognized procedures for conducting reviews of literature in medical and scientific fields to evaluate the strength of evidence for particular procedures or treatments. Importantly, the standard procedure is for such evaluations to be conducted by objective assessors with expertise in the science of assessment, and not by those with an investment in the procedure being assessed. Because the people engaged in providing clinical services are necessarily in a conflict of interest when claiming that their services are effective, formal evaluations of evidence are routinely conducted by those *without* direct professional involvement and thus without financial or other personal interest in whether services are deemed to be safe or effective. This routine practice standard is exemplified by all of the only three

4

systematic, comprehensive research reviews that have been conducted concerning the safety and efficacy of puberty blockers and cross-sex hormones as treatments for gender dysphoria in children.

12.     In 2020, England's National Health Service (NHS) commissioned a major review of the use of puberty blockers and cross-sex hormones in children and young people and appointed prominent pediatrician Dr. Hilary Cass to lead that review, explicating that "Given the increasingly evident polarization among clinical professionals, Dr. Cass was asked to chair the group as a senior clinician with *no prior involvement* or fixed views in this area." (Cass 2022 at 35, italics added.) Dr. Cass's committee in turn commissioned formal systematic reviews of evidence from the England National Institute for Health & Care Excellence (NICE), a government entity of England's Department of Health and Social Care, established to provide guidance to health care policy, such as by conducting systematic reviews of clinical research, but without direct involvement in providing treatment to gender dysphoric individuals. (https://www.nice.org.uk/.) Similarly, the Finnish health care council commissioned its systematic review to an external firm, Summaryx Oy. (Pasternack 2019.) Summaryx Oy is a "social enterprise" (a Finnish organization analogous to a non-profit think-tank) that conducts systematic research reviews and other analyses for supporting that nation's medical and social systems. Its reviews are conducted by assessment professionals, not by clinicians providing services. (www.summaryx.eu/en/.) The systematic review by Sweden's National Board of Health and Welfare (NBHW) included four experts. (SBU Scoping Review 2019.) In addition to their own research fields, they provided clinical services in areas adjacent to but apart from gender dysphoric children, such as physical disorders of sexual development (Dr. Berit Kriström) or gender dysphoria in adults (Dr. Mikael Landén).

13.     My own most-cited peer-reviewed paper relating to gender dysphoria in minors

illustrates the expertise in the evaluation of scientific evidence that I have and am recognized for. That is, that paper provided not clinical advice or a clinical study, but rather a review and interpretation of the available evidence concerning desistance in children who suffer from gender dysphoria, as well as of evidence (and lack of evidence) concerning the safety and efficacy of medical transition to treat gender dysphoria in minors. (Cantor 2019.)

14.     My extensive background in the assessment of sexuality research and in the development of human sexuality places me in exactly the position of objectivity and freedom from conflict-of-interest required by the universal standards of medical research science.

15.     I do not offer opinions about the best public policy. Multiple jurisdictions have attempted multiple different means of implementing that science into various public policies. Although I accept as an axiom that good public policy must be consistent with the scientific evidence, science cannot objectively assess societal values and priorities. Therefore, my opinions summarize and assess the science on which public policy is based, but I can offer no opinion regarding which public policy mechanisms would be best in light of that science.

## II. Multiple international health care systems that had initially expanded medicalized transition to include minors have reversed that policy, as research on safety and effectiveness accumulated, in a growing international trend against the medicalized transition of minors.

16. Medicalized interventions for minors originated in European clinics (most prominently in the Netherlands and Sweden), and these precedents (and in particular the so-called "Dutch Protocol") are frequently cited by American clinicians. However, growing concerns about safety together with the continuing absence of reliable evidence of benefit even after more than 20 years of experience have led respected and far-from "conservative" European health care ministries to step back and discourage or even cease providing medicalized transition of minors, other than in exceptional and carefully limited circumstances, such as within registered and approved research trials. Instead, these authorities now endorse psychotherapy as the treatment of choice for minors, with medical interventions representing a method of last resort, if permitted at all. These range from medical advisories to outright bans on the medical transition of minors. I provide details concerning these policy changes below, and provide additional details regarding the underlying systematic reviews in Section II and VI below.

### A. England

17. The National Health Service (NHS) of the United Kingdom centralized gender counselling and transitioning services into a single clinic, the Gender Identity Development Service (GIDS) of the Tavistock and Portman NHS Foundation Trust. Between 2008 and 2018, the number of referrals to the clinic had increased by a factor of 40, leading to a government inquiry into the causes. (Rayner 2018.) The GIDS was repeatedly accused of approving and endorsing medical transition in minors without adequate justification, including by 35 members of the GIDS own staff, who resigned by 2019. (BBC News 2021; Donnelly 2019). An ex-governor and psychotherapist of the Trust who resigned, Marcus Evans, said staff feared being called

transphobic, which was impacting their objectivity in their work. (Doward 2019).

18. In 2020, a former patient of the GIDS, Keira Bell, brought a lawsuit alleging that the GIDS practices with respect to prescribing puberty blockers for minors were unproven and potentially harmful in ways that meant that it was impossible for minors to give meaningful informed consent. After taking extensive expert evidence, the trial court concluded that puberty blockers might have "potentially irreversible" and "life-changing" effects on a young person (*Bell v. Tavistock*, [2020] EWHC 3274 (Admin), ¶148, 151), that there was "very limited evidence as to its efficacy" (¶134) such that "it is right to call the treatment experimental" (¶148), and that use of puberty blockers almost always led to use of cross-sex hormones that "may well lead to a loss of fertility" (¶¶ 137-138). While an appeals court later concluded that the trial court had exceeded the proper role of the court in making factual findings on these questions, the appeals court acknowledged that "Medical opinion is far from unanimous about the wisdom of embarking on treatment before adulthood. The question raises not only clinical medical issues but also moral and ethical issues, all of which are the subject of intense professional and public debate." (Bell v. Tavistock 2021 at ¶3.)

19. Perhaps prompted by the Kiera Bell litigation, also in 2020 the English National Health Service ("NHS") commissioned the thorough independent review of the use of puberty blockers and cross-sex hormones to be chaired by Dr. Cass that I have described above. After an extensive process that included obtaining the systematic reviews of all published studies bearing on safety or efficacy of these hormonal interventions in minors as well as "extensive" listening sessions with clinicians, patients, and families, in February 2022 Dr. Cass issued an extensive "Interim Report" summarizing the state of the relevant medical science and in particular highlighting the presence of serious but unstudied risks, and the lack of strong evidence of efficacy. I will quote specific

8

items from Dr. Cass's Report as relevant to specific topics below. At a high level, Dr. Cass concluded that to date there has been "very limited research on the sexual, cognitive, or broader developmental outcomes" from the use of puberty blockers for gender dysphoria (Cass 2022 at 19), that it is an unanswered question "whether the evidence for the use and safety of [puberty blockers] is strong enough as judged by reasonable clinical standards" (at 37), and that "the available evidence was not strong enough to form the basis of a policy position" with regard to use of both puberty blockers and cross-sex hormones in minors (at 35).

20.     Following issuance of Dr. Cass's Interim Report, the English NHS has published a consultation document concerning a proposed revised service specification under which "NHS England will only commission [puberty blockers] in the context of a formal research protocol." (NHS Interim Service Specification at 12.)

## B. Finland

21.     In Finland, minors were made eligible for medicalized transition in 2011 by that country's health care service, the Council for Choices in Health Care in Finland (COHERE). Assessments of mental health and preparedness were centralized by law into two research clinics, Helsinki University Central Hospital and Tampere University Hospital.

22.     In 2019, the Service Selection Council (Palko) of the Finnish Ministry of Social Affairs and Health commissioned a systematic review of the effectiveness and safety of medicalized transition (Pasternack 2019), and in 2020, Finnish researchers published an analysis of the outcomes of adolescents diagnosed with transsexualism and receiving cross-sex hormone treatment in Finland's Tampere University Hospital. (Kaltiala 2020.) Despite the purpose of medical transition being to improve mental health, the study showed:

> Medical gender reassignment is not enough to improve functioning and relieve psychiatric comorbidities among adolescents with gender dysphoria. Appropriate

interventions are warranted for psychiatric comorbidities and problems in adolescent development. (Kaltiala 2020 at 213.)

They concluded that the youth who were functioning well after transition were those who were already functioning well before transition, and those who were functioning poorly before transition continued to function poorly after transition.

23. Importantly, the results of this study exemplify why correlations reported from surveys cannot be interpreted as evidence of causality. Mental health assessment would exclude the most poorly functioning youth from among those permitted to transition, but transition itself did not improve the functioning of those who were permitted to transition.

24. Consistent with the results of the independent evidence review by Summaryx Oy and analysis of the ethical issues involved, Finland's health care service ended the surgical transition of minors, ruling in 2020 that "Surgical treatments are not part of the treatment methods for dysphoria caused by gender-related conflicts in minors." (COHERE Summary 2020.) The review of the research concluded that "[N]o conclusions can be drawn on the stability of gender identity during the period of disorder caused by a psychiatric illness with symptoms that hamper development." (COHERE Summary 2020.) COHERE also greatly restricted access to puberty-blocking and cross-sex hormonal treatments, explicating that they may be considered for minors "only if it can be ascertained that their identity as the other sex is of a permanent nature and causes severe dysphoria," and only "if the need for it continues *after* [any] other psychiatric symptoms have *ceased* and adolescent development is progressing normally." (COHERE Summary 2020, italics added.) They restricted the procedures to their centralized research clinics. The council was explicit in noting the lack of research needed for decision-making, "There is also a need for more information on the disadvantages of procedures and on people who regret them." (COHERE Summary 2020.) In light of the special developmental and ethical considerations surrounding

minors, COHERE recommended that "no decisions should be made that can permanently alter a still-maturing minor's mental and physical development." (COHERE Recommendation 2020 at 7.)

## C. Sweden

25.    Sweden's national health care policy regarding trans issues has developed quite similarly to that of the UK. Already in place 20 years ago, Swedish health care policy permitted otherwise eligible minors to receive puberty-blockers beginning at age 14 and cross-sex hormones at age 16. At that time, only small numbers of minors sought medical transition services. An explosion of referrals ensued in 2013–2014. Sweden's Board of Health and Welfare ("Socialstyrelsen") reported that, in 2018, the number of diagnoses of gender dysphoria was 15 times higher than 2008 among girls ages 13–17. (Swedish Socialstyrelsen Support 2022 at 15.)

26.    Sweden has long been very accepting with regard to sexual and gender diversity. In 2018, a law was proposed to lower the age of eligibility for surgical care from age 18 to 15, remove the requirement for parental consent, and lower the legal age for change of gender to age 12. A series of cases of regret and suicide following medical transition were reported in the Swedish media. (Orange 2020.) In 2019, the Swedish Agency for Health Technology Assessment and Assessment of Social Services (SBU) therefore initiated its own systematic review of the research.   The SBU released English-language results first as a summary and then published as a peer reviewed article. (Ludvigsson et al., 2023.)  Like the UK, the Swedish investigation employed standardized review methods to ensure the encapsulation of the all the relevant evidence and came to the same conclusions: "This systematic review of almost 10,000 screened abstracts suggests that long-term effects of hormone therapy on psychosocial and somatic health are unknown, except that GnRHa treatment seems to delay bone maturation and gain in bone mineral density." (Ludvigsson 2023 at 12.)  They emphasized, "The absence of long-term studies is worrying

because many individuals start treatment as minors (<18 years) and CSHT is lifelong." (Ludvigsson 2023 at 10.) Regarding the full set of studies, "No randomised controlled trials were found, but we could identify 24 relevant observational studies. However, these were limited by methodological weaknesses, for instance lack of or inappropriate control group, lack of intra-individual analyses, high attrition rates that precluded conclusion to be drawn." (Ludvigsson 2023 at 9–10.)

27.     In 2021, the leading Swedish pediatric gender clinic, at the Karolinska Institute, issued a new policy statement in which it stated that the Swedish evidence review "showed a lack of evidence for both the long-term consequences of the treatments, and the reasons for the large influx of patients in recent years." (Karolinska 2021.) The Karolinska Institute further stated that "These treatments are potentially fraught with extensive and irreversible adverse consequences such as cardiovascular disease, osteoporosis, infertility, increased cancer risk, and thrombosis." In a dramatic reversal of its policy, the Institute announced that "In light of the above, and based on the precautionary principle, which should always be applied, it has been decided that hormonal treatments (i.e., puberty blocking and cross-sex hormones) will not be initiated in gender dysphoric patients under the age of 16." Further, the Karolinska clinic announced that patients ages 16–18 would receive such treatments *only* within research settings (clinical trials monitored by the appropriate Swedish research ethics board). (Karolinska 2021.)

28.     In 2022, the Swedish National Board of Health and Welfare published a major new national policy document concerning "Support, investigation and hormone therapy in gender incongruence in children and youth," including an English-language summary. (Swedish Socialstyrelsen Support 2022.) The National Board of Health noted "the continued lack of reliable scientific evidence concerning the efficacy and the safety of both [puberty blockers and cross-sex

hormones],” and concluded (based on the commissioned evidence reviews) that “the evidence on treatment efficacy and safety is still insufficient and inconclusive for all reported outcomes. Further, it is not possible to determine how common it is for adolescents who undergo gender-affirming treatment to later change their perception of their gender identity or interrupt an ongoing treatment.” As a result, the Board of Health concluded that, “[f]or adolescents with gender incongruence, the . . . risks of puberty suppressing treatment with GnRH-analogues and gender-affirming hormonal treatment currently outweigh the possible benefits.” (Swedish Socialstyrelsen Support 2022 at 10-12.) Accordingly, the Swedish Board of Health and Welfare “recommends restraint when it comes to hormone treatment.” (Swedish Socialstyrelsen Updated Recommendations 2/22/22.)

## D. France

29.     While medical authorities in France have not issued any actual restriction, in 2022, the Académie Nationale de Médecine of France issued a strongly worded statement, citing the Swedish ban on hormone treatments:

> [A] great medical caution must be taken in children and adolescents, given the vulnerability, particularly psychological, of this population and the many undesirable effects, and even serious complications, that some of the available therapies can cause…such as impact on growth, bone fragility, risk of sterility, emotional and intellectual consequences and, for girls, symptoms reminiscent of menopause.” (Académie Nationale de Médecine 2022.)

For hormones, the Académie concluded “the greatest reserve is required in their use,” and for surgical treatments, “[T]heir irreversible nature must be emphasized.” The Académie warned “the risk of over-diagnosis is real, as shown by the increasing number of transgender young adults wishing to ‘detransition’.” Rather than medical interventions, it advised health care providers “to extend as much as possible the psychological support phase.” The Académie reviewed and emphasized the evidence indicating the very large and very sudden increase in youth requesting

medical transition. It attributed the change, not to society now being more accepting of sexual diversity, but to social media, "underlining the addictive character of excessive consultation of social networks which is both harmful to the psychological development of young people and responsible, for a very important part, of the growing sense of gender incongruence." (Académie Nationale de Médecine 2022.)

## E. Norway

30. In 2022, Norway's Healthcare Investigation Board (Ukom) began a review of that country's guidelines for the medicalized transition of minors. (Block, Norway's Guidance, 2023.) In 2023, it released its report, which concluded that the evidence for the use of puberty blockers and cross-sex hormone treatments in youth was insufficient, and acknowledged the international recognition of the dearth of evidence of safety and effectiveness. The report deemed medicalized transition to be experimental. (Ukom 2023, Summary and Section 11.) The report faulted the existing Norwegian guidelines, published in 2020, for concentrating on "equality and rights" while "deviating from the requirements for the development of knowledge-based guidelines." (Ukom 2023, Summary.)

31. The Norwegian report concluded that "The knowledge base, especially research-based knowledge for gender-affirming treatment (hormonal and surgical), is insufficient and the long-term effects are little known" and that "This applies particularly to the teenage population, which accounts for a large part of the increase in referrals to the specialist health service in the last decade." (Ukom 2023, Summary and Section 7.)

32. In an interview about the report with the *British Medical Journal,* the Ukom Medical Director, Stine Marit Moen, said, "We're concerned that there may be undertreatment, overtreatment, and the wrong treatment" and added:

We've seen a marked increase in referrals to specialised healthcare services in Norway for teenagers, as seen in many other western countries, and nobody knows the reason. The stability of the gender dysphoria of these teenagers is not known, and the evidence of long term effects of gender affirming treatments for this young population is insufficient. (Block, Norway's Guidance, 2023.)

33.     Ukom noted that referrals to its national treatment service increased by a factor of eight between 2007 and 2018, and that this increase was largely from young biological females. Seventy-five percent of the referrals to its National Treatment Service had other co-morbid psychiatric diagnoses, including not only depression and anxiety but also autism spectrum disorders, ADHD, and Tourette's Syndrome. (Ukom 2023, Summary and Section 7.)

## F.  Assertions by U.S. organizations and officials that there is 'no debate' over medicalized transition are false.

34.     The international consensus is clearly demonstrated by the multiple recent analyses, statements, and policy decisions from the health care service systems around the world. These include England's National Health Service, which noted the "Scarce and inconclusive evidence to support clinical decision making [which] has led to a lack of clinical consensus on what the best model of care for children and young people experiencing gender incongruence and dysphoria should be." (NHS 2022 at 5.)

35.     As these several recent national policy reviews, statements, and recommendations make very clear, there is a great deal of doubt and debate among the sophisticated international medical and mental health community as to whether the administration of puberty blockers and cross-sex hormones to children and young people is the best clinical practice, and as to whether these treatments have been shown to be safe and effective. Indeed, the lack of scientifically reliable data concerning safety and efficacy highlighted by the systematic evidence reviews commissioned by the English National Health Service, by the Swedish National Board of Health and Welfare, and by the Finnish Council for Choices in Health Care in Finland have caused those national health

authorities and others to move sharply away from approving puberty blockers, cross-sex hormones, or surgery for minors.

36.     In this report, I explain the evidence and lack of evidence behind that doubt, that debate, and the emerging international consensus of caution reflected in the several recent European policy statements or changes.

## III. Clinical research has a standard *Pyramid of Evidence* that summarizes the relative strength of potential sources of information.

37. The widely accepted starting point in evidence-based medicine is the recognition that clinical experiences and recollections of individual practitioners (often called "expert opinion" or "clinical anecdote") do not and cannot provide a reliable, scientific basis for treatment decisions. Rather, in evidence-based medicine, clinical decision-making is based on objectively demonstrated evidence of outcomes from the treatment options. An essential first step in evidence-based medicine is identifying the relevant findings from among the immense flood of clinical journal articles published each year. Those studies and the evidence they report are then assessed according to the strength offered by the research methods used in each study. The research methods used in a study determine its reliability and generalizability, meaning the confidence one may have that using the same treatment again will have the same result again on other people. In this section, I explain the well-accepted criteria for evaluating the evidentiary value of clinical studies.

### A. Clinical research comprises a standard *Pyramid of Evidence*, wherein studies from higher levels of evidence outrank even more numerous studies from lower levels of research.

38. The accepted hierarchy of reliability for assessing clinical outcomes research is routinely represented as a "Pyramid of Evidence" (Figure 1). Scientific questions are not resolved by the number of studies coming to one versus another conclusion. Studies representing higher levels of evidence outrank studies from lower levels. Even large numbers of lower-level studies cannot overcome a study representing a higher level of evidence. Indeed, because lower-level studies are generally faster and less expensive to conduct, it is typical for them to outnumber higher level studies. This is the property meant to be reflected by the pyramid's shape, which is larger at the base and smaller at the apex.

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 24 of 191 PageID #: 1112

**Figure 1: Pyramid of Standards of Evidence**



**Source: OpenMD. Retrieved from https://openmd.com/guide/levels-of-evidence.**

## B. The highest level of evidence for safety and effectiveness research is the systematic review of clinical experiments.

39.     The most reliable and conclusive method of determining what is actually known or not known with respect to a particular treatment is the *systematic review.* Systematic reviews employ standardized procedures to assess comprehensively all available evidence on an issue, minimizing opportunities for bias in gathering and evaluating research evidence. As described by Dr. Gordon Guyatt, the internationally recognized pioneer in medical research who invented the term *evidence-based medicine,* "A fundamental principle to the hierarchy of evidence [is] that optimal clinical decision making requires systematic summaries of the best available evidence." (Guyatt 2015 at xxvi.)

40.     I note that Dr. Antommaria's report for the plaintiffs correctly indicated that "It is best practice to ascertain the studies via systematic reviews of the literature." (Antommaria Report at 6.) Missing from Dr. Antommaria's report is that none of the systematic reviews he cited were systematic reviews of safety and efficacy, both of which are necessary for assessing the risk:benefit

ratio of a treatment. Moreover, I note that none of the plaintiffs' other experts cited any systematic reviews at all, failing to meet the standard Dr. Antommaria and I indicated.

## 1. Systematic reviews prevent the 'cherry-picking' of studies that favor a particular result.

41.     Because systematic reviews are designed to prevent researchers from including only the studies they favor and other biases, systematic reviews are the routine starting point for developing clinical practice guidelines. (Moher 2009.) The methods of a systematic review include:

- Define the scope, including the "PICO": Population/Patient, Intervention, Comparison/Control, and Outcome(s);
- Select and disclose the keywords used to search the (massive) available clinical research database(s) for potentially relevant articles, identify the databases they were applied to, and the date(s) of the searches, including any subsequent updates;
- Select and disclose the inclusion/exclusion criteria to be used to filter the "hits" from the keyword searches to identify research studies to be included in the detailed review;
- Review abstracts to select the final set of studies, using at least two independent reviewers to allow for measuring inter-rater reliability on the criteria;
- Code each study's results impacting the research question(s), disclosing the list of all studies and the results coded from each;
- Evaluate the reliability of the results [risk of bias] of each included study, applying uniform criteria across them all.

42.     As detailed in Section V, several systematic reviews have been conducted of the outcomes of medicalized transition of gender in minors. Their conclusions are highly consistent with each other. Much of the expert testimony offered by plaintiffs' experts, however, depends on levels of evidence far lower on the pyramid of evidence (e.g., "expert opinion") or beneath the pyramid entirely (e.g., survey studies) while ignoring the thorough, high-quality systematic reviews available in the research literature. Doing so is in direct conflict with foundational principles of evidence-based medicine.

19

## 2. Systematic reviews prevent biased assessment of individual studies by uniformly applying standard criteria to each study reviewed. The most widely used criteria set is "GRADE."

43.     In order to produce unbiased assessment of the studies within the systematic review, all the studies must be evaluated using the same evaluation criteria. Without such criteria, assessments can become influenced by researchers who, intentionally or not, hold the evaluative bar higher or lower for studies according to whether the studies' conclusions support or challenge that researcher's perspective. Several such systems have been developed. The most widely used system is the "Grading of Recommendations, Assessment, Development and Evaluations" (GRADE). (Goldet & Howick 2013.) In the GRADE system, studies' findings are downgraded for:

- Risk of bias:[1]
    - Lack of clearly randomized allocation sequence,
    - Lack of blinding,
    - Lack of allocation concealment,
    - Failure to adhere to intention-to-treat analysis,
    - Trial is cut short,
    - Large losses to follow-up;
- Inconsistency;
- Indirectness of evidence;
- Imprecision; and
- Publication bias (when studies with 'negative' findings remain unpublished).

Studies' ratings are upgraded if their findings identify:

- A large effect of the treatment;
- A dose-response relationship (the size of the effect has a systematic association with the dose of the treatment given); or
- That all plausible biases only *reduce* the apparent effect of the treatment ( necessarily making the estimated effect sizes conservative estimates).

---

[1]  In science, including in the GRADE system, the term "bias" refers to any external influence leading to a systematic over- or underreporting of the outcome being measured. That is, in this context "bias" is not used in the sociopolitical sense of personal values.

44.     GRADE assessments yield a four-point score representing the certainty that a reported treatment effect is true. These certainty scores are (GRADE Handbook, Section 5):

| **Certainty** | **Meaning** |
|---|---|
| **High** | We are very confident that the true effect lies close to that of the estimate of the effect. |
| **Moderate** | We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different. |
| **Low** | Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect. |
| **Very Low** | We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect. |

## C. The highest level experimental study of clinical safety and effectiveness is the Randomized Controlled Trial (RCT). RCTs can demonstrate that a given treatment causes (rather than only correlates with) a given outcome.

45.     Randomized Controlled Trials are the gold standard method of assessing the effects caused by an experimental treatment. The great scientific weight of RCTs follows from the randomization: People do not pick which research group they are in—a treatment group or a control group. Without random group assignment, it is not possible to identify which, if any, changes are due to the treatment itself or to the factors that led to who did and did not receive treatment.

46.     Levels of evidence lower than RCTs are unable to distinguish when changes are caused by the experimental treatment, or by factors that can mimic treatment effects, such as 'regression to the mean' and the placebo effect.

47.     In the absence of evidence that X causes Y, it is a scientific error to use language indicating there is causal relationship. In the absence of evidence of causality, it is scientifically unsupportable to describe a correlation with terms such as: increases, improves, benefits, elevates,

leads to, alters, influences, results in, is effective for, causes, changes, contributes to, leads to, yields, impacts, decreases, harms, and depresses. Scientifically valid terms for correlations include: relates to, is associated with, predicts, and varies with.

48.     I note that the plaintiffs' experts repeatedly misrepresent studies using causal language to describe studies that are unable to demonstrate causality. Such language incorrectly asserts that the evidence is stronger than it actually is.

### 1. RCTs, but not lower levels of evidence, overcome biases representing 'regression to the mean' and other factors that can mimic clinical improvement.

49.     'Regression to the mean' arises when researching issues, such as mood, depression, or levels of emotional distress that typically fluctuate over time. People are more likely to seek out treatment during low points rather than high points in their emotional lives. Thus, when tracking emotional states over time, the average of a group of people in a treatment group may often show an increase; however, without an untreated control group to which to compare them, researchers cannot know whether the group average would have increased anyway, with only the passage of time.

50.     Blinding or masking participants in an RCT from which group they are in has been described as a preferred strategy since the 1950s, in order to exclude the possibility that a person's expectations of change caused any changes observed (the "placebo effect"). In practice, however, it has often made little or no significant difference. For example, a study using very high quality methods—meta-analysis of meta-analysis research—has revealed no statistical difference in the sizes of the effects detected by blinded/placebo-controlled studies from non-blinded/non-placebo-controlled studies of depression. (Moustgaard 2019.) That is, the pre-/post- treatment differences found in placebo groups are not as attributable to participants' expectations of improvement as

they are to expectable regression to the mean. (Hengartner 2020.)

## 2. When a 'no treatment control group' is untenable, RCTs use an 'active comparator' group instead.

51. It is not always possible to compare a group receiving a treatment to a group receiving only an inactive procedure, such as a placebo treatment or no treatment at all. In such situations, the standard, ethical, clinical research method is to compare two active treatments with each other.

52. The systematic reviews from England explicitly called for 'active comparator' studies to test whether medicalized transition of minors shows mental health benefits superior to those obtained from psychotherapy. (NICE 2020a at 40; NICE 2020b at 47.) Risk:benefit analysis cannot justify the greater risks associated with medicalization without evidence of correspondingly greater benefit.

## D. Cohort studies are the highest level of evidence about medicalized transition currently available.

53. The highest-level study of medicalized transition of minors conducted thus far are cohort studies: gathering a sample of individuals who chose to undergo treatment and tracking them over time. Cohort studies are able to answer some questions that lower-level studies cannot, such as whether a high-functioning group improved over time versus having been composed of people who were already high-functioning. Cohort studies are, however, unable to demonstrate causality, to identify how much of any change was due to regression to the mean, or to detect any placebo effects.

## E. Expert opinion represents the least reliable evidence.

54. As Figure 1 illustrates, evidence-based medicine opinion based on clinical experience is identified as the *least* reliable source of medical knowledge. Among other reasons, this is because non-systematic recollections of unstructured clinical experiences with self-selected

clientele in an uncontrolled setting is the most subject to bias. Indeed, mere "clinical experience" was long the basis of most medical and mental health clinical decisions, and it was precisely the scientific and clinical inadequacy of this type of "knowledge" that led to the development and widespread acceptance of the importance of evidence-based medicine. As Dr. Guyatt has written, "EBM places the unsystematic observations of individual clinicians lowest on the hierarchy," both because EBM "requires awareness of the best available evidence," and because "clinicians fall prey to muddled clinical reasoning and to neglect or misunderstanding of research findings." (Guyatt 2015 at 10, 15.)

### F. Surveys and cross-sectional studies cannot demonstrate treatment effectiveness.

55.     Surveys represent observational research rather than experimental research. (In science, experiments are studies involving a manipulation, not merely observation, by the researcher.) Surveys and cross-sectional studies can provide only correlational data and cannot demonstrate causality. (See Section IV below.) It is not possible for a survey to yield evidence that a treatment is effective. No number of surveys can test a treatment, advancing it from 'experimental' to 'established' status.

56.     Survey studies do not even appear on the *pyramid of evidence.* In accordance with the routine standards, systematic reviews of treatment studies exclude surveys.

57.     I note that the plaintiffs' experts' reports rely largely on survey studies.

## IV. Methodological defects limit or negate the evidentiary value of many studies of treatments for gender dysphoria in minors.

### A. In science, to be valid, a claim must be objective, testable, and falsifiable.

58.     In behavioral science, people's self-reports do not represent objective evidence. It is when emotional and other pressures are strongest that the distinction between and need for objective over subjective evidence is greatest. Surveys do not represent objective evidence. This is especially true of non-random surveys and polls, recruited through online social networks of the like-minded.

### B. Correlation does not imply causation.

59.     Studies representing lower levels of evidence are often used because they are faster and less expensive than studies representing higher levels. A disadvantage, however, is that they are often limited to identifying which features are *associated* with which other features, but they cannot show which ones are *causing* which. It is a standard property of statistical science that when a study reports a correlation, there are necessarily three possible explanations. Assuming the correlation actually exists (rather than represents a statistical fluke or bias), it is possible that X causes Y, that Y causes X, or that there is some other variable, Z, that causes both X and Y. (More than one of these can be true at the same time.) To be complete, a research analysis of a correlation must explore all three possibilities.

60.     For example, assuming a correlation between treatment of gender dysphoria in minors and mental health actually exists (rather than is a fluke): (1) It is *possible* that treatment causes improvement in mental health. (2) Yet, it is also possible that having good mental health is (part of) what enabled transition to occur in the first place. That is, because of gate-keeping procedures in the clinical studies, those with the poorest mental health are typically not permitted to transition, causing the higher mental health scores to be sorted into the transitioned group. (See Section IV.E

25

on *Selection Bias*.) (3) It is also possible that a third factor, such as wealth or socioeconomic status, causes both the higher likelihood of transitioning (by being better able to afford it) and the likelihood of mental health (such as by avoiding the stresses of poverty or affording psychotherapy).

61. This principle of scientific evidence is why surveys do not (cannot) represent evidence of treatment effectiveness: Surveys are limited to correlations. (See Section III.F. on *Surveys*.)

## C. When two or more treatments are provided at the same time, one cannot know which treatment caused observed changes (i.e., 'confounding').

62. Confounding is a well-known issue in clinical research design. As detailed in the present report, it applies throughout treatment studies of gender dysphoria. Patients who undergo medical transition procedures in research clinics routinely undergo mental health treatment (psychotherapy) at the same time. Without explicit procedures to distinguish them, it cannot be known which treatment produced which outcome (or in what proportions). Indeed, that mental health improvement came from mental health treatment is a more parsimonious (and therefore, scientifically superior) conclusion than is medicalized treatment causing mental health improvement.

## D. Extrapolation to dissimilar populations and dissimilar conditions.

63. The purpose of clinical science is to establish from a finite sample of study participants information about the effectiveness and safety, or other variables, of a treatment that can be generalized to other people. Such extrapolation is only scientifically justified with populations matched on all relevant variables. The identification of those variables can itself be a complicated question, but when an experimental sample differs from another group on variables already known to be related, extrapolation cannot be assumed but must be demonstrated directly and explicitly.

64. Each of the systematic reviews from the UK, Sweden, and Finland emphasized that the

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 33 of 191 PageID #: 1121

recently observed, greatly increased numbers of youth coming to clinical attention are a population different in important respects from the subjects of often-cited research studies. Conclusions from studies of adult-onset gender dysphoria and from childhood-onset gender dysphoria cannot be assumed to apply to the current patient populations of adolescent-onset gender dysphoria. The Cass Report correctly advised:

> It is also important to note that any data that are available do not relate to the current predominant cohort of later-presenting birth-registered female teenagers. This is because the rapid increase in this subgroup only began from around 2014-15. Since young people may not reach a settled gender expression until their mid-20s, it is too early to assess the longer-term outcomes of this group. (Cass 2022 at 36.)

The report also indicated:

> [I]t is important that it is not assumed that outcomes for, and side effects in, children treated for precocious puberty will necessarily be the same in children or young people with gender dysphoria. (Cass 2022 at 63.)

65.     Finland's review repeated the observation of greatly (20 times) increased numbers, an entirely different demographic of cases, and increased proportions of psychiatric co-morbidities. (Finnish Palko Preparation Memo at 4-6.) The Swedish review highlighted "the uncertainty that follows from the yet unexplained increase in the number of care seekers, an increase particularly large among adolescents registered as females at birth." (Swedish Socialstyrelsen Support 2022 at 11.)

66.     It is well known that males and females differ dramatically in the incidence of many mental health conditions and in their responses to treatments for mental health conditions. Thus, research from male-to-female transitioners (the predominant population until recent years) cannot be extrapolated to female-to-male transitioners (the predominant population presenting at clinics today). Outcomes from patients who experienced clear pre-pubertal childhood gender dysphoria cannot be extrapolated to patients who first manifest diagnosable gender dysphoria well into puberty. Outcomes from clinics employing rigorous and openly reported gate-keeping procedures

cannot be extrapolated to clinics or clinicians employing only minimal or perfunctory assessments without external review. Developmental trajectories and outcomes from before the social media era cannot be assumed to apply to those of the current era or the future. Research from youth with formal diagnoses and attending clinics cannot be extrapolated to self-identifying youth and those responding to surveys advertised on social media sites.

67. Further, treatment of gender dysphoria in children and adolescents presents novel-use cases very dissimilar to the contexts in which puberty blockers and cross-sex hormones have previously been studied. Whereas use of puberty blockers to treat precocious puberty *avoids* the medical risks caused by undergoing puberty growth before the body is ready (thus outweighing other risks), use of blockers to treat gender dysphoria in patients already at their natural puberty pushes them *away* from the mean age of the healthy population. Instead of avoiding an objective problem, one is created: Among other things, patients become subject to the issues and risks associated with being late-bloomers, *very* late-bloomers. This transforms the risk:benefit balance, where the offsetting benefit is primarily (however validly) cosmetic.

68. Similarly, administering testosterone to an adult male to treat testosterone deficiency addresses both a different condition and a different population than administration of that same drug to an adolescent female to treat gender dysphoria; the benefits and harms observed in the first case cannot be extrapolated to the second.

## E. Mental health assessment used for gate-keeping medicalized transition establishes a *selection bias,* creating a statistical illusion of mental health improvement among the selected.

69. Importantly, clinics are expected to conduct mental health assessments of applicants seeking medicalized transition, disqualifying from medical services patients with poor mental health. (The adequacy of the assessment procedures of specific clinics and clinicians remains under

debate, however.) Such gate-keeping—which was also part of the original "Dutch Protocol" studies—can lead to misinterpretation of data unless care is explicitly taken. A side-effect of excluding those with significant mental health issues from medical transition is that when a researcher compares the average mental health of the gender dysphoric individuals first presenting to a clinic with the average mental health of those who completed medical transition, then the post-transition group would show better mental health—but only because of the *selection bias*, (Larzelere 2004; Tripepi 2010) even when the transition had no effect at all.

## V. Systematic reviews of safety and effectiveness have been conducted by the health care ministries/departments of several governments. They *unanimously* concluded the evidence on medicalized transition in minors to be of poor quality.

### A. Understanding safety and efficacy.

70.     Plaintiffs' experts assert that use of puberty blockers and cross-sex hormones on adolescents is "safe." This claim is unsupported by any substantial scientific evidence, depreciates widely recognized risks of serious harm to minors so medicalized, and ignores both the many unknowns and the growing international doubts about their use.

71.     At the outset, it is important to understand the meaning of "safety" in the clinical context. The criteria for assessing safety involve two independent components, and discussion of the safety of hormonal interventions on the natural development of children requires consideration of both of them. The term *safety* in the clinical context represents a "risk:benefit ratio," not an absolute statement that can be extrapolated across applications. In clinical research, assessing safety requires simultaneous consideration of both components of the risk:benefit ratio. That is, treatments are not deemed simply "safe" or "unsafe," as the plaintiffs' experts repeatedly use those words. These dual components are reflected in FDA regulation:

> There is reasonable assurance that a device is safe when it can be determined, based upon valid scientific evidence, that *the probable benefits* to health from use of the device for its intended uses and conditions of use, when accompanied by adequate directions and warnings against unsafe use, outweigh *any probable risks*. (Code of Federal Regulations Title 21 Sec. 860.7, italics added.)

72.     Thus, for example, as I explain in further detail below, because the Endocrine Society did not undertake (or rely on) any systematic review of the efficacy of hormonal interventions to relieve gender dysphoria in minors (i.e., their benefits), and WPATH did not undertake (or rely on) any systematic review of the safety of hormonal interventions in minors (i.e., their risks), neither gathered the evidence necessary to assess the risk:benefit ratio of medicalized transition in

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 37 of 191 PageID #: 1125

minors.

73.     In fact, as I also review below, after conducting systematic reviews, the English, Finnish, and Swedish national health care institutions all concluded that there is insufficient evidence to determine that hormonal interventions as treatments for gender dysphoria in minors are safe. Reasons for these consistent conclusions include lack of research, insufficient research quality among the existing investigations, and insufficient investigation of long-term safety.

74.     To understand the uniform conclusions of these national health care bodies, it is important to understand that—at least where there is *prima facie* reason to be concerned that certain harms may result—when the research has not been done, the absence of evidence cannot be taken as evidence of the absence of such harms. "We don't know" does not permit the conclusion "It is safe." Plaintiffs' experts and many advocates in the field of transgender medicine make this error.

**B. The McMaster University systematic review of systematic reviews.**

75.     McMaster University is recognized as a center of expertise in the performance of methodologically sound systematic reviews. In 2022, authors associated with that McMaster University team (Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch) conducted a systematic review, "Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence," spanning all the available systematic reviews in this area, including their methodological strength, the evidence they cited, and the conclusions they reached. (Brignardello-Petersen & Wiercioch 2022.) Applying carefully disclosed criteria and methods, they identified on-point systematic reviews, and graded the methodological quality of each on-point review as high, moderate, low, or critically low. With regard to systematic reviews relating to the effects of puberty blockers or cross-sex hormones, the authors included in their

analysis all reviews that achieved at least a "low" rating of methodological quality, while excluding those rated as "very low." No systematic reviews earned a "high" methodological rating, except a review performed by the highly respected Cochrane Library of the effects of cross-sex hormones on transitioning natal males (Haupt 2020), but that most careful review in turn found *no* published studies on this topic of sufficient methodological soundness to satisfy its inclusion criteria and thus merit review. After this careful review of the data and analysis contained in available systematic reviews, the McMaster authors concluded:

> Due to important limitations in the body of evidence, there is great uncertainty about the effects of puberty blockers, cross-sex hormones, and surgeries in young people with gender dysphoria. This evidence alone is not sufficient to support whether using or not using these treatments. (Brignardello-Petersen & Wiercioch 2022 at 5.)

## C. The quality of the systematic reviews from governmental bodies and professional associations.

76.    To ensure consideration of all available evidence, I compiled into a single table all the cohort studies of safety and effectiveness included by any of the systematic reviews from the international health care systems and (although they were incomplete) by the U.S.-based clinical associations issuing guidelines or standards. I discuss their specific findings in the following sections.

77.    New studies continue to be conducted and published. I have identified two additional studies that were published after these reviews were released, but that meet their inclusion criteria: Tordoff, *et al.,* 2022, and Chen, *et al.,* 2023. The findings from both these studies are consistent with those already included and are noted here for completeness.

**Table 1. Cohort studies of effectiveness and safety of puberty-blockers and cross-sex hormones in minors.**

| | Finland (2019) | NICE (2020a,b) | Sweden (2022) | E.S. (2017) | AAP (2018) | Baker (2021) (WPATH) |
|---|---|---|---|---|---|---|
| **Effectiveness GnRHa** | Costa et al, 2015<br>de Vries et al, 2011 | Costa et al, 2015<br>de Vries et al, 2011 | Becker-Hebly et al, 2020<br>Carmichael et al, 2021<br>Costa et al, 2015<br>***<br>Hisle-Gorman et al, 2021 | | | de Vries et al, 2011 |
| **Effectiveness Sex Hormones** | de Vries et al, 2014* | Achille et al, 2020<br>Allen et al, 2019<br><br>Kaltiala et al, 2020<br>Lopez de Lara et al, 2020 | ***<br>***<br>Cantu et al, 2020*<br>de Vries et al, 2014*<br><br>*** | | | Achille et al, 2020<br><br>de Vries et al, 2014*<br><br>López de Lara et al, 2020 |
| **Safety (Bones) GnRHa** | | Brik et al, 2020<br>Joseph et al, 2019<br>Khatchadourian et al, 2014<br>Klink et al, 2015<br><br><br>Vlot et al, 2017 | Joseph et al, 2019<br><br>Klink et al, 2015<br>Navabi et al, 2021<br>Schagen et al, 2020<br>Stoffers et al, 2019<br>Vlot et al, 2017<br>Lee et al, 2020<br>van der Loos et al, 2021 | | | |
| **Safety (Bloods) GnRHa** | | Klaver et al, 2020<br><br><br>Schagen et al, 2016 | Klaver et al, 2018<br>Klaver et al, 2020<br>Nokoff et al, 2020<br>Perl et al, 2020<br>Schagen et al, 2016<br>Schulmeister et al, 2021 | | | |
| **Safety (Bones) Sex Hormones** | **** | Khatchadourian et al, 2014<br>Klaver et al, 2020<br>Klink et al, 2015<br>Kuper et al, 2020<br>Stoffers et al, 2019<br>Vlot et al, 2017 | | Klink et al, 2015 | | |
| **Safety (Bloods) Sex Hormones** | | | Jarin, 2017<br>Mullins et al, 2021<br>Tack et al, 2016 | | | |

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 40 of 191 PageID #: 1128

*Included both puberty-blockers and cross-sex hormones.

**The Endocrine Society review included bone/skeletal health, but did not explicate whether the scope included minors.

***Sweden explicitly excluded due to high risk of bias: Achille, *et al.,* (2020), Allen, *et al.* (2019), de Vries, *et al.,* (2011), and López de Lara, *et al.,* (2020).

****The Finnish review adopted the Endocrine Society review, but did not indicate whether minors were included.

## D. United Kingdom

78.     The National Health Service (NHS) of the United Kingdom conducted an independent review of its services for minors with gender dysphoria. (Cass 2022.) Included in that process were two systematic, comprehensive reviews of the research literature, conducted by England's National Institute for Health Care Excellence (NICE) in 2020. One regarded the efficacy, safety, and cost-effectiveness of Gonadotrophin-Releasing Hormone (GnRH) analogs (or "puberty blockers") in minors. (NICE 2020a.) The other regarded the efficacy, safety, and cost-effectiveness of cross-sex hormones, or "gender-affirming hormones," in minors. (NICE 2020b.) (Only efficacy and safety are relevant to the present report.)

79.     The puberty-blocker review was tasked with reviewing the research on two relevant questions. For one:

> *In children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?* (NICE 2020a at 4.)

Clinical effectiveness of puberty-blockers was composed of three factors deemed "critical outcomes": impact on gender dysphoria, impact on mental health, and impact on quality of life. The second question addressed in the review was:

> *In children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?* (NICE 2020a at 6.)

Puberty-blocker safety was assessed as its effect on three categories of health: bone density, cognitive development or functioning, and "other."

80.     The second review, for cross-sex hormone treatment, was tasked with the corresponding questions. For one:

> *In children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?* (NICE 2020b at 4.)

The critical outcomes were again deemed to be impact on gender dysphoria, on mental health, and on quality of life. The impact on mental health was composed of indicators of depression, anxiety, and suicidality and self-injury. The second question was:

> *In children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?* (NICE 2020b at 7.)

Cross-sex hormone treatment safety was assessed as its effect on bone density and on "clinical parameters," which included insulin, cholesterol, and blood pressure levels.

81. These two reviews included a systematic consolidation of all the research evidence, following established procedures for preventing the "cherry-picking" or selective citation favouring or down-playing any one conclusion, carefully setting out the criteria for including or excluding specific studies from the review, and providing detailed analyses of each included study. The whole was made publicly available, consistent with good practice.

82. The reviews' results were unambiguous: For both puberty blockers and cross-sex hormones, "The critical outcomes for decision making are the impact on gender dysphoria, mental health and quality of life." The quality of evidence for these outcomes was assessed as "very low" using the established GRADE procedures for assessing clinical research evidence. (NICE 2020a at 4; NICE 2020b at 4.) The reviews also assessed as "very low" the quality of evidence regarding "body image, psychosocial impact, engagement with health care services, impact on extent of satisfaction with surgery and stopping treatment" or (in the case of cross-sex hormones) of "detransition." (NICE 2020a at 5; NICE 2020b at 6.) The review of puberty blockers concluded that of the existing research, "The studies included in this evidence review are all small,

uncontrolled observational studies, which are subject to bias and confounding," "They suggest little change with GnRH analogues [puberty blockers] from baseline to follow-up." (NICE 2020a at 13.) The cross-sex hormone review likewise reported a lengthy list of methodological defects or limitations affecting all available studies. (NICE 2020b at 13-14.)

83.     The NHS changed the language on its website describing puberty blockers and cross sex hormones. It removed the statement that "The effects of treatment with GnRH analogues are considered to be fully reversible,"[2] replacing that text with:[3]

> Little is known about the long-term side effects of hormone or puberty blockers in children with gender dysphoria. . . . [I]t is not known what the psychological effects may be. It's also not known whether hormone blockers affect the development of the teenage brain or children's bones.

84.     As mentioned in the McMaster review, the highly respected Cochrane Library, based in England, undertook a systematic review of studies of the safety and efficacy of the administration of cross-sex hormones to natal males. That review focused primarily on adults (age 16 and older). The results, including a detailed explanation of methodology and inclusion criteria, were published in 2020. Unfortunately, but importantly, the Cochrane review found *zero* studies, globally, that were sufficiently reliable to meet the inclusion criteria even at a "very low" level of evidentiary quality. The authors reported:

> Despite more than four decades of ongoing efforts to improve the quality of hormone therapy for women in transition, we found that no RCTs or suitable cohort studies have yet been conducted to investigate the efficacy and safety of hormonal treatment approaches for transgender women in transition….We found insufficient evidence to determine the efficacy or safety of hormonal treatment approaches…for transgender women in transition. The evidence is very incomplete, demonstrating a gap between current clinical practice and clinical research. (Haupt 2020 at 10-11.)

The authors' frustration at the total lack of reliable research was evident: "The lack of reliable data

---

[2]  BBC. Retrieved from https://www.bbc.co.uk/sounds/play/m000kgsj; Kurkup, J. (2020, June 4). *The Spectator.* Available from https://www.spectator.co.uk/article/the-nhs-has-quietly-changed-its-trans-guidance-to-reflect-reality/
[3]  NHS. Retrieved from https://www.nhs.uk/conditions/gender-dysphoria/treatment/

on hormone therapy for transitioning transgender women should encourage the development of well-planned RCTs and cohort studies to evaluate widespread empirical practice in the treatment of gender dysphoria." (Haupt 2020 at 10.)

## E. Sweden

85.     Sweden similarly commissioned a systematic review, published in 2022 and charged with addressing these three questions:

> *Are there any scientific studies explaining the increase in numbers seeking for gender dysphoria?*
>
> *Are there any scientific studies on long-term effects of treatment for gender dysphoria?*
>
> *What scientific papers on diagnosis and treatment of gender dysphoria has been published after the National Board of Health and Welfare in Sweden issued its national support for managing children and adolescents with gender dysphoria in 2015?* (SBU Scoping Review Summary 2019.)

The databases searched included CINAHL (EBSCO), Cochrane Library (Wiley), EMBASE (Embase.com), PsychINFO (EBASCO), PubMed (NLM), Scopus (Elsevier), and SocINDEX (EBSCO). A total of 8,867 abstracts were identified, from which 315 full text articles were assessed for eligibility. The review concluded that "literature on management and long-term effects in children and adolescents is sparse," that no RCTs have been conducted, and that there remains no explanation for the recent and dramatic increases in numbers of minors presenting with gender dysphoria. (SBU Scoping Review Summary 2019.) I have quoted other conclusions from the Swedish systematic review in Section II above.

## F. Finland

86.     Finland's Ministry of Social Affairs and Health commissioned a systematic review, completed in 2019, of the effectiveness and safety of medicalized transition. (COHERE Recommendation 2020.) The review spanned both minors and adults and included both puberty

blockers and cross-sex hormones (Pasternack 2019). Three reviewers tabulated the results. In total, 38 studies were identified, of which two pertained to minors: de Vries (2011) and Costa (2015). The report noted that, because the methodological quality of the studies was already "weak" (no study including any control groups), the assessors declined detailed quality assessment of the existing studies. (Pasternack 2019 at 3.) I have quoted other conclusions from the Finnish systematic review in Section II above.

## G. Norway

87.     Norway's investigation of its health care policy for gender dysphoric minors also revealed substantial safety concerns:

> There are unsettled questions related to puberty blockers in young people. A published study shows that puberty-inducing hormones cause slower height growth and a slower increase in bone density. It is also noted that the effects on cognitive development have not been mapped. Unexplained side effects and long-term effects of both puberty blockers (hormone treatment) and gender-affirming hormone treatments are increasingly being questioned. However, experience with other patient groups shows that long-term use of sex hormones can affect disease risk. When people with gender incongruence are treated, it is with significantly longer duration and intensity of hormone treatment than hormone treatments for other conditions. (Ukom 2023.)

## VI. The Endocrine Society, WPATH, and the American Academy of Pediatrics did not conduct systematic reviews of safety and efficacy in establishing clinical guidelines, despite systematic reviews being the foundation and gold standard of evidence-based care.

88.     I have also examined the reviews conducted by the U.S.-based professional associations that have published standards and guidelines for the treatment of gender dysphoric youth. As detailed herein, and unlike the European reviews, none of the U.S.-based professional associations conducted a systematic review of both effectiveness and safety, without which they are unable to assess the risk:benefit ratio posed by medicalized transition of minors.

### A. The Endocrine Society reviewed cross-sex hormones, but not puberty blockers. They reviewed safety, but did not review effectiveness research.

89.     The Endocrine Society appointed a task force which commissioned two systematic reviews as part of updating their 2009 recommendations. (Hembree 2017.) The scopes of the two reviews were limited to physiological effects of cross-sex hormones, narrowly defined: "The first one aimed to summarize the available evidence on the effect of sex steroid use in transgender individuals on lipids and cardiovascular outcomes….The second review summarized the available evidence regarding the effect of sex steroids on bone health in transgender individuals." (Hembree 2017 at 3873.) As described in the Endocrine Society Guidelines, those reviews did not, however, include the effectiveness of any treatment on mental health (quality of life, suicidality, rates of detransition, cosmetic or functional outcomes, or improvements in feelings of gender dysphoria). What appears to be the referenced review of lipids and cardiovascular outcomes (Maraka 2017) did not identity any study of adolescents, noting "literature addressing this clinical question in the pediatric/adolescent population is completely lacking." (Maraka at 3921.) What appears to be the referenced review of bone health (Singh-Ospina 2017) identified only one small study on adolescents, involving 15 male-to-female and 19 female-to-male cases. (Klink 2015.) Notably, the

median duration of puberty-blocker administration was 1.2 years, leaving unknown the effects on children receiving blockers from puberty onset (usually age 9–10) to age 14 or 16.

90.     Further, the Endocrine Society does not claim to have conducted or consulted any systematic review of the efficacy of puberty blockers or cross-sex hormones to reduce gender dysphoria or increase mental health or well-being by any metric. Nor does it claim to have conducted or consulted any systematic review of safety of any of these treatments for minors with respect to brain development, future fertility, actual reversibility, or any other factor of safety or adverse event other than cardiovascular disease and bone strength.

91.     For all these reasons, I concur with the opinion of Dr. Guyatt, who has said that he finds "serious problems" with the Endocrine Society guidelines, among other reasons because the only systematic reviews those guidelines refer to did not look at the efficacy of the recommended hormonal interventions to improve gender dysphoria, which he termed "the most important outcome." (Block, Gender Dysphoria 2023 at 4.)

92.     The current Endocrine Society guidelines, released in 2017, include this disclaimer:

> The Endocrine Society makes no warranty, express or implied, regarding the guidelines and specifically excludes any warranties of merchantability and fitness for a particular use or purpose. The Society shall not be liable for direct, indirect, special, incidental, or consequential damages related to the use of the information contained herein. (Hembree 2017 at 3895.)

The previous, 2009, version included no disclaimers. (Hembree 2009.)

## B. WPATH reviewed effectiveness, but not the safety of medicalized transition of minors.

93.     WPATH engaged in a multi-step process in updating its Standards of Care from version 7 to version 8. That process included commissioning a systematic review, which was published as Baker, *et al.* (2021) which included the disclaimer "The authors are responsible for its content. Statements in this report do not necessarily reflect the official views of or imply endorsement by

WPATH." (Baker 2021 at 14.)

94.     The literature search was completed in June 2020, and spanned 13 questions. Two questions related to the effectiveness of medicalized transition of minors: Question #10 was "[W]hat are the effects of suppressing puberty with GnRH agonists on quality of life?", and question #11 was "[W]hat are the psychological effects (including quality of life) associated with hormone therapy?"   (Sharma 2018; Baker 2021.) That is, the review included studies of the effectiveness of puberty blockers and cross-sex hormones, but, remarkably did not include any effort to determine the *safety* of either.

95.     Baker (2021) identified that among all experimental evidence published on medicalized transition, a total of "Three studies focused on adolescents." (Baker 2021 at 1.) These were Achille, *et al.* (2020), López de Lara, *et al.* (2020), and de Vries, *et al.* (2011, 2014). (Baker 2021 considered the two de Vries articles as a single study, because the later one included the subset of patients from the earlier one who continued in treatment. I will refer to this set as four studies, however, to be consistent with the other reviews.) Notably, in contrast with WPATH's review, the Swedish review entirely excluded Achille *et al.* (2020), López de Lara *et al.* (2020), and de Vries *et al.* (2011) due to their high risks of bias. (SBU Scoping Review Appendix 2.) The Baker team did not used the GRADE system for assessing the quality of evidence, instead using the Methods Guide for Conducting Comparative Effectiveness Reviews.

96.     The Baker team noted "no study reported separate results by gender identity for transgender youth." (Baker 2021 at 3.) They also found that "No study reported on hormone therapy among nonbinary people." (at 3.) (Despite this finding, WPATH SOC-8 now includes recommendations for people who identify as nonbinary.)

97.     My assessment of the Baker review revealed that there were substantial discrepancies

and misleading ambiguities in their reporting: Baker, *et al.* indicated in the abstract that "Hormone therapy was associated with increased QOL [quality of life], decreased depression, and decreased anxiety" (Baker 2021 at 1,) and that "Associations were similar across gender identity and age" (Baker 2021 at 12). This is not what its actual data tables showed, however. Table 2 presented the only study of QOL specifically among adolescents included in the review and indicated that "Mean QOL scores did *not* change." (Baker 2021 at 7, italics added.)

98.     The review, however, did not rate the quality of the studies of adolescents on their own, instead combining them with the studies of adults. (at 10, italics added.) Table 4 of that study presented three analyses of anxiety: One showed a decrease, and on the other two, "Mean anxiety score did *not* change." (at 11, italics added.) Finally, the review also concluded, "It was impossible to draw conclusions about the effects of hormone therapy on death by suicide." (at 12.) Even for the combined set, the review read the strength of evidence to be "low" for each of QOL, depression, and anxiety, and to be "insufficient" for death by suicide. (Baker 2021 at 13, Table 6.) Specifically, the review indicated, "There is insufficient evidence to draw a conclusion about the effect of hormone therapy on death by suicide among transgender people." (at 13, Table 6.) Overall, "The strength of evidence for these conclusions is low due to methodological limitations." (at 12.) Of particular concern was that "Uncontrolled confounding was a major limitation in this literature." (at 12.)

99.     Additionally, although WPATH commissioned the Baker review, WPATH did not follow its results. Baker 2021 indicated the use of two systematic quality assessment methods, called RoB 2 and ROBINS-I (Baker 2021 at 3); however, WPATH modified the conclusions that that process yielded. WPATH SOC-8 states, "This evidence is not only based on the published literature (direct as well as background evidence) but also on consensus-based expert opinion."

(Coleman 2022 at S8.) Moreover:

> Recommendations in the SOC-8 are based on available evidence supporting interventions, a discussion of risks and harms, as well as feasibility and acceptability within different contexts and country settings. Consensus on the final recommendations was attained using the Delphi process that included all members of the guidelines committee and required that recommendation statements were approved by at least 75% of members. (Coleman 2022 at S8.)

100. By allowing "consensus-based expert opinion" to modify or overrule conclusions supported by systematic reviews that apply accepted criteria of evidentiary strength, WPATH has explicitly abandoned evidence-based medicine. As indicated already by the Pyramid of Evidence, "expert opinion" represents the *lowest* level of evidence in science, whereas systematic review, the highest. (Also, it is unclear what the authors mean by "background evidence.") To modify systematic results according to committee opinion is to re-introduce the very biases that the systematic process is meant to overcome. The WPATH document attempts to claim the authority of a systematic review, while reserving the ability to "overrule" results that WPATH members did not like.

101. As to evidence supporting hormonal interventions in minors, WPATH asserted that "a systematic review regarding outcomes of [hormonal] treatment in adolescents is not possible" due to the lack of "outcome studies that follow youth into adulthood." (Coleman 2022 at S46.) WPATH is correct that essential outcome studies have not been done, but incorrect that this authorizes issuance of guidelines or standards in the absence of a systematic review. As Dr. Guyatt has stated, "systematic reviews are always possible"—and indeed an important conclusion from such a review may be (as here) that insufficient evidence exists to support any evidence-based guideline. As Dr. Guyatt further elaborated, if an organization issues recommendations without performing an on-point systematic review, "they'd be violating standards of trustworthy guidelines." (Block, Dysphoria Rising, 2023 at 3.)

44

102.    Finally, the WPATH SOC-8 were revised immediately after their release, removing all age minimums to all recommendations. None of these studies and none of these reviews support such a change, and WPATH cites no studies or other document in support of the change.

103.    In sum, the WPATH SOC8 cannot be called evidence-based guidelines under any accepted meaning of that term.

### C. The American Academy of Pediatrics did not conduct a systematic review either of safety or effectiveness.

104.    While the AAP policy statement is often referenced, the AAP did not report conducting any systematic review of any aspect of transgender care in producing its policy statement on gender-diverse children and adolescents. (Rafferty 2018.) Further, the AAP policy statement on its face is the work of a single author rather than of any committee or the membership more broadly (Dr. Rafferty "conceptualized," "drafted," "reviewed," "revised," and "approved" the statement), and the statement explicitly states that it does not "indicate an exclusive course of treatment" nor "serve as a standard of medical care." (Rafferty 2018 at 1.)

## VII.    Definitions of sex, gender identity, and gender dysphoria.

### A. Sex and sex-assigned-at-birth represent objective features.

105.    Sex is an *objective* feature: It can be ascertained regardless of any declaration by a person, such as by chromosomal analysis or visual inspection. Gender identity, however, is *subjective:* There exists no means of either falsifying or verifying people's declarations of their gender identities. In science, it is the objective factors—and only the objective factors—that matter to a valid definition. Objectively, sex can be ascertained, not only in humans or only in the modern age, but throughout the animal kingdom and throughout its long history in natural evolution.

106.    I use the term "sex" in this report with this objective meaning, which is consistent with definitions articulated by multiple medical organizations:

Endocrine Society (Bhargava 2021 at 220.)
>"Sex is dichotomous, with sex determination in the fertilized zygote stemming from unequal expression of sex chromosomal genes."

American Academy of Pediatrics (Rafferty 2018 at 2 Table 1.):
>"An assignment that is made at birth, usually male or female, typically on the basis of external genital anatomy but sometimes on the basis of internal gonads, chromosomes, or hormone levels."

American Psychological Association (APA Answers 2014):
>"Sex is assigned at birth, refers to one's biological status as either male or female, and is associated primarily with physical attributes such as chromosomes, hormone prevalence, and external and internal anatomy."

American Psychological Association (APA Resolution 2021 at 1):
>"While gender refers to the trait characteristics and behaviors culturally associated with one's sex assigned at birth, in some cases, gender may be distinct from the physical markers of biological sex (e.g., genitals, chromosomes)."

American Psychiatric Association (Am. Psychiatric Ass'n Guide):
>"Sex is often described as a biological construct defined on an anatomical, hormonal, or genetic basis. In the U.S., individuals are assigned a sex at birth based on external genitalia."

107.    The phrases "assigned male at birth" and "assigned female at birth" are increasingly popular, but they lack any scientific merit. Science is the systematic study of natural phenomena, and nothing objective changes upon humans' labelling or re-labelling it. That is, the objective sex of a newborn was the same on the day before as the day after the birth. Indeed, the sex of a fetus is typically known by sonogram or amniocentesis many months before birth. The use of the term "assign" insinuates that the label is arbitrary and that it was possible to have been assigned a different label that is equally objective and verifiable, which is untrue. Infants were born male or female before humans invented language at all. Indeed, it is exactly because an expected child's sex is known before birth that there can exist the increasingly popular "gender reveal" events. Biologically, the sex of an individual (for humans and almost all animal species) as male or female is irrevocably determined at the moment it is conceived. Terms such as "assign" obfuscate rather than clarify the objective evidence.

## B. Gender identity refers to subjective feelings that cannot be defined, measured, or verified by science.

108.    It is increasingly popular to define gender identity as a person's "inner sense," however, neither "inner sense" nor any similar phrase is scientifically meaningful. In science, a valid construct must be both objectively measurable and falsifiable with objective testing. The concept of an "inner sense" fits none of these requirements.

## VIII. Gender Dysphoria is a mental health diagnosis.

109. Gender Dysphoria is a mental health condition defined by diagnostic criteria set out in the *Diagnostic and Statistical Manual of Mental Disorders* ("DSM") 5-TR. (American Psychiatric Ass'n 2022.) While the definitions contain multiple components and vary modestly for children, adolescents, and adults, all cases are characterized by a strong and lasting desire to be the opposite sex, and "clinically significant" distress of sufficient severity to impair the individuals' ability to function in their daily life setting. Gender dysphoria is nowhere defined as a medical (as opposed to mental health) condition, and it is not characterized by any disability or impairment or ill health affecting any part of the physical body.

## IX. Distinct mental health phenomena must not be—but frequently are—confused or conflated.

110.    One of the most widespread public misunderstandings about transsexualism and people with gender dysphoria is that all cases of gender dysphoria represent the same phenomenon; however, the clinical science has long and consistently demonstrated that prepubescent children expressing gender dysphoria represent a phenomenon distinct from that of adults starting to experience it. That is, gender dysphoric children are not simply younger versions of gender dysphoric adults. They differ in virtually every objective variable measured, including in their responses to treatments. A third presentation has recently become increasingly observed among people presenting to gender clinics: these cases appear to have an onset in adolescence—after the onset of puberty and before adulthood—and occur in the absence of any childhood history of gender dysphoria. Such cases have been called adolescent-onset or "rapid-onset" gender dysphoria (ROGD). Despite having only recently been observed, they have quickly and greatly outnumbered the better characterized types. Moreover, large numbers of adolescents are today self-identifying in surveys as "gender fluid" and "non-binary." These are not recognized mental health diagnoses, and do not relate in any known way to gender dysphoric groups that have been the subject of previous treatment outcome studies. Because each of these phenomena differ in multiple objective features, it is scientifically invalid to extrapolate findings from one type to the others.

### A. Adult-Onset Gender Dysphoria consists predominantly of males sexually attracted to females.

111.    Whereas Childhood-Onset Gender Dysphoria occurs in biological males and females and is strongly associated with later homosexuality (next section), Adult-Onset Gender Dysphoria consists primarily of biological males sexually attracted to females. (Lawrence 2010.) They typically report being sexually attracted to women and rarely showed gender atypical (effeminate)

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 56 of 191 PageID #: 1144

behavior or interests in childhood (or adulthood). Some individuals express being sexually attracted to both men and women, and some profess asexuality, but very few indicate having a primary sexual interest only in men. (Blanchard 1998.) Cases of adult-onset gender dysphoria are typically associated with a sexual interest pattern involving themselves in female form (a paraphilia called autogynephilia). (Blanchard 1989a, 1989b, 1991.)

112.    Because of the numerous objective differences between adult-, childhood-, and adolescent-onset gender dysphoria, it is not possible to extrapolate from these results to juvenile populations, which responsible authors are careful not to do.

## B. Childhood-onset gender dysphoria (prepubertal-onset) is a distinct phenomenon characterized by high rates of desistance in the absence of social or medical transition.

113.    For many decades, small numbers of prepubescent children have been brought to mental health professionals for help with their unhappiness with their sex and in the belief they would be happier living as the other sex. The large majority of childhood onset cases of gender dysphoria occur in biological males, with clinics reporting 2–6 biological male children to each female. (Cohen-Kettenis 2003; Steensma Evidence 2018; Wood 2013.)

### 1. Eleven cohort studies followed children not permitted social transition, all showing the majority to desist feeling gender dysphoric upon follow-up after puberty.

114.    Currently, the studies of outcomes among children who experience gender dysphoria before puberty that provide the most evidentiary strength available are only "cohort studies," which follow people over time, recording the outcomes of the treatments they have undergone. Such studies supersede (i.e., overrule) the outcomes of surveys, which are much more prone to substantial error. As I have explained above, however, cohort studies can describe developmental pathways, but cannot provide evidence of causation.

115. In total, there have been 11 cohort studies showing the outcomes for these children, listed in Table 2. I first published this comprehensive list of studies in my own peer-reviewed article on the topic. (Cantor 2019.)

**Table 2. Cohort studies of gender dysphoric, prepubescent children.**

| Count | Group | Study |
|---|---|---|
| 2/16<br>4/16<br>10/16 | gay<br>trans-/crossdress<br>straight/uncertain | Lebovitz, P. S. (1972). Feminine behavior in boys: Aspects of its outcome. *American Journal of Psychiatry, 128,* 1283–1289. |
| 2/16<br>2/16<br>12/16 | trans-<br>uncertain<br>gay | Zuger, B. (1978). Effeminate behavior present in boys from childhood: Ten additional years of follow-up. *Comprehensive Psychiatry, 19,* 363–369. |
| 0/9<br>9/9 | trans-<br>gay | Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/role: Longitudinal follow-up. *Journal of Pediatric Psychology, 4,* 29–41. |
| 2/45<br>10/45<br>33/45 | trans-/crossdress<br>uncertain<br>gay | Zuger, B. (1984). Early effeminate behavior in boys: Outcome and significance for homosexuality. *Journal of Nervous and Mental Disease, 172,* 90–97. |
| 1/10<br>2/10<br>3/10<br>4/10 | trans-<br>gay<br>uncertain<br>straight | Davenport, C. W. (1986). A follow-up study of 10 feminine boys. *Archives of Sexual Behavior, 15,* 511–517. |
| 1/44<br>43/44 | trans-<br>cis- | Green, R. (1987). The "sissy boy syndrome" and the development of homosexuality. New Haven, CT: Yale University Press. |
| 0/8<br>8/8 | trans-<br>cis- | Kosky, R. J. (1987). Gender-disordered children: Does inpatient treatment help? *Medical Journal of Australia, 146*, 565–569. |
| 21/54<br>33/54 | trans-<br>cis- | Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry, 47,* 1413–1423. |
| 3/25<br>6/25<br>16/25 | trans-<br>lesbian/bi-<br>straight | Drummond, K. D., Bradley, S. J., Badali-Peterson, M., & Zucker, K. J. (2008). A follow-up study of girls with gender identity disorder. *Developmental Psychology, 44,* 34–45. |
| 47/127<br>80/127 | trans-<br>cis- | Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 52,* 582–590. |

| 17/139 | trans- | Singh, D., Bradley, S. J., Zucker, K. J. (2021). A follow-up study of boys with Gender Identity Disorder. *Frontiers in Psychiatry*, 12:632784. |
| 122/139 | cis- | |

*For brevity, the list uses "gay" for "gay and cis-", "straight" for "straight and cis-", etc.

116.    The children in these studies were receiving professional mental health support during the study period, but did not "socially transition." In sum, despite coming from a variety of countries, conducted by a variety of labs, using a variety of methods, at various times across four decades, every study without exception has come to the identical conclusion: among prepubescent children who feel gender dysphoric, the majority cease to want to be the other gender over the course of puberty—ranging from 61–88% desistance across the large, prospective studies. Such cases are often referred to as "desisters," whereas children who continue to feel gender dysphoric are often called "persisters."

117.    This interpretation of these studies is widely accepted, including by the Endocrine Society, which concluded:

> In most children diagnosed with GD/gender incongruence, it did not persist into adolescence. . . . [T]he large majority (about 85%) of prepubertal children with a childhood diagnosis did not remain GD/gender incongruent in adolescence. (Hembree 2017 at 3879.)

The developers of the Dutch Protocol, at the Vrije University gender clinic, likewise concluded based on these studies that "Although the persistence rates differed between the various studies…the results unequivocally showed that the gender dysphoria remitted after puberty in the vast majority of children." (Steensma & Cohen-Kettenis 2011 at 2.)

118.    The consistent observation of high rates of desistance among pre-pubertal children who present with gender dysphoria demonstrates a pivotally important—yet often overlooked—feature: because gender dysphoria so often desists on its own, clinical researchers cannot assume that therapeutic intervention cannot facilitate or speed desistance for at least some patients. That

is, it cannot be assumed that gender identity is immune to influence such as from psychotherapy. Such is an empirical question, and there has not yet been any such research.

119.    These same studies are often vaguely cited to assert that the high desistance rates uniformly reported in these 11 studies do not apply to children who have persisted until "the start of puberty" (which is taken to mean Tanner Stage 2), or in an alternative phrasing, that children "who persist until the start of puberty" are likely to continue to persist into adulthood. But these studies taken together do not support that degree of precision. Rather, the studies do not specify at exactly what developmental stage the reported desistance occurred—what they report is that the subjects had desisted by late adolescence or early adulthood. I am aware of no systematic study that establishes that— in the absence of social and/or medical transition—children who experience gender dysphoria are unlikely to desist if they have not desisted by the start of Tanner Stage 2.

## 2.    One cohort study followed children who were permitted social transition. In contrast with children not permitted to transition socially, most persisted in expressing gender dysphoria.

120.    In contrast, Olson et al. have now published a single cohort study of prepubescent children, ages 3–12 (average of 8), who had already made a complete, binary (rather than intermediate) social transition, including a change of pronouns. (Olson 2022.) The study did not employ DSM-5 diagnosis, as "Many parents in this study did not believe that such diagnoses were either ethical or useful and some children did not experience the required distress criterion." (Olson 2022.) Unlike the prior research studies, only 7.3% of these (socially transitioned) children ceased to feel gender dysphoric.

121.    Although the team publishing this cohort study did not discuss it, their finding matches the prediction of other researchers, that social transition itself represents an active intervention, such that social transition may *cause* the persistence of gender dysphoria when it would have

otherwise resolved, avoiding any need for subsequent medicalization and its attendant risks. Conversely stated, social transition seems to prevent desistance. (Singh 2021; Zucker 2018, 2020.)

122.     As recognized by multiple authors, the potential impact of social transition on rates of desistance is pivotal. The Endocrine Society cautions that "social transition...has been found to contribute to the likelihood of persistence." (Hembree 2017 at 3879.) WPATH has stated that after social transition, "A change back to the original gender role can be highly distressing and [social transition can] even result in postponement of this second transition on the child's part." (Coleman 2012 at 176.) In 2013, prominent Vrije University researchers observed:

> Childhood social transitions were important predictors of persistence, especially among natal boys. Social transitions were associated with more intense GD in childhood, but have never been independently studied regarding the possible impact of the social transition itself on cognitive representation of gender identity or persistence. [Social transition] may, with the hypothesized link between social transitioning and the cognitive representation of the self, influence the future rates of persistence. (Steensma 2013 at 588-589.)

### 3. There is no reliable method for predicting for which children who present with gender dysphoria will persist versus desist.

123.     The Endocrine Society Guidelines stated in 2017 that "With current knowledge, we cannot predict the psychosexual outcome for any specific child" (Hembree 2017 at 3876), and this remains true today. Research has not yet identified any reliable procedure for discerning which children who present with gender dysphoria will persist, as against the large majority who will desist, absent transition and "affirmation." Such a method would be valuable, as the more accurately that potential persisters can be distinguished from desisters, the better the risks and benefits of options can be weighted. Such "risk prediction" and "test construction" are standard components of applied statistics in the behavioral sciences. Multiple research teams have reported that, on average, groups of persisters are somewhat more gender non-conforming than desisters, but not so different as to usefully predict the course of any particular child. (Singh 2021;

Steensma 2013.)

124.     In contrast, one research team (the aforementioned Olson group) claimed the opposite, asserting that they developed a method of distinguishing persisters from desisters, using a single composite score representing a combination of children's "peer preference, toy preference, clothing preference, gender similarity, and gender identity." (Rae 2019 at 671.) They reported a statistical association (mathematically equivalent to a correlation) between that composite score and the probability of persistence. As they indicated, "Our model predicted that a child with a gender-nonconformity score of .50 would have roughly a .30 probability . . . of socially transitioning. By contrast, a child with gender-nonconformity score of .75 would have roughly a .48 probability." (Rae 2019 at 673.) Although the Olson team declared that "social transitions may be predictable from gender identification and preferences" (Rae 2019 at 669), their actual results suggest the opposite: the gender-nonconforming group who went on to transition (socially) had a mean composite score of .73 (which is less than .75), and the gender-nonconforming group who did not transition had a mean composite score of .61, also less than .75. (Rae 2019, Supplemental material at 6, Table S1.) Both of those are lower than the value of .75, so both of those would be more likely than not to desist, rather than to proceed to transition. That is, Olson's model does not distinguish likely from unlikely to transition; rather, it distinguishes unlikely from even less likely to transition.

125.     Further, in the absence of long-term follow-up, it cannot be known what proportion of those who transition and persist through the early stages of puberty will later (for example as young adults) come to regret having transitioned and then *de*transition. Because only a minority of gender dysphoric children persist in feeling gender dysphoric in the first place, "transition-on-demand" increases the probability of unnecessary transition and unnecessary medical risks.

### 4. Temple Newhook's attempts to dismiss evidence of high rates of desistance from childhood gender dysphoria are invalid.

126.    The unanimous consistency across all 11 cohort studies of (non-transitioned) gender dysphoric children offers high confidence in the conclusion that most childhood-onset cases desist during the course of puberty. In 2018, however, a commentary was published, contesting that conclusion, criticizing four studies. (Temple Newhook 2018.) Multiple accomplished international researchers studying outcomes of gender dysphoric children responded (Zucker 2018; Steensma & Cohen-Kettenis 2018), to which the Temple Newhook team wrote a rejoinder. (Winters 2018.) I have reviewed each of these arguments, finding that the Temple Newhook comments rely on demonstrable falsehoods, whereas the responses remain consistent with the peer-reviewed evidence. The Temple Newhook commentary has not altered the consensus of the international medical community, which continues to cite and rely upon these cohort studies.

127.    Before delineating each of their arguments, it should be noted that the Temple Newhook team based their analysis on the wrong research reports, attacking only a straw-person version of the contents of the research literature. Table 3 repeats the 11 cohort studies (on the left left) and the four studies Temple Newhook criticized (right):

**Table 3.**

- Lebovitz (1972)
- Zuger (1978)
- Money & Russo (1979)
- Zuger (1984)
- Davenport (1986)
- Green (1987)
- Kosky (1987)
- Wallien & Cohen-Kettenis (2008)          • Wallien & Cohen-Kettenis (2008)
- Drummond, *et al.* (2008)                      • Drummond, *et al.* (2008)
- Steensma, *et al.* (2013)                        • Steensma, *et al.* (2011, 2013)
- Singh, 2012/Singh, *et al.* (2021)[4]

128.    It should be noted that the Temple Newhook 2018 commentary does not represent a systematic review. Temple Newhook did not indicate search strategies, inclusion/exclusion criteria, coding methods, reliability checks, or other standard procedures used for ensuring objective and unbiased assessment of all relevant studies. Rather, the Temple Newhook analysis targeted a small and selective subset of the research available—a scientifically invalid endeavor, which the systematic review process is meant to prevent. Not only did Temple Newhook skip most of the relevant science, but conversely, Temple Newhook inserted the Steensma 2011 study, which should have been rejected. (The data it reported was already included in Wallien & Cohen-Kettenis 2008.) The Temple Newhook commentary claimed it was "systematically engaging scholarly literature" (Temple Newhook 2018 at 2); however, as the above reference lists demonstrate, that commentary involved no such systematic procedures.

129.    Temple Newhook does not report any research evidence of its own. Rather, the commentary hypothesizes issues they assert could, theoretically, have affected the rates of desistance consistently detected. Scientifically, such a criticism is vacuous: In science, it is always possible for additional, external factors to have affected what was observed.

---

[4]  At the time of the 2018 Temple Newhook commentary, the Singh *et al.,* 2021 study was available as Singh, 2012.

130.     Also, as already detailed herein, the currently available level of evidence for outcomes of medicalized transition is the cohort study. The methodological issues highlighted by Temple Newhook are exactly why randomized, controlled trials (RCTs) need to be conducted, as such studies would be capable of resolving exactly those questions (in whichever direction). In the absence of randomized, controlled studies, however, the correct scientific process is to follow the results of the cohort studies (that is, the systematic reviews of the cohort studies).

131.     In the science process, one cannot merely continue to retain a desired hypothesis, rejecting all counter-evidence until a perfect study emerges. This is especially important in clinical science, when the hypothesis relates to physical interventions, in children, with the potential to affect them for their entire lives. Rather, the scientific process proceeds by successive approximation, with results from the best available research replacing lesser quality research, increasing in confidence, but always with the possibility of changes imposed by future evidence.

132.     By involving only a few of the full set of cohort studies, the Temple Newhook commentary removes one of the most compelling implications of the existing (cohort) studies: Their results are unanimous. However unlikely it might be for four studies to produce the same result randomly, it is even more unlikely for eleven studies all to come to the same result randomly.

133.     Temple Newhook emphasized that gender identity issues differ across times and contexts/political environments, hypothesizing that children attending her clinic might differ from children attending the Toronto and the Amsterdam clinics. Returning once again to the full set of all studies, however, the evidence shows the very opposite: All studies yielded the same result, whether from the 1970s, 80s, 90s, 2000s, 2010s, and wherever in the world any clinic was. Acknowledging the possibility that future studies may lead to a different conclusion, the existing evidence shows majority desistance, constantly and across all time periods.

134.    Consideration of the full set of studies also indicates that the contrast is not Toronto and Amsterdam versus whatever "reality" Temple Newhook perceives. Rather, they show the contrast is between Temple Newhook and every facility in every country ever reporting desistance data on childhood-onset gender dysphoria. Moreover, despite Temple Newhook's mention of influences of political cultures, that commentary does not point out that Canada and the Netherlands are much more politically liberal than the U.S. Although the commentary offers the hypothesis that the Canadian and Dutch contexts might decrease persistence, the commentary does not include the inverse possibility: that these liberal environments might be *"iatrogenic"*—that is, causing dysphoria to continue when it might otherwise remit.

135.    Also, the very evidence suggesting that gender dysphoria can be influenced by local environmental factors is itself evidence that gender identity is not, in fact, an innate and immutable feature, potentially amenable to change.

## C. Adolescent-Onset Gender Dysphoria, the predominant clinical population today, is a distinct and largely unstudied phenomenon.

136.    Concurrent with the advent of social media, a third profile began appearing clinically and socially, characteristically distinct from the two previously identified profiles. (Kaltiala-Heino 2015; Littman 2018.) Despite lacking any history before the current generation, this profile has now numerically overwhelmed the previously known and better characterized types in clinics and on Internet surveys. Unlike adult-onset or childhood-onset gender dysphoria, this group is predominately biologically female. This group typically presents in adolescence, but lacks the history of cross-gender behavior in childhood like the childhood-onset cases have. It is that feature which led to the term Rapid Onset Gender Dysphoria (ROGD). (Littman 2018.)[5] Cases commonly

---

[5]  After initial criticism, the publishing journal conducted a reassessment of the article. The article was expanded with additional detail and republished. The relevant results were unchanged. Littman's paper as revised has been widely cited.

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 66 of 191 PageID #: 1154

appear to occur within clusters of peers in association with increased social media use (Littman 2018), and among people with autism or other mental health issues. (Kaltiala-Heino 2015; Littman 2018; Warrier 2020.) (See section XI on Mental Health.) The patterns reported by Littman have now been independently replicated by another study which also found it to be a predominantly female phenomenon, associated with very high rates of social media use, among youth with other mental health issues, and in association with peers expressing gender dysphoria issues. (Diaz 2023.) Due to the multiple differences across the epidemiological and other objective variables, there is no justification for extrapolating findings from adult-onset or childhood-onset gender dysphoria to this new presentation.

137. There do not yet exist any cohort studies of people with adolescent-onset gender dysphoria undergoing medicalized transition. Current studies are limited to surveys typically of volunteers from activist and support groups on the Internet.

138. Moreover, no study has yet been organized in such a way as to allow for a distinct analysis of the adolescent-onset group, as distinct from childhood-onset or adult-onset cases. Many published studies fail to distinguish between people who had childhood-onset gender dysphoria and have aged into adolescence versus people whose onset was not until adolescence. (Analogously, there are reports failing to distinguish people who had adolescent-onset gender dysphoria and aged into adulthood from adult-onset gender dysphoria.) Studies selecting groups according to their current age instead of their ages of onset produces confounded results, representing unclear mixes according to how many of each type of case wound up in the final sample.

## X. Suicide and suicidality are distinct phenomena representing different mental health issues and indicating different clinical needs.

139.     *Suicide* refers to completed suicides and the sincere intent to die. It is substantially associated with impulsivity, using more lethal means, and being a biological male. (Freeman 2017.) *Suicidality* refers to *para*-suicidal behaviors, including suicidal ideation, threats, and gestures.

### A. Rates of suicidality among all adolescents have skyrocketed with the advent of social media.

140.     The CDC's 2019 Youth Risk Behavior Survey found that 24.1% of female and 13.3% of male high school students reported "seriously considering attempting suicide." (Ivey-Stephenson 2019 at 48.)

141.     The CDC survey reported not only that these already alarming rates of suicide attempt were still increasing (by 8.1%–11.0% per year), but also that this increase was occurring only among female students. No such trend was observed among male students. That is, the demographic increasingly reporting suicidality is the same demographic increasingly reporting gender dysphoria. (Ivey-Stephenson at 51.)

142.     The U.S. Substance Abuse and Mental Health Services Administration (SAMHSA) produces a series of evidence-based resource guides which includes their Treatment for Suicidal Ideation, Self-Harm, and Suicide Attempts Among Youth. It noted (italics added):

> [F]rom 1999 through 2018, the suicide death rate doubled for females aged 15 to 19 and 20 to 24. For youth aged 10 to 14, the suicide death rate more than tripled from 2001 to 2018. Explanations for the increase in suicide may include bullying, social isolation, increase in technology and *social media*, increase in *mental illnesses*, and economic recession. (SAMHSA 2020 at 5.)

The danger potentially posed by social media follows from suicidality spreading as a social contagion, as suicidality increases after media reports, occurs in clusters of social groups, and in

adolescents after the death of a peer. (Gould & Lake 2013.)

143.     Social media voices today loudly advocate "hormones-on-demand" while issuing hyperbolic warnings that teens will commit suicide unless this is not granted. Both adolescents and parents are exposed to the widely circulated slogan that "I'd rather have a living son than a dead daughter," and such baseless threats or fears are treated as a justification for referring to affirming gender transitions as 'life-saving' or 'medically necessary'. Such claims grossly misrepresent the research literature, however. Indeed, they are unethical: Suicide prevention research and public health campaigns repeatedly warn against circulating messages that can be taken to publicize or even glorify suicide, due to the risk of copy-cat behavior they encourage. (Gould & Lake 2013.)

144.     Systematic review of 44 studies of suicidal thoughts and behaviors in LGBTQ youth and suicidality found only a small association between suicidality and sexual minority stress. (Hatchel 2021.) The quantitative summary of the studies (an especially powerful type of systematic review called *meta-analysis*) found no statistically significant association between suicidality and any of having an unsupportive school climate, stigma and discrimination, or outness/openness. There were, however, significant associations between suicidality and indicators of social functioning problems, including violence from intimate partners, victimization from LGBT peers and from non-LGBT peers, and sexual risk taking.

**B.** *Suicidality* **is substantially more common among females, and** *suicide,* **among males. Sexual orientation is strongly associated with suicidality, but much less associated with suicide.**

145.     Notwithstanding public misconceptions about the frequency of suicide and related behaviors, the highest rates of death by suicide are among middle-aged and elderly men in high income countries. (Turecki & Brent 2016 at 3.) Males are at three times greater risk of death by suicide than are females, whereas suicidal ideation, plans, and attempts are three times more

common among females. (Klonsky 2016; Turecki & Brent 2016.) In contrast with completed suicides, the frequency of suicidal ideation, plans, and attempts is highest during adolescence and young adulthood, with reported ideation rates spanning 12.1–33%. (Borges 2010; Nock 2008.) Relative to other countries, Americans report elevated rates of each of suicidal ideation (15.6%), plans (5.4%), and attempts (5.0%). (Klonsky 2016.) Suicide attempts occur up to 30 times more frequently than completed suicides. (Bachmann 2018.) The rate of completed suicides in the U.S. population is 14.5 per 100,000 people. (WHO 2022.)

146.     There is substantial research associating sexual orientation with suicidality, but much less so with completed suicide. (Haas 2014.) More specifically, there is some evidence suggesting gay adult men are more likely to die by suicide than are heterosexual men, but there is less evidence of an analogous pattern among lesbian women. Regarding suicidality, surveys of self-identified LGB Americans repeatedly report rates of suicidal ideation and suicide attempts 2–7 times higher than their heterosexual counterparts. Because of this association of suicidality with sexual orientation, one must apply caution in interpreting findings allegedly about gender identity: because of the overlap between people who self-identify as non-heterosexual and as transgender or gender diverse, correlations detected between suicidality and gender dysphoria may instead reflect (be confounded by) sexual orientation. Indeed, other authors have made explicit their surprise that so many studies, purportedly of gender identity, entirely omitted measurement or consideration of sexual orientation, creating the situation where features that seem to be associated with gender identity instead reflect the sexual orientation of the members of the sample. (McNeil 2017.)

## C. There is no evidence that medicalized transition reduces rates of suicide or suicidality.

147.     It is repeatedly asserted that despite the known risks, despite the lack of research into

the reality or severity of unquantified risks, it is essential and "the only ethical response" to provide medical transition to minors because medical transition is known to reduce the likelihood of suicide among minors who suffer from gender dysphoria. This is simply untrue. *No studies* have documented any reduction in suicide rates in minors (or any population) as a result of medical transition. No methodologically sound studies have provided meaningful evidence that medical transition reduces suicidality in minors. Instead, multiple studies show tragically high rates of suicide after medical transition, with that rate beginning to spike several years after medical transition.

148. Among post-transition adults, completed suicide rates remain elevated. (Wiepjes 2020.) Among post-operative transsexual adults in Sweden's highly tolerant society, death by suicide is 19 times higher than among the cisgendered. (Dhejne 2011.) Systematic review of 17 studies of suicidality in transsexual adults confirmed suicide rates remain elevated even after complete transition. (McNeil 2017.) Among post-operative patients in the Netherlands, long-term suicide rates of six times to eight times that of the general population were observed depending on age group. (Asscheman 2011 at 638.) Also studying patients in the Netherlands, Wiepjes et al. (2020) reported the "important finding" that "suicide occurs similarly" before and after medical transition. (Wiepjes 2020 at 490.) In other words, *transition did not reduce suicide*. A very large dataset from the U.K. GIDS clinic showed that those referred to the GIDS clinic for evaluation and treatment for gender dysphoria committed suicide at a rate five times that of the general population, both before and after commencement of medical transition (Biggs 2022). Finally, in a still-ongoing longitudinal study of U.S. patients, Chen *et al.* have reported a shockingly high rate of completed suicide among adolescent subjects in the first two years *after* hormonal transition, although they provide no pre-treatment data for this population to compare against. (Chen 2023 at 245.)

149. WPATH's systematic review of the effectiveness of puberty blockers and cross-sex hormones on suicide in minors concluded that "It was impossible to draw conclusions about the effects of [either] hormone therapy on death by suicide." (Baker 2021 at 12.) In short, I am aware of no respected voice that asserts that medical transition reduces suicide among minors who suffer from gender dysphoria.

150. As to the separate and far more common phenomenon of suicidality, of course, that claim is widely made. McNeil's systematic review revealed, however, a complicated set of interrelated factors rather than supporting the common hypothesis that rates of suicidal ideation and suicidal attempts would decrease upon transition. Rates of suicidal ideation did not show the same pattern as suicide attempts, male-to-female transitioners did not show the same patterns as female-to-male transitioners, and social transition did not show the same patterns as medical transition. Importantly, the review included one study that reported "a positive relationship between higher levels of social support from leaders (e.g., employers or teachers) and increased suicide attempt, which they suggested may be due to attempts instigating increased support from those around the person, rather than causing it." (McNeil 2017 at 348.)

151. Moreover, the 2020 Kuper, *et al.* cohort study of minors receiving hormone treatment found *increases* in each of suicidal ideation (from 25% to 38%), attempts (from 2% to 5%), and non-suicidal self-injury (10% to 17%). (Kuper 2020 at Table 5.) Research has found social support to be associated with *increased* suicide attempts, suggesting the reported suicidality may represent attempts to evoke more support. (Bauer 2015; Canetto 2021.)

152. Overall, the research evidence is only minimally consistent with the hypothesis that an absence of transition causes mental health issues and suicide, but very strongly consistent with the hypothesis that mental health issues, such as *Borderline Personality Disorder* (BPD), cause both

suicidality and unstable identity formation (including gender identity confusion). (See section XI.) BPD is repeatedly documented to be greatly elevated among sexuality minorities (Reuter 2016; Rodriguez-Seiljas 2021; Zanarini 2021), and both suicidality and identity confusion are symptoms of that disorder. Thus, diverting distressed youth towards transition necessarily diverts youth away from receiving the psychotherapies designed for treating the issues actually causing their distress.

153.    Despite that mental health issues, including suicidality, are repeatedly required by clinical standards of care to be resolved before transition, threats of suicide are instead oftentimes used as the very justification for labelling transition a "medical necessity". However plausible it might seem that failing to affirm transition causes suicidality, the epidemiological evidence does not support that hypothesis.

## XI. Mental health profiles differ across adult-, adolescent-, and childhood-onset gender dysphoria.

### A. Mental health issues in Adult-Onset Gender Dysphoria.

154.    Systematic review of all studies examining mental health issues in transgender adults identified 38 such studies. (Dhejne 2016.) The review indicated that many studies were methodologically weak, but nonetheless consistently found (1) that the average rate of mental health issues among adults is highly elevated both before *and after* transition, (2) but that the average was less elevated among adults who completed transition. It could not be concluded that transition improves mental health, however. Patients were commonly receiving concurrent psychotherapy, introducing a confound (meaning, again, that it cannot be determined whether the change was caused by the transitioning or the mental health treatment). Further, several studies showed more than 40% of patients to become "lost to follow-up." It remains unknowable to what extent the information from the remaining participants accurately reflects the whole population.

### B. Mental health issues in Childhood-Onset Gender Dysphoria.

155.    Elevated rates of multiple mental health issues among gender dysphoric children are reported throughout the research literature. A formal analysis of children (ages 4–11) undergoing assessment at the Dutch child gender clinic showed that 52% fulfilled criteria for a formal DSM diagnosis of a clinical mental health condition other than Gender Dysphoria. (Wallien 2007 at 1307.) A comparison of the children attending the Canadian versus Dutch child gender dysphoria clinic showed only few differences between them, and a large proportion in both groups were diagnosable with clinically significant mental health issues. Results of standard assessment instruments (Child Behavior Check List, or CBCL) demonstrated that among 6–11-year-olds, 61.7% of the Canadian and 62.1% of the Dutch sample satisfied the diagnostic criteria for one or more mental health conditions other than gender dysphoria. (Cohen-Kettenis 2003 at 46-47.)

156. A systematic review of all studies of Autism Spectrum Disorders (ASDs) and Attention-Deficit Hyperactivity Disorder (ADHD) among children diagnosed with gender dysphoria was recently conducted. (Thrower 2020.) It was able to identify a total of 22 studies examining the prevalence of ASD or ADHD youth with gender dysphoria. Studies reviewing medical records of children and adolescents referred to gender clinics showed 6–26% to have been diagnosed with ASD. (Thrower 2020 at 695.) Moreover, those authors gave specific caution on the "considerable overlap between symptoms of ASD and symptoms of gender variance, exemplified by the subthreshold group which may display symptoms which could be interpreted as either ASD or gender variance. Overlap between symptoms of ASD and symptoms of GD may well confound results." (Thrower 2020 at 703.) The rate of ADHD among children with GD was 8.3–11%. Conversely, data from children (ages 6–18) with Autism Spectrum Disorders (ASDs) show they are more than seven times more likely to have parent-reported "gender variance." (Janssen 2016 at 63.)

157. As shown by the outcomes studies (see Section XIII), there is little reliable evidence that transition improves the mental well-being of children. As shown repeatedly by clinical guidelines from multiple professional associations, mental health issues are expected or required to be resolved *before* undergoing transition. The reasoning behind these conclusions is that children may be expressing gender dysphoria, not because they are experiencing what gender dysphoric adults report, but because they mistake what their experiences indicate or to what they might lead. For example, a child experiencing depression from social isolation might develop the hope—and the unrealistic expectation—that transition will help them fit in, as a member of the other sex.

158. In cases where gender dysphoria is secondary to a different issue, efforts at transition

are aiming at the wrong target and leave the primary issue(s) unaddressed. Given the highly reliable, repeatedly replicated finding that childhood-onset gender dysphoria resolves with puberty for the large majority of children, the evidence indicates that blocking a child's puberty blocks the child's natural maturation that itself would resolve the dysphoria.

## C. Mental health issues in Adolescent-Onset Gender Dysphoria (ROGD).

159.    The literature varies in the range of gender dysphoric adolescents with co-occurring disorders. In addition to self-reported rates of suicidality (see Section X), clinical assessments reveal elevated rates not only of depression (Holt 2016; Skagerberg 2013; Wallien 2007), but also anxiety disorders, disruptive behavior difficulties, Attention Deficit/Hyperactivity Disorder, Autism Spectrum Disorder, and personality disorders, especially Borderline Personality Disorder (BPD). (Anzani 2020; de Vries 2010; Jacobs 2014; Janssen 2016; May 2016; Strang 2014, 2016; Swedish Socialstyrelsen, Evolution 2020.)

160.    Of particular concern in the context of adolescent-onset gender dysphoria is Borderline Personality Disorder (BPD; diagnostic criteria in Table X below). Symptoms of BPD overlap in important respects with symptoms commonly interpreted as signs of gender dysphoria, and it is increasingly hypothesized that very many cases appearing to be adolescent-onset gender dysphoria actually represent cases of BPD. (E.g. Anzani 2020; Zucker 2019.) That is, some people may be misinterpreting their experiencing of the broader "identity disturbance" of symptom Criterion 3 to represent a gender identity issue specifically. Like adolescent-onset gender dysphoria, BPD begins to manifest in adolescence, is three times more common in biological females than males, and occurs in 2–3% of the population, rather than 1-in-5,000 people. (Thus, if even only a portion of people with BPD experienced an identity disturbance, and focused that disturbance on gender identity resulting in transgender identification, they could easily overwhelm the number of genuine

cases of gender dysphoria.)

## Table 4. DSM-5-TR Diagnostic Criteria for Borderline Personality Disorder.

A pervasive pattern of instability of interpersonal relationships, self-image, and affects, and marked impulsivity beginning by early adulthood and present in a variety of contexts, as indicated by five (or more) of the following:

1. Frantic efforts to avoid real or imagined abandonment. (Note: Do not include suicidal or self-mutilating behaviour covered in Criterion 5.)

2. A pattern of unstable and intense interpersonal relationship characterized by alternating between extremes of idealization and devaluation.

3. *Identity disturbance: markedly and persistently unstable self-image or sense of self.*

4. Impulsivity in at least two areas that are potentially self-damaging (e.g., spending, sex, substance abuse, reckless driving, binge eating). (Note: Do not include suicidal or self-mutilating behavior covered in Criterion 5.)

5. *Recurrent suicidal behaviour, gestures, or threats, or self-mutilating behavior.*

6. Affective instability due to a marked reactivity of mood (e.g., intense episodic dysphoria, irritability, or anxiety usually lasting a few hours and only rarely more than a few days).

7. Chronic feelings of emptiness.

8. Inappropriate, intense anger or difficulty controlling anger (e.g., frequent displays of temper, constant anger, recurrent physical fights).

9. Transient, stress-related paranoid ideation or severe dissociative symptoms.
   (Italics added.)

(American Psychiatric Association 2022 at 752-753.)

161.    Mistaking cases of BPD for cases of Gender Dysphoria may prevent such youth from receiving the correct mental health services for their condition. A primary cause for concern is symptom Criterion 5: *recurrent suicidality.* (See Section X on suicide and suicidality.) Regarding the provision of mental health care, the distinction between these conditions is crucial: A person with BPD going undiagnosed will not receive the appropriate treatments (the currently most effective of which is Dialectical Behavior Therapy). The problem was not about *gender* identity, but about having an *unstable* identity.

162.    Regarding research, there have now been several attempts to document rates of suicidality among gender dysphoric adolescents. The scientific concern presented by BPD is that

it poses a potential confound: samples of gender dysphoric adolescents could appear to have elevated rates of suicidality, not because of the gender dysphoria (or transphobia in society), but because of the number of people with BPD in the sample.

## D. Neuroimaging studies have associated brain features with sex and with sexual orientation, but not gender identity.

163.     Claims that transgender identity is an innate property resulting from brain structure remain unproven. Neuroimaging and other studies of brain anatomy repeatedly identify patterns distinguishing male from female brains, but when analyses search for those patterns among transgender individuals, "gender identity and gender incongruence could not be reliably identified." (Baldinger-Melich 2020 at 1345.) Although much smaller than male/female differences, statistically significant neurological differences are repeatedly associated with sexual orientation (termed "homosexual" vs "nonhomosexual" in the research literature). Importantly, despite the powerful associations between transsexuality and homosexuality, as explicated by Blanchard, many studies analyzing gender identity failed to control for sexual orientation, representing a problematic and centrally important confound. I myself pointed this out in the research literature, noting that neuroanatomical differences attributed to gender dysphoria should instead be attributed to sexual orientation. (Cantor 2011, Cantor 2012.) A more recent review of the science, by Guillamon, et al. (2016), agreed, stating:

> Following this line of thought, Cantor (2011, 2012, but also see Italiano, 2012) has recently suggested that Blanchard's predictions have been fulfilled in two independent structural neuroimaging studies. Specifically, Savic and Arver (2011) using VBM on the cortex of untreated nonhomosexual MtFs and another study using DTI in homosexual MtFs (Rametti et al., 2011b) illustrate the predictions. *Cantor seems to be right*". (Guillamon 2016 at 1634, italics added; see also Italiano 2012.)

In addition to this confound, because snapshot neurobiological studies can provide only correlational data, it would not be not possible for such studies to distinguish whether brain

differences cause gender identity or if gender atypical behavior modifies the brain over time, such as through neuroplasticity. As noted by one team of neuroscientists, "[I]t remains unclear if the differences in brain phenotype of transgender people may be the result of a sex-atypical neural development or of a lifelong experience of gender non-conformity." (Fisher 2020 at 1731.) In sum, at present assertions that transgender identity is caused by neurology represent faith, not science.

## XII. Medicalized transition of gender remains *experimental,* lacking causal evidence of mental health improvement.

### A. Criteria distinguishing *'experimental'* from *'established'*.

164.    In science, the term "experimental" has a specific technical meaning. Within the scientific method, research studies can be *observational* or *experimental*. Among observational studies, such as surveys, the researchers do not administer any treatment and instead only describe the features of the group observed. Among experimental studies, treatments are actively administered by the researchers, who then compare the treated and untreated groups (or compare a group to itself, before versus after treatment). Also, within a given treatment study, the term "experimental treatment" would be used to distinguish it from the "control treatment" or "treatment-as-usual" being provided to the control group.

165.    Outside research studies and within public and legal contexts, the term 'experimental' typically denotes '*unverified by experimental evidence'*. A treatment would continue to be experimental until the demonstration of (1) reliable, clinically meaningful improvement and (2) the reliable estimation of safety risks in randomized, controlled trials (RCTs) or research of equivalent level of evidence. A treatment would remain experimental while its effects, including side effects, remain uninvestigated.

166.    Being long-standing, popular, or familiar do not, of themselves, impact whether a treatment is experimental—they suggest opportunities for the experiments to have been done. Clinicians' feelings of self-confidence do not impact status as experimental.

### B. International consensus explicitly regards gender transition to be experimental.

167.    In England, after a thorough review of the literature and the current practice, Dr. Cass stated that the critical and currently unanswered question "is whether the evidence for the use and

safety of the medication is strong enough as judged by reasonable clinical standards." She recognized that these treatments cannot formally be called "experimental" not because they are proven, but because the experiments needed to test their efficacy and safety have not only not been done, but are not even being attempted. (Cass 2022 at 37.) To address this, Dr. Cass called for "the rapid establishment of the necessary research infrastructure to prospectively enrol young people being considered for hormone treatment into a formal research programme." (Cass Review Letter 2022). In response, in its interim service specification NHS England states that it "will only commission GnRHa [i.e., puberty blockers] in the context of a formal research protocol." (NHS 2022 at 12.)

168.    Finland, by law, restricts all assessment and treatment activities for gender dysphoric minors to its two research clinics, Helsinki University Central Hospital and Tampere University Hospital. (COHERE Summary.) Further, after conducting a systematic review of the research, the council responsible for the assessment of public health care services in Finland (COHERE Finland) concluded, "In light of available evidence, gender reassignment of minors is *an experimental practice.*" (COHERE Summary, italics added.)

169.    Sweden's research on gender transition is conducted at the Karolinska Institutet in Stockholm. In 2015, that facility registered its research on medicalized transition with the U.S. National Institutes for Health (NIH), noting "[H]ormonal treatment includes inhibition of one's own sex hormone production followed by treatment with testosterone or estrogen levels that are normal for the opposite sex. *Seen as experimental model,* this is a process that provides an opportunity to study the sex hormone dependent influences." (Clinicaltrials.gov.) In its policy updates in 2021, Sweden limited medicalized treatments for gender dysphoria in minors to clinical research studies approved by the Swedish national research ethics board ("EPM"). (Medscape

Psychiatry 2021.)

170.     Norway reviewed its own national policy on transition in minors in 2023, explicitly concluding such medical procedures to be experimental. (Ukom 2023.)

171.     The widely cited Dutch studies were co-conducted by Dr. Thomas Steensma. Despite being an originator and international leader of medicalized transition of gender dysphoric minors, Dr. Steensma stated in an interview in 2021 that he still considers it to be experimental: "Little research has yet been done on the treatment with puberty inhibitors and hormones in young people. That is why it is also *seen as experimental*." Dr. Steensma decried other clinics for "blindly adopting our research" despite the indications that those results may not actually apply: "We don't know whether studies we have done in the past are still applicable to today. Many more children are registering, and also a different type." Steensma opined that "every doctor or psychologist who is involved in transgender care should feel the obligation to do a good pre- and post-test." (Tetelepta 2021.) But few if any are doing so.

## C. Claims that medical transition is "medically necessary" are undefined, unsupported, and self-interested.

172.     While European health authorities have examined the science and concluded that medical transition for minors remains "experimental" and of unproven benefit, terminology has been distorted in the U.S. because the U.S. lacks a public health care system and the terms "medically necessary" and "experimental" impact health insurance coverage. "Medically necessary" justifies coverage for these procedures; advocates know or fear that the term "experimental" will preclude coverage.

173.     WPATH's 2016 statement asserting "medical necessity" was explicitly made in order to facilitate insurance claims, as is clear in their document entitled, "Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A." (WPATH

Position Statement.) The AMA released a similar statement supporting insurance coverage for medical transition as a result of being assertedly medically necessary.[6] U.S. medical associations' advocacy corresponds to the financial interests of their members.

174.  Moreover, there do not exist a scientific definition or objective criteria of "medically necessary." An analysis published in the *Canadian Medical Association Journal,* however (not pertaining to gender dysphoria or transition), attempted to define 'medically necessary.' (Caulfield 2012.) The article quoted Timothy Caulfield, Research Chair in Health, Law, and Policy at the University of Alberta (Edmonton), Canada: "As for putting great effort into coming up with a tidy, all-encompassing definition of 'medically necessary'—it's probably a waste of time…Given the history of the concept of 'medically necessary' and the numerous failed attempts to define it, a practical, operational and meaningful definition is likely unattainable." (Caulfield at 1771–1772.) According to Mark Stabile, director of the School of Public Policy and Governance and professor of economics and public policy at the Rotman School of Management at the University of Toronto, "Providers of those services will naturally be critical of the decision if they feel that the demand for their services will decline as a result." (Caulfield at 1772.)

### D. WPATH repeatedly warns of untested hypotheses, continuing unknowns, and lack of research.

175.  The latest (2022) WPATH Standards of Care v8 document avoided the word "experimental" in its guidelines, but instead repeatedly deployed terms and phrases that are synonymous with being experimental: "The criteria in this chapter [on assessment of adults] have been significantly revised from SOC-7 to reduce requirements and unnecessary barriers to care. *It is hoped that future research will explore the effectiveness* of this model." (Coleman 2022 at S33, italics added.)

---

[6]  Available from https://www.ama-assn.org/system/files/2019-03/transgender-coverage-talking-points.pdf

176.    The WPATH Standards of Care v8 (Coleman 2022.) indicates the lack of experimental

evidence available again and again (italics added):

- "It primarily includes an assessment approach that uses specific criteria that are examined by [a Health Care Provider, or] HCP in close cooperation with a TGD adult and does not include randomized controlled trials or long-term longitudinal research" (at S33.)

- "While there was *limited supportive research,* this recommendation was considered to be good clinical practice as it allows a more reversible experience prior to the irreversible experience of surgery" (at S40.)

- "Due to *the limited research in this area,* clinical guidance is based primarily on individual case studies and the expert opinion of HCPs" (at S41.)

- "While available research shows consistent positive outcomes for the majority of TGD adults who choose to transition…some TGD adults may decompensate or experience a worsened condition following transition. *Little research has been conducted to systematically examine variables that correlate with poor or worsened biological, psychological, or social conditions following transition"* (at S42.)

- "Future research would shed more light on gender identity development if conducted over long periods of time with diverse cohort groups" (at S45.)

- "In addition, elevated scrotal temperatures can be associated with poor sperm characteristics, and genital tucking could theoretically affect spermatogenesis and fertility (Marsh 2019) although *there are no definitive studies evaluating these adverse outcomes.* Further *research is needed to determine the specific benefits and risks* of tucking in youth" (at S54.)

- *"There is no formal research evaluating* how menstrual suppression may impact gender incongruence and/or dysphoria" (at S54-55.)

- "Currently, there are only preliminary results from retrospective studies evaluating transgender adults and the decisions they made when they were young regarding the consequences of medical-affirming treatment on reproductive capacity. It is important not to make assumptions about what future adult goals an adolescent may have" (at S57.)

- *"Only limited empirical research exists* to evaluate such interventions" (at S75.)

- *"Research has not been conclusive* about when in the life span such detransition is most likely to occur, or what percentage of youth will eventually experience gender fluidity and/or a desire to detransition" (at S77.)

- "Research on pitch-lowering surgeries is limited" (at S139.)

- "The number and quality of research studies evaluating pitch-lowering surgeries are currently insufficient" (at S141.)

- "To date, *research on the long-term impact of [Gender Affirming Hormone Treatment*

*or] GAHT on cancer risk is limited*…We have *insufficient evidence* to estimate the prevalence of cancer of the breast or reproductive organs among TGD populations (Joint et al., 2018.)" (at S144.)

- "Contraceptive *research gaps within this population are profound. No studies have examined* how the use of exogenous androgens (e.g., testosterone) may modify the efficacy or safety profile of hormonal contraceptive methods (e.g., combined estrogen and progestin hormonal contraceptives, progestin-only based contraceptives) or non-hormonal and barrier contraceptive methods" (at S162.)

- "TGD individuals AFAB undergoing abortion still represents a critical gap in research" (at S162.)

- "The effects of current TGD-related medical treatments on sexuality are heterogeneous (Ozer et al., 2022; T'Sjoen et al., 2020), and *there has been little research on the sexuality of TGD adolescents"* (at S163.)

- "While sex-positive approaches to counseling and treatment for sexual difficulties experienced by TGD individuals have been proposed (Fielding, 2021; Jacobson et al., 2019; Richards, 2021), to date *there is insufficient research on the effectiveness of such interventions"* (at S163.)

# XIII. There have been 11 cohort studies of puberty blockers and cross-sex hormones in minors. They provide no reliable evidence of effectiveness for improving mental health relative to mental health treatments that lack medical risk.

177. Several studies are cited by plaintiffs' experts and in the media as purporting to show that medical transition in minors brings important improvements in mental health beyond the issues of suicide and suicidality that I have already addressed. In fact, there is no reliable evidence of any such benefit.

178. In this section, I summarize the results of all cohort studies investigating the mental health outcomes of puberty blockers and cross-sex hormones on minors. These include all such studies identified by any of the systematic reviews of effectiveness from England, Sweden, Finland, and WPATH. (Listed in Table 1, *Cohort studies of effectiveness and safety of puberty blockers and cross-sex hormones in minors.*)

179. As enumerated in the following section, all of these studies that reported improved mental health among transitioners were also providing psychotherapy at the same time. (See Section VI on confounding.) None of these studies was able to differentiate which of them was contributing to the improvement.

180. The problem imposed by confounding medicalized transition with psychotherapy is widely recognized. As explicated in the NICE review from England:

> [V]ery little data are reported on how many children and adolescents needed additional mental health support, and for what reasons, or whether additional interventions, and what form and duration (for example drug treatment or counselling) that took. This is a possible confounder for the treatment outcomes in the studies because *changes in critical and important outcomes may be attributable to external care rather than the psychological support or GnRH analogues used in the studies.* (NICE 2020a at 41, italics added.)

Similarly, WPATH's own systematic review noted that "[T]his conclusion is limited by high risk of bias in study designs, small sample sizes, and *confounding with other interventions."* (Baker

2021 at 1, italics added.)

181.    The need to disentangle the roles of these two treatments has been largely ignored despite that several issues depend upon them. If medicalized transition does not show mental health improvement superior to that of mental health treatment, it cannot readily be called "medically necessary" for insurance purposes or other institutional needs. Clinicians may be subjecting minors to known and potential (but unstudied) harms without any scientific justification.

182.    Moreover, without a control group for comparison (i.e., another group of similar age, sex, and mental health status), these studies are also unable to identify when and if any changes are due to regression to the mean or maturation over time.

## A. Of the cohort studies, four found little to no improvement in mental health.

183.    Kaltiala, *et al.* (2020) similarly reported that after cross-sex hormone treatment, "Those who had psychiatric treatment needs or problems in school, peer relationships and managing everyday matters outside of home continued to have problems during real-life." (Kaltiala 2020 at 213.) They concluded:

> Medical gender reassignment is not enough to improve functioning and relieve psychiatric comorbidities among adolescents with gender dysphoria. Appropriate interventions are warranted for psychiatric comorbidities and problems in adolescent development. (Kaltiala 2020 at 213.)

184.    Cantu, *et al.* (2020) studied 80 youth, 11–18 years of age (average of 15.1 years), measuring patients' levels of anxiety, depression, and suicidality. This sample was 18.75% male-to-female, 72.5% female-to-male, and 8.75% nonbinary, but the report did not include the patients' ages of onset. The study authors compared youth according to those receiving puberty blockers only, cross-sex hormones only, both treatments, or neither.  No significant differences in mental health were detected on any of these variables. Of the 27 youth reporting suicidality before

medicalized treatment, 81% continued to report suicidality after medicalized treatment. Remarkably, although the authors reported that "the results of this study suggest that no clinically significant changes in mood symptoms occur" (Cantu 2020 at 199), they did not convey the logical interpretation that transition failed to help these youth. Instead, they emphasized that "findings suggest changes may actually take longer to occur." (Cantu 2020 at 196.)

185.    Carmichael, *et al.* (2021) released their findings from the Tavistock and Portman clinic in the U.K. (Carmichael 2021.) Study participants were ages 12–15 (Tanner stage 3 and above for natal males, Tanner stage 2 and above for natal females) and were repeatedly tested before beginning puberty-blocking medications and then every six months thereafter. Cases exhibiting serious mental illnesses (*e.g.*, psychosis, bipolar disorder, anorexia nervosa, severe body-dysmorphic disorder unrelated to gender dysphoria) were excluded. Relative to the time point before beginning puberty suppression, there were *no* significant changes in any psychological measure, from either the patients' or their parents' perspective.

186.    Hisle-Gorman, *et al.* (2021) analyzed military families' healthcare data to compare 963 transgender and gender-diverse youth before versus after hormonal treatment, using their non-gender dysphoric siblings as a control group. The study participants included youth undergoing puberty-blocking as well as those undergoing cross-sex hormone treatment, but these subgroups did not differ from each other. Study participants had a mean age of 18 years when beginning hormonal treatments, but their initial clinical contacts and diagnoses occurred at a mean age of 10 years. According to the study, "mental health care visits overall did not significantly change following gender-affirming pharmaceutical care" (Hisle-Gorman 2021 at 1448), yet, "psychotropic medication use *increased*," (Hisle-Gorman 2021 at 1448, italics added.) indicating *deteriorating* mental health.

## B. Six of the cohort studies confounded medical treatment with psychotherapy.

187.   The initial enthusiasm for medical blocking of puberty followed largely from early reports from the Dutch clinical research team suggesting at least some mental health improvement. (de Vries 2011, 2014.)

188.   The Dutch clinical research team followed up a cohort of youth at their clinic undergoing puberty suppression (de Vries 2011), and later cross-sex hormone treatment and surgical sex reassignment (de Vries 2014). The youth improved on several variables upon follow-up as compared to pre-suppression measurement, including depressive symptoms and general functioning. No changes were detected in feelings of anxiety, or anger, or in gender dysphoria itself as a result of puberty suppression. Moreover, natal females suffered *increased* body dissatisfaction both with their secondary sex characteristics and with nonsexual characteristics. (Biggs 2020.)

189.   The reports' own authors noted that while it remains possible that the improvement on some variables was due to the puberty blockers, it was also possible that the improvement was due to the mental health support or to natural maturation. The study authors noted this explicitly: "All these factors may have contributed to the psychological well-being of these gender dysphoric adolescents." (de Vries 2011 at 2281.)

190.   van der Miesen, et al. (2020) provided an update of the Dutch clinic's sample, reporting continued improvement in transitioners' psychological functioning, but the medical and psychological treatments remained confounded. Also, the authors indicate that the changing demographic and other features among gender dysphoric youth might have caused the treated group to differ from the control group in unknown ways. The study authors expressly noted, "The present study can, therefore, not provide evidence about the direct benefits of puberty suppression

over time and long-term mental health outcomes." (van der Miesen 2020 at 703.)

191.    Allen, *et al.* (2019) reported on a sample of 47 youth, ages 13–20, undergoing cross-sex hormone treatment. They reported observing increases in measures of well-being and decreases in measures of suicidality; however, as the authors also noted, "whether a patient is actively receiving psychotherapy" may have been a confounding variable. (Allen 2019.)

192.    Becker-Hebley, *et al.* (2021) assessed the quality of life and overall functioning of a sample of German youth both before and after undergoing treatment with GnRHa, CSHT, or both. Excluded from participating were youth with severe psychiatric issues, including suicidality. Of the sample, 79% of the sample participated in psychotherapy at the same time. As the study authors were careful to indicate, "Because this study did not test for statistically significant differences between the four intervention groups or before and after treatment, the findings cannot be generalized to other samples of transgender adolescents." (Becker-Hebly 2021 at 1755.)

193.    In Kuper, *et al.* (2020), a multidisciplinary team from Dallas used a battery of mental health tests to assess 148 youth undergoing either puberty-blocking or cross-sex hormone treatment. The tests revealed highly inconsistent results: Most revealed no significant change, some indicated improvement, and some indicated deterioration. Because 144 of the 148 participants were also in treatment with a therapist or counselor (Kuper at 7, Table 4), no conclusions can be drawn regarding the cause of the improvements. Similarly, 47% of the sample were receiving psychiatric medication at the time of their initial assessments, but it was 61% of the sample at the follow-up time:  It cannot be known to what extent mental health improvement was associated with transition-related or with psychiatric medication. Importantly, the variables demonstrating deterioration included each of the ones indicating suicidality and self-harm: At follow-up time, the sample showed *higher* levels of suicidal ideation (from 25% to 38%), suicide

attempts (from 2% to 5%), and "non-suicidal self-injury" (from 10% to 17%) (Kuper at 8, Table 5).

194.    This evidence of worsening mental health was highly obscured in the Kuper report, however. Rather than provide the standard comparison of pre- and post-treatment rates, Kuper instead listed the post-treatment rates along side the full *lifetime* rates: "Lifetime and follow-up rates were 81% and 39% for suicidal ideation, 16% and 4% for suicide attempt, and 52% and 18% for NSSI, respectively" (p. 1). Rates from over a lifetime are necessarily higher numbers, and putting them where pre-treatment rates normally appear conveys the statistical illusion of a decrease, exactly opposite to the actual pattern.

## C. Two found no advantage of medicalization over psychotherapy.

195.    Costa, *et al.* (2015) provided preliminary outcomes from a small study conducted with patients of the GIDS clinic in the UK. They compared the psychological functioning of one group of youth receiving psychological support with a second group receiving both psychological support as well as puberty blocking medication (representing an "active comparator" group. See Section III.C.2). The "untreated" group, however, was different from the treated group in another important respect, in that these were the patients who began with such severe psychiatric co-morbidities that they were deemed ineligible to begin puberty blockers until mental health improved. Further, the study suffered a dramatic loss-to-follow-up, with almost two thirds of participants dropping out across just 18 months. (Biggs 2019.) In this preliminary report, both groups improved in psychological functioning over the course of the study, but no statistically significant difference between the groups was detected at any point. (Costa 2015 at 2212, Table 2.) In any event, all these findings have been superseded, however, and are moot. The final outcomes report for this cohort was subsequently published (as Carmichael 2021, above), finding

that neither group actually had experienced any significant improvement at all. (Carmichael 2021.)

196.     Achille, *et al.* (2020) at Stony Brook Children's Hospital in New York studied a sample of 95 youth with gender dysphoria, but 45 were lost-to-follow-up within just 12 months, failing to complete follow-up surveys at 6 month and or 1 year. That is, outcomes were available only for the 50 who remained in the study. As well as receiving puberty blocking medications, "Most subjects were followed by mental health professionals. Those that were not were encouraged to see a mental health professional." (Achille 2020 at 2.) Upon follow-up, some incremental improvements were noted; however, after statistically adjusting for psychiatric medication and engagement in counselling, "*most predictors did not reach statistical significance*." (Achille 2020 at 3, italics added.) That is, puberty blockers did not improve mental health any more than did mental health care on its own. More specifically, only one of the 12 predictors reached statistical significance. (Achille 2020 at Table 4.) That is, medicalized transition was not associated with improved mental health beyond improvement associated with the mental health care received. Moreover, the single predictor reaching the threshold for statistical significance is not reliable: the study authors made a methodological error by failing to account for the multiple comparisons it conducted. Had the study applied the standard adjustment for correcting for multiple comparisons, that remaining predictor would also have ceased to be statistically significant.

197.     Tordoff, et al. (2022) reported on the mental health of youth (mean age 15.8) as they underwent their first year of puberty blocker or cross-sex hormone treatment. Of the initial 104, 62.5% were receiving psychotherapy at the same time. (Tordoff 2022 at 5 Table 1.) An unknown number of participants were also receiving psychiatric medications, which the report acknowledged as a potential confounding factor. There were 104 participants at the beginning of the study, but by the end, only 65 remained. Importantly, the report failed to indicate its procedures

for assessing the mental health readiness of prospective transitioners, and the results are highly susceptible to selection bias between those deemed eligible for hormones or puberty blockers, and those who were not.

### D. One failed to report whether psychotherapy was provided.

198.     Chen, *et al.* (2023) reported finding some improvement in some mental health variables associated with the cosmetic changes after two years of cross-sex hormone treatment in a sample of 315 youth (mean age, 16 years). Unlike the other studies, Chen et al. did not report how many participants were receiving psychotherapy or psychiatric medication at the same time as the hormone treatments. It is therefore not possible to assess to what extent any changes were due to hormone treatment versus the potential confounds. Because the study did not include a control group, it is not possible to assert that changes were due to hormone treatment rather than representing regression to the mean. Potential conclusions are also hampered by the large proportion of mental health data that were missing: Of the 315 youth in the sample, analyses could be conducted with only 208–217 (Chen 2023, supp. Material at 12, Table S5). The purported changes in mental health variables were statistically significant, but not clinically meaningful. The depression test used by Chen et al consisted of 21 items, with each item contributing up to 3-points to the total score. For example:

> 0 I do not feel sad.
> 1 I feel sad.
> 2 I am sad all the time and I can't snap out of it.
> 3 I am so sad and unhappy that I can't stand it.

Thus, the total scores range from 0 to 63. Scores 0–13 represent minimal difficulty; 14–19 represent mild depression; 20–28, moderate; and 29–63, severe. The change that Chen et al. found after two years of hormone treatment was from 16.39 to 13.95 (at Table S5). Changes of this size are unlikely to be associated with patients reporting they feel better. Such scores are below the

"minimum clinically important difference". (Button 2015.) Although the report did not include data on co-morbid mental health diagnoses, it noted that two patients receiving cross-hormone treatment died by suicide (representing 0.6% mortality within just two years). (Chen 2023 at 240.)

199.    In addition to the incomplete reporting of key aspects of the project and large proportion of missing data, Chen et al appears to have provided only a selected subportion of the information it collected. A knowledgeable journalist investigating transgender issues, Jesse Singal, identified documentation representing the full set of information the Chen et al team planned to collect. I have verified that documentation and have come to the same conclusion. As described by Singal:

> In their study protocol, including a version that they submitted into a preregistration database, the researchers hypothesized that members of this cohort would experience improvement on eight measures, including ones that are just about universally recognized by youth gender researchers as important outcomes, such as gender dysphoria, suicidality, and self-harm. Then, in the published *NEJM* paper, the researchers changed their hypothesis and six of those variables were nowhere to be found. The two remaining—anxiety and depression—moved in a positive direction for trans boys (natal females) but not trans girls (natal males). The researchers reported on three other variables, too, without explaining how they picked them (two improved for trans girls and boys, and one just for trans boys). (Singal 2023.)

200.    This appears to represent "cherry-picking" of the findings being reported, rather than a comprehensive reporting on the complete set of evidence. Further, Chen et al. failed to balance the concrete and strikingly high rate of *completed* suicide among their sample against the very incremental mental health changes they claim, even though the ethical and clinical importance of those suicides is obvious.

## XIV. Known and potential harms associated with administration of puberty blockers and cross-sex hormones to children and adolescents.

201.     As I have explained, any conclusion about safety requires knowledge about and balancing of both risks and benefits.

202.     In concluding that safety has not been established (see Section V above), national health authorities, authors of systematic reviews, and researchers have identified a number of harms which are either known to result from administration of puberty blockers and cross-sex hormones to children and adolescents, or can be reasonably anticipated but have not been sufficiently studied to reach any conclusion as to the likelihood or severity of harm.

203.     When applying research regarding harms to clinical policy, several considerations need to be included: (1) The harms of medicalized transition of gender does or may differ between male-to-female and female-to-male cases, differ between ages of transition, and differ according to age-of-onset of the gender dysphoria. Evidence and conclusions about harms (and safety) cannot be generalized or extrapolated across such cases. (2) The evidence has strongly shown that after social transition of gender, minors are much more likely than otherwise to undergo medicalized transition of gender. Thus, the appropriate assessment of the risk:benefit ratio for social transition must include the increased risks posed by the medicalized path to which it is likely to lead. (3) The evidence has shown strongly that youth who undergo puberty blocking are highly likely to undergo cross-sex hormone treatment. Thus, the appropriate risk:benefit evaluation must also consider its potential implications over the full lifespan.

204.     Systematic reviews of the evidence have identified fewer than 10 studies investigating potential harms of medicalized transition of minors at all, (NICE 2020a at 6.) and most of these have been limited to bone and skeletal health. As concluded by the NICE systematic review, "A key limitation to identifying the effectiveness and safety of GnRH analogues for children and

88

adolescents with gender dysphoria is the lack of reliable comparative studies." (NICE 2020a at 40.) With that said, numerous harms are either known, or reasonably anticipated by respected health authorities but thus far unmeasured.

## A. Sterilization without proven fertility preservation options.

205.    Clinical guidelines for the medical transition of gender among children include the need to caution and counsel patients and parents about what are euphemistically called "options for fertility preservation." (e.g., Endocrine Society Guidelines, Hembree 2017 at 3872.) For children who are placed on puberty blockers at Tanner Stage 2, however, because most continue onto cross-sex hormones once they begin a medicalized approach to their dysphoria, no viable fertility preservation options exist. The decision to undergo medicalized transition also represents the decision never to have biological children of one's own.

206.    For the large new population of young people who are first being put on puberty blockers and/or cross-sex hormones at a somewhat later stage of puberty, no studies at all have been done of when, whether, or with what probability either males or females can achieve healthy fertility if they later regret their transition decision and cease taking puberty blockers and/or cross-sex hormones. Much less has this been studied as a function of the stage of development at which they began puberty blockers and/or cross-sex hormones, and how long their gonads were subjected to cross-sex hormones.

## B. Permanent loss of capacity for breast-feeding in adulthood.

207.    While the removal of the breasts of a biological female adolescent or young adult may be cosmetically revised, it is functionally irreversible; even if the person later regrets and detransitions before or during adulthood, breast-feeding a child will never be possible. To the adolescent determined to transition, this may seem no cost at all. To the future adult mother, it may

be a very severe harm indeed.

## C. Lifetime lack of orgasm and sexual function.

208.     There has not been systematic investigation of the effects on adult sexuality among people medically transitioned at an early stage of puberty. Notably, Dr. Marci Bowers, current President of WPATH, and surgeon with substantial experience conducting penis-to-vagina operations, opined, "If you've never had an orgasm pre-surgery, and then your puberty's blocked, it's very difficult to achieve that afterwards…I consider that a big problem, actually. It's kind of an overlooked problem that in our 'informed consent' of children undergoing puberty blockers, we've in some respects overlooked that a little bit." (Shrier 2021.) In my opinion as a psychologist and sex and couple's therapist, this represents a large potential harm to future relationships and mental health to "overlook," and must be taken into consideration in any serious risk:benefit analysis of "safety."

## D. Hormonal treatments during puberty interfere with neurodevelopment and cognitive development.

209.     It is well known that pubertal hormone levels drive important stages of neural development and resulting capabilities, although the mechanisms are not yet well understood. Dr. John Strang (Research Director of the Gender Development Program at Children's National Hospital in Washington, D.C.) (Terhune 2022), the Cass Report from the U.K., and the systematic review from Finland all reiterated the central importance and unknown effects of GnRH-agonists on windows, or "sensitive periods," in brain development, notably including adolescence.  As Dr. Cass put it:

> A further concern is that adolescent sex hormone surges may trigger the opening of a critical period for experience-dependent rewiring of neural circuits underlying executive function (i.e. maturation of the part of the brain concerned with planning, decision making and judgement). If this is the case, brain maturation may be temporarily or permanently disrupted by puberty blockers, which could have

90

significant impact on the ability to make complex risk-laden decisions, as well as possible longer-term neuropsychological consequences. To date, there has been very limited research on the short-, medium- or longer-term impact of puberty blockers on neurocognitive development. (Cass Review Letter 2022 at 6.)

210.     In a meta-analysis (a highly rigorous type of systematic review) of studies of neuropsychological performance, non-transsexual males undergoing puberty earlier show a different cognitive profile than those underdoing puberty later. The association of brain development with age of pubertal onset exists in humans as well as non-human animals. (Shirazi 2022.)

211.     Even in adults, neuroscience studies employing MRI and other methods have shown that the blockade of normal levels of hormones associated with puberty and adulthood degrade brain performance. Thus, when GnRH-agonists are administered to adult biological women, several brain networks decrease in activity and cognitive performance, such as in working memory, declines. (Craig 2007; Grigorova 2006.)

212.     In light of this science, multiple voices have expressed concern that blocking the process of puberty during its natural time could have a negative and potentially permanent impact on brain development (Cass 2022 at 38–39; Chen 2020; Hembree 2017 at 3874.) As Chen *et al.* (2020) observed:

> [I]t is possible these effects are temporary, with youth 'catching up'…However, pubertal suppression may prevent key aspects of development during a sensitive period of brain organization. Neurodevelopmental impacts might emerge over time, akin to the 'late effects' cognitive findings associated with certain [other] oncology treatments. (Chen 2020 at 249.)

Chen et al. (2020) noted that no substantial studies have been conducted to identify such impacts outside "two small studies" (at 248) with conflicting results. I have not identified any systematic review of neurodevelopment or cognitive capacity.

213.     A related concern is that by slowing or preventing stages of neural development,

puberty blockers may impair precisely the mature cognitive capabilities that would be necessary to evaluation of, and meaningful informed consent to, the type of life-changing impacts that accompany cross-sex hormones. (See Section XV.)

## E. Substantially delayed puberty is associated with medical harms.

214. The research cited by the WPATH Standards of Care includes the evidence that children whose natural puberty started very late (top 2.3% in age) have elevated risks of multiple health issues in adulthood. (Zhu & Chan 2017.) These include elevations in metabolic and cardiovascular disease, lower height, and decreased bone mineral density. It has not been studied whether these correlations also occur in children whose puberty is chemically delayed. Undergoing puberty much later than one's peers is also associated with poorer psychosocial functioning and lesser educational achievement. (Koerselman & Pekkarinen 2018.)

## F. Elevated risk of Parkinsonism in adult females.

215. Epidemiological research has shown adult, non-transsexual women who undergo surgical removal of both ovaries to have substantially elevated odds of developing parkinsonism, including Parkinson's Disease, relative to age-matched women randomly selected from the local population in an on-going epidemiological study. (Rocca 2022.) The effect was greater among younger women, showing 7–8 times greater odds among women under 43. The observed delay between removal of ovaries and the onset of parkinsonism was 26.5 years. Whether chemically suppressing the ovaries of a biological female via puberty blockers during adolescence followed by cross-sex hormones will cause a similar increase in parkinsonism, or when, remains unknown.

## G. Reduced bone density.

216. The systematic reviews by Sweden, Finland, and England all included bone health as an outcome. *The New York Times* also recently commissioned its own independent review of the

available studies. (Twohey & Jewett 2022.) These reviews all identified subsets of the same group of eight studies of bone health. (Carmichael 2021; Joseph 2019; Klink 2015; Navabi 2021; Schagen 2020; Stoffers 2019; van der Loos 2021; Vlot 2017.) These studies repeatedly arrived at the same conclusion. As described by *The New York Times* review:

> [I]t's increasingly clear that the drugs are associated with deficits in bone development. During the teen years, bone density typically surges by about 8 to 12 percent a year. The analysis commissioned by *The Times* examined seven studies from the Netherlands, Canada and England involving about 500 transgender teens from 1998 through 2021. Researchers observed that while on blockers, the teens did not gain any bone density, on average—and lost significant ground compared to their peers.[7] (Twohey & Jewett 2022.)

217.    There is some evidence that some of these losses of bone health are regained in some of these youth when cross-sex hormones are later administered. The rebounding appears to be limited to female-to-male cases, while bone development remains deficient among male-to-female cases.

218.    The long-term effects of the deficient bone growth of people who undergo hormonal interventions at puberty remain unstudied. The trajectory of bone quality over the human lifetime includes decreases during aging in later adulthood. Because these individuals may enter their senior years with already deficient bone health, greater risks of fracture and other issues are expectable in the long term. As the *New York Times'* analysts summarized, "That could lead to heightened risk of debilitating fractures earlier than would be expected from normal aging—in their 50s instead of 60s." Such harms, should they occur, would not be manifest during the youth and younger adulthood of these individuals. This distinction also represents one of the differences between adult transitioners and childhood transitioners and why their experiences cannot be extrapolated between them.

---

[7]  The eighth study was Lee, *et al.,* 2020, which reported the same deficient bone development.

219.    There does not exist an evidence-based method demonstrated to prevent these outcomes. The recommendations offered by groups endorsing puberty blockers are quite limited. As summarized by *The Times*:

> A full accounting of blockers' risk to bones is not possible. While the Endocrine Society recommends baseline bone scans and then repeat scans every one to two years for trans youths, WPATH and the American Academy of Pediatrics provide little guidance about whether to do so. Some doctors require regular scans and recommend calcium and exercise to help to protect bones; others do not. Because most treatment is provided outside of research studies, there's little public documentation of outcomes. (Twohey & Jewett 2022.)

## H. Short-term/Immediate side-effects of puberty blockers include sterile abscesses, leg pain, headache, mood swings, and weight gain.

220.    The Cass Report summarized that "In the short-term, puberty blockers may have a range of side effects such as headaches, hot flushes, weight gain, tiredness, low mood and anxiety, all of which may make day-to-day functioning more difficult for a child or young person who is already experiencing distress." (Cass 2022 at 38.)

221.    In 2016, the U.S. FDA began requiring drug manufacturers to add a warning about the psychiatric side effects, after reports of suicidal ideation and a suicide attempt began to emerge among children prescribed GnRH-agonists (for precocious puberty).[8] The warning label on Lupron reads that "Psychiatric events have been reported in patients…such as crying, irritability, impatience, anger and aggression."

222.    Other than the suicide attempt, such adverse effects may seem minor relative to the major health and developmental risks I have reviewed above, and they may be dismissed by children and by parents confronted by fears of suicidality and an urgent hope that transition will resolve the child's unhappiness and mental health issues. However, when assessing risk:benefit

---

[8] Reuters Special Report; 2022, Oct. 6. Retrieved from https://www.reuters.com/investigates/special-report/usa-transyouth-care/

ratio for "safety" against the undemonstrated benefits claimed for hormonal interventions, these observed harms should not be ignored.

## I. Long-term use of cross-sex hormones in adult transsexuals is associated with unfavorable lipid profiles (cholesterol and triglycerides) and other issues.

223.    As the Cass Report correctly and succinctly indicated, "Sex hormones have been prescribed for transgender adults for several decades, and the long-term risks and side effects are well understood. These include increased cardiovascular risk, osteoporosis, and hormone-dependent cancers." (Cass 2022 at 36.)

224.    Minors who begin puberty blockers and proceed to cross-sex hormones—as almost all do—will require continuing treatment with cross-sex hormones for life, unless they go through the very difficult process of detransition. Because a lifetime dependence on cross-sex hormones is the expected course, the known adverse effects of cross-sex hormones on adults must also be part of the risk:benefit analysis of the "safety" of putting a minor on cross-sex hormones (and indeed, of the initial decision to put a child on puberty blockers).

225.    Systematic review identified 29 studies of the effects of cross-sex hormone treatment on cardiovascular health in adults. (Maraka 2017.) By the two-year follow-up mark among female-to-male transitioners, hormone administration was associated with increased serum triglycerides (indicating poorer health), increased low-density-lipid (LDL) cholesterol (indicating poorer health), and decreased high-density-lipid (HDL) cholesterol (indicating poorer health). Among male-to-female transitioners at the two-year mark, cross-sex hormone treatment was associated with increased serum triglycerides (indicating poorer health).

## XV. Assertions that puberty blockers act only as a "fully reversible" "pause button" are not supported by scientific evidence.

226.    Plaintiffs' experts, along with many advocates and organizations, have boldly asserted that the administration of puberty blockers to adolescents is "fully reversible." The assertion is not consistent with or supported by any objective assessment of the existing science. Although withdrawal of the medication will allow the pubertal process to resume, that is very far from establishing that the impact of that interruption of natural development is "fully reversible." The evidence is not that the person's life will proceed as if the medical intervention never happened, as the popularized phrase suggests. Rather, the evidence repeatedly indicates that stopping a healthy child's natural onset of puberty imposes multiple substantial harms, risks, or opportunity costs.

227.    First, as I have previously mentioned (Section IV.D), it is scientifically invalid to extrapolate results from using puberty blockers to prevent precocious puberty by delaying the pubertal process to its normal age range, to using them to *prevent* normally occurring healthy puberty, merely assuming the effects and side-effects will be the same. The two are very different populations and very different uses.

228.    Second, not all the effects of GnRHa's in otherwise healthy children are known: It is therefore not possible to assess whether all effects are reversed or to what extent. Indeed, within the scientific method, it is never possible to demonstrate that any intervention is "fully reversible." In science, it always remains possible for future evidence to identify an effect that does not reverse. To assert that all the effects of GnRHa's are fully reversible is to assert that all its effects have been investigated and checked for reversibility, which is false.

229.    Third, and more concretely, I have reviewed above a large number of medical and developmental risks which multiple responsible voices have associated with administration of

puberty blockers to adolescents, and which are either established by studies or have not been shown not to exist. In the face of this knowledge and lack of knowledge, it is scientifically unsupported and irresponsible to assert that this use of puberty blockers is "fully reversible" and "just a pause."

230.     Here, I identify additional psycho-social developmental impacts of delaying healthy, naturally-occurring puberty which are likely to be irreversible, but have not been meaningfully studied.

## A. Stopping puberty does not stop time: Patients' peers continue to develop and mature, with patients falling increasingly behind.

231.     Initiating puberty blockers at Tanner Stage 2 (at the very first signs of puberty, typically ages 9 or 10) holds the child in a prepubescent state, while their peer group and classmates continue to grow. By the time many patients begin cross-sex hormone treatment, their peers will have completed puberty and progressed far into adolescence. Puberty may become unblocked, but these children have irreversibly lost the opportunity and experience of developing with their peers and must instead do so alone.

232.     Being a "late bloomer," indeed among the latest possible bloomers, has psychological consequences of its own. Having the body and mind of a prepubescent child while one's friends have grown into physically mature sixteen-year-olds is extreme. Despite being a teenager chronologically, remaining prepubescent both physically and mentally while the lives of one's peers have advanced to teenagers' interests only increases the isolation of children already reporting social distress. There does not exist a means of distinguishing how much of any improvement in mental health that might be observed across these years in a particular study is simply the result of finally undergoing at least some pubertal development and finally catching up with one's peers in at least some parameters.

233.     Concretely, undergoing puberty much later than one's peers (as a result of naturally

occurring rather than medically induced conditions) has been associated with poorer psychosocial functioning and lesser educational achievement. (Koerselman & Pekkarinen 2018.) Whether this holds true when the late puberty is the result of puberty blockers has not been studied.

## B. Blocking puberty blocks the awareness of sexuality and sexual orientation that can play an important role in the individual's understanding of gender identity.

234. As demonstrated unanimously by the cohort studies of prepubescent children with gender dysphoria, the great majority cease to feel gender dysphoric during the course of puberty. (Section IX.B.) Studies also find that many such children subsequently identify as gay or lesbian, providing a potential alternative source and understanding of their atypical childhood gender interests. But for all children, blocking puberty necessarily blocks the onset of adult sexual interest, sexual arousal, and sexual response which are part of "the usual process of sexual orientation and gender identity development." (Cass 2022 at 38.) That is, blocking the experience of sexual feelings and development blocks normal phenomena that enable the young person to understand sexuality and sexual orientation, as distinct from gender identity. As Dr. Cass summarized:

> We do not fully understand the role of adolescent sex hormones in driving the development of both sexuality and gender identity through the early teen years, so by extension we cannot be sure about the impact of stopping these hormone surges on psychosexual and gender maturation. We therefore have no way of knowing whether, rather than buying time to make a decision, puberty blockers may disrupt that decision-making process. (Cass Review Letter 2022 at 5.)

Thus, contrary to the hypothesis that providing time might permit more considered understanding and decision-making, the prevention of puberty blocks the awareness of a central factor that may well influence that understanding.

235. Because puberty blockers prevent prepubescent children from developing any understanding of sexual arousal and sexual relationships, such children are necessarily incapable of providing informed consent. There does not exist—indeed, there cannot exist—an age-

appropriate way to equip a child who has not gone through puberty to make an informed decision about age-inappropriate issues, such as their future sex life, choices of sexual partners, sex-bonded relationships including marriage, and sacrificing ever experiencing orgasm.

## C. Blocking puberty may block development of adult decision-making capacity.

236.    As I have explained above, there are reasons to fear that use of puberty blockers may have permanent negative effects on brain development. That long-term risk aside, blocking puberty nevertheless threatens to prevent the child from growing towards adult decision-making capability during precisely the years in which he or she is being asked to make life-altering decisions about gender identity, gender presentation and cross-sex hormones. Pubertal brain development includes pervasive change in structural and functional connectivity (Chen 2020), re-balancing its capabilities between the acquisition of skills and knowledge and their application. Foremost among these are acquiring the abilities to control impulsivity and engage in rational and long-term decision-making (Crone & Steinbeis 2017), in association with development of a brain region called the "prefrontal cortex," and similarly acquiring the capacity to process adult social interaction, in association with the development of a network of brain areas (Kilford 2016), collectively called the "social brain." To understand medicalized transition of gender and its known and unknown consequences is one of the most complicated questions that a young person today could face, and a prepubescent brain is not equipped to process that information rationally, objectively, and with a whole lifetime rather than immediate desires and social pressures in mind.

## D. Time spent on puberty blockers poses significant opportunity costs.

237.    One of the primary, if not the foremost, justifications for medically transitioning children and adolescents is to reduce the psychological distress they report. That hypothesis interprets these children's psychological concerns (e.g., anxiety and depression) to gender

dysphoria and/or external sources (e.g., transphobia). As I have noted here previously, however, many gender dysphoric children and adolescents suffer from multiple other mental health issues. In several studies of minors on puberty blockers, a substantial portion of the subjects do not report ongoing psychological care. If years spent on puberty blockers in the hopes that that will relieve distress distract from systematic efforts to directly address comorbidities through psychotherapy, then it diverts the minors from treatment which exhibits substantial evidence of effectiveness for improving mental health and lacks the multiple and significant side-effects of puberty blockers.

# XVI. Assessments of clinical guidelines, standards, and position statements.

238.    Several sets of recommendations have been offered regarding the clinical treatment of people with gender dysphoria. In this section, I comment on these protocols or recommendations individually.

## A. The Dutch Protocol (aka Dutch Approach).

239.    The Netherlands' child gender identity clinic in Amsterdam associated with the Vrije University (VU) was one of the international leaders in the use of hormonal interventions to treat gender dysphoria in minors. Researchers associated with that clinic have generated a large portion of the seminal research literature in the field. Key early publications from that group spelled out criteria and procedures that are collectively referred to as the "Dutch Protocol," and this approach has been widely influential internationally.

240.    The purpose of the protocol was to compromise conflicting desires and considerations including: clients' initial wishes upon assessment; the long-established and repeated observation that those wishes will change in the majority of (but not in all) childhood cases; and that cosmetic aspects of medical transition are perceived to be better when they occur earlier rather than later in pubertal development.

241.    The VU team summarized and explicated their approach in their paper, *Clinical management of gender dysphoria in children and adolescents: The Dutch Approach*. (de Vries & Cohen-Kettenis 2012.) Key components of the Dutch Approach are:

- no social transition at all considered before age 12 (watchful waiting period),
- no puberty blockers considered before age 12,
- cross-sex hormones considered only after age 16, and
- resolution of mental health issues before any transition.

242.    For youth under age 12, "the general recommendation is watchful waiting and carefully

observing how gender dysphoria develops in the first stages of puberty." (de Vries & Cohen-Kettenis 2012 at 301.)

243.     The age cut-offs of the Dutch Approach were not based on any research demonstrating their superiority over other potential age cut-offs. Rather, they were chosen to correspond to the ages of consent to medical procedures under Dutch law. Nevertheless, whatever the original rationale, the data from this clinic simply contain no information about the safety or efficacy of employing these measures at younger ages.

244.     The authors of the Dutch Approach repeatedly and consistently emphasize the need for extensive mental health assessment, including clinical interviews, formal psychological testing with validated psychometric instruments, and multiple sessions with the child and the child's parents.

245.     Within the Dutch Approach, there is no social transition before age twelve. That is, social affirmation of the new gender may not begin until age 12—as desistance is less likely to occur past that age. "Watchful Waiting" refers to a child's developmental period up to that age. Watchful waiting does not mean do nothing but passively observe the child. Rather, such children and families typically present with substantial distress involving both gender and non-gender issues, and it is during the watchful waiting period that a child (and other family members as appropriate) would undergo therapy, resolving other issues which may be exacerbating psychological stress or dysphoria. As noted by the Dutch clinic, "[T]he adolescents in this study received extensive family or other social support [and they] were all regularly seen by one of the clinic's psychologists or psychiatrists." (de Vries 2011 at 2281.) One is actively treating the person, while carefully "watching" the dysphoria.

246.     The use of hormonal interventions described in the Dutch Protocol, while markedly

more conservative than today's practice in many U.S. clinics, has recently been criticized in detail in a peer-reviewed article as unjustified by reliable evidence (Biggs 2022; Levine 2023; Levine 2022). Certainly, the published research evidence base concerning safety and efficacy available to the VU clinicians is and was no greater than the global evidence base that the NICE review recently labelled as uniformly of "very low quality."

247.     Because clinical practices are often justified by alluding to the Dutch Protocol, however, it is important to be aware of the limitations on the use of hormones and puberty blockers specified by the Dutch Protocol and listed above (and thus the limits of the clinical evidence published out of the VU clinic) which are regularly ignored by clinicians in the U.S.

## B. World Professional Association for Transgender Health (WPATH).

248.     The WPATH standards of care have been lauded as long-established and high quality procedures. This does not reflect any objective assessment, however. The previous WPATH standards (version 7) were subjected to standardized evaluation, the Appraisal of Guidelines for Research and Evaluation ("AGREE II") method. (Dahlen 2021.) That assessment concluded "[t]ransition-related [clinical practice guidelines] tended to lack methodological rigour and rely on patchier, lower-quality primary research." (Dahlen 2021 at 6.) The WPATH guidelines were not merely given low scores, but received unanimous ratings of "Do not recommend." (Dahlen 2021 at 7.)

249.     Immediately after the release of the current (2023) version of WPATH's standards (version 8), WPATH fundamentally altered it by removing from it minimum ages previously required for undergoing social or medical transition of gender. (WPATH Correction 2022.) This is despite the fact that age is the central component to young people's emerging understanding of their sexual identities through social identity formation, pubertal development, and the onset of

sexual interest. The removal of age restrictions was not based on any research evidence at all—WPATH provided no reference to any study as justification, and the WPATH leadership have been explicit in indicating that the change was intended to prevent clinical care providers from legal liability for physicians rejecting those minimums. The implementation of such fundamental and dramatic changes, in the complete absence of any supporting science whatsoever, negates entirely any claim that WPATH represents evidence-based or empirically-supported treatment. As explicated herein, on Table 1, the systematic review on which WPATH based its standards for minors included exactly one study on puberty blockers and three studies on cross-sex hormones. All other references represent cherry-picked citations of studies rejected by its own systematic process. Moreover, even among the four studies in WPATH's review, three were rejected by the Swedish review, due to the low quality of the science they contained.

### C. Endocrine Society (ES).

250.     As I have noted, in preparing its guidelines the Endocrine Society did not conduct systematic reviews of evidence relating to efficacy of any hormonal intervention in children or adolescents, and instead conducted reviews on only two safety-related endpoints.

251.     Although outside the professional expertise of endocrinologists, mental health issues were also addressed by the Endocrine Society, repeating the need to handle such issues before engaging in transition, "In cases in which severe psychopathology, circumstances, or both seriously interfere with the diagnostic work or make satisfactory treatment unlikely, clinicians should assist the adolescent in managing these other issues." (Hembree 2017 at 3877.) This ordering—to address mental health issues before embarking on transition—avoids relying on the unproven belief that transition will solve such issues.

252.     The Endocrine Society did not endorse any affirmation-only approach. The guidelines

were neutral with regard to social transitions before puberty, instead advising that such decisions be made only under clinical supervision: "We advise that decisions regarding the social transition of prepubertal youth are made with the assistance of a mental health professional or similarly experienced professional." (Hembree 2017 at 3870.)

253.     The Endocrine Society guidelines make explicit that, after gathering information from adolescent clients seeking medical interventions and their parents, the clinician "provides correct information to prevent unrealistically high expectations [and] assesses whether medical interventions may result in unfavorable psychological and social outcomes." (Hembree 2017 at 3877.)

254.     The 2017 update of the Endocrine Society's guidelines added a disclaimer not previous appearing:

> The guidelines cannot guarantee any specific outcome, nor do they establish a standard of care….The Endocrine Society makes no warranty, express or implied, regarding the guidelines and specifically excludes any warranties of merchantability and fitness for a particular use or purpose. The Society shall not be liable for direct, indirect, special, incidental, or consequential damages related to the use of the information contained herein. (Hembree 2017 at 3895-3896.)

255.     The Endocrine Society guidelines do not rely on any systematic review of evidence of *efficacy* of any form of treatment for gender dysphoria. The Dahlen et al. team also subjected these guidelines to review according to the AGREE II criteria, and two out of three independent reviewers concluded that they should *not* be used clinically. (Dahlen 2021 at 7.)

## D. American Academy of Pediatrics (AAP).

256.     A "Policy Statement" issued by the American Academy of Pediatrics (AAP) in 2018, but on its face declared to represent exclusively the work of one author who alone is "accountable for all aspects of the work," is unique among the major medical associations in being the only one to endorse an affirmation-on-demand policy, including social transition before puberty without

any watchful waiting period. (Rafferty 2018.) Although changes in recommendations can obviously be appropriate in response to new research evidence, the AAP identified no such new evidence to justify a radical departure from the "therapy first" approach of the Dutch Protocol. Rather, the research studies AAP cited in support of its policy simply did not say what AAP claimed they did. In fact, the references that AAP cited as the basis of their policy instead outright contradicted that policy, repeatedly endorsing watchful waiting. (Cantor 2019.) Moreover, of all the outcomes research published, the AAP policy cited *one*, and that without mentioning the outcome data it contained. (Cantor 2019.)

257.    Immediately following the publication of the AAP policy, I conducted a point-by-point fact-check of the claims it asserted and the references it cited in support. I submitted that to the *Journal of Sex & Marital Therapy*, a well-known research journal of my field, where it underwent blind peer review and was published. I append that article as part of this report. *See* Appendix 2. A great deal of published attention ensued; however, the AAP has yet to respond to the errors I demonstrated its policy contained. Writing for *The Economist* about the use of puberty blockers, Helen Joyce asked AAP directly, "Has the AAP responded to Dr Cantor? If not, have you any response now?" The AAP Media Relations Manager, Lisa Black, responded: "We do not have anyone available for comment."

## XVII. Assessment of plaintiffs' experts' reports.

258.    In the body of my report above I have addressed the nature and strength of the scientific evidence concerning the primary scientific issues raised in the expert reports of Plaintiffs' experts. Here, I add a few remarks directed to specific evidentiary or logical defects in the opinions offered by specific experts.

## A. Adkins

259.     Dr. Adkins indicated she was an expert witness for the plaintiffs in B.P.J. v West Virginia Board of Education et al.  I am an expert witness for the defense in that case, which is currently in process.

260.     Dr. Adkins' employment in programs and centers for gender care represents a significant conflict of interest: The income she derives from her medical treatment of these children would be directly affected by the outcome of this case.  Individuals who stand to lose income on the basis of research findings cannot be objective in their assessment of those findings.  (See Section I.B. on *Clinical vs. Scientific Expertise* and Section I.C. on the *Professional Standard on Conflict of Interest.*)

261.     Dr. Adkins reported training in pediatric endocrinology, not mental health.  She is not qualified to assess the mental health of her patients.  Patients undergoing medicalized transition requires screening for mental health issues before entering her care at all.

262.     Dr. Adkins' declaration made explicit that her opinions repeatedly derived from her personal experiences rather than on the contents of the peer reviewed literature.  Because Dr. Adkins is not qualified to assess mental health status, she is not able to offer reliable opinions about changes in mental health status.  However qualified she is to assess physical health, she is not qualified to evaluate the mental health outcomes of the physical interventions she provides, not qualified to predict effects on mental health of withdrawing the treatments she provides, and not qualified to opine on whether or when mental health treatments such as psychotherapies can provide an equally (or superior) effective alternative lacking the risks of physical interventions.

263.     Dr. Adkins claimed "a person's gender identity…cannot be changed voluntarily or by external forces" citing page 3874 of the Endocrinology Society guidelines (Adkins, paragraph 20).

Regarding "external forces," the Endocrine Society guidelines claim the very opposite of what Dr. Adkins attributed to them: That document actually says, "Results of studies from a variety of biomedical disciplines—genetic, endocrine, and neuroanatomic—support the concept that gender identity and/or gender expression (20) likely reflect a complex interplay of biological, environmental, and cultural factors." (Hembree 2017 at 3874.)   The Endocrine Society explicitly included the influence of exactly the factors Dr. Adkins claimed it excluded.

264.    Regarding gender identity being "changed voluntarily," Dr. Adkins mistakes the pertinent issue:  The central issue is youth who are *mistaken* about their gender identity. These youth are *misinterpreting* their experiences to indicate they are transgender, or are exaggerating descriptions of their experiences in service of attention-seeking, calls for help, or other psychological needs.  Finally, Dr. Adkins' claim is not merely lacking any science to support it; the claim itself defies the scientific method itself. In science, it is not possible to know that gender identity cannot be changed: We can know only that we lack evidence of such a procedure. In science, it remains eternally possible for evidence of such a treatment to emerge, and unlike sexual orientation's long history with conversion therapy, there have not been systematic attempts to change gender identity.

265.    Dr. Adkins claimed that "untreated" gender dysphoria can result in mental health issues including suicidality, citing two sources, Spack et al. (2012) and Olson et al. (2016) (Adkins ¶22.) Her claim does not at all reflect the contents of the research on suicidality, however. (See Section X. *Suicide and Suicidality.*)  Dr. Adkins's claim directly contradicts the contents of Spack et al. (2012).  Whereas Adkins cites Spack in support of her medicalized treatment of gender dysphoria, Spack instead repeatedly and unambiguously indicated that "Gender dysphoric children who do not receive *counseling* have a high risk of behavioural and emotional problems and psychiatric

diagnoses." (Spack 2012 at 422, italics added.) In direct opposition to Adkins' claims that medical transition is needed to treat this medical condition, Spack has instead written that "*mental health intervention* should persist for the long term, even after surgery, as patients *continue to be* at mental health risk, *including for suicide.* While the causes of suicide are multifactorial, the possibility cannot be ruled out that some patients unrealistically believe that surgery(ies) solves their psychological distress." (Spack 2013 at 484 italics added.) Whereas Adkins cited Spack to support her insinuations that transition relieves distress, Spack instead explicitly warned against drawing exactly the conclusion that Adkins presented to the court.

266.    While Spack notes the mental health issues of these youth require mental health treatments (which Adkins is not qualified to provide), Adkins cites him to claim the reverse: that the mental health issues instead require the *medical* interventions (which she can provide). It is situations likes these that the aforementioned conflict of interest policies are meant to prevent.

267.    Dr. Adkins' declaration also misleads the court in citing Olson et al. (2016). First, that study did not report on medical interventions at all: It compared the mental health of children who had *socially* transitioned (not medically transitioned) with a non-transgender control group, finding no significant differences between them. Second, the Olson report turned out to be have been incorrectly analyzed. After correcting for the statistical errors, the data instead showed that the socially transitioned children in the Olson clinic showed significantly *lower* mental health than the controls. (Schumm 2019; Schumm & Crawford 2020.)

268.    I conducted an electronic search of the research literature to identify any responses from the Olson team regarding the Schumm and Crawford re-analysis of the Olson data and was not able to locate any. I contacted Professor Schumm by email on August 22, 2021 to verify that conclusion, to which he wrote there has been: "No response [from Olson]." (Schumm, email

communication, 22 Aug 2021, on file with author.[9])

269.     In her deposition, Adkins claims to have achieved a level of success in her medical practice unlike that reported by any other anywhere in the world: "I currently treat hundreds of transgender patients. All of my patients who have received medical treatment for gender dysphoria have benefitted from clinically appropriate treatment." (Adkins ¶24.)  No clinic has published success rates even approximating this. (See Section XIII. *Studies of Puberty Blockers and Cross-Sex Hormones.*)  By contrast, the peer-reviewed research literature repeatedly indicates that clients misrepresent themselves to their care-providers, engaging in "image management" so as to appear as having better mental health than they actually do. (Anzani et al. 2020; Lehmann et al. 2021.)

270.     Dr. Adkins did not describe engaging any systematic file review, tabulation of cases who dropped out and whose outcomes became invisible to her, no consideration of patients receiving mental health treatment as the same time as medical treatment, and no use of validated methods to assess (or define) "benefit."  In the absence of any structured method, it is not possible to evaluate to what extent Dr. Adkins' conclusion reflects human recall bias, the aforementioned impression management efforts of clients, or just general maturation during which patients would have improved regardless of medical intervention.   Indeed, the very purpose of engaging in systematic, peer-reviewed outcomes research instead of anecdotal recollection is to rule out exactly these biases.  (See Section III. *Pyramid of Evidence.*)  As already noted, Dr. Adkins is not qualified to assess mental health status or changes to it.   In the absence of objective evidence, it is not possible to differentiate Adkins' claims of the unbridled success of her own work from the simpler explanation that she and her patients are telling each other what they want and expect to hear.

---

[9]  The date of these emails precedes the filing of the present case.  As indicated already, Dr. Adkins and I previously were expert witnesses in BPJ v West Virginia.  In her declaration in that case, Dr. Adkins made the same claims as here using these same citations.  It was in preparing my response for that case, in 2021, that I contacted Dr. Schumm.  Despite having been alerted to her factual errors, however, Dr. Adkins knowingly repeats them here.

271.    Instead of any systematic reviews of the science, the Adkins declaration repeatedly cited the guidelines from the Endocrine Society (aka Hembree et al. 2017, the World Professional Association for Transgender Health (WPATH SOC 8; aka Coleman et al. 2022), the American Association of Pediatrics (AAP; aka Rafferty et al. 2018).   As already detailed herein, those documents did not include systematic reviews of the research on the safety or effectiveness medicalized transition.   (See Section VI. *Endocrine Society, WPATH, and AAP.*)   Adkins' declaration did not include, or mention the existence of, any of the systematic reviews that have been conducted. (See Section V. *Systematic Reviews.*)

## B. Antommaria

272.    Dr. Antommaria's declaration included his participation as an expert witness for the plaintiffs in three cases for which I am an expert witness for the defense: Dekker v Weida (Florida), Doe v Abbot (Texas), and Boe v Marshal (Alabama).

273.    Dr. Antommaria repeatedly argued against professional standards by noting conditions for which exceptions are made, but failed to indicate that any of those conditions are met in the present case.

274.    Dr. Antommaria cited the AAP to assert "Clinical practice guidelines are developed using systematic processes to select and review scientific evidence" (Antommaria ¶16).  Missing from Dr. Antommaria's report is that the AAP failed to engage in exactly that process for their policy on medical transition of minors.  (See XVI. *American Academy of Pediatrics.*)

275.    Dr. Antommaria noted that even when a patient did not qualify for a given research study "a clinician *may,* however, recommend a treatment to a patient…because the clinician believes the treatment will benefit the patient." (Antommaria ¶17.)   Missing from Dr. Antommaria's reasoning is that this does not excuse clinicians from assessing the risk:benefit ratio,

ignoring evidence of risk, or overconfidently treating their beliefs as superior to objective evidence.

276.     In his ¶18, Dr. Antommaria insinuates that one may ignore the conclusion of the international medical community on the medical transition of minors because "'low' does *not necessarily* mean poor or inadequate," (italics added) but he provides no evidence that the present situation represents such an exception.  Dr. Antommaria similarly noted "The labels 'high' and "low" quality evidence *can be misleading* if the latter is used in the colloquial sense of poor or inadequate" (Antommaria ¶21).  He provided no evidence that the terms are misleading as used here.  Moreover, the fulsome descriptions within each of the systematic reviews of the topic make clear that the research is indeed inadequate for justifying the medical procedure they are being used to support.

277.     Dr. Antommaria indicates his belief that "The major benefit of a randomized trial is that it decreases the likelihood that any differences in the outcomes between the groups is the result of baseline differences" (Antommaria ¶19). That belief ignores the much more important benefit that the RCT design is what permits us to conclude that the treatment *caused* whatever changes. RCTs are required to distinguish cause from correlation, which is, in turn, required to assessing whether the attendant risks are worth the potential benefits.  Because there does not exist evidence that the potential benefits *sometimes* reported on *some* variables in *some* cohort studies (Section XIII. *Cohort Studies*) are caused by medical interventions instead of by the psychotherapy that accompanies it, the medical risks cannot be justified. (See IV. *Methodological Defects.*)

278.     In ¶20, Dr. Antommaria cites a survey as an example of a cross-sectional study which "permits investigators to examine *potential* associations between factors" (italics added). Surveys are limited to showing correlational results, for which there are multiple potential interpretations.

(See IV.B. *Correlation Does Not Imply Causation.*)  Of the multiple possibilities, Dr. Antommaria's language insinuates only the one suggesting that puberty blockers caused decreases in suicidal ideation, but ignores the others, including for example that only the mentally healthier children were permitted to receive the blockers in the first place, especially because the clinical assessment procedures are meant to do exactly that.

279.  Dr. Antommaria claimed "randomized controlled trials *may* not be feasible or ethical, *may* have intrinsic methodological limitations, or *may* be unavailable in some contexts" (Antommaria ¶21); however, his declaration provided no evidence that any of these hypothetical situations applied in the present case.  The routine and ethical alternative procedure in clinical science is to use what is called an "active comparator," such as comparing youth receiving both psychotherapy and medicalized transition with youth receiving psychotherapy only, as spelled out in the systematic review by NICE in the U.K. (NICE 2020a at 40; NICE 2020b at 47.)

280.  The public cannot be confident in medicine when doctors can claim to be performing evidence-based medicine but get out of producing any evidence by relying only on their own self-confidence.  This appears to be the same illogic as Dr. Adkins' positive assertions of her own success.

281.  Dr. Antommaria's next justification for foregoing the standard methods of testing medical procedures before using them on children was that "there must be uncertainty about whether the efficacy of the intervention or the control is greater" (¶22), referring to an ethical principle called *clinical equipoise.*  Dr. Antommaria did not, however, spell out uncertainty *among whom:* Physicians avoiding the need to demonstrate their effectiveness simply by declaring certainty about their own performance is exactly the situation evidence-based medicine is designed to prevent. According to bioethicist Benjamin Freedman, the originator of the concept of clinical

equipoise, "The requirement is satisfied if there is genuine uncertainty within *the expert medical community*—not necessarily on the part of the individual investigator—about the preferred treatment." (Freedman 1987.) The international expert medical community is indeed highly uncertain, as thoroughly documented throughout the present report (Section II.F. *There Is 'No Debate'*) and in the international medical press, such as the British Medical Journal's recent article: *Gender Dysphoria in young people is rising and so is professional disagreement.* (Block 2023.) The peer reviewed studies that have attempted to do so have been unable to demonstrate differences in efficacy between medicalized and psychotherapeutic treatment of gender dysphoria in minors. (See Section XIII. *Cohort Studies of Puberty Blockers and Cross-Sex Hormones.*)

282. Dr. Antommaria declared "Gender-affirming medical care is not experimental" (¶27–28). Every institution conducing systematic reviews of the safety and efficacy of those procedures, however, came to the opposite conclusion. (See Section XII. *Experimental.*) Ignoring the international conclusion, Dr. Antommaria instead cites claims by groups that did *not* conduct systematic reviews of effectiveness and safety (Antommaria ¶¶29–30). These have been reviewed in their own section. (Section VI. *Endocrine Society, WPATH, and AAP.*)

283. Dr. Antommaria is incorrect to compare the use of puberty blocking medication for gender dysphoria with its use for precocious puberty (Antommaria ¶¶31, 33, 45). Precocious puberty can be diagnosed with much greater accuracy and upon the basis of objective findings, unlike gender dysphoria, which is based entirely on subjective self-report. With precocious puberty, treatment ends upon attaining typical pubertal age, whereas youth with gender dysphoria instead go on to receive cross-sex hormones, for life, sterilizing them upon its initiation. Because the risks are higher in this situation, the standards for its ethical use is higher in this situation. Pediatric obesity and congenital adrenal hyperplasia, again unlike gender dysphoria, are

diagnosable with high accuracy using objective findings, without entailing the destruction of healthy, functioning tissue.

284.    Dr. Antommaria claimed the legislative findings "overstate the potential effects of gender-affirming care on fertility" because "puberty blockers do not, by themselves, permanently impair fertility" (¶45).  Dr. Antommaria does not provide the whole truth: As already noted, gender-affirming care includes both puberty blockers and cross-sex hormones, and it is their *combination* that causes infertility.  Dr. Antommaria's verbal slight-of-hand, claiming relative safety when using only one and not the other, is to hide the actual risks in question.  Any consent provided after receiving only this select sub-portion of the relevant information would not constitute *informed* consent, and withholding this information would be a terrible violation of medical ethics.

285.    Dr. Antommaria cited a (cherry-picked) set of studies seeming to suggest that medicalized transition benefits its patients (¶¶34, 51) and that doing any further research would therefore be unethical (¶35). The systematic reviews comprising the full set of all such studies came to the opposite conclusion as Dr. Antommaria, as reviewed herein (Section XIII *Cohort Studies of Puberty Blockers and Cross-Sex Hormones.*)

286.    Dr. Antommaria also asserted an RCT would be unlikely to enroll a sufficient number of participants because few people would volunteer for a study in which they might not get the medicalized treatment they want (¶35).  However, several *entire countries* have banned medicalized transition *except* for research studies. Directly opposite to Dr. Antommaria's scenario, it is *only* by such participation that minors could receive medicalized treatment, so one should actually predict *high* participation rates.

287.    In ¶49, Dr. Antommaria indicates that the associations between medicalized transition

and various health and mental health issue are not established to be causally related. He applies his ethical logic incorrectly. Under the medical ethics principle of *primum no nocere*, evidence of the *possibility* of doing harm has the higher priority. It is the evidence of *benefit* that must be *causal,* in order to outweigh the potential harm, whereas evidence of harm may be only correlational. The potential harm must be ruled out, whereas benefits must be causally demonstrated.

288. Dr. Antommaria is incorrect to compare gender dysphoria with DSD's (¶ 54): Such disorders are diagnosed with very high accuracy on the basis of objective features, unlike the subjective basis of diagnosing gender dysphoria.

289. Dr. Antommaria is incorrect to compare hormone therapy of gender dysphoria with chemotherapy (¶54). Gender dysphoria involves objectively healthy and functioning tissue, whereas cancers involve the very opposite (and, again, are diagnosed on the basis of objective features).

290. Standards for clinical practice comprise multiple, mutually reinforcing principles and procedures. This overlap can sometimes permit some flexibility in some circumstances where the other principles with high reliability can compensate, such as allowing some reports of pain and sensation when diagnosing a physical disease before prescribing a short-acting and low-risk medication. Dr. Antommaria's advocacy for medicalized transition, however, entails the simultaneous removal of multiple overlapping protections, leaving no meaningful protection at all. Dr. Antommaria is accepting, at face-value only, purely subjective reports, of a diagnosis with no objective evidence of validity, requiring long-term and life-long physical intervention, on the basis of the lowest possible quality evidence, despite all objective counterevidence, and without first exhausting the safer and less invasive alternatives.

## C. Janssen

291.    Dr. Janssen's declaration indicated he was deposed as an expert witness by the plaintiffs in *BPJ v WV Board of Education*. I testified as an expert witness for the defense in that case. Although he did not include it, Dr. Janssen has also submitted an expert witness declaration for the plaintiffs in *Boe v Alabama*. I have submitted an expert witness declaration for the defense in that case, for which I am scheduled to be deposed and to testify at trial.

292.    Dr. Janssen's declaration that 90% of the patients in his clinical practice are transgender children and adolescents represents a significant conflict of interest: The income he derives from his medical treatment of these children would be directly affected by the outcome of this case. Individuals who stand to lose income on the basis of research findings cannot be objective in their assessment of those findings.  (See Section I.B. *Clinical vs. Scientific Expertise* and Section I.C. *Professional Standard on Conflict of Interest.*)

293.    Dr. Janssen cites de Vries et al. (2014) as the basis of his claim that puberty-blocking medication is responsible for "forestalling increased distress and dysphoria" (Janssen ¶48) and that the benefits "increase over the long term" (Janssen ¶48).  Dr. Janssen's claim contradicts that study's own authors, who instead acknowledged "the positive results may also be attributable to supportive parents, open-minded peers, and the social and financial support (treatment is covered by health insurance) that gender dysphoric individuals can receive in the Netherlands." (de Vries 2014.) Also, as noted herein, the participants in this study were receiving not only medicalized services, but also psychotherapy, which may instead have caused the mental health improvements. (See Section XIII.B. *Studies Confounded Medical Treatment.*) It is not scientifically possible for Dr. Janssen (or anyone else) to know whether mental health improvement came from the medical interventions, from mental health treatment, or from any of the other possibilities noted by that

study's authors.

294.    Moreover, Dr. de Vries continues to express the very opposite of what Dr. Janssen attributed to her: Writing in 2023, she repeated that "rigorous longitudinal outcomes studies that provide evidence about whether this approach [hormonal interventions in minors] is effective and safe are needed" and that "Future studies that compare outcomes with different care models are needed." (de Vries 2023 at 276.)

295.    SB-1 found that "many of these types procedures, *when performed on a minor* for such purposes, are experimental in nature and not supported by high-quality, long-term medical studies" (SB-1, Section 1, 68-33-101 *Findings.* Paragraph (b), italics added.) Dr. Janssen's declaration quoted only the final part of that sentence, excluding the text indicating it referred only to minors. Dr. Janssen then claimed of the legislative finding "This statement is false." (Janssen ¶52.)  To justify his assessment, Dr. Janssen wrote "There have been scores of studies *in adult transgender patients* from prospective data collection among this population over decades." (Janssen ¶52, italics added.) This represents highly manipulative and misleading wordplay.  Regarding research on minors, Dr. Janssen cited only a single study, Chen et al., 2023, which is *not* a high quality one, as per the widely accepted standards of clinical research, and entirely consistent with the legislative finding. (See Section XIII *No Reliable Evidence*.)

## D. Turban

296.    Although it was not included in his declaration, Dr. Turban is an expert witness for the plaintiffs in *K.C. et al v Medical Licensing Board of Indiana.*  I am an expert witness for the defense in that case, which is currently in progress.

297.    Dr. Turban's employment in programs and centers for gender care represents a significant conflict of interest: The income he derives from his medical treatment of these children

would be directly affected by the outcome of this case. Individuals who stand to lose income on the basis of research findings cannot be objective in their assessment of those findings. (See Section I.B. *Clinical vs. Scientific Expertise* and Section I.C. *Professional Standard on Conflict of Interest.*)

298. Dr. Turban summarized his opinions in his ¶11 with three points. All three deploy vague and ambiguous language that suggest the research literature contains evidence which it does not. Dr. Turban's language repeatedly asserted that medical interventions are causing improvements, in violation of basic scientific principles. (Section IV.B. *Correlation does not imply causation.*) Examples include:

- "interventions improve mental health outcomes" (¶11)
- "statistically significant improvements" (¶16)
- "shown improvements in mental health" (¶17)
- "well-documented benefits of gender-affirming medical care" (¶22)

Correlational research studies do not—indeed cannot—support such claims. In all these situations, the group differences are best explained, not as a result of medicalized transition, but as the better functioning youth being the ones who were permitted to transition in the first place (and other factors).

299. Dr. Turban's declaration repeatedly employed language that insinuate causal relationships where only correlation relationships were found, easily misleading readers. Examples include his repeated use of "linked to" (e.g., Turban ¶¶12, 18, 19) and "associated with" (Turban ¶15). As detailed herein, multiple situations can produce correlational associations and links, only one of which is that X causes Y. Dr. Turban conveys one of these possibilities and withholds from readers the other, even the more logical and parsimonious explanations.

300. Dr. Turban asserted "the claims made by the legislature…are not supported by data"

(Turban ¶12).  That assertion is the very opposite of the conclusion of every systematic review conducted of the safety and effectiveness research.  Dr. Turban provides no comment or even mention of any of these reviews.

301.    Dr. Turban asserted the legislature's claims "are counter to the widely accepted views of the mainstream medical community" (Turban ¶12).  That assertion is the very opposite of the conclusion of every systematic review of the safety and effectiveness research.  Dr. Turban provides no comment or even mention of any of these reviews.

302.    Dr. Turban denied the status of medicalized transition as "experimental."  (Turban ¶14.) Every institution conducing systematic reviews of the safety and efficacy of those procedure came to the opposite conclusion. (See Section XII. *Experimental.*)  Dr. Turban did not mention, never mind challenge, any of them.

303.    Dr. Turban claimed "pubertal suppression is associated with a range of improved mental health outcomes," (Turban ¶15) on the basis of one survey study of his own (Turban 2020) and five studies by other authors (Achille 2020, Costa 2015, de Vries 2011, de Vries 2014, van der Miesen 2020). The set of five studies are considered within the international systematic reviews (along with the other relevant research), and were not found to demonstrate the conclusion Dr. Turban asserted. (See Section V. *Systematic Reviews.*) These studies are also individually described herein. (See Section XIII. *Studies of Puberty Blockers and Cross-Sex Hormones.*) Dr. Turban's own study represents a survey, and lacked the scientific quality for inclusion in the systematic reviews.

304.    Moreover, as already detailed, Dr. Turban violates the scientific method in describing this survey as evidence of treatment causing benefits. Existing standards emphasize that major mental health issues need to be "reasonably under control" before transition is permitted.  It was

not the case that people became healthier *because of* transition, but that only the healthier people were permitted to transition: As already detailed, surveys do not represent meaningful evidence of clinical outcomes. (See Section III.F. *Surveys and Cross-Sectional Studies.*)

305. Dr. Turban claimed "studies have likewise found improved mental health outcomes following gender-affirming hormone treatment" (Turban ¶16), on the basis of one survey study of his own (Turban 2022) and five studies by other authors (footnotes 9–12: Achille 2020, Allen 2019, Chen 2023, Green 2022, López de Lara 2020). Already considered within the international systematic reviews and the present report are: Achille 2020, Allen 2012, and Chen 2023. López de Lara 2020 studied 23 volunteers from whom psychiatric comorbidities had already been filtered out, and that study has been rejected from systematic review because of its high risk of bias. (SBU 2022, Appendix 2: *Studies excluded due to high risk of bias.*) Dr. Turban's 2022 study and Green 2022 both represent still more analyses from the same survey as Turban 2020, and both are unable to yield reliable causal evidence for the same reasons.

306. In his ¶¶23–26, Dr. Turban warns against conflating gender dysphoria studies of children and adolescents, but then proceeds to misrepresent the literature by doing exactly that. Specifically, he removed the word "onset" from childhood-onset and adolescent-onset cases, misdirecting focus to patients' *current* age instead of the age at which their dysphoria began. As the research demonstrates, there are entirely different features and outcomes among childhood-onset, adolescent-onset (and adult-onset) gender dysphoria. (Section IX. *Distinct Mental Health Phenomena.*) That is, Dr. Turban misrepresents cases of childhood-*onset* who age into adolescence to be the same as cases of adolescent-*onset,* despite their *not* having experienced/expressed dysphoria in childhood and differing on all the other objective features assessed. (See Section IX.C. *Adolescent-Onset Gender Dysphoria.*) Dr. Turban's section title

claims "Adolescents who experience gender dysphoria at the onset of puberty rarely come to identify with the assigned sex at birth." That is not accurate: It is the childhood-*onset* cases who *persist* in experiencing dysphoria into adolescence for whom the dysphoria appears to remain, whereas Dr. Turban's vague language insinuates this would also apply also to cases whose dysphoria only just began at puberty/adolescence. Dr. Turban applies the outcomes of childhood-onset *persisters* to adolescent-*onset* cases, immediately after his warning against doing so. Despite noting that "this distinction is vital in the realm of 'desistence studies'" (Turban ¶24), Dr. Turban deploys the same vague and misleading language in his summary of opinions, "adolescents who experience gender dysphoria at the onset of puberty rarely come to identity with their assigned sex at birth" (Turban ¶11).

307.    Dr. Turban's goes on to reverse entirely the application of how children "identify" in the diagnosis research literature. He claimed that the studies demonstrating majority desistance were wrong, because the prior diagnostic category, titled *Gender Identity Disorder in Children* in the DSM-IV[10] "did not require a child to identify as a sex different than their sex assigned at birth" (Turban ¶26) and that it is therefore unsurprising that they "did not identify as transgender" later in life (Turban ¶26). In contrast, Dr. Turban asserted the current diagnostic category, titled *Gender Dysphoria in Children* in the DSM-5, requires that "one must identify as a gender different than one's sex assigned at birth" (Turban ¶26). Dr. Turban calls this "a vital distinction" whose implications are true "by definition" (Turban ¶26).

308.    Despite Dr. Turban's confident wording, his claim is the very reverse of the truth. This is seen simply by putting the criteria for these two version against each other (italics added). It is

---

[10] There are no differences in the diagnostic criteria between the DSM-IV and DSM-IV-TR or between the DSM-5 and DSM-5-TR. The suffix "-TR" designates "text revision," which indicates changes to the commentary accompanying the diagnostic criteria without changes to the criteria themselves.

the earlier DSM-IV version that *includes* identity and the subsequent DSM-5 version that *excludes* it:

## DSM-IV Diagnostic Criteria for Gender Identity Disorder in Children

A. A strong and persistent cross-gender *identification* (not merely a desire for any perceived cultural advantages of being the other sex).
  In children, the disturbance is manifested by four (or more) of the following:

  (1) repeatedly stated desire to be, or insistence that he or she is, the other sex

  (2) in boys, preference for cross-dressing or simulating female attire; in girls, insistence on wearing only stereotypical masculine clothing

  (3) strong and persistent preferences for cross-sex roles in make believe play or persistent fantasies of being the other sex

  (4) intense desire to participate in the stereotypical games and pastimes of the other sex

  (5) strong preference for playmates of the other sex

B. Persistent discomfort with his or her sex or sense of inappropriateness in the gender role of that sex.
  In children, the disturbance is manifested by any of the following: in boys, assertion that his penis or testes are disgusting or will disappear or assertion that it would be better not to have a penis, or aversion toward tough-and-tumble play and rejection of male stereotypical toys, games, and activities; in girls, rejection or urinating in a sitting position, assertion that she has or will grow a penis, or assertion that she does not want to grow breasts or menstruate, or marked aversion towards normative feminine clothing.

C. The disturbance is not concurrent with a physical intersex condition.

D. The disturbance causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.

## DSM-5 Diagnostic Criteria for Gender Dysphoria in Children

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by least six of the following (one of which must be Criterion A1):

  1. A strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender).

  2. In boys (assigned gender), a strong preference for cross-dressing or simulating female attire; or in girls (assigned gender), a strong preference

for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing.

3. A strong preference for cross-gender roles in make-believe play or fantasy play.

4. A strong preference for the toys, games, or activities stereotypically used or engaged in by the other gender.

5. A strong preference for playmates of the other gender.

6. In boys (assigned gender), a strong rejection of typically masculine toys, games, and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, games, and activities.

7. A strong dislike of one's sexual anatomy.

8. A strong desire for the primary and/or secondary sex characteristics that match one's experienced gender.

B. The condition is association with clinically significant distress or impairment in social, school, or other important areas of functioning.

309. Dr. Turban's citation of Olson et al. (2022) similarly fails to support his point that only the recent criteria are acceptable. According to Olson et al. (2022): "This study *did not assess* whether participants met criteria for the Diagnostic and Statistical Manual of Mental Disorders, Fifth edition, diagnosis of gender dysphoria in children." (Olson 2022 at 2, italics added).

310. Dr. Turban's next section, "De-transition and regret among individuals receiving medical treatment for gender dysphoria are uncommon" (¶¶27–31) is internally contradictory. He correctly noted in ¶28 that "the term 'de-transition' is used inconsistently," yet in ¶29 applies the term as if others had used it all with the same one ("the broad heterogeneous category"). Despite having just asserted in the prior section that early diagnoses were "outdated," Dr. Turban in this section now cites as valid research on cases spanning the very same time period (1972–2015) (in Wiepjes 2018). Moreover, the outcomes from the Dutch clinic do not pertain to the current situation: The outcomes from that clinic reflect the strong gate-keeping procedures then applied by that clinic, unlike those being used now.

311.    The remaining citation in this section it is again to a survey study of Dr. Turban's (Turban 2021). It represents a survey of people who *are* transgender (and are adults). It is not possible to estimate the number of people who *ceased* to identify as transgender with a survey of people who *currently* identify as transgender (and who participate in the online forums where the survey was advertised). The number reported by Turban 2021 represents the proportion of *re*-transitioners, not *de*-transitioners.

312.    Although Dr. Turban conceded "While there is undoubtedly a small number of people who start gender-affirming medical interventions…" (Turban ¶31), there exists no means by which he can know what the correct number is.


I declare under penalty of perjury that the foregoing is true and correct.
Executed on <u>May 19, 2023</u>.

James M. Cantor, Ph.D.

# References

Abbruzzese, E., Levine, S., & Mason, J. (2023). The myth of "reliable research" in pediatric gender medicine: A critical evaluation of the Dutch Studies—and research that has followed. *Journal of Sex & Marital Therapy*. DOI: 10.1080/0092623X.2022.215046.

Académie Nationale de Médecine. (2022, Feb. 25). Press Release: Medicine in the face of the change of gender identity in children and adolescents. Retrieved from https://www.academie-medecine.fr/la-medecine-face-a-la-transidentite-de-genre-chez-les-enfants-et-les-adolescents/?lang=en

Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. *International Journal of Pediatric Endocrinology*. doi: 10.1186/s13633-020-00078-2

Adams, N. J., & Vincent, B. (2019). Suicidal thoughts and behaviors among transgender adults in relation to education, ethnicity, and income: A systematic review. *Transgender Health, 4,* 226–246.

Adelson, S. L., & American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues. (2012). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *Journal of the American Academy of Child & Adolescent Psychiatry, 51*, 957–974.

Allen, L. R., Watson, L. B., Egan, A. M., & Moser, C. N. (2019). Well-being and suicidality among transgender youth after gender-affirming hormones. *Clinical Practice in Pediatric Psychology, 7,* 302-311.

American College of Obstetricians and Gynecologists. (2017). Care for transgender adolescents. Committee Opinion No. 685. Retrieved from www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2017/01/care-for-transgender-adolescents .

American Psychiatric Association (2017). A guide for working with transgender and gender nonconforming patients. https://www.psychiatry.org/psychiatrists/cultural-competency/transgender-and-gender-nonconforming-patients/a-guide-for-working-with-transgender-and-gender-nonconforming-patients.

American Psychiatric Association (2022). *Diagnostic and statistical manual for mental disorders, fifth edition, text revision (DSM-5-TR).* Washington, DC: Author.

American Psychological Association (2014). Answers to your questions about transgender people, gender identity, and gender expression. https://www.apa.org/topics/lgbtq/transgender.pdf.

American Psychological Association (February 2021). APA resolution on gender identity change efforts.

American Psychological Association, Task Force on Appropriate Therapeutic Responses to Sexual Orientation. (2009). Report of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation. Retrieved from http://www. apa.org/pi/lgbc/publications/therapeutic-resp.html.

Anzani, A., De Panfilis, C., Scandurra, C., & Prunas, A. (2020). Personality disorders and personality profiles in a sample of transgender individuals requesting gender-affirming treatments. *International Journal of Environmental Research and Public Health, 17,* 1521. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7084367/.

Bachmann, S. (2018). Epidemiology of suicide and the psychiatric perspective. International *Journal of Environmental Research and Public Health, 15,* 1425.

Baker, K. E., Wilson, L. M., Sharma, R., Dukhanin, V., McArthur, K., & Robinson, K. A. (2021). Hormone therapy, mental health, and quality of life among transgender people. *Journal of the Endocrine Society, 5.* Retrieved from https://doi.org/10.1210/jendso/bvab011.

Baldinger-Melich, P., Urquijo Castro, M. F., Seiger, R., Ruef, A., Dwyer, D. B., Kranz, G. S., Klöbl, M., Kambeitz, J., Kaufmann, U., Windischberger, C., Kasper, S., Falkai, P., Lanzenberger, R., & Koutsouleris, N. (2020). Sex matters: A multivariate pattern analysis of sex and gender-related neuroanatomical differences in cis- and transgender individuals using structural Magnetic Resonance Imaging. *Cerebral Cortex, 30,* 1345–1356.

Bauer, G. R., Scheim, A. I., Pyne, J., Travers, R., & Hammond, R. (2015). Intervenable factors associated with suicide risk in transgender persons: A respondent driven sampling study in Ontario, Canada. *BMC Public Health, 15,* 525.

BBC News. (2021, Sept. 5). NHS child gender identity clinic whistleblower wins tribunal. *British Broadcasting Company.* Retrieved from https://www.bbc.com/news/uk-58453250.

Becker-Hebly, I., Fahrenkrug, S., Campion, F., Richter-Appelt, H., Schulte-Markwort, M., & Barkmann, C. (2021). Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: A descriptive study from the Hamburg Gender Identity Service. *European Child Adolescent Psychiatry, 30,* 1755–1767.

Bell v. Tavistock. United Kingdom Court of Appeal (Civil Division) (1/12/2020). [2021] EWCA Civ 1363.Bhargava, A., Arnold, A. P., Bangasser, D. A., Denton, K. M., Gupta, A., Hilliard Krause, L. M., Mayer, E. A., McCarthy, M., Miller, W. L., Raznahan, A., & Verma, R. (2021). Considering sex as a biological variable in basic and clinical studies: An Endocrine Society Scientific Statement. *Endocrine Reviews, 20,* 1–40.

Bell v. Tavistock. United Kingdom High Courts of Justice Divisional Court (1/12/2020). [2020] EWCA Civ 3274 (Admin).

Biggs, M. (2019). A letter to the editor regarding the original article by Costa et al: psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *J. Sexual Med.* 2019; 16:2043.

Biggs, M. (2020). Gender dysphoria and psychological functioning in adolescents treated with GnRHa: Comparing Dutch and English prospective studies. *Archives of Sexual Behavior, 49,* 2231–2236.

Biggs, M. (2022). The Dutch protocol for juvenile transsexuals: origins and evidence. *J. Sex & Marital Therapy* 2022.

Blanchard, R. (1985). Typology of male-to-female transsexualism. *Archives of Sexual Behavior, 14,* 247–261.

Blanchard, R. (1988). Nonhomosexual gender dysphoria. *The Journal of Sex Research, 24,* 188–193.

Blanchard, R. (1989a). The classification and labeling of nonhomosexual gender dysphorias. *Archives of Sexual Behavior, 18,* 315–334.

Blanchard, R. (1989b). The concept of autogynephilia and the typology of male gender dysphoria. *Journal of Nervous and Mental Disease, 177,* 616–623.

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 134 of 191 PageID #: 1222

Blanchard, R. (1990). Gender identity disorders in adult women. In R. Blanchard & B. W. Steiner (Eds.), *Clinical management of gender identity disorders in children and adults* (pp. 77–91). Washington, DC: American Psychiatric Press.

Blanchard, R. (1991). Clinical observations and systematic studies of autogynephilia. *Journal of Sex and Marital Therapy, 17,* 235–251.

Blanchard, R., Steiner, B. W., Clemmensen, L. H., & Dickey, R. (1989). Prediction of regrets in postoperative transsexuals. *Canadian Journal of Psychiatry, 34,* 43–45.

Block, J. (2023). Gender dysphoria in young people is rising and so is professional disagreement. *British Journal of Medicine,*2023: 380, 382.

Block, J. (2023). Norway's guidance on paediatric gender treatment is unsafe, says review. *BMJ* 2023:380,697.

Boivin, L., Notredame, C.-E., Jardri, R., & Medjkane, F. (2020). Supporting parents of transgender adolescents: Yes, but how? *Archives of Sexual Behavior, 49,* 81–83.

Borges, G., Nock, M. K., Haro Abad, J. M., Hwang, I., Sampson, N. A., Alonso, J., Helena Andrade, L.…Kessler, R. C. (2010) Twelve-month prevalence of and risk factors for suicide attempts in the World Health Organization World Mental Health Surveys. *Journal of Clinical Psychiatry, 71,* 1617–1628.

Brignardello-Petersen, R. and Wiercioch, W. (May 16, 2022). Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Prepared for the Florida Agency for Health Care Administration.

Button, K. S., et al. (2015). Minimal clinically important difference on the Beck Depression Inventory-II according to the patient's perspective. *Psychological Medicine*, 45, 3269-3279.

Canetto, S. S., Antonelli, P., Ciccotti, A., Dettore, D., & Lamis, D. A. (2021). Suicidal as normal: A lesbian, gay, and bisexual youth script? *Crisis, 42,* 292–300.

Cantor, J. M. (2011). New MRI studies support the Blanchard typology of male-to-female transsexualism. *Archives of Sexual Behavior, 40,* 863–864. doi: 10.1007/s10508-011-9805-6

Cantor, J. M. (2012). Is homosexuality a paraphilia? The evidence for and against. *Archives of Sexual Behavior, 41,* 237–247. doi: 10.1007/s10508-012-9900-3

Cantor, J. M. (2019). Transgender and gender diverse children and adolescents: Fact-checking of AAP policy. *Journal of Sex & Marital Therapy, 46,* 307–313.

Cantu, A. L., Moyer, D. N., Connely, K. J., & Holley, A. L. (2020). Changes in anxiety and depression from intake to first follow-up among transgender youth in a pediatric endocrinology clinic. *Transgender Health, 5,* 196–200.

Carel, J. C., Eugster, E. A., Rogol, A., Ghizzoni, L., Palmert, M. R.; ESPE-LWPES GnRH Analogs Consensus Conference Group, Antoniazzi, F., Berenbaum, S., Bourguignon, J. P., Chrousos, G. P., Coste, J., Deal, S., de Vries, L., Foster, C., Heger, S., Holland, J., Jahnukainen, K., Juul, A., Kaplowitz, P., Lahlou, N., Lee, M. M., Lee, P., Merke, D. P., Neely, E. K., Oostdijk, W., Phillip, M., Rosenfield, R. L., Shulman, D., Styne, D., Tauber, M., Wit, J. M. (2009). Consensus statement on the use of gonadotropin-releasing hormone analogs in children. *Pediatrics, 123,* e752–e762.

Carmichael, P., Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S., Viner, R. M. (2021). Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. *PLosONE, 16,* e0243894.

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 135 of 191 PageID #: 1223

Cass, H. (2022, February). The Cass Review: Independent review of gender identity services for children and young people Interim report. National Health Service (NHS), UK.

Cass, H. (2022, July 19). Independent review of gender identity services for children and young people—Further advice. Letter from H. Cass to J. Stewart, NHS England. *The Cass Review*.

Catley, M. J., & Tomkinson, G. R. (2013). Normative health-related fitness values for children: Analysis of 85347 test results on 9-17-year old Australians since 1985. *British Journal of Sports Medicine, 47,* 98–108.

Caulfield, R. (2012). Medically necessary? How to decide. *CMAJ* 184 (16.

Chan, A., & Altman, D. (2005). Epidemiology and reporting of randomized trials published in PubMed journals. *Lancet,* 365, 1159–1162.

Chen, D., Berona, J., Chan, Y.-M., Ehrensaft, D., Garofalo, R., Hidalgo, M. A., Rosenthal, S. M., Tishelman, A. C., & Olson-Kennedy, J. (2023). Psychosocial functioning in transgender youth after 2 years of hormones. *New England Journal of Medicine, 288,* 240–250.

Chen, D., Strang, J. F., Kulbuck, V. D., Rosenthal, S. M., Wallen, K., Waber, D. P., …Garofalo, R. (2020). Consensus parameter: Research methodologies to evaluate neurodevelopmental effects of pubertal suppression in transgender youth. *Transgender Health, 5,* 246–257.

Clinicaltrials.gov (2022). Gender dysphoria treatment in Sweden (GETS). Clinicaltrials.gov identifier NCT02518009.

Cohen-Kettenis, P. T., Owen, A., Kaijser, V. G., Bradley, S. J., & Zucker, K. J. (2003). Demographic characteristics, social competence, and behavior problems in children with gender identity disorder: A cross-national, cross-clinic comparative analysis. *Journal of Abnormal Child Psychology, 31,* 41–53.

Cohen, J., Cohen, P., West, S. G., & Aiken, L. S. (2003). *Applied multiple regression/correlation analysis for the behavioral sciences (3rd ed.).* Mahwah, NJ: Lawrence Erlbaum Associates.

COHERE Finland (Council for Choices in Health Care in Finland) (2020, June 16). Medical treatment methods for dysphoria associated with variations in gender identity in minors—Summary of a recommendation. [Translated] Retrieved from https://palveluvalikoima.fi/documents/1237350/22895008/Summary_minors_en+(1).pdf/fa2054c5-8c35-8492-59d6-b3de1c00de49/Summary_minors_en+(1).pdf?t=1631773838474

COHERE Finland (Council for Choices in Health Care in Finland) (2020, June 11). Alaikäisten sukupuoli-identiteetin variaatioihin liittyvän dysforian lääketieteelliset hoitomenetelmät [Medical treatment methods for dysphoria related to variations in gender identity of minors]. Available from https://palveluvalikoima.fi/sukupuolidysforia-alaikaiset

Coleman, E., et al. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7 ("SOC 7"). *International Journal of Transgenderism*, 13, 165–232.

Coleman, E., et al. (2022). WPATH standards of care for the health of transgender and gender diverse people, version 8 ("SOC 8"). *International Journal of Transgender Health* 2022, Vol.. 23, No. S1.

Costa, R., Dunsford, M., Skagerberg, E., Holt V., Carmichael, P., & Colizzi, M. (2015). Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *Journal of Sexual Medicine, 12,* 2206–2214.

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 136 of 191 PageID #: 1224

Craig, M. C., Fletcher, P. C., Daly, E. M., Rymer, J., Cutter, W .J., Brammer, M., Giampietro, V., Wickham, H., Maki, P. M., Murphy, D.G. (2007). Gonadotropin hormone releasing hormone agonists alter prefrontal function during verbal encoding in young women. *Psychoneuroendocrinology, 32,* 1116–1127.

Crone, E. A., & Steinbeis, N. (2017). Neural perspectives on cognitive control development during childhood and adolescence. *Trends in Cognitive Science, 21,* 205–215.

Cumming, R., Sylvester, K., & Fuld, J. P. (2016). Understanding the effects on lung function of chest binder use in the transgender population. *Thorax, 71, A227.*

D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., Kenny, D. T., & Clarke, P. (2021). One size does not fit all: In support of psychotherapy for gender dysphoria. *Archives of Sexual Behavior, 50,* 7–16.

Dahlen, S., Connolly, D., Arif, I., Hyder Junejo, M., Bewley, S., & Meads, C. (2021). *International clinical practice guidelines for gender minority/trans people: Systematic review and quality assessment. BMJ Open, 11,* e048943.

Daniel, H., & Butkus, R. (2015a). Lesbian, gay, bisexual, and transgender health disparities: Executive summary of a policy position paper from the American College of Physicians. *Annals of Internal Medicine, 163,* 135–137.

Daniel, H., & Butkus, R. (2015b). Appendix: Lesbian, gay, bisexual, and transgender health disparities: A policy position paper from the American College of Physicians. *Annals of Internal Medicine, 163,* [unpaginated].

de Vries, A. L. C. & Cohen-Kettenis, P. T. (2012). Clinical management of gender dysphoria in children and adolescents: The Dutch Approach. *Journal of Homosexuality, 59,* 301–320.

de Vries, A. L. C., & Hannema, S. E. (2023). Growing evidence and remaining questions in adolescent transgender care. *New England Journal of Medicine, 388,* 275-277.

de Vries, A. L. C., Doreleijers, T. A., Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Psychiatric comorbidity in gender dysphoric adolescents. *Journal of Child Psychology and Psychiatry, 52,* 1195–1202.

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics, 134,* 1–9.

de Vries, A. L. C., Noens, I. L., Cohen-Kettenis, P. T., van Berckelaer- Onnes, I. A., & Doreleijers, T. A. (2010). Autism spectrum disorders in gender dysphoric children and adolescents. *Journal of Autism and Developmental Disorders*, *40,* 930–936.

de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *Journal of Sexual Medicine, 8,* 2276–2283.

Delemarre-van de Waal, H. A., & Cohen-Kettenis, P. T. (2006). Clinical management of gender identity disorder in adolescents: A protocol on psychological and paediatric endocrinology aspects. *European Journal of Endocrinology, 155* (suppl 1), S131–S137.

Dhejne, C., Van Vlerken, R., Geylens, G., & Arcelus, J. (2011). Mental health and gender dysphoria: A review of the literature. *International Review of Psychiatry*, *28,* 44–57.

Dhejneberg, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960–2010: Prevalence, incidence, and regrets. *Archives of Sexual Behavior, 43,* 1535–1545.

Diaz, S., & Bailey, J. (2023). Rapid onset gender dysphoric parent reports on 1655 possible cases. *Archives of Sexual Behavior.* https://doi.org/10.1007/s10508-023-02576-9.

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 137 of 191 PageID #: 1225

Donnelly, L. (2019, Dec. 12). Children's transgender clinic hit by 35 resignations in three years as psychologists warn of gender dysphoria 'over-diagnoses'. *The Telegraph*. Retrieved from https://www.telegraph.co.uk/news/2019/12/12/childrens-transgender-clinic-hit-35-resignations-three-years/?WT.mc_id=tmg_share_em

Doward, J. (2019). Politicised trans groups put children at risk, says expert. *The Observer*, July 27, 2019.

Drummond, K. D., Bradley, S. J., Peterson-Badali, M., & Zucker, K. J. (2008). A follow up study of girls with gender identity disorder. *Developmental Psycholog*y, *44,* 34–45.

Durwood, L., McLaughlin, K. A., & Olson, K. R. (2017). Mental health and self-worth in socially transitioned transgender youth. *Journal of the American Academy of Child & Adolescent Psychiatry, 56,* 116–123.

Eriksen, M. B., & Frandsen, T. F. (2018). The impact of patient, intervention, comparison, outcome (PICO) as a search strategy tool on literature search quality: A systematic review. *Journal of the Medical Library Association*, *106,* 420–431.

Finnish Palveluvalikoima ("Palko") (Health Service Selection Council). Preparation memorandum of the Service Selection Council. Retrieved from https://palveluvalikoima.fi/documents/1237350/22895008/Valmistelumuistio_sukupuoli-identiteetin+variaatiot.pdf/991c7413-3bd5-3e9d-52c4-24c4e2a7a9e5/Valmistelumuistio_sukupuoli-identiteetin+variaatiot.pdf?t=1592317702000.

Fisher, A. D., Ristori, J., Castellini, G., Cocchetti, C., Cassioli, E., Orsolini, S., Sensi, C., Romani, A., Mazzoli, F., Cipriani, A., Ricca, V., Vignozzi, L., Viggiano, M. P., Mascalchi, M., Maggi, M., & Gavazzi, G. (2020). Neural correlates of gender face perception in transgender people. *Journal of Clinical Medicine*, 9, 1731.

Freedman, B. (1987, July 16). Equipoise and the ethics of clinical research. *New England Journal of Medicine*, 317, 141–145.

Freeman, A., Mergl, R., Kohls, E., Székely, A., Gusmao, R., Arensman, E., Koburger, N., Hegerl, U., & Rummel-Kluge, C. (2017). A cross-national study on gender differences in suicide intent. *BMC Psychiatry, 17,* 234.

Goldet, G., & Howick, J (2013). Understanding GRADE: An introduction. *Journal of Evidence-Based Medicine, 6,* 50–54.

Gould, M. S., & Lake, A. M. (2013, Feb. 6). II.4 *The contagion of suicidal behavior.* Forum on Global Violence Prevention, Board on Global Health; Institute of Medicine; National Research Council. Contagion of Violence: Workshop Summary. National Academies Press: Washington, DC. Retrieved from https://www.ncbi.nlm.nih.gov/books/NBK207262/

GRADE Handbook, Quality of evidence definitions table. https://gdt.gradepro.org/app/handbook/handbook.html#h.wsfivfhuxv4r at Section 5.

Green, A. E., DeChants, J. P., Price, M. N., & Davis, C. K. (2021). Association of gender-affirming hormone therapy with depression, thoughts of suicide, and attempted suicide among transgender and nonbinary youth. *Journal of Adolescent Health, 70, 643–649.*

Green, R. (1987). The "sissy boy syndrome" and the development of homosexuality. New Haven, CT: Yale University Press.

Grigorova, M., Sherwin, B. B., & Tulandi, T. (2006). Effect of treatment with leuprolide acetate depot on working memory and executive functions in young premenopausal women. *Psychoneuroendocrinology, 31,* 935–947.

Gudayol-Ferré, E., Peró-Cebollero, M., González-Garrido, A. A., & Guárdia-Olmos, J. (2015). Changes in brain connectivity related to the treatment of depression measure through fMRI: A systematic review. *Frontiers in Human Neuroscience*, 9. doi: 10.3389/fnhum.2015.00582.

Guillamon, A., Junque, C., & Gómez-Gil, E. (2016). A review of the status of brain structure research in transsexualism. *Archives of Sexual Behavior, 45,* 1615–1648. doi: 10.1007/s10508-016-0768-5

Gulias-González, R., Sánchez-López, M., Olivas-Bravo, A., Solera-Martinez, M., & Marinez-Vuzcaino, V. (2014). Physical fitness in Spanish schoolchildren aged 6–12 years: Reference values of the battery EUROFIT and associated cardiovascular risk. *Journal of School Health, 84,* 625–635.

Guyatt, G., Rennie, D., Meade, M., & Cook, D. (Eds.) (2015). Users' guide to the medical literature: essentials of evidence-based clinical practice, 3rd edition. *JAMAevidence, American Medical Association*.

Haas, A. P., Eliason, M., Mays, V. M., Mathy, R. M., Cochran, S. D., D'Augelli, A. R., Silverman, M. M., Fisher, P. W., Hughes, T., Rosario, M., Russell, S. T., Malley, E., Reed, J., Litts, D. A., Haller, E., Sell, R. L., Remafedi, G., Bradford, J., Beautrais, A. L., Brown, G. K., … Clayton, P. J. (2011). Suicide and suicide risk in lesbian, gay, bisexual, and transgender populations: Review and recommendations. *Journal of homosexuality*, *58,* 10–51.

Haas, A. P., Rodgers, P. L., & Herman, J. L. (2014, Jan.). *Suicide attempts among transgender and gender nonconforming adults.* Williams Institute, UCLA School of Law.

Handelsman, D. J. (2017). Sex differences in athletic performance coinciding with the onset of male puberty. *Clinical Endocrinology, 87,* 68–72.

Hatchel, T., Polanin, J., & Espelage, D. (2021). Suicidal thoughts and behaviors among LGBTQ youth: Meta-analyses and a systematic review. *Archives of Suicide Research,* 25, 1–37.

Haupt, C., Henke, M., Kutschmar, A., Hauser, B., Baldinger, S., Saenz S. R., & Schreiber, G. (2020). Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women. *Cochrane Database of Systematic Reviews, 11,* Art. No.: CD013138.

Hembree, W. C., Cohen-Kettenis, P. T., Delemarre-van de Waal, H. A., Gooren, L. J., Meyer, W. J., III, Spack, N. P., Tangpricha, V., & Montori, V. M. (2009). Endocrine treatment of transsexual persons: An Endocrine Society clinical practice guideline. *Journal of Clinical Endocrinology & Metabolism, 94,* 3132–3154.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, T. D., Tangpricha, V., & T'Sjoen, G. G. (2017). Endocrine treatment of gender-dysphoric/ gender-incongruent persons: An Endocrine Society clinical practice guideline. *Journal of Clinical Endocrinology & Metabolism, 102,* 3869–3903.

Hengartner, M. (2020). Is there a genuine placebo effect in acute depression treatments? A reassessment of regression to the mean and spontaneous remission. *BMJ Evidence-based Medicine* 2020;25:46-48.

Heylens, G., De Cuypere, G., Zucker, K., Schelfaut, C., Elaut, El, Vanden Bossche, H., De Baere, E., & T'Sjoen, G. (2012). Gender identity disorder in twins: A review of the case report literature. *J. Sex Med* 2012;9:751-757.

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 139 of 191 PageID #: 1227

Higgins, J. P. T., Thomas, J., Chandler, J., Cumpston, M., Li, T., Page, M. J., & Welch, V. A. (Eds.). (2022, Feb.) Cochrane Handbook for Systematic Reviews of Interventions (version 6.3). *Cochrane*. Available from www.training.cochrane.org/handbook

Hisle-Gorman, E., Schvey, N. A., Adirim, T. A., Rayne, A. K., Susi, A., Roberts, T. A., & Klein, D. A. (2021). Mental healthcare utilization of transgender youth before and after affirming treatment. *The Journal of Sexual Medicine, 18,* 1444–1454.

Holt, V., Skagerberg, E., & Dunsford, M. (2016). Young people with features of gender dysphoria: Demographics and associated difficulties. *Clinical Child Psychology and Psychiatry, 21*, 108–118.

Institute of Medicine. (2011). *Clinical practice guidelines we can trust.* Washington, DC: The National Academies Press.

Institute of Medicine. (2011). *The health of lesbian, gay, bisexual, and transgender people: building a foundation for better understanding.* Washington, DC: The National Academies Press.

Italiano, M. (2012). Comment on Cantor (2011). *Archives of Sexual Behavior, 41,* 1079.

Ivey-Stephenson, A., Demissie, Z., Crosby, A., Stone, D., Gaylor, E., Wilkins, N., Lowry, R., & Brown, M. (2020, Aug. 21). Suicidal ideation and behaviors among high school students—Youth Risk Behavior Survey, United States, 2019. US Department of Health/Centers for Disease Control and Prevention. *MMWR, 69,* 47–55.

Jacobs, L. A., Rachlin, K., Erickson-Schroth, L., & Janssen, A. (2014). Gender dysphoria and co-occurring autism spectrum disorders: Review, case examples, and treatment considerations. *LGBT Health, 1*, 277–282.

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). *The report of the 2015 U.S. transgender survey.* National Center for Transgender Equality. Retrieved from https://www.transequality.org/sites/default/files/docs/USTS-Full-Report-final.pdf

Janssen, A., Busa, S., Wernick, J. (2019). The complexities of treatment planning for transgender youth with co-occurring severe mental illness: A literature review and case study. *Archives of Sexual Behavior, 48*, 2003–2009.

Janssen, A., Huang, H., & Duncan, C. (2016). Gender variance among youth with autism spectrum disorders: A retrospective chart review. *Transgender Health, 1*, 63–68.

Joseph, T., Ting, J., & Butler, G. (2019). The effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria: Findings from a large national cohort. *Journal of Pediatric Endocrinology and Metabolism, 32,* 1077–1081.

Joy, A., Muralidharan, A., Alfaraj, M., Shantharam, D., Cherukuri, A. S. S., & Muthukumar, A. (2022) The role of belimumab in systemic Lupus Erythematosis: A systematic review. *Cureus, 14,* e25887.

Kaltiala-Heino, R., Sumia, M., Työläjärvi, M., & Lindberg, N. (2015). Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child and Adolescent Psychiatry and Mental Health, 9*, 9.

Kaltiala, R, Heino, E., Työläjärvi, & Suomalainen, L. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic Journal of Psychiatry, 74,* 213–219.

Karolinska Institute (March 2021). Policy change regarding hormonal treatment of minors with gender dysphoria at Tema Barn – Astrid Lindgren Children's Hospital.

Karsan, N., Bose, P. R, O'Daly, O., Zelaya, F. O., & Goadsby, P. J. (2020). Alterations in functional connectivity during different phases of the triggered migraine attack. Headache, 60, 1244–1258.

Khatchadourian, K., Amed, S., & Metzger, D. L. (2014). Clinical management of youth with gender dysphoria in Vancouver. *Journal of Pediatrics, 164,* 906–911.

Kilford, E., Garrett, E., and Blakemore, S. (2016). The development of social cognition in adolescence: An integrated perspective. *Neuroscience & Biobehavioral Reviews* 2016;70:106-120.

Klink, D., Caris, M., Heijboer, A., van Trotsenburg, M., & Rotteveel, J. (2015). Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. *Journal of Clinical Endocrinology & Metabolism, 100,* E270–E275.

Klonsky, E. D., May, A. M., Saffer, B. Y. (2016). Suicide, suicide attempts, and suicidal ideation. *Annual Review of Clinical Psychology, 12,* 307–330.

Koerselman, K. and Pekkarinen, T. (2017). The timing of puberty and gender differences in educational achievement. Institute of Labor Economics. *IZA* DP No. 10889.

Kolesar, T. A., Bilevicius, E., Wilson, A. D., & Kornelsen, J. (2019). Systematic review and meta-analyses of neural structural and functional differences in generalized anxiety disorder and healthy controls using magnetic resonance imaging. *NeuroImage: Clinical*, *24*, 102016.

Kregel, J., Meeus, M., Malfliet, A., Dolphens, M., Danneels, L., Nijs, J., and Cagnie, B. (2015). Structural and functional brain abnormalities in chronic low back pain: a systematic review. *Seminars in Arthritis and Rheumatism* 45 (2015) 229-237.

Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body dissatisfaction and mental health outcomes of youth on gender- affirming hormone therapy. *Pediatrics, 145*, e20193006.

Larzelere, R., Kuhn, B., & Johnson, B. (2004). The intervention selection bias: An underrecognized confound in intervention research. *Psychological Bulletin,* 130, 289–303.

Lawrence, A. A. (2010). Sexual orientation versus age of onset as bases for typologies (subtypes) for Gender Identity Disorder in adolescents and adults. *Archives of Sexual Behavior, 39,* 514–545.

Lee, J. Y., Finlayson, C., Olson-Kennedy, J., Garofalo, R., Chan, Y. M., Glidden, D. V., & Rosenthal, S. M. (2020). Low bone mineral density in early pubertal transgender/gender diverse youth: Findings From the Trans Youth Care Study. *Journal of the Endocrine Society, 4,* bvaa065. doi: 10.1210/jendso/bvaa065.

Lehmann, K., Rosato, M., McKenna, H., & Leavey, G. (2021). Dramaturgical accounts of transgender individuals: Impression management in the presentation of self to specialist gender services. *Archives of Sexual Behavior, 50,* 3539–3549.

Levine, S., Abbruzzese, E., & Mason, J. (2022). Reconsidering informed consent for trans-identified children, adolescents, and young adults. *Journal of Sex & Marital Therapy*. DOI: 10.1080/0092623X.2022.2046221.

Littman, L. (2018). Parent reports of adolescents and young adults perceived to show signs of a raid onset of gender dysphoria. *PLoS ONE, 13*(8), e0202330.

Ludvigsson, J. F., Adolfsson, J., Höistad, M., Rydelius, P.-A., Kriström, B., & Landén, M. (2023). A systematic review of hormone treatment for children with gender dysphoria and recommendations for research. *Acta Paediatrica.* doi: 10.1111/apa.16791

Malta, M., LeGrand, S., Turban, J. L., & Poteat, T. (2020). Gender-congruent government identification is crucial for gender affirmation. [Comment.] *The Lancet Public Health, 5,* E178–E179.

Maraka, S., Ospina, N., Rodriguez-Gutierrez, R., Davidge-Pitts, C., Nippoldt, T., Prokop, L., and Murad, M. (2017). Sex steroids and cardiovascular outcomes in transgender individuals: a systematic review and meta-analysis. *J Clinical Endocrin. Metab.* 2017; 102(11):3914-3923.

Marsh, S. (2020, Sept. 20). NHS to hold review into gender identity services for children and young people. *The Guardian.* Retrieved from https://www.theguardian.com/society/2020/sep/22/nhs-to-hold-review-into-gender-identity-services-for-children-and-young-people

Marshall, E., Claes, L. L., Bouman, W. P., Witcomb, G. L., & Arcelus, J. (2016). Non-suicidal self-injury and suicidality in trans people: A systematic review of the literature. *International Review of Psychiatry, 28,* 58–69.

May, T., Pang, K., & Williams, K. J. (2016). Gender variance in children and adolescents with autism spectrum disorder from the National Database for Autism Research. *International Journal of Transgenderism, 18,* 7–15.

McCall, B. (2021, October 7). Psychiatrists shift stance on gender dysphoria, recommend therapy. *Medscape Psychiatry.* Retrieved from www.medscape.com/viewarticle/960390?src=soc_tw_share.

McFarlane, T., Zajac, J. D., & Cheung, A. S. (2018). Gender-affirming hormone therapy and the risk of sex hormone-dependent tumours in transgender individuals: A systematic review. *Clinical Endocrinology, 89,* 700–711.

McNeil, J., Ellis, S. J., & Eccles, F. J. R. (2017). Suicide in trans populations: A systematic review of prevalence and correlates. *Psychology of Sexual Orientation and Gender Diversity, 4,* 341–353.

Meyer, I. H. (2003) . Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychological Bulletin, 129*, 674–697.

Moher, D., Liberati, A., Tetzlaff, J., Altman, D. G., & PRISMA Group (2009). Preferred reporting items for systematic reviews and meta-analyses: The PRISMA statement. *PLoS medicine, 6,* e1000097.

Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/ role in childhood: Longitudinal follow-up. *Journal of Pediatric Psychology, 4,* 29–41.

Moustgaard, H., Clayton, G., Jones, E., Boutron, I., Jorgensen, L, Laursen, D., Olsen, M., Paludan-Muller, A., Ravaud, P., Savovic, J., Sterne, J., Higgins, J., & Hrobjartsson, A. (2020). Impact of blinding on estimated treatment effects in randomised clinical trials: meta-epidemiological study. *British Medical Journal,* 368, 16802.

MSNBC. (2015, Jan. 5). Trans youth and suicide: An epidemic. Retrieved from https://www.msnbc.com/ronan-farrow/watch/trans-youth-and-suicide-an-epidemic-380294211712.

Mueller, S. C., Guillamon, A., Zubiaurre-Elorza, L., Schneider, M. A., T'Sjoen, G., … Luders, E. (2021). The neuroanatomy of transgender identity: Mega-analytic findings from the

ENIGMA transgender persons working group. *Journal of Sexual Medicine, 18,* 1122–1129.

Mustanski, B. S., Garofalo, R., & Emerson, E. M. (2010). Mental health disorders, psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youths. *American Journal of Public Health, 100,* 2426–2432.

Nainggolan, L. (2021 May 12). Hormonal Tx of youth with gender dysphoria stops in Sweden. *Medscape Psychiatry.* Retrieved from www.medscape.com/viewarticle/950964?src=soc_tw_share.

Navabi, B., Tang, K., Khatchadourian, K., & Lawson, M. L. (2021). Pubertal suppression, bone mass and body composition in youth with gender dysphoria. *Pediatrics, 148,* e2020039339.

NHS (National Health Service) England. (2020 September 22). NHS announces independent review into gender identity services for children and young people. United Kingdom. Retrieved from https://www.england.nhs.uk/2020/09/nhs-announces-independent-review-into-gender-identity-services-for-children-and-young-people/.

NHS (National Health Service) England. (2022 October 20). Interim service specification for specialist gender dysphoria services for children and young people. Retrieved from https://www.engage.england.nhs.uk/specialised-commissioning/gender-dysphoria-services/user_uploads/b1937-ii-interim-service-specification-for-specialist-gender-dysphoria-services-for-children-and-young-people-22.pdf.

NICE (National Institute for Health and Care Excellence) (2020a). Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria.. Retrieved from https://arms.nice.org.uk/resources/hub/1070905/attachment.

NICE (National Institute for Health and Care Excellence) (2020b). Evidence review: Gender-affirming hormones for children and adolescents with gender dysphoria. Retrieved from https://cass.independent-review.uk/wp-content/uploads/2022/09/20220726_Evidence-review_Gender-affirming-hormones_For-upload_Final.pdf.

Nock, M. K., Borges, G., Bromet, E. J., Alonso, J., Angermeyer, M., Beautrais, A….Williams, D. (2008). Cross-national prevalence and risk factors for suicidal ideation, plans and attempts. *British Journal of Psychiatry, 192,* 98–105.

Olson, K. R., Durwood, L., DeMeules, M., & McLaughlin, K. A. (2016). Mental health of transgender children who are supported in their identities. *Pediatrics, 137,* e20153223.

Olson, K. R., Durwood, L., Horton, R., Gallagher, N. M., & Devor, A. (2022). Gender identity 5 years after social transition. *Pediatrics.* doi: 10.1542/peds.2021-056082

Orange, R. (2020, Feb 22). Teenage transgender row splits Sweden as dysphoria diagnoses soar by 1,500%: New health report and TV debates highlight backlash against gender reassignment. *The Guardian.* Retrieved from https://www.theguardian.com/society/2020/feb/22/ssweden-teenage-transgender-row-dysphoria-diagnoses-soar

Pasternack, I., Söderström, I., Saijonkari, M., & Mäkelä, M. (2019). Lääketieteelliset menetelmät sukupuolivariaatioihin liittyvän dysforian hoidossa. Systemaattinen katsaus. [Medical methods in the treatment of dysphoria related to gender variations: A systematic review.] Symmaryx Oy Helsinki, Finland. Available from https://palveluvalikoima.fi/documents/1237350/22895008/Valmistelumuistion+Liite+1.+Kirjallisuuskatsaus.pdf/5ad0f362-8735-35cd-3e53-3d17a010f2b6/Valmistelumuistion+Liite+1.+Kirjallisuuskatsaus.pdf?t=1592317703000

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 143 of 191 PageID #: 1231

Pediatric Endocrine Society & Endocrine Society. (2020, December 15). *Transgender health*. Retrieved from www.endocrine.org/advocacy/position-statements/transgender-health.

Pediatric Endocrine Society. (Online). About PES. Retrieved from https://pedsendo.org/about-pes/

Peitzmeier, S. M., Silberholz, J., Gardner, I. H., Weinand, J., & Acevedo, K. (2021). Time to first onset of chest binding-related symptoms. *Pediatrics, 147,* e20200728.

Peitzmeier, S., Gardner, I., Weinand, J., Corbet A., & Acevedo, K. (2017). Health impact of chest binding among transgender adults: A community-engaged, cross-sectional study. *Culture, Health & Sexuality, 19,* 64–75.

Rae, J. R., Gülgoz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science, 30*, 669–681.

Rafferty, J., AAP Committee on psychosocial aspects of child and family health, AAP Committee on adolescence, AAP Section on lesbian, gay, bisexual, and transgender health and wellness. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics, 142*(4), e20182162.

Rayner, G. (2018, Sept. 16). Minister orders inquiry into 4000 percent rise in children wanting to change sex. *The Telegraph.* Retrieved from https://www.telegraph.co.uk/politics/2018/09/16/minister-orders-inquiry-4000-per-cent-rise-children-wanting.

Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum, S., Shumer, D., & Mimiaga, M. J. (2015). Mental health of transgender youth in care at an adolescent urban community health center: A matched retrospective cohort study. *Journal of Adolescent Health, 56*, 274–279.

Reuter, T. R., Sharp, C., Kalpakci, A. H., Choi, H. J., & Temple, J. R. (2016). Sexual orientation and Borderline Personality Disorder features in a community sample of adolescents. *Journal of Personality Disorders, 30,* 694–707.

Rocca, W. A., Smith, C. Y., Gazzuola Rocca, L., Savica, R., & Mielke, M. M. (2022). Association of premenopausal bilateral oophorectomy with Parkinsonism and Parkinson Disease. *JAMA Network Open, 5,* e2238663.

Rodriguez-Seiljas, C., Morgan, T. A., & Zimmerman, M. (2021). A population-based examination of criterion-level disparities in the diagnosis of Borderline Personality Disorder among sexual minority adults. *Assessment, 28,* 1097–1109.

Royal Australian & New Zealand College of Psychiatrists. (2021, August). *Recognising and addressing the mental health needs of people experiencing Gender Dysphoria/Gender Incongruence* [Position Statement 103]. Retrieved from https://www.ranzcp.org/news-policy/policy-and-advocacy/position-statements/gender-dysphoria.

Ryan, C., Russell, S. T., Huebner, D., Diaz, R., & Sanchez, J. (2010). Family acceptance in adolescence and the health of LGBT young adults. *Journal of Child and Adolescent Psychiatric Nursing, 23,* 205–213.

Safer, J. D., Tangpricha, V. (2019). In the clinic: Care of the transgender patient. *Annals of Internal Medicine, 171*(1), ITC1–ITC6.

Samaritans. (2020). Media guidelines for reporting suicide. Ewell, Surrey, UK. Retrieved from https://media.samaritans.org/documents/Media_Guidelines_FINAL_v2_TABa8C6.pdf.

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 144 of 191 PageID #: 1232

Substance Abuse and Mental Health Services Administration (SAMHSA). (2020). *treatment for suicidal ideation, self-harm, and suicide attempts among youth.* https://store.samhsa.gov/sites/default/files/pep20-06-01-002.pdf.

Sauka, M., Priedite, I. S., Artjuhova, L., Larins, V., Selga, G., Dahlström, Ö., & Timpka, T. (2011). Physical fitness in northern European youth: Reference values from the Latvian Physical Health in Youth Study. *Scandinavian Journal of Public Health, 39,* 35–43.

SBU (Statens Beredning för Medicinsk och Social Utvärdering [Swedish National Agency for Medical and Social Evaluation]) (2019, September 6). Gender dysphoria in children and adolescents: An inventory of the literature. A systematic scoping review. Summary retrieved from https://www.sbu.se/en/publications/sbu-bereder/gender-dysphoria-in-children-and-adolescents-an-inventory-of-the-literature/.

SBU (Statens Beredning för Medicinsk och Social Utvärdering [Swedish National Agency for Medical and Social Evaluation]) (2022). Hormone treatment of children and adolescents with gender dysphoria, Appendix 2: Studies excluded due to high risk of bias.

SBU (Statens Beredning för Medicinsk och Social Utvärdering [Swedish National Agency for Medical and Social Evaluation]. (2019, December). *Gender dysphoria in children and adolescents: An inventory of the literature A systematic scoping review.* Retrieved from https://www.sbu.se/contentassets/bfd7263c06da44ca9168bf1df8a1c7e0/eng_gender-dysphoria-in-children-and-adolescents--an-inventory-of-the-literature.pdf?utm_medium=email&utm_source=govdelivery

Schagen, S. E. E., Wouters, F. M., Cohen-Kettenis, P. T., Gooren, L. J., & Hannema, S. E. (2020). Bone development in transgender adolescents treated with gnrh analogues and subsequent gender-affirming hormones. *Journal of Clinical Endocrinology & Metabolism, 105,* e4252–e4263.

Scheim, A. I., Perez-Brumer, A. G., & Bauer, G. R. (2020). Gender-concordant identity documents and mental health among transgender adults in the USA: A cross-sectional study. *The Lancet: Public Health, 5,* e196–203.

Schumm, W. R., & Crawford, D. W. (2020). Is research on transgender children what it seems? Comments on recent research on transgender children with high levels of parental support. *The Linacre Quarterly, 87,* 9–24.

Schumm, W. R., Crawford, D. W., Fawver, M. M., Gray, N. K., Niess, Z. M., & Wagner, A. D. (2019). Statistical errors in major journals: Two case studies used in a basic statistics class to assess understanding of applied statistics. *Psychology and Education—An Interdisciplinary Journal, 56,* 35–42.

Scott, E., Kidgell, D. J., Frazer, A. K., & Pearce, A. J. (2020). The neurophysiological responses of concussive impacts: A systematic review and meta-analysis of transcranial magnetic stimulation studies. *Frontiers in Human Neuroscience, 14.* doi: 10.3389/fnhum.2020.00306.

Sharma, R., et al. (2018). Effects of hormone therapy in transgender people. *National Institute for Health Research PROSPERO International prospective register of systematic reviews.* Accessed at https://www.crd.york.ac.uk/prospero/display_record.php?RecordID=115379.

Shirazi, T. N., Self, H., Dawood, K., Cárdenas, R., Welling, L. L. M., Rosenfield, K. A., Ortiz, T. L., Carré, J. M., Balasubramanian, R., Delaney, A., Crowley, W., Breedlove, S. M., & Puts, D. A. (2020). Pubertal timing predicts adult psychosexuality: Evidence from

typically developing adults and adults with isolated GnRH deficiency. *Psychoneuroendocrinology, 119,* 104733.

Shirazi, T., Self, H., Cantor, J., Dawood, K., Cardenas, R., Rosenfield, K., Ortiz, T., Carré, J., McDaniel, M., Blanchard, R., Balasubramanian, R., Delaney, A., Crowley, W., S Marc Breedlove, S. M., & Puts, D. (2020). Timing of peripubertal steroid exposure predicts visuospatial cognition in men: Evidence from three samples. *Hormones and Behavior, 121, 104712.*

Shrier, A. (2021). Top trans doctors blow the whistle on 'sloppy' care. *The Free Press.* https://www.thefp.com/p/top-trans-doctors-blow-the-whistle

Singal, J. (7 Feb. 2023). The new, highly-touted study on hormones for transgender teens doesn't really tell us much of anything. https://jessesingal.substack.com/p/the-new-highly-touted-study-on-hormones.

Singh-Ospina, N., Maraka, S., Rodriguez-Gutierrez, R., Davidge-Pitts, C., Nippoldt, T., Prokop, L., and Murad, M. (2017). Effect of sex steroids on the bone health of transgender individuals: A systematic review and meta-analysis. *J. Clin. Endocrinal. Metab.* 2017;102:3904-3913.

Singh, D., Bradley, S. J., & Zucker, K. J. (2021). A follow-up study of boys with gender identity disorder. *Frontiers in Psychiatry, 12,* 632784.

Skagerberg, E., Parkinson, R., & Carmichael, P. (2013). Self-harming thoughts and behaviors in a group of children and adolescents with gender dysphoria. *International Journal of Transgenderism, 14,* 86–92.

Skelly, A. C., Dettori, J. R., & Brodt, E. D. (2012). Assessing bias: The importance of considering confounding. *Evidence-based Spine-Care Journal, 3,* 9–12.

Skorska, M. N., Chavez, S., Devenyi, G. A., Patel, R., Thurston, L. T., Lai, M.-C., Zucker, K. J.., Chakravarty, M. M., Lobaugh, N. J., & VanderLaan, D. P. (2021). A multi-modal MRI analysis of cortical structure in relation to gender dysphoria, sexual orientation, and age in adolescents. *Journal of Clinical Medicine, 10, 345.*

Spack, N. P. (2013). Management of transgenderism. *Journal of the American Medical Association, 309,* 478–484.

Spack, N., Edwards-Leeper, L, Feldman, H., Leibowitz, S., Mandel, F., Diamond, D. and Vance, S. (2012). Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics* 2012;129:418-425.

Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Desisting and persisting gender dysphoria after childhood: A qualitative follow-up study. *Clinical Child Psychology and Psychiatry, 16,* 499–516.

Steensma, T. D., & Cohen-Kettenis, P. T. (2018). A critical commentary on "A critical commentary on follow-up studies and 'desistence' theories about transgender and gender non-conforming children". *International Journal of Transgenderism, 19,* 225–230.

Steensma, T. D., Cohen-Kettenis, P. T., & Zucker, K. J. (2018). Evidence for a change in the sex ratio of children referred for gender dysphoria: Data from the Center of Expertise on Gender Dysphoria in Amsterdam (1988–2016). *Journal of Sex & Marital Therapy, 44,* 713–715.

Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 52,* 582–590.

Stoffers, I. E., de Vries, M. C., & Hannema, S. (2019). Physical changes, laboratory parameters and bone mineral density during testosterone treatment in adolescents with gender dysphoria. *The Journal of Sexual Medicine, 16,* 1459–1468.

Strang, J. F., Kenworthy, L., Dominska, A., Sokoloff, J., Kenealy, L. E., Berl, M., Wallace, G. L. (2014). Increased gender variance in autism spectrum disorders and attention deficit hyperactivity disorder. *Archives of Sexual Behavior, 43*, 1525–1533.

Strang, J. F., Meagher, H., Kenworthy, L., de Vries, A. L., Menvielle, E., Leibowitz, S., Anthony, L. G. (2016). Initial clinical guidelines for co-occurring autism spectrum disorder and gender dysphoria or incongruence in adolescents. *Journal of Clinical Child and Adolescent Psychology, 47*, 105–115.

Swedish Socialstyrelsen. (2022, February). Stöd, utredning och hormonbehandling vid könsinkongruens hos barn och ungdomar Delvis uppdatering av kunskapsstöd. [*Support, investigation and hormone treatment at gender incongruity in children and young people.*] Available from https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-2-7774.pdf

Swedish Socialstyrelsen. (2020). The evolution of the diagnosis of gender dysphoria: prevalence, co-occurring psychiatric diagnoses and mortality from suicide. www.socialstyrelsen.se Article number 2020-2-6600.

Swedish Socialstyrelsen. (2022, Feb. 22). Uppdaterade rekommendationer för hormonbehandling vid könsdysfori hos unga. [*Updated recommendations for hormone therapy for gender dysphoria in young people.*] Retrieved from https://www.socialstyrelsen.se/om-socialstyrelsen/pressrum/press/uppdaterade-rekommendationer-for-hormonbehandling-vid-konsdysfori-hos-unga/.

Telfer, M. M., Tollit, M. A., Pace, C. C., & Pang, K. C. (2018). Australian standards of care and treatment guidelines for transgender and gender diverse children and adolescents. *The Medical Journal of Australia*, *209,* 132–136.

Temple Newhook, J. T., Pyne, J., Winters, K., Feder, S., Holmes, C., Tosh, J., Sinnott, M.-L., Jamieson, A., & Pickett, S. (2018). A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *International Journal of Transgenderism, 19,* 212–224.

Terhune, C., Respaut, R., & Conlin, M. (2022, Oct. 6). As more transgender children seek medical care, families confront many unknowns. *Reuters Special Report.* Retrieved from https://www.reuters.com/investigates/special-report/usa-transyouth-care/

Tetelepta, B. (2021, Feb 27). More research is urgently needed into transgender care for young people: 'Where does the large flow of children come from?' [translated]. Algemeen Dagblad. Retrieved from https://www.voorzij.nl/more-research-is-urgently-needed-into-transgender-care-for-young-people-where-does-the-large-increase-of-children-come-from/.

The Trevor Project. (2019). The Trevor Project National Survey on LGBTQ Youth Mental Health 2019. Retrieved from https://www.thetrevorproject.org/wp-content/uploads/2019/06/The-Trevor-Project-National-Survey-Results-2019.pdf

Thrower, E., Bretherton, I., Pang, K. C., Zajac, J. D., & Cheung, A. S. (2020). Prevalence of autism spectrum disorder and attention-deficit hyperactivity disorder amongst individuals with gender dysphoria: A systematic review. *Journal of Autism and Developmental Disorders, 50,* 695–706.

Tønnessen, E., Siobhan Svendsen, I., Christoffer Olsen, I., Guttormsen, A., & Haugen, T. (2015). Performance development in adolescent track and field athletes according to age, sex and sport discipline. *PLOSONE, 10*(6), e0129014.

Toomey, R. B., Syvertsen, A. K., Shramko, M. (2018). Transgender adolescent suicide behavior. *Pediatrics, 142,* e20174218.

Tordoff, D. M., Wanta, J. W., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental health outcomes in transgender and nonbinary youths receiving gender-affirming care. *JAMA Network Open, 5*(2):e220978.

Tripepi, G., Jager, K., Dekker, F., and Zoccali, C. (2010). Selection bias and information bias in clinical research. *Nephron. Clin. Practice* 2010; 115:94-99.

Turban, J. (2021, March 16). Trans girls belong on girls' sports teams. *Scientific American.* www.scientificamerican.com/article/trans-girls-belong-on-girls-sports-teams/

Turban, J. L., Beckwith, N., Reisner, S. L., & Keuroghlian, A. S. (2020). Association between recalled exposure to gender identity conversion efforts and psychological distress and suicide attempts among transgender adults. *JAMA Psychiatry, 77,* 68–76.

Turban, J. L., King, D., Carswell, J. M., & Keuroghlian, A. S. (2020). Pubertal suppression for transgender youth and risk of suicidal ideation. *Pediatrics, 145,* e20191725.

Turban, J. L., King, D., Kobe, J., Reisner, S. L., & Keuroghlian, A. S. (2022). Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. *PlosONE.*

Turban, J. L., King, D., Li, J. J., Keuroghlian, A. S. (2021). Timing of social transition for transgender and gender diverse youth, K-12 harassment, and adult mental health outcomes. *Journal of Adolescent Health, 69,* 991–998.

Turban, J. L., Loo, S. S., Almazan, A. N., & Keuroghlian, A. S. (2021). Factors leading to "detransition" among transgender and gender diverse people in the United States: A mixed-methods analysis. *LGBT Health, 8,* 273–280.

Turecki, G., & Brent, D. A. (2016). Suicide and suicidal behavior. *Lancet, 387,* 1227–1239.

Twohey, M., & Jewett, C. (2022). They paused puberty, but is there a cost? *New York Times.* Available from https://www.nytimes.com/2022/11/14/health/puberty-blockers-transgender.html.

Ukom Norway (March 9, 2023). Patient safety for children and adolescents with gender incongruence. Unofficial translation.

van der Loos, M., Hellinga, I., Vlot, M., Klink, D., Den Heijer, M., Wiepjes, C. (2021). Development of hip bone geometry in transgender adolescents resembles the experienced gender if GnRHa treatment is started in early, but not late, puberty. *J. Endocrine Soc.* Volume 5, Issue Supplement 1, April-May 2021.

van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., Popma, A. (2020). Psychological functioning in transgender adolescence before and after gender-affirmative care compared with cisgender general population peers. *Journal of Adolescent Health, 66,* 699–704.

Vlot, M., Klink, D. T., den Heijer, M., Blankenstein, M. A., Rotteveel, J., & Heijboer, A. C. (2017). Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. *Bone, 95,* 11–19.

Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child & Adolescent Psychiatry, 47,* 1413–1423.

Wallien, M. S., Swaab, H., & Cohen-Kettenis, P. T. (2007). Psychiatric comorbidity among children with gender identity disorder. *Journal of the American Academy of Child and Adolescent Psychiatry, 46,* 1307–1314.

Warrier, V., Greenberg, D. M., Weir, E., Buckingham, C., Smith, P., Lai, M.-C., Allison, C., & Baron-Cohen, S. (2020). Elevated rates of autism, other neurodevelopmental and psychiatric diagnoses, and autistic traits in transgender and gender-diverse individuals. *Nature Communications, 11,* 3959.

Wiepjes, C. M., den Heijer, M., Bremmer, M. A., Nota, N. M., de Block, C. J. M., Coumou, B. J. G., & Steensma, T. D. (2020). Trends in suicide death risk in transgender people: Results from the Amsterdam Cohort of Gender Dysphoria study (1972–2017). *Acta Psychiatrica Scandinavica, 141,* 486–491.

Wiepjes, C. M., Nota, N. M., de Bok, C. J. M., Klaver, M., de Vries, A. L. C., Wensing-Kruger, S. A., de Jongh, R. T., Bouman, M-B., Steensma, T. D., Cohen-Kettenis, P., Gooren, L. J. G., Kreukels B. P. C., & den Heijer, M. (2018). The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in prevalence, treatment, and regrets. *Journal of Sexual Medicine, 15,* 582–590.

Wierckx, K., Mueller, S., Weyers, S., Van Caenegem, E., Roef, G., Heylens, G., & T'Sjoen, G. (2012). Long-term evaluation of cross-sex hormone treatment in transsexual persons. *The Journal of Sexual Medicine, 9,* 2641–2651.

Winters, K., Temple Newhook, J., Pyne, J., Feder, S., Jamieson, A., Holmes, C., Sinnott, M.-L., Pickett, S., & Tosh, J. (2018). Learning to listen to trans and gender diverse children: A response to Zucker (2018) and Steensma and Cohen-Kettenis (2018). *International Journal of Transgenderism, 19,* 246–250.

Woll, A., Kurth, B. M., Opper, E., Worth, A., & Bos, K. (2011). The 'Motorik- Modul' (MoMo): Physical fitness and physical activity in German children and adolescents. *European Journal of Pediatrics, 170,* 1129–1142.

Wood, H., Sasaki, S., Bradley, S. J., Singh, D., Fantus, S., Own-Anderson, A., Di Giacomo, A., Bain, J., & Zucker, K. J. (2013). Patterns of referral to a gender identity service for children and adolescents (1976–2011): Age, sex ratio, and sexual orientation. *Journal of Sex & Marital Therapy, 39,* 1–6.

WHO (World Health Organization). (2022). *Age standardized suicide rates (per 100 000 population.* Retrieved from https://www.who.int/data/gho/data/themes/mental-health/suicide-rates

WPATH. (2016). Position statement on medical necessity of treatment, sex reassignment, and insurance coverage in the U.S.A..

WPATH. (2022). Correction. Int. J. of Transgender Health, 23:Sup1, S259-261.

Zanarini, M. C., Magni, L. R., Temes, C. M., Hein, K. E., Aguirre, B. A., & Goodman, M. (2021). Sexual orientation and gender of intimate relationship partners among adolescents with BPD and psychiatrically healthy adolescents. *Journal of Personality Disorders, 35 (Suppl. B),* 1–7.

Zhao, J., Dong, L., Lin, Z., Sui, X., Wang, Y., Li, L., Liu, T., & Liu, J. (2023). Effects of selenium supplementation on Polycystic Ovarian Syndrome: A systematic review and meta-analysis on randomized clinical trials. *BMC Endocrine Disorders, 23,* 33.

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 149 of 191 PageID #: 1237

Zhu, J., & Chan, Y.-M. (2017). Adult consequences of self-limited delayed puberty. *Pediatrics, 13, 9,* e20163177.

Zucker, K. J. (2018). The myth of persistence: Response to "A critical commentary on follow-up studies and 'desistance' theories about transgender and gender nonconforming children" by Temple Newhook et al. (2018). *International Journal of Transgenderism, 19,* 231–245.

Zucker, K. J. (2019). Adolescents with gender dysphoria: Reflections on some contemporary clinical and research issues. *Archives of Sexual Behavior, 48,* 1983–1992.

Zucker, K. J. (2020). Debate: Different strokes for different folks. *Child and Adolescent Mental Health, 25,* 36–37.

Zucker, K. J., & Bradley, S. J. (1995). *Gender identity disorder and psychosexual problems in children and adolescents.* New York: Guilford Press.

Zucker, K. J., Bradley, S. J., Owen-Anderson, A., Kibblewhite, S. J., Wood, H., Singh, D., & Choi, K. (2012). Demographics, behavior problems, and psychosexual characteristics of adolescents with gender identity disorder or transvestic fetishism. *Journal of Sex & Marital Therapy, 38,* 151–189.

Zucker, K.J. (2018). The myth of persistence: response to "A critical commentary on follow-up studies and 'desistance' theories about transgender and gender non-conforming children" by Temple Newhook et al. (2018). *Int. J. of Transgenderism.* DOI: 10.1080/15532739.2018.1468293.

Zuger, B. (1984). Early effeminate behavior in boys: Outcome and significance for homosexuality. *Journal of Nervous and Mental Disease, 172*, 90–97.

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 150 of 191 PageID #: 1238

**LIST OF APPENDICES**

**Appendix 1**

Curriculum Vita

**Appendix 2**

Cantor, J. M. (2020). Transgender and gender diverse children and adolescents: Fact-checking of AAP policy. *Journal of Sex & Marital Therapy, 46,* 307–313. doi: 10.1080/0092623X.2019.1698481

# James M. Cantor, PhD

Toronto Sexuality Centre
2 Carlton Ave., suite 1804
Toronto, Ontario, Canada M5B 1J3

416-766-8733 (o)
416-352-6003 (f)
jamescantorphd@gmail.com

## EDUCATION

**Postdoctoral Fellowship**                   Jan., 2000–May, 2004
Centre for Addiction and Mental Health • Toronto, Canada

**Doctor of Philosophy**                   Sep., 1993–Jun., 2000
Psychology • McGill University • Montréal, Canada

**Master of Arts**                   Sep., 1990–Jan., 1992
Psychology • Boston University • Boston, MA

**Bachelor of Science**                   Sep. 1984–Aug., 1988
Interdisciplinary Science • Rensselaer Polytechnic Institute • Troy, NY
Concentrations: Computer science, mathematics, physics

## EMPLOYMENT HISTORY

**Director**                   Feb., 2017–Present
Toronto Sexuality Centre • Toronto, Canada

**Senior Scientist (Inaugural Member)**                   Aug., 2012–May, 2018
Campbell Family Mental Health Research Institute
Centre for Addiction and Mental Health • Toronto, Canada

**Senior Scientist**                   Jan., 2012–May, 2018
Complex Mental Illness Program
Centre for Addiction and Mental Health • Toronto, Canada

**Head of Research**                   Nov., 2010–Apr. 2014
Sexual Behaviours Clinic
Centre for Addiction and Mental Health • Toronto, Canada

**Research Section Head**                   Dec., 2009–Sep. 2012
Law & Mental Health Program
Centre for Addiction and Mental Health • Toronto, Canada

**Psychologist**                   May, 2004–Dec., 2011
Law & Mental Health Program
Centre for Addiction and Mental Health • Toronto, Canada

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 152 of 191 PageID #: 1240

**Clinical Psychology Intern**                       Sep., 1998–Aug., 1999
Centre for Addiction and Mental Health • Toronto, Canada

**Teaching Assistant**                                Sep., 1993–May, 1998
Department of Psychology
McGill University • Montréal, Canada

**Pre-Doctoral Practicum**                            Sep., 1993–Jun., 1997
Sex and Couples Therapy Unit
Royal Victoria Hospital • Montréal, Canada

**Pre-Doctoral Practicum**                            May, 1994–Dec., 1994
Department of Psychiatry
Queen Elizabeth Hospital • Montréal, Canada

## ACADEMIC APPOINTMENTS

**Associate Professor**                               Jul., 2010–May, 2019
Department of Psychiatry
University of Toronto Faculty of Medicine • Toronto, Canada

**Adjunct Faculty**                                   Aug. 2013–Jun., 2018
Graduate Program in Psychology
York University • Toronto, Canada

**Associate Faculty (Hon)**                           Oct., 2017–Dec., 2017
School of Behavioural, Cognitive & Social Science
University of New England • Armidale, Australia

**Assistant Professor**                               Jun., 2005–Jun., 2010
Department of Psychiatry
University of Toronto Faculty of Medicine • Toronto, Canada

**Adjunct Faculty**                                   Sep., 2004–Jun., 2010
Clinical Psychology Residency Program
St. Joseph's Healthcare • Hamilton, Canada

# PUBLICATIONS

1. Cantor, J. M. (2020). Transgender and gender diverse children and adolescents: Fact-checking of AAP policy. *Journal of Sex & Marital Therapy, 46,* 307–313. doi: 10.1080/0092623X.2019.1698481

2. Shirazi, T., Self, H., Cantor, J., Dawood, K., Cardenas, R., Rosenfield, K., Ortiz, T., Carré, J., McDaniel, M., Blanchard, R., Balasubramanian, R., Delaney, A., Crowley, W., S Marc Breedlove, S. M., & Puts, D. (2020). Timing of peripubertal steroid exposure predicts visuospatial cognition in men: Evidence from three samples. *Hormones and Behavior, 121, 104712.*

3. Stephens, S., Seto, M. C., Cantor, J. M., & Lalumière, M. L. (2019). The Screening Scale for Pedophilic Interest-Revised (SSPI-2) may be a measure of pedohebephilia. *Journal of Sexual Medicine, 16,* 1655−1663. doi: 10.1016/j.jsxm.2019.07.015

4. McPhail, I. V., Hermann, C. A., Fernane, S., Fernandez, Y. M., Nunes, K. L., & Cantor, J. M. (2019). Validity in phallometric testing for sexual interests in children: A meta-analytic review. *Assessment, 26,* 535–551. doi: 10.1177/1073191117706139

5. Cantor, J. M. (2018). Can pedophiles change? *Current Sexual Health Reports, 10,* 203–206. doi: 10.1007/s11930-018-0165-2

6. Cantor, J. M., & Fedoroff, J. P. (2018). Can pedophiles change? Response to opening arguments and conclusions. *Current Sexual Health Reports, 10,* 213–220. doi: 10.1007/s11930-018-0167-0z

7. Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2018). Age diversity among victims of hebephilic sexual offenders. *Sexual Abuse, 30,* 332–339. doi: 10.1177/1079063216665837

8. Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2018). The relationships between victim age, gender, and relationship polymorphism and sexual recidivism. *Sexual Abuse, 30,* 132−146. doi: 10.1177/1079063216630983

9. Stephens, S., Newman, J. E., Cantor, J. M., & Seto, M. C. (2018). The Static-99R predicts sexual and violent recidivism for individuals with low intellectual functioning. *Journal of Sexual Aggression, 24,* 1–11. doi: 10.1080/13552600.2017.1372936

10. Cantor, J. M. (2017). Sexual deviance or social deviance: What MRI research reveals about pedophilia. *ATSA Forum, 29*(2). Association for the Treatment of Sexual Abusers. Beaverton, OR. http://newsmanager.commpartners.com/atsa/issues/2017-03-15/2.html

11. Walton, M. T., Cantor, J. M., Bhullar, N., & Lykins, A. D. (2017). Hypersexuality: A critical review and introduction to the "Sexhavior Cycle." *Archives of Sexual Behavior, 46,* 2231–2251. doi: 10.1007/s10508-017-0991-8

12. Stephens, S., Leroux, E., Skilling, T., Cantor, J. M., & Seto, M. C. (2017). A taxometric analysis of pedophilia utilizing self-report, behavioral, and sexual arousal indicators. *Journal of Abnormal Psychology, 126,* 1114–1119. doi: 10.1037/abn0000291

13. Fazio, R. L., Dyshniku, F., Lykins, A. D., & Cantor, J. M. (2017). Leg length versus torso length in pedophilia: Further evidence of atypical physical development early in life. *Sexual Abuse: A Journal of Research and Treatment, 29,* 500–514. doi: 10.1177/1079063215609936

14. Seto, M. C., Stephens, S., Lalumière, M. L., & Cantor, J. M. (2017). The Revised Screening Scale for Pedophilic Interests (SSPI-2): Development and criterion-related validation. *Sexual Abuse: A Journal of Research and Treatment, 29,* 619–635. doi:

10.1177/1079063215612444

15. Stephens, S., Cantor, J. M., Goodwill, A. M., & Seto, M. C. (2017). Multiple indicators of sexual interest in prepubescent or pubescent children as predictors of sexual recidivism. *Journal of Consulting and Clinical Psychology, 85,* 585–595. doi: 10.1037/ccp0000194

16. Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2017). Evidence of construct validity in the assessment of hebephilia. *Archives of Sexual Behavior, 46,* 301–309. doi: 10.1007/s10508-016-0907-z

17. Walton, M. T., Cantor, J. M., & Lykins, A. D. (2017). An online assessment of personality, psychological, and sexuality trait variables associated with self-reported hypersexual behavior. *Archives of Sexual Behavior, 46,* 721–733. doi: 10.1007/s10508-015-0606-1

18. Cantor, J. M., Lafaille, S. J., Hannah, J., Kucyi, A., Soh, D. W., Girard, T. A., & Mikulis, D. J. (2016). Independent component analysis of resting-state functional magnetic resonance imaging in pedophiles. *Journal of Sexual Medicine, 13,* 1546–1554. doi: 10.1016/j.jsxm.2016.08.004

19. Cantor, J. M., & McPhail, I. V. (2016). Non-offending pedophiles. *Current Sexual Health Reports, 8,* 121–128. doi: 10.1007/s11930-016-0076-z

20. Cantor, J. M. (2015). Milestones in sex research: What causes pedophilia? In J. S. Hyde, J. D. DeLamater, & E. S. Byers (Eds.), *Understanding human sexuality* (6th Canadian ed.) (pp. 452–453). Toronto: McGraw-Hill Ryerson.

21. Cantor, J. M. (2015). Pedophilia. In R. Cautin & S. Lilienfeld (Eds.), *Encyclopedia of clinical psychology.* Malden, MA: Wiley-Blackwell. doi: 10.1002/9781118625392.wbecp184

22. Nunes, K. L., & Cantor, J. M. (2015). Sex offenders. In P. Whelehan & A. Bolin (Eds.), *International encyclopedia of human sexuality.* Malden, MA: Wiley-Blackwell.

23. Cantor, J. M., Lafaille, S., Soh, D. W., Moayedi, M., Mikulis, D. J., & Girard, T. A. (2015). Diffusion Tensor Imaging of pedophilia. *Archives of Sexual Behavior, 44,* 2161–2172. doi: 10.1007/s10508-015-0599-9

24. Cantor, J. M., & McPhail, I. V. (2015). Sensitivity and specificity for the phallometric test of hebephilia. *Journal of Sexual Medicine, 12,* 1940–1950. doi: 10.1111/jsm12970

25. Dyshniku, F., Murray, M. E., Fazio, R. L., Lykins, A. D., & Cantor, J. M. (2015). Minor physical anomalies as a window into the prenatal origins of pedophilia. *Archives of Sexual Behavior, 44,* 2151–2159. doi: 10.1007/s10508-015-0564-7

26. Fazio, R. L., & Cantor, J. M. (2015). Factor structure of the Edinburgh Handedness Inventory versus the Fazio Laterality Inventory in a population with established atypical handedness. *Applied Neuropsychology, 22,* 156–160. doi: 10.1080/23279095.2014.940043

27. Lykins, A. D., Robinson, J. J., LeBlanc, S., & Cantor, J. M. (2015). The effects of common medications on volumetric phallometry. *Journal of Sexual Aggression, 21,* 385–393. doi: 10.1080/13552600.2014.900121

28. Sutton, K. S., Stratton, N., Pytyck, J., Kolla, N. J., & Cantor, J. M. (2015). Patient characteristics by type of hypersexuality referral: A quantitative chart review of 115 consecutive male cases. *Journal of Sex and Marital Therapy, 41,* 563−580. doi: 10.1080/0092623X.2014.935539

29. Cantor, J. M. (2014). Gold star pedophiles in general sex therapy practice. In Y. M. Binik and K. Hall (Eds.), *Principles and practice of sex therapy* (5th ed.) (pp. 219–234). New York: Guilford.

30. Cantor, J. M., & Sutton, K. S. (2014). Paraphilia, gender dysphoria, and hypersexuality. In P. H. Blaney & T. Millon (Eds.), *Oxford textbook of psychopathology* (3rd ed.) (pp. 589–614). New York: Oxford University Press.

31. Chivers, M. L., Roy, C., Grimbos, T., Cantor, J. M., & Seto, M. C. (2014). Specificity of sexual arousal for sexual activities in men and women with conventional and masochistic sexual interests. *Archives of Sexual Behavior, 43,* 931−940. doi: 10.1007/s10508-013-0174-1

32. Fazio, R. L., Lykins, A. D., & Cantor, J. M. (2014). Elevated rates of atypical-handedness in paedophilia: Theory and implications. *Laterality, 19,* 690−704. doi: 10.1080/1357650X.2014.898648

33. Lykins, A. D., & Cantor, J. M. (2014). Vorarephilia: A case study in masochism and erotic consumption. *Archives of Sexual Behavior, 43,* 181–186. doi: 10.1007/s10508-013-0185-y

34. Cantor, J. M., Klein, C., Lykins, A., Rullo, J. E., Thaler, L., & Walling, B. R. (2013). A treatment-oriented typology of self-identified hypersexuality referrals. *Archives of Sexual Behavior, 42,* 883–893. doi: 10.1007/s10508-013-0085-1

35. Blanchard, R., Kuban, M. E., Blak, T., Klassen, P. E., Dickey, R., & Cantor, J. M. (2012). Sexual attraction to others: A comparison of two models of alloerotic responding in men. *Archives of Sexual Behavior, 41,* 13–29. doi: 10.1007/s10508-010-9675-3

36. Cantor, J. M. (2012). Brain research and pedophilia: What it says and what it means [Invited article]. *Sex Offender Law Report, 13,* 81–85.

37. Cantor, J. M. (2012). Is homosexuality a paraphilia? The evidence for and against. *Archives of Sexual Behavior, 41,* 237–247. doi: 10.1007/s10508-012-9900-3

38. Lykins, A. D., Cantor, J. M., Kuban, M. E., Blak, T., Dickey, R., Klassen, P. E., & Blanchard, R. (2010). Sexual arousal to female children in gynephilic men. *Sexual Abuse: A Journal of Research and Treatment, 22,* 279–289. doi: 10.1177/1079063210372141

39. Lykins, A. D., Cantor, J. M., Kuban, M. E., Blak, T., Dickey, R., Klassen, P. E., & Blanchard, R. (2010). The relation between peak response magnitudes and agreement in diagnoses obtained from two different phallometric tests for pedophilia. *Sexual Abuse: A Journal of Research and Treatment, 22,* 42–57. doi: 10.1177/1079063209352094

40. Cantor, J. M., Blanchard, R., & Barbaree, H. E. (2009). Sexual disorders. In P. H. Blaney & T. Millon (Eds.), *Oxford textbook of psychopathology* (2nd ed.) (pp. 527–548). New York: Oxford University Press.

41. Barbaree, H. E., Langton, C. M., Blanchard, R., & Cantor, J. M. (2009). Aging versus stable enduring traits as explanatory constructs in sex offender recidivism: Partitioning actuarial prediction into conceptually meaningful components. *Criminal Justice and Behavior: An International Journal, 36,* 443–465. doi: 10.1177/0093854809332283

42. Blanchard, R., Kuban, M. E., Blak, T., Cantor, J. M., Klassen, P. E., & Dickey, R. (2009). Absolute versus relative ascertainment of pedophilia in men. *Sexual Abuse: A Journal of Research and Treatment, 21,* 431–441. doi: 10.1177/1079063209347906

43. Blanchard, R., Lykins, A. D., Wherrett, D., Kuban, M. E., Cantor, J. M., Blak, T., Dickey, R., & Klassen, P. E. (2009). Pedophilia, hebephilia, and the DSM–V. *Archives of Sexual Behavior, 38,* 335–350. doi: 10.1007/s10508-008-9399-9.

44. Cantor, J. M. (2008). MRI research on pedophilia: What ATSA members should know

[Invited article]. *ATSA Forum, 20*(4), 6–10.

45. Cantor, J. M., Kabani, N., Christensen, B. K., Zipursky, R. B., Barbaree, H. E., Dickey, R., Klassen, P. E., Mikulis, D. J., Kuban, M. E., Blak, T., Richards, B. A., Hanratty, M. K., & Blanchard, R. (2008). Cerebral white matter deficiencies in pedophilic men. *Journal of Psychiatric Research, 42,* 167–183. doi: 10.1016/j.jpsychires.2007.10.013

46. Blanchard, R., Kolla, N. J., Cantor, J. M., Klassen, P. E., Dickey, R., Kuban, M. E., & Blak, T. (2007). IQ, handedness, and pedophilia in adult male patients stratified by referral source. *Sexual Abuse: A Journal of Research and Treatment, 19,* 285–309. doi: 10.1007/s11194-007-9049-0

47. Cantor, J. M., Kuban, M. E., Blak, T., Klassen, P. E., Dickey, R., & Blanchard, R. (2007). Physical height in pedophilia and hebephilia. *Sexual Abuse: A Journal of Research and Treatment, 19,* 395–407. doi: 10.1007/s11194-007-9060-5

48. Blanchard, R., Cantor, J. M., Bogaert, A. F., Breedlove, S. M., & Ellis, L. (2006). Interaction of fraternal birth order and handedness in the development of male homosexuality. *Hormones and Behavior, 49,* 405–414. doi: 10.1016/j.yhbeh.2005.09.002

49. Blanchard, R., Kuban, M. E., Blak, T., Cantor, J. M., Klassen, P., & Dickey, R. (2006). Phallometric comparison of pedophilic interest in nonadmitting sexual offenders against stepdaughters, biological daughters, other biologically related girls, and unrelated girls. *Sexual Abuse: A Journal of Research and Treatment, 18,* 1–14. doi: 10.1007/s11194-006-9000-9

50. Blanchard, R., Cantor, J. M., & Robichaud, L. K. (2006). Biological factors in the development of sexual deviance and aggression in males. In H. E. Barbaree & W. L. Marshall (Eds.), *The juvenile sex offender* (2nd ed., pp. 77–104). New York: Guilford.

51. Cantor, J. M., Kuban, M. E., Blak, T., Klassen, P. E., Dickey, R., & Blanchard, R. (2006). Grade failure and special education placement in sexual offenders' educational histories. *Archives of Sexual Behavior, 35,* 743–751. doi: 10.1007/s10508-006-9018-6

52. Seto, M. C., Cantor, J. M., & Blanchard, R. (2006). Child pornography offenses are a valid diagnostic indicator of pedophilia. *Journal of Abnormal Psychology, 115,* 610–615. doi: 10.1037/0021-843X.115.3.610

53. Zucker, K. J., Mitchell, J. N., Bradley, S. J., Tkachuk, J., Cantor, J. M., & Allin, S. M. (2006). The Recalled Childhood Gender Identity/Gender Role Questionnaire: Psychometric properties. *Sex Roles, 54,* 469–483. doi 10.1007/s11199-006-9019-x

54. Cantor, J. M., Blanchard, R., Robichaud, L. K., & Christensen, B. K. (2005). Quantitative reanalysis of aggregate data on IQ in sexual offenders. *Psychological Bulletin, 131,* 555–568. doi: 10.1037/0033-2909.131.4.555

55. Cantor, J. M., Klassen, P. E., Dickey, R., Christensen, B. K., Kuban, M. E., Blak, T., Williams, N. S., & Blanchard, R. (2005). Handedness in pedophilia and hebephilia. *Archives of Sexual Behavior, 34,* 447–459. doi: 10.1007/s10508-005-4344-7

56. Cantor, J. M., Blanchard, R., Christensen, B. K., Dickey, R., Klassen, P. E., Beckstead, A. L., Blak, T., & Kuban, M. E. (2004). Intelligence, memory, and handedness in pedophilia. *Neuropsychology, 18,* 3–14. doi: 10.1037/0894-4105.18.1.3

57. Blanchard, R., Kuban, M. E., Klassen, P., Dickey, R., Christensen, B. K., Cantor, J. M., & Blak, T. (2003). Self-reported injuries before and after age 13 in pedophilic and non-pedophilic men referred for clinical assessment. *Archives of Sexual Behavior, 32,* 573–581.

58. Blanchard, R., Christensen, B. K., Strong, S. M., Cantor, J. M., Kuban, M. E., Klassen, P., Dickey, R., & Blak, T. (2002). Retrospective self-reports of childhood accidents causing unconsciousness in phallometrically diagnosed pedophiles. *Archives of Sexual Behavior, 31,* 511–526.

59. Cantor, J. M., Blanchard, R., Paterson, A. D., Bogaert, A. F. (2002). How many gay men owe their sexual orientation to fraternal birth order? *Archives of Sexual Behavior, 31,* 63–71.

60. Cantor, J. M., Binik, Y. M., & Pfaus, J. G. (1999). Chronic fluoxetine inhibits sexual behavior in the male rat: Reversal with oxytocin. *Psychopharmacology*, *144*, 355–362.

61. Binik, Y. M., Cantor, J., Ochs, E., & Meana, M. (1997). From the couch to the keyboard: Psychotherapy in cyberspace. In S. Kiesler (Ed.), *Culture of the internet* (pp. 71–100). Mahwah, NJ: Lawrence Erlbaum.

62. Johnson, M. K., O'Connor, M., & Cantor, J. (1997). Confabulation, memory deficits, and frontal dysfunction. *Brain and Cognition*, *34*, 189–206.

63. Keane, M. M., Gabrieli, J. D. E., Monti, L. A., Fleischman, D. A., Cantor, J. M., & Nolan, J. S. (1997). Intact and impaired conceptual memory processes in amnesia. *Neuropsychology*, *11*, 59–69.

64. Pilkington, N. W., & Cantor, J. M. (1996). Perceptions of heterosexual bias in professional psychology programs: A survey of graduate students. *Professional Psychology: Research and Practice*, *27*, 604–612.

# PUBLICATIONS

## LETTERS AND COMMENTARIES

1. Cantor, J. M. (2015). Research methods, statistical analysis, and the phallometric test for hebephilia: Response to Fedoroff [Editorial Commentary]. *Journal of Sexual Medicine, 12,* 2499–2500. doi: 10.1111/jsm.13040

2. Cantor, J. M. (2015). In his own words: Response to Moser [Editorial Commentary]. *Journal of Sexual Medicine, 12,* 2502–2503. doi: 10.1111/jsm.13075

3. Cantor, J. M. (2015). Purported changes in pedophilia as statistical artefacts: Comment on Müller et al. (2014). *Archives of Sexual Behavior, 44,* 253–254. doi: 10.1007/s10508-014-0343-x

4. McPhail, I. V., & Cantor, J. M. (2015). Pedophilia, height, and the magnitude of the association: A research note. *Deviant Behavior, 36,* 288–292. doi: 10.1080/01639625.2014.935644

5. Soh, D. W., & Cantor, J. M. (2015). A peek inside a furry convention [Letter to the Editor]. *Archives of Sexual Behavior, 44,* 1–2. doi: 10.1007/s10508-014-0423-y

6. Cantor, J. M. (2012). Reply to Italiano's (2012) comment on Cantor (2011) [Letter to the Editor]. *Archives of Sexual Behavior, 41,* 1081–1082. doi: 10.1007/s10508-012-0011-y

7. Cantor, J. M. (2012). The errors of Karen Franklin's *Pretextuality* [Commentary]. *International Journal of Forensic Mental Health, 11,* 59–62. doi: 10.1080/14999013.2012.672945

8. Cantor, J. M., & Blanchard, R. (2012). White matter volumes in pedophiles, hebephiles, and teleiophiles [Letter to the Editor]. *Archives of Sexual Behavior, 41,* 749–752. doi: 10.1007/s10508-012-9954-2

9. Cantor, J. M. (2011). New MRI studies support the Blanchard typology of male-to-female transsexualism [Letter to the Editor]. *Archives of Sexual Behavior, 40*, 863–864. doi: 10.1007/s10508-011-9805-6

10. Zucker, K. J., Bradley, S. J., Own-Anderson, A., Kibblewhite, S. J., & Cantor, J. M. (2008). Is gender identity disorder in adolescents coming out of the closet? *Journal of Sex and Marital Therapy, 34,* 287–290.

11. Cantor, J. M. (2003, Summer). Review of the book *The Man Who Would Be Queen* by J. Michael Bailey. *Newsletter of Division 44 of the American Psychological Association, 19*(2), 6.

12. Cantor, J. M. (2003, Spring). What are the hot topics in LGBT research in psychology? *Newsletter of Division 44 of the American Psychological Association, 19*(1), 21–24.

13. Cantor, J. M. (2002, Fall). Male homosexuality, science, and pedophilia. *Newsletter of Division 44 of the American Psychological Association, 18*(3), 5–8.

14. Cantor, J. M. (2000). Review of the book *Sexual Addiction: An Integrated Approach. Journal of Sex and Marital Therapy, 26*, 107–109.


## EDITORIALS

1. Cantor, J. M. (2012). Editorial. *Sexual Abuse: A Journal of Research and Treatment, 24.*

2. Cantor, J. M. (2011). Editorial note. *Sexual Abuse: A Journal of Research and Treatment, 23,* 414.

3. Barbaree, H. E., & Cantor, J. M. (2010). Performance indicates for *Sexual Abuse: A Journal of Research and Treatment* (SAJRT) [Editorial]. *Sexual Abuse: A Journal of Research and Treatment, 22,* 371–373.

4. Barbaree, H. E., & Cantor, J. M. (2009). *Sexual Abuse: A Journal of Research and Treatment* performance indicators for 2007 [Editorial]. *Sexual Abuse: A Journal of Research and Treatment, 21,* 3–5.

5. Zucker, K. J., & Cantor, J. M. (2009). Cruising: Impact factor data [Editorial]. *Archives of Sexual Research, 38,* 878–882.

6. Barbaree, H. E., & Cantor, J. M. (2008). Performance indicators for *Sexual Abuse: A Journal of Research and Treatment* [Editorial]. *Sexual Abuse: A Journal of Research and Treatment, 20,* 3–4.

7. Zucker, K. J., & Cantor, J. M. (2008). The *Archives* in the era of online first ahead of print[Editorial]. *Archives of Sexual Behavior, 37,* 512–516.

8. Zucker, K. J., & Cantor, J. M. (2006). The impact factor: The *Archives* breaks from the pack [Editorial]. *Archives of Sexual Behavior, 35,* 7–9.

9. Zucker, K. J., & Cantor, J. M. (2005). The impact factor: "Goin' up" [Editorial]. *Archives of Sexual Behavior, 34,* 7–9.

10. Zucker, K., & Cantor, J. M. (2003). The numbers game: The impact factor and all that jazz [Editorial]. *Archives of Sexual Behavior, 32,* 3–5.

# FUNDING HISTORY

Principal Investigators: Doug VanderLaan, Meng-Chuan Lai
Co-Investigators: James M. Cantor, Megha Mallar Chakravarty, Nancy Lobaugh, M. Palmert, M. Skorska
Title: *Brain function and connectomics following sex hormone treatment in adolescents experience gender dysphoria*
Agency: Canadian Institutes of Health Research (CIHR), Behavioural Sciences-B-2
Funds: $650,250 / 5 years (July, 2018)

Principal Investigator: Michael C. Seto
Co-Investigators: Martin Lalumière , James M. Cantor
Title: *Are connectivity differences unique to pedophilia?*
Agency: University Medical Research Fund, Royal Ottawa Hospital
Funds: $50,000 / 1 year (January, 2018)

Principal Investigator: Lori Brotto
Co-Investigators: Anthony Bogaert, James M. Cantor, Gerulf Rieger
Title: *Investigations into the neural underpinnings and biological correlates of asexuality*
Agency: Natural Sciences and Engineering Research Council (NSERC), Discovery Grants Program
Funds: $195,000 / 5 years (April, 2017)

Principal Investigator: Doug VanderLaan
Co-Investigators: Jerald Bain, James M. Cantor, Megha Mallar Chakravarty, Sofia Chavez, Nancy Lobaugh, and Kenneth J. Zucker
Title: *Effects of sex hormone treatment on brain development: A magnetic resonance imaging study of adolescents with gender dysphoria*
Agency: Canadian Institutes of Health Research (CIHR), Transitional Open Grant Program
Funds: $952,955 / 5 years (September, 2015)

Principal Investigator: James M. Cantor
Co-Investigators: Howard E. Barbaree, Ray Blanchard, Robert Dickey, Todd A. Girard, Phillip E. Klassen, and David J. Mikulis
Title: *Neuroanatomic features specific to pedophilia*
Agency: Canadian Institutes of Health Research (CIHR)
Funds: $1,071,920 / 5 years (October, 2008)

Principal Investigator: James M. Cantor
Title: *A preliminary study of fMRI as a diagnostic test of pedophilia*
Agency: Dean of Medicine New Faculty Grant Competition, Univ. of Toronto
Funds: $10,000 (July, 2008)

Principal Investigator:    James M. Cantor
Co-Investigator:    Ray Blanchard
Title:    *Morphological and neuropsychological correlates of pedophilia*
Agency:    Canadian Institutes of Health Research (CIHR)
Funds:    $196,902 / 3 years (April, 2006)

# KEYNOTE AND INVITED ADDRESSES

1. Cantor, J. M. (2021, September 28). *No topic too tough for this expert panel: A year in review.* Plenary Session for the 40th Annual Research and Treatment Conference, Association for the Treatment of Sexual Abusers.

2. Cantor, J. M. (2019, May 1). *Introduction and Q&A for 'I, Pedophile.'* StopSO 2nd Annual Conference, London, UK.

3. Cantor, J. M. (2018, August 29). *Neurobiology of pedophilia or paraphilia? Towards a 'Grand Unified Theory' of sexual interests.* Keynote address to the International Association for the Treatment of Sexual Offenders, Vilnius, Lithuania.

4. Cantor, J. M. (2018, August 29). *Pedophilia and the brain: Three questions asked and answered.* Preconference training presented to the International Association for the Treatment of Sexual Offenders, Vilnius, Lithuania.

5. Cantor, J. M. (2018, April 13). *The responses to* I, Pedophile *from We, the people.* Keynote address to the Minnesota Association for the Treatment of Sexual Abusers, Minneapolis, Minnesota.

6. Cantor, J. M. (2018, April 11). *Studying atypical sexualities: From vanilla to* I, Pedophile. Full day workshop at the Minnesota Association for the Treatment of Sexual Abusers, Minneapolis, Minnesota.

7. Cantor, J. M. (2018, January 20). *How much sex is enough for a happy life?* Invited lecture to the University of Toronto Division of Urology Men's Health Summit, Toronto, Canada.

8. Cantor, J. M. (2017, November 2). Pedophilia as a phenomenon of the brain: Update of evidence and the public response. Invited presentation to the 7th annual SBC education event, Centre for Addiction and Mental Health, Toronto, Canada.

9. Cantor, J. M. (2017, June 9). Pedophilia being in the brain: The evidence and the public's reaction. Invited presentation to *SEXposium at the ROM: The science of love and sex,* Toronto, Canada.

10. Cantor, J. M., & Campea, M. (2017, April 20). *"I, Pedophile" showing and discussion.* Invited presentation to the 42nd annual meeting of the Society for Sex Therapy and Research, Montréal, Canada.

11. Cantor, J. M. (2017, March 1). *Functional and structural neuroimaging of pedophilia: Consistencies across methods and modalities.* Invited lecture to the Brain Imaging Centre, Royal Ottawa Hospital, Ottawa, Canada.

12. Cantor, J. M. (2017, January 26). *Pedophilia being in the brain: The evidence and the public reaction.* Inaugural keynote address to the University of Toronto Sexuality Interest Network, Toronto, Ontario, Canada.

13. Cantor, J. M. (2016, October 14). *Discussion of CBC's "I, Pedophile."* Office of the Children's Lawyer Educational Session, Toronto, Ontario, Canada.

14. Cantor, J. M. (2016, September 15). *Evaluating the risk to reoffend: What we know and what we don't.* Invited lecture to the Association of Ontario Judges, Ontario Court of Justice Annual Family Law Program, Blue Mountains, Ontario, Canada. [Private link only: https://vimeo.com/239131108/3387c80652]

15. Cantor, J. M. (2016, April 8). *Pedophilia and the brain: Conclusions from the second generation of research.* Invited lecture at the 10th annual Risk and Recovery Forensic Conference, Hamilton, Ontario.

16. Cantor, J. M. (2016, April 7). *Hypersexuality without the hyperbole.* Keynote address to the 10th annual Risk and Recovery Forensic Conference, Hamilton, Ontario.

17. Cantor, J. M. (2015, November). *No one asks to be sexually attracted to children: Living in Daniel's World.* Grand Rounds, Centre for Addiction and Mental Health. Toronto, Canada.

18. Cantor, J. M. (2015, August). *Hypersexuality: Getting past whether "it" is or "it" isn't.* Invited address at the 41st annual meeting of the International Academy of Sex Research. Toronto, Canada.

19. Cantor, J. M. (2015, July). *A unified theory of typical and atypical sexual interest in men: Paraphilia, hypersexuality, asexuality, and vanilla as outcomes of a single, dual opponent process.* Invited presentation to the 2015 Puzzles of Sexual Orientation conference, Lethbridge, AL, Canada.

20. Cantor, J. M. (2015, June). *Hypersexuality.* Keynote Address to the Ontario Problem Gambling Provincial Forum. Toronto, Canada.

21. Cantor, J. M. (2015, May). *Assessment of pedophilia: Past, present, future.* Keynote Address to the International Symposium on Neural Mechanisms Underlying Pedophilia and Child Sexual Abuse (NeMUP). Berlin, Germany.

22. Cantor, J. M. (2015, March). *Prevention of sexual abuse by tackling the biggest stigma of them all: Making sex therapy available to pedophiles.* Keynote address to the 40th annual meeting of the Society for Sex Therapy and Research, Boston, MA.

23. Cantor, J. M. (2015, March. *Pedophilia: Predisposition or perversion?* Panel discussion at Columbia University School of Journalism. New York, NY.

24. Cantor, J. M. (2015, February). *Hypersexuality.* Research Day Grand Rounds presentation to Ontario Shores Centre for Mental Health Sciences, Whitby, Ontario, Canada.

25. Cantor, J. M. (2015, January). *Brain research and pedophilia: What it means for assessment, research, and policy.* Keynote address to the inaugural meeting of the Netherlands Association for the Treatment of Sexual Abusers, Utrecht, Netherlands.

26. Cantor, J. M. (2014, December). *Understanding pedophilia and the brain: Implications for safety and society.* Keynote address for The Jewish Community Confronts Violence and Abuse: Crisis Centre for Religious Women, Jerusalem, Israel.

27. Cantor, J. M. (2014, October). *Understanding pedophilia & the brain.* Invited full-day workshop for the Sex Offender Assessment Board of Pennsylvania, Harrisburg, PA.

28. Cantor, J. M. (2014, September). *Understanding neuroimaging of pedophilia: Current status and implications.* Invited lecture presented to the Mental Health and Addition Rounds, St. Joseph's Healthcare, Hamilton, Ontario, Canada.

29. Cantor, J. M. (2014, June). *An evening with Dr. James Cantor.* Invited lecture presented to the Ontario Medical Association, District 11 Doctors' Lounge Program, Toronto, Ontario, Canada.

30. Cantor, J. M. (2014, April). *Pedophilia and the brain.* Invited lecture presented to the University of Toronto Medical Students lunchtime lecture. Toronto, Ontario, Canada.

31. Cantor, J. M. (2014, February). *Pedophilia and the brain: Recap and update.* Workshop presented at the 2014 annual meeting of the Washington State Association for the Treatment of Sexual Abusers, Cle Elum, WA.

32. Cantor, J. M., Lafaille, S., Hannah, J., Kucyi, A., Soh, D., Girard, T. A., & Mikulis, D. M. (2014, February). *Functional connectivity in pedophilia.* Neuropsychiatry Rounds, Toronto Western Hospital, Toronto, Ontario, Canada.

33. Cantor, J. M. (2013, November). *Understanding pedophilia and the brain: The basics, the current status, and their implications.* Invited lecture to the Forensic Psychology Research Centre, Carleton University, Ottawa, Canada.

34. Cantor, J. M. (2013, November). *Mistaking puberty, mistaking hebephilia.* Keynote address presented to the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

35. Cantor, J. M. (2013, October). *Understanding pedophilia and the brain: A recap and update.* Invited workshop presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

36. Cantor, J. M. (2013, October). *Compulsive-hyper-sex-addiction: I don't care what we all it, what can we* do*?* Invited address presented to the Board of Examiners of Sex Therapists and Counselors of Ontario, Toronto, Ontario, Canada.

37. Cantor, J. M. (2013, September). *Neuroimaging of pedophilia: Current status and implications.* McGill University Health Centre, Department of Psychiatry Grand Rounds presentation, Montréal, Québec, Canada.

38. Cantor, J. M. (2013, April). *Understanding pedophilia and the brain.* Invited workshop presented at the 2013 meeting of the Minnesota Association for the Treatment of Sexual Abusers, Minneapolis, MN.

39. Cantor, J. M. (2013, April). *The neurobiology of pedophilia and its implications for assessment, treatment, and public policy.* Invited lecture at the 38th annual meeting of the Society for Sex Therapy and Research, Baltimore, MD.

40. Cantor, J. M. (2013, April). *Sex offenders: Relating research to policy.* Invited roundtable presentation at the annual meeting of the Academy of Criminal Justice Sciences, Dallas, TX.

41. Cantor, J. M. (2013, March). *Pedophilia and brain research: From the basics to the state-of-the-art.* Invited workshop presented to the annual meeting of the Forensic Mental Health Association of California, Monterey, CA.

42. Cantor, J. M. (2013, January). *Pedophilia and child molestation.* Invited lecture presented to the Canadian Border Services Agency, Toronto, Ontario, Canada.

43. Cantor, J. M. (2012, November). *Understanding pedophilia and sexual offenders against children: Neuroimaging and its implications for public safety.* Invited guest lecture to University of New Mexico School of Medicine Health Sciences Center, Albuquerque, NM.

44. Cantor, J. M. (2012, November). *Pedophilia and brain research.* Invited guest lecture to the annual meeting of the Circles of Support and Accountability, Toronto, Ontario, Canada.

45. Cantor, J. M. (2012, January). *Current findings on pedophilia brain research.* Invited workshop at the San Diego International Conference on Child and Family Maltreatment, San Diego, CA.

46. Cantor, J. M. (2012, January). *Pedophilia and the risk to re-offend.* Invited lecture to the Ontario Court of Justice Judicial Development Institute, Toronto, Ontario, Canada.

47. Cantor, J. M. (2011, November). *Pedophilia and the brain: What it means for assessment, treatment, and policy.* Plenary Lecture presented at the Association for the Treatment of Sexual Abusers, Toronto, Ontario, Canada.

48. Cantor, J. M. (2011, July). *Towards understanding contradictory findings in the neuroimaging of pedophilic men.* Keynote address to 7th annual conference on Research in Forensic Psychiatry, Regensberg, Germany.

49. Cantor, J. M. (2011, March). *Understanding sexual offending and the brain: Brain basics to the state of the art.* Workshop presented at the winter conference of the Oregon Association for the Treatment of Sexual Abusers, Oregon City, OR.

50. Cantor, J. M. (2010, October). *Manuscript publishing for students.* Workshop presented at the 29th annual meeting of the Association for the Treatment of Sexual Abusers, Phoenix, AZ.

51. Cantor, J. M. (2010, August). *Is sexual orientation a paraphilia?* Invited lecture at the International Behavioral Development Symposium, Lethbridge, Alberta, Canada.

52. Cantor, J. M. (2010, March). *Understanding sexual offending and the brain: From the basics to the state of the art.* Workshop presented at the annual meeting of the Washington State Association for the Treatment of Sexual Abusers, Blaine, WA.

53. Cantor, J. M. (2009, January). *Brain structure and function of pedophilia men.* Neuropsychiatry Rounds, Toronto Western Hospital, Toronto, Ontario.

54. Cantor, J. M. (2008, April). *Is pedophilia caused by brain dysfunction?* Invited address to the University-wide Science Day Lecture Series, SUNY Oswego, Oswego, NY.

55. Cantor, J. M., Kabani, N., Christensen, B. K., Zipursky, R. B., Barbaree, H. E., Dickey, R., Klassen, P. E., Mikulis, D. J., Kuban, M. E., Blak, T., Richards, B. A., Hanratty, M. K., & Blanchard, R. (2006, September). *MRIs of pedophilic men.* Invited presentation at the 25th annual meeting of the Association for the Treatment of Sexual Abusers, Chicago.

56. Cantor, J. M., Blanchard, R., & Christensen, B. K. (2003, March). *Findings in and implications of neuropsychology and epidemiology of pedophilia.* Invited lecture at the 28th annual meeting of the Society for Sex Therapy and Research, Miami.

57. Cantor, J. M., Christensen, B. K., Klassen, P. E., Dickey, R., & Blanchard, R. (2001, July). *Neuropsychological functioning in pedophiles.* Invited lecture presented at the 27th annual meeting of the International Academy of Sex Research, Bromont, Canada.

58. Cantor, J. M., Blanchard, R., Christensen, B., Klassen, P., & Dickey, R. (2001, February). *First glance at IQ, memory functioning and handedness in sex offenders.* Lecture presented at the Forensic Lecture Series, Centre for Addiction and Mental Health, Toronto, Ontario, Canada.

59. Cantor, J. M. (1999, November). *Reversal of SSRI-induced male sexual dysfunction: Suggestions from an animal model.* Grand Rounds presentation at the Allan Memorial Institute, Royal Victoria Hospital, Montréal, Canada.

## PAPER PRESENTATIONS AND SYMPOSIA

1. Cantor, J. M. (2020, April). "I'd rather have a trans kid than a dead kid": Critical assessment of reported rates of suicidality in trans kids. *Paper presented at the annual meeting of the Society for the Sex Therapy and Research.* Online in lieu of in person meeting.

2. Stephens, S., Lalumière, M., Seto, M. C., & Cantor, J. M. (2017, October). *The relationship between sexual responsiveness and sexual exclusivity in phallometric profiles.* Paper presented at the annual meeting of the Canadian Sex Research Forum, Fredericton, New Brunswick, Canada.

3. Stephens, S., Cantor, J. M., & Seto, M. C. (2017, March). *Can the SSPI-2 detect hebephilic sexual interest?* Paper presented at the annual meeting of the American-Psychology Law Society Annual Meeting, Seattle, WA.

4. Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2015, October). *Victim choice polymorphism and recidivism.* Symposium Presentation. Paper presented at the 34th annual meeting of the Association for the Treatment of Sexual Abusers, Montréal, Canada.

5. McPhail, I. V., Hermann, C. A., Fernane, S. Fernandez, Y., Cantor, J. M., & Nunes, K. L. (2014, October). *Sexual deviance in sexual offenders against children: A meta-analytic review of phallometric research.* Paper presented at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

6. Stephens, S., Seto, M. C., Cantor, J. M., & Goodwill, A. M. (2014, October). *Is hebephilic sexual interest a criminogenic need?: A large scale recidivism study.* Paper presented at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

7. Stephens, S., Seto, M. C., Cantor, J. M., & Lalumière, M. (2014, October). *Development and validation of the Revised Screening Scale for Pedophilic Interests (SSPI–2).* Paper presented at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

8. Cantor, J. M., Lafaille, S., Hannah, J., Kucyi, A., Soh, D., Girard, T. A., & Mikulis, D. M. (2014, September). *Pedophilia and the brain: White matter differences detected with DTI.* Paper presented at the 13th annual meeting of the International Association for the Treatment of Sexual Abusers, Porto, Portugal.

9. Stephens, S., Seto, M., Cantor, J. M., Goodwill, A. M., & Kuban, M. (2014, March). *The role of hebephilic sexual interests in sexual victim choice.* Paper presented at the annual meeting of the American Psychology and Law Society, New Orleans, LA.

10. McPhail, I. V., Fernane, S. A., Hermann, C. A., Fernandez, Y. M., Nunes, K. L., & Cantor, J. M. (2013, November). *Sexual deviance and sexual recidivism in sexual offenders against children: A meta-analysis.* Paper presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

11. Cantor, J. M. (2013, September). *Pedophilia and the brain: Current MRI research and its implications.* Paper presented at the 21st annual World Congress for Sexual Health, Porto Alegre, Brazil. [Featured among Best Abstracts, top 10 of 500.]

12. Cantor, J. M. (Chair). (2012, March). *Innovations in sex research.* Symposium conducted at the 37th annual meeting of the Society for Sex Therapy and Research, Chicago.

13. Cantor, J. M., & Blanchard, R. (2011, August). fMRI versus phallometry in the diagnosis of pedophilia and hebephilia. In J. M. Cantor (Chair), *Neuroimaging of men's object*

*preferences.* Symposium presented at the 37th annual meeting of the International Academy of Sex Research, Los Angeles, USA.

14. Cantor, J. M. (Chair). (2011, August). *Neuroimaging of men's object preferences.* Symposium conducted at the 37th annual meeting of the International Academy of Sex Research, Los Angeles.

15. Cantor, J. M. (2010, October). A meta-analysis of neuroimaging studies of male sexual arousal. In S. Stolerú (Chair), *Brain processing of sexual stimuli in pedophilia: An application of functional neuroimaging.* Symposium presented at the 29th annual meeting of the Association for the Treatment of Sexual Abusers, Phoenix, AZ.

16. Chivers, M. L., Seto, M. C., Cantor, J. C., Grimbos, T., & Roy, C. (April, 2010). *Psychophysiological assessment of sexual activity preferences in women.* Paper presented at the 35th annual meeting of the Society for Sex Therapy and Research, Boston, USA.

17. Cantor, J. M., Girard, T. A., & Lovett-Barron, M. (2008, November). *The brain regions that respond to erotica: Sexual neuroscience for dummies.* Paper presented at the 51st annual meeting of the Society for the Scientific Study of Sexuality, San Juan, Puerto Rico.

18. Barbaree, H., Langton, C., Blanchard, R., & Cantor, J. M. (2007, October). *The role of age-at-release in the evaluation of recidivism risk of sexual offenders.* Paper presented at the 26th annual meetingof the Association for the Treatment of Sexual Abusers, San Diego.

19. Cantor, J. M., Kabani, N., Christensen, B. K., Zipursky, R. B., Barbaree, H. E., Dickey, R., Klassen, P. E., Mikulis, D. J., Kuban, M. E., Blak, T., Richards, B. A., Hanratty, M. K., & Blanchard, R. (2006, July). *Pedophilia and brain morphology.* Abstract and paper presented at the 32nd annual meeting of the International Academy of Sex Research, Amsterdam, Netherlands.

20. Seto, M. C., Cantor, J. M., & Blanchard, R. (2006, March). *Child pornography offending is a diagnostic indicator of pedophilia.* Paper presented at the 2006 annual meeting of the American Psychology-Law Society Conference, St. Petersburg, Florida.

21. Blanchard, R., Cantor, J. M., Bogaert, A. F., Breedlove, S. M., & Ellis, L. (2005, August). *Interaction of fraternal birth order and handedness in the development of male homosexuality.* Abstract and paper presented at the International Behavioral Development Symposium, Minot, North Dakota.

22. Cantor, J. M., & Blanchard, R. (2005, July). *Quantitative reanalysis of aggregate data on IQ in sexual offenders.* Abstract and poster presented at the 31st annual meeting of the International Academy of Sex Research, Ottawa, Canada.

23. Cantor, J. M. (2003, August). *Sex reassignment on demand: The clinician's dilemma.* Paper presented at the 111th annual meeting of the American Psychological Association, Toronto, Canada.

24. Cantor, J. M. (2003, June). *Meta-analysis of VIQ–PIQ differences in male sex offenders.* Paper presented at the Harvey Stancer Research Day, Toronto, Ontario, Canada.

25. Cantor, J. M. (2002, August). *Gender role in autogynephilic transsexuals: The more things change...* Paper presented at the 110th annual meeting of the American Psychological Association, Chicago.

26. Cantor, J. M., Christensen, B. K., Klassen, P. E., Dickey, R., & Blanchard, R. (2001, June). *IQ, memory functioning, and handedness in male sex offenders.* Paper presented at the Harvey Stancer Research Day, Toronto, Ontario, Canada.

27. Cantor, J. M. (1998, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 106th annual meeting of the American Psychological Association.

28. Cantor, J. M. (1997, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 105th annual meeting of the American Psychological Association.

29. Cantor, J. M. (1997, August). *Convention orientation for lesbian, gay, and bisexual students*. Paper presented at the 105th annual meeting of the American Psychological Association.

30. Cantor, J. M. (1996, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 104th annual meeting of the American Psychological Association.

31. Cantor, J. M. (1996, August). *Symposium: Question of inclusion: Lesbian and gay psychologists and accreditation*. Paper presented at the 104th annual meeting of the American Psychological Association, Toronto.

32. Cantor, J. M. (1996, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 104th annual meeting of the American Psychological Association.

33. Cantor, J. M. (1995, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 103rd annual meeting of the American Psychological Association.

34. Cantor, J. M. (1995, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 103rd annual meeting of the American Psychological Association.

35. Cantor, J. M. (1994, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 102nd annual meeting of the American Psychological Association.

36. Cantor, J. M. (1994, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 102nd annual meeting of the American Psychological Association.

37. Cantor, J. M., & Pilkington, N. W. (1992, August). *Homophobia in psychology programs: A survey of graduate students.* Paper presented at the Centennial Convention of the American Psychological Association, Washington, DC. (ERIC Document Reproduction Service No. ED 351 618)

38. Cantor, J. M. (1991, August). *Being gay and being a graduate student: Double the memberships, four times the problems*. Paper presented at the 99th annual meeting of the American Psychological Association, San Francisco.

# POSTER PRESENTATIONS

1. Klein, L., Stephens, S., Goodwill, A. M., Cantor, J. M., & Seto, M. C. (2015, October). *The psychological propensities of risk in undetected sexual offenders.* Poster presented at the 34th annual meeting of the Association for the Treatment of Sexual Abusers, Montréal, Canada.

2. Pullman, L. E., Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2015, October). *Why are incest offenders less likely to recidivate?* Poster presented at the 34th annual meeting of the Association for the Treatment of Sexual Abusers, Montréal, Canada.

3. Seto, M. C., Stephens, S. M., Cantor, J. M., Lalumiere, M. L., Sandler, J. C., & Freeman, N. A. (2015, August). *The development and validation of the Revised Screening Scale for Pedophilic Interests (SSPI-2).* Poster presentation at the 41st annual meeting of the International Academy of Sex Research. Toronto, Canada.

4. Soh, D. W., & Cantor, J. M. (2015, August). *A peek inside a furry convention.* Poster presentation at the 41st annual meeting of the International Academy of Sex Research. Toronto, Canada.

5. VanderLaan, D. P., Lobaugh, N. J., Chakravarty, M. M., Patel, R., Chavez, S. Stojanovski, S. O., Takagi, A., Hughes, S. K., Wasserman, L., Bain, J., Cantor, J. M., & Zucker, K. J. (2015, August). *The neurohormonal hypothesis of gender dysphoria: Preliminary evidence of cortical surface area differences in adolescent natal females.* Poster presentation at the 31st annual meeting of the International Academy of Sex Research. Toronto, Canada.

6. Cantor, J. M., Lafaille, S. J., Moayedi, M., Mikulis, D. M., & Girard, T. A. (2015, June). *Diffusion tensor imaging (DTI) of the brain in pedohebephilic men: Preliminary analyses.* Harvey Stancer Research Day, Toronto, Ontario Canada.

7. Newman, J. E., Stephens, S., Seto, M. C., & Cantor, J. M. (2014, October). *The validity of the Static-99 in sexual offenders with low intellectual abilities.* Poster presentation at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

8. Lykins, A. D., Walton, M. T., & Cantor, J. M. (2014, June). *An online assessment of personality, psychological, and sexuality trait variables associated with self-reported hypersexual behavior.* Poster presentation at the 30th annual meeting of the International Academy of Sex Research, Dubrovnik, Croatia.

9. Stephens, S., Seto, M. C., Cantor, J. M., Goodwill, A. M., & Kuban, M. (2013, November). *The utility of phallometry in the assessment of hebephilia.* Poster presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago.

10. Stephens, S., Seto, M. C., Cantor, J. M., Goodwill, A. M., & Kuban, M. (2013, October). *The role of hebephilic sexual interests in sexual victim choice.* Poster presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago.

11. Fazio, R. L., & Cantor, J. M. (2013, October). *Analysis of the Fazio Laterality Inventory (FLI) in a population with established atypical handedness.* Poster presented at the 33rd annual meeting of the National Academy of Neuropsychology, San Diego.

12. Lafaille, S., Hannah, J., Soh, D., Kucyi, A., Girard, T. A., Mikulis, D. M., & Cantor, J. M. (2013, August). *Investigating resting state networks in pedohebephiles.* Poster presented at the 29th annual meeting of the International Academy of Sex Research, Chicago.

13. McPhail, I. V., Lykins, A. D., Robinson, J. J., LeBlanc, S., & Cantor, J. M. (2013, August). *Effects of prescription medication on volumetric phallometry output.* Poster presented at the 29th annual meeting of the International Academy of Sex Research, Chicago.

14. Murray, M. E., Dyshniku, F., Fazio, R. L., & Cantor, J. M. (2013, August). *Minor physical anomalies as a window into the prenatal origins of pedophilia.* Poster presented at the 29th annual meeting of the International Academy of Sex Research, Chicago.

15. Sutton, K. S., Stephens, S., Dyshniku, F., Tulloch, T., & Cantor, J. M. (2013, August). *Pilot group treatment for "procrasturbation."* Poster presented at 39th annual meeting of the International Academy of Sex Research, Chicago.

16. Sutton, K. S., Pytyck, J., Stratton, N., Sylva, D., Kolla, N., & Cantor, J. M. (2013, August). *Client characteristics by type of hypersexuality referral: A quantitative chart review.* Poster presented at the 39th annual meeting of the International Academy of Sex Research, Chicago.

17. Fazio, R. L., & Cantor, J. M. (2013, June). *A replication and extension of the psychometric properties of the Digit Vigilance Test.* Poster presented at the 11th annual meeting of the American Academy of Clinical Neuropsychology, Chicago.

18. Lafaille, S., Moayedi, M., Mikulis, D. M., Girard, T. A., Kuban, M., Blak, T., & Cantor, J. M. (2012, July). *Diffusion Tensor Imaging (DTI) of the brain in pedohebephilic men: Preliminary analyses.* Poster presented at the 38th annual meeting of the International Academy of Sex Research, Lisbon, Portugal.

19. Lykins, A. D., Cantor, J. M., Kuban, M. E., Blak, T., Dickey, R., Klassen, P. E., & Blanchard, R. (2010, July). *Sexual arousal to female children in gynephilic men.* Poster presented at the 38th annual meeting of the International Academy of Sex Research, Prague, Czech Republic.

20. Cantor, J. M., Girard, T. A., Lovett-Barron, M., & Blak, T. (2008, July). *Brain regions responding to visual sexual stimuli: Meta-analysis of PET and fMRI studies.* Abstract and poster presented at the 34th annual meeting of the International Academy of Sex Research, Leuven, Belgium.

21. Lykins, A. D., Blanchard, R., Cantor, J. M., Blak, T., & Kuban, M. E. (2008, July). *Diagnosing sexual attraction to children: Considerations for DSM-V.* Poster presented at the 34th annual meeting of the International Academy of Sex Research, Leuven, Belgium.

22. Cantor, J. M., Blak, T., Kuban, M. E., Klassen, P. E., Dickey, R. and Blanchard, R. (2007, October). *Physical height in pedophilia and hebephilia.* Poster presented at the 26th annual meeting of the Association for the Treatment of Sexual Abusers, San Diego.

23. Cantor, J. M., Blak, T., Kuban, M. E., Klassen, P. E., Dickey, R. and Blanchard, R. (2007, August). *Physical height in pedophilia and hebephilia.* Abstract and poster presented at the 33rd annual meeting of the International Academy of Sex Research, Vancouver, Canada.

24. Puts, D. A., Blanchard, R., Cardenas, R., Cantor, J., Jordan, C. L., & Breedlove, S. M. (2007, August). *Earlier puberty predicts superior performance on male-biased visuospatial tasks in men but not women.* Abstract and poster presented at the 33rd annual meeting of the International Academy of Sex Research, Vancouver, Canada.

25. Seto, M. C., Cantor, J. M., & Blanchard, R. (2005, November). *Possession of child pornography is a diagnostic indicator of pedophilia.* Poster presented at the 24th annual meeting of the Association for the Treatment of Sexual Abusers, New Orleans.

26. Blanchard, R., Cantor, J. M., Bogaert, A. F., Breedlove. S. M., & Ellis, L. (2005, July). *Interaction of fraternal birth order and handedness in the development of male homosexuality.* Abstract and poster presented at the 31st annual meeting of the International Academy of Sex Research, Ottawa, Canada.

27. Cantor, J. M., & Blanchard, R. (2003, July). *The reported VIQ–PIQ differences in male sex offenders are artifactual?* Abstract and poster presented at the 29th annual meeting of the International Academy of Sex Research, Bloomington, Indiana.

28. Christensen, B. K., Cantor, J. M., Millikin, C., & Blanchard, R. (2002, February). *Factor analysis of two brief memory tests: Preliminary evidence for modality-specific measurement.* Poster presented at the 30th annual meeting of the International Neuropsychological Society, Toronto, Ontario, Canada.

29. Cantor, J. M., Blanchard, R., Paterson, A., Bogaert, A. (2000, June). *How many gay men owe their sexual orientation to fraternal birth order?* Abstract and poster presented at the International Behavioral Development Symposium, Minot, North Dakota.

30. Cantor, J. M., Binik, Y., & Pfaus, J. G. (1996, November). *Fluoxetine inhibition of male rat sexual behavior: Reversal by oxytocin.* Poster presented at the 26th annual meeting of the Society for Neurosciences, Washington, DC.

31. Cantor, J. M., Binik, Y., & Pfaus, J. G. (1996, June). *An animal model of fluoxetine-induced sexual dysfunction: Dose dependence and time course.* Poster presented at the 28th annual Conference on Reproductive Behavior, Montréal, Canada.

32. Cantor, J. M., O'Connor, M. G., Kaplan, B., & Cermak, L. S. (1993, June). *Transient events test of retrograde memory: Performance of amnestic and unimpaired populations.* Poster presented at the 2nd annual science symposium of the Massachusetts Neuropsychological Society, Cambridge, MA.

Case 3:23-cv-00376   Document 113-3   Filed 05/19/23   Page 172 of 191 PageID #: 1260

# EDITORIAL AND PEER-REVIEWING ACTIVITIES

## Editor-in-Chief
*Sexual Abuse: A Journal of Research and Treatment*            Jan., 2010–Dec., 2014

## Editorial Board Memberships
*Journal of Sexual Aggression*                                 Jan., 2010–Dec., 2021
*Journal of Sex Research, The*                                 Jan., 2008–Aug., 2020
*Sexual Abuse: A Journal of Research and Treatment*            Jan., 2006–Dec., 2019
*Archives of Sexual Behavior*                                  Jan., 2004–Present
*The Clinical Psychologist*                                    Jan., 2004–Dec., 2005

## Ad hoc Journal Reviewer Activity
*American Journal of Psychiatry*
*Annual Review of Sex Research*
*Archives of General Psychiatry*
*Assessment*
*Biological Psychiatry*
*BMC Psychiatry*
*Brain Structure and Function*
*British Journal of Psychiatry*
*British Medical Journal*
*Canadian Journal of Behavioural Science*
*Canadian Journal of Psychiatry*
*Cerebral Cortex*
*Clinical Case Studies*
*Comprehensive Psychiatry*
*Developmental Psychology*
*European Psychologist*
*Frontiers in Human Neuroscience*
*Human Brain Mapping*
*International Journal of Epidemiology*
*International Journal of Impotence Research*
*International Journal of Sexual Health*
*International Journal of Transgenderism*
*Journal of Abnormal Psychology*
*Journal of Clinical Psychology*

*Journal of Consulting and Clinical Psychology*
*Journal of Forensic Psychology Practice*
*Journal for the Scientific Study of Religion*
*Journal of Sexual Aggression*
*Journal of Sexual Medicine*
*Journal of Psychiatric Research*
*Nature Neuroscience*
*Neurobiology Reviews*
*Neuroscience & Biobehavioral Reviews*
*Neuroscience Letters*
*Proceedings of the Royal Society B*
    *(Biological Sciences)*
*Psychological Assessment*
*Psychological Medicine*
*Psychological Science*
*Psychology of Men & Masculinity*
*Sex Roles*
*Sexual and Marital Therapy*
*Sexual and Relationship Therapy*
*Sexuality & Culture*
*Sexuality Research and Social Policy*
*The Clinical Psychologist*
*Traumatology*
*World Journal of Biological Psychiatry*

# GRANT REVIEW PANELS

2017–2021    Member, College of Reviewers, *Canadian Institutes of Health Research,* Canada.

2017    Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2017    Member, International Review Board, Research collaborations on behavioural disorders related to violence, neglect, maltreatment and abuse in childhood and adolescence. *Bundesministerium für Bildung und Forschung [Ministry of Education and Research],* Germany.

2016    Reviewer.  National Science Center [*Narodowe Centrum Nauki*], Poland.

2016    Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2015    Assessor (Peer Reviewer). Discovery Grants Program. *Australian Research Council,* Australia.

2015    Reviewer. *Czech Science Foundation,* Czech Republic.

2015    Reviewer, "Off the beaten track" grant scheme. *Volkswagen Foundation,* Germany.

2015    External Reviewer, Discovery Grants program—Biological Systems and Functions. *National Sciences and Engineering Research Council of Canada*, Canada

2015    Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2014    Assessor (Peer Reviewer).  Discovery Grants Program. *Australian Research Council,* Australia.

2014    External Reviewer, Discovery Grants program—Biological Systems and Functions. *National Sciences and Engineering Research Council of Canada*, Canada.

2014    Panel Member, Dean's Fund—Clinical Science Panel. *University of Toronto Faculty of Medicine*, Canada.

2014    Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2013    Panel Member, Grant Miller Cancer Research Grant Panel. *University of Toronto Faculty of Medicine*, Canada.

| 2013 | Panel Member, Dean of Medicine Fund New Faculty Grant Clinical Science Panel. *University of Toronto Faculty of Medicine,* Canada. |
|------|------|
| 2012 | Board Member, International Review Board, Research collaborations on behavioural disorders related to violence, neglect, maltreatment and abuse in childhood and adolescence (2nd round). *Bundesministerium für Bildung und Forschung [Ministry of Education and Research],* Germany. |
| 2012 | External Reviewer, University of Ottawa Medical Research Fund. *University of Ottawa Department of Psychiatry*, Canada. |
| 2012 | External Reviewer, Behavioural Sciences—B. *Canadian Institutes of Health Research*, Canada. |
| 2011 | Board Member, International Review Board, Research collaborations on behavioural disorders related to violence, neglect, maltreatment and abuse in childhood and adolescence. *Bundesministerium für Bildung und Forschung [Ministry of Education and Research],* Germany. |

# TEACHING AND TRAINING

**PostDoctoral Research Supervision**
**Law & Mental Health Program, Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Dr. Katherine S. Sutton | Sept., 2012–Dec., 2013 |
| Dr. Rachel Fazio | Sept., 2012–Aug., 2013 |
| Dr. Amy Lykins | Sept., 2008–Nov., 2009 |

**Doctoral Research Supervision**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Michael Walton • University of New England, Australia | Sept., 2017–Aug., 2018 |
| Debra Soh • York University | May, 2013–Aug, 2017 |
| Skye Stephens • Ryerson University | April, 2012–June, 2016 |

**Masters Research Supervision**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Nicole Cormier • Ryerson University | June, 2012–present |
| Debra Soh • Ryerson University | May, 2009–April, 2010 |

**Undergraduate Research Supervision**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Kylie Reale • Ryerson University | Spring, 2014 |
| Jarrett Hannah • University of Rochester | Summer, 2013 |
| Michael Humeniuk • University of Toronto | Summer, 2012 |

**Clinical Supervision (Doctoral Internship)**
**Clinical Internship Program, Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Katherine S. Sutton • Queen's University | 2011–2012 |
| David Sylva • Northwestern University | 2011–2012 |
| Jordan Rullo • University of Utah | 2010–2011 |
| Lea Thaler • University of Nevada, Las Vegas | 2010–2011 |
| Carolin Klein • University of British Columbia | 2009–2010 |
| Bobby R. Walling • University of Manitoba | 2009–2010 |

# TEACHING AND TRAINING

**Clinical Supervision (Doctoral- and Masters- level practica)**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Tyler Tulloch • Ryerson University | 2013–2014 |
| Natalie Stratton • Ryerson University | Summer, 2013 |
| Fiona Dyshniku • University of Windsor | Summer, 2013 |
| Mackenzie Becker • McMaster University | Summer, 2013 |
| Skye Stephens • Ryerson University | 2012–2013 |
| Vivian Nyantakyi • Capella University | 2010–2011 |
| Cailey Hartwick • University of Guelph | Fall, 2010 |
| Tricia Teeft • Humber College | Summer, 2010 |
| Allison Reeves • Ontario Institute for Studies in Education/Univ. of Toronto | 2009–2010 |
| Helen Bailey • Ryerson University | Summer, 2009 |
| Edna Aryee • Ontario Institute for Studies in Education/Univ. of Toronto | 2008–2009 |
| Iryna Ivanova • Ontario Institute for Studies in Education/Univ. of Toronto | 2008–2009 |
| Jennifer Robinson • Ontario Institute for Studies in Education/Univ. of Toronto | 2008–2009 |
| Zoë Laksman • Adler School of Professional Psychology | 2005–2006 |
| Diana Mandelew • Adler School of Professional Psychology | 2005–2006 |
| Susan Wnuk • York University | 2004–2005 |
| Hiten Lad • Adler School of Professional Psychology | 2004–2005 |
| Natasha Williams • Adler School of Professional Psychology | 2003–2004 |
| Lisa Couperthwaite • Ontario Institute for Studies in Education/Univ. of Toronto | 2003–2004 |
| Lori Gray, née Robichaud • University of Windsor | Summer, 2003 |
| Sandra Belfry • Ontario Institute for Studies in Education/Univ. of Toronto | 2002–2003 |
| Althea Monteiro • York University | Summer, 2002 |
| Samantha Dworsky • York University | 2001–2002 |
| Kerry Collins • University of Windsor | Summer, 2001 |
| Jennifer Fogarty • Waterloo University | 2000–2001 |
| Emily Cripps • Waterloo University | Summer, 2000 |
| Lee Beckstead • University of Utah | 2000 |

# PROFESSIONAL SOCIETY ACTIVITIES

## OFFICES HELD

| | |
|---|---|
| 2018–2019 | Local Host. Society for Sex Therapy and Research. |
| 2015 | Member, International Scientific Committee, World Association for Sexual Health. |
| 2015 | Member, Program Planning and Conference Committee, Association for the Treatment of Sexual Abusers |
| 2012–2013 | Chair, Student Research Awards Committee, Society for Sex Therapy & Research |
| 2012–2013 | Member, Program Planning and Conference Committee, Association for the Treatment of Sexual Abusers |
| 2011–2012 | Chair, Student Research Awards Committee, Society for Sex Therapy & Research |
| 2010–2011 | Scientific Program Committee, International Academy of Sex Research |
| 2002–2004 | Membership Committee • APA Division 12 (Clinical Psychology) |
| 2002–2003 | Chair, Committee on Science Issues, APA Division 44 |
| 2002 | Observer, Grant Review Committee • Canadian Institutes of Health Research Behavioural Sciences (B) |
| 2001–2009 | Reviewer • APA Division 44 Convention Program Committee |
| 2001, 2002 | Reviewer • APA Malyon-Smith Scholarship Committee |
| 2000–2005 | Task Force on Transgender Issues, APA Division 44 |
| 1998–1999 | Consultant, APA Board of Directors Working Group on Psychology Marketplace |
| 1997 | Student Representative • APA Board of Professional Affairs' Institute on TeleHealth |
| 1997–1998 | Founder and Chair • APA/APAGS Task Force on New Psychologists' Concerns |
| 1997–1999 | Student Representative • APA/CAPP Sub-Committee for a National Strategy for Prescription Privileges |
| 1997–1999 | Liaison • APA Committee for the Advancement of Professional Practice |
| 1997–1998 | Liaison • APA Board of Professional Affairs |
| 1993–1997 | Founder and Chair • APA/APAGS Committee on LGB Concerns |

# PROFESSIONAL SOCIETY ACTIVITIES

## MEMBERSHIPS

2017–2021    Member • *Canadian Sex Research Forum*

2009–Present   Member • *Society for Sex Therapy and Research*

2007–Present   Fellow • *Association for the Treatment and Prevention of Sexual Abuse*

2006–Present   Full Member (elected) • *International Academy of Sex Research*

2006–Present   Research and Clinical Member • *Association for the Treatment and Prevention of Sexual Abuse*

2003–2006    Associate Member (elected) • *International Academy of Sex Research*

2002       Founding Member • CPA Section on Sexual Orientation and Gender Identity

2001–2013    Member • *Canadian Psychological Association* (CPA)

2000–2015    Member • *American Association for the Advancement of Science*

2000–2015    Member • *American Psychological Association* (APA)

              APA Division 12 (Clinical Psychology)

              APA Division 44 (Society for the Psychological Study of LGB Issues)

2000–2020    Member • *Society for the Scientific Study of Sexuality*

1995–2000    Student Member • *Society for the Scientific Study of Sexuality*

1993–2000    Student Affiliate • *American Psychological Association*

1990–1999    Member, American Psychological Association of Graduate Students (APAGS)

# CLINICAL LICENSURE/REGISTRATION

Certificate of Registration, Number 3793
College of Psychologists of Ontario, Ontario, Canada

# AWARDS AND HONORS

**2022 Distinguished Contribution Award**
Association for the Treatment and Prevention of Sexual Abuse (ATSA)

**2011 Howard E. Barbaree Award for Excellence in Research**
Centre for Addiction and Mental Health, Law and Mental Health Program

**2004 fMRI Visiting Fellowship Program at Massachusetts General Hospital**
American Psychological Association Advanced Training Institute and NIH

**1999–2001 CAMH Post-Doctoral Research Fellowship**
Centre for Addiction and Mental Health Foundation and Ontario Ministry of Health

**1998 Award for Distinguished Contribution by a Student**
American Psychological Association, Division 44

**1995 Dissertation Research Grant**
Society for the Scientific Study of Sexuality

**1994–1996 McGill University Doctoral Scholarship**

**1994 Award for Outstanding Contribution to Undergraduate Teaching**
"TA of the Year Award," from the McGill Psychology Undergraduate Student Association

# MAJOR MEDIA
(Complete list available upon request.)

## Feature-length Documentaries
Vice Canada Reports. *Age of Consent.* 14 Jan 2017.
Canadian Broadcasting Company. *I, Pedophile.* Firsthand documentaries. 10 Mar 2016.

## Appearances and Interviews
11 Mar 2020. Ibbitson, John. It is crucial that Parliament gets the conversion-therapy ban right. *The Globe & Mail.*

25 Jan 2020. Ook de hulpvaardige buurman kan verzamelaar van kinderporno zin. *De Morgen.*

3 Nov 2019. Village of the damned. *60 Minutes Australia.*

1 Nov 2019. HÅKON F. HØYDAL. Norsk nettovergriper: – Jeg hater meg selv: Nordmannen laster ned overgrepsmateriale fra nettet – og oppfordrer politiet til å gi amnesti for slike som ham.

10 Oct 2019. Smith, T. Growing efforts are looking at how—or if—#MeToo offenders can be reformed. *National Public Radio.*

29 Sep 2019. Carey, B. Preying on Children: The Emerging Psychology of Pedophiles. *New York Times.*

29 Apr 2019. Mathieu, Isabelle. La poupée qui a troublé les Terre-Neuviens. *La Tribune.*

21 Mar 2019. Pope Francis wants psychological testing to prevent problem priests. But can it really do that? *The Washington Post.*

12 Dec 2018. Child sex dolls: Illegal in Canada, and dozens seized at the border. Ontario Today with Rita Celli. *CBC.*

12 Dec 2018. Celli, R. & Harris, K. Dozens of child sex dolls seized by Canadian border agents. *CBC News.*

27 Apr 2018. Rogers, Brook A. The online 'incel' culture is real–and dangerous. *New York Post.*

25 Apr 2018. Yang, J. Number cited in cryptic Facebook post matches Alek Minassian's military ID: Source. *Toronto Star.*

24 Ap 2018 Understanding 'incel'. *CTV News.*

27 Nov 2017. Carey, B. Therapy for Sexual Misconduct? It's Mostly Unproven. *New York Times.*

14 Nov 2017. Tremonti, A. M. The Current. *CBC.*

9 Nov2017. Christensen, J. Why men use masturbation to harass women. *CNN.* http://www.cnn.com/2017/11/09/health/masturbation-sexual-harassment/index.html

7 Nov 2017. Nazaryan, A. Why is the alt-right obsessed with pedophilia? *Newsweek.*

15 Oct 2017. Ouatik, B. Déscouvre. Pédophilie et science. *CBC Radio Canada.*

12 Oct 2017. Ouatik, B. Peut-on guérir la pédophilie? *CBC Radio Canada.*

11 Sep 2017. Burns, C. The young paedophiles who say they don't abuse children. *BBC News.*

18 Aug 2017. Interview. *National Post Radio.* Sirius XM Canada.

16 Aug 2017. Blackwell, Tom. Man says he was cured of pedophilia at Ottawa clinic: 'It's like a weight that's been lifted': But skeptics worry about the impact of sending pedophiles into the world convinced their curse has been vanquished. *National Post.*

26 Apr 2017. Zalkind, S. Prep schools hid sex abuse just like the catholic church. *VICE.*

24 Apr 2017. Sastre, P. Pédophilie: une panique morale jamais n'abolira un crime. *Slate France.*

12 Feb 2017. Payette, G. Child sex doll trial opens Pandora's box of questions. *CBC News.*

26 Nov 2016. Det morke uvettet ["The unknown darkness"]. *Fedrelandsvennen.*

13 July 2016. Paedophilia: Shedding light on the dark field. *The Economist.*

1 Jul 2016. Debusschere, B. Niet iedereen die kinderporno kijkt, is een pedofiel: De mythes rond pedofilie ontkracht. *De Morgen.*

12 Apr 2016. O'Connor, R. Terence Martin: The Tasmanian MP whose medication 'turned him into a paedophile'. *The Independent.*

8 Mar 2016. Bielski, Z. 'The most viscerally hated group on earth': Documentary explores how intervention can stop pedophiles. *The Globe and Mail.*

1 Mar 2016. Elmhirst, S. What should we do about paedophiles? *The Guardian.*

24 Feb 2016. The man whose brain tumour 'turned him into a paedophile'. *The Independent.*

24 Nov 2015. Byron, T. The truth about child sex abuse. *BBC Two.*

20 Aug 2015. The Jared Fogle case: Why we understand so little about abuse. *Washington Post.*

19 Aug 2015. Blackwell, T. Treat sex offenders for impotence—to keep them out of trouble, Canadian psychiatrist says. *National Post.*

2 Aug 2015. Menendez, J. BBC News Hour. *BBC World Service.*

13 Jul 2015. The nature of pedophilia. *BBC Radio 4.*

9 Jul 2015. The sex-offender test: How a computerized assessment can help determine the fate of men who've been accused of sexually abusing children. *The Atlantic.*

10 Apr 2015. NWT failed to prevent sex offender from abusing stepdaughter again. *CBC News.*

10 Feb 2015. Savage, D. "The ethical sadist." In Savage Love. *The Stranger.*

31 Jan 2015. Begrip voor/van pedofilie [Understanding pedophilia]. *de Volkskrant.*

9 Dec 2014. Carey, B. When a rapist's weapon is a pill. *New York Times.*

1 Dec 2014. Singal, J. Can virtual reality help pedophiles? *New York Magazine.*

17 Nov 2014. Say pedófile, busco aydua. *El Pais.*

4 Sep 2014. Born that way? *Ideas, with Paul Kennedy.* CBC Radio One.

27 Aug 2014. Interrogating the statistics for the prevalence of paedophilia. BBC.

25 Jul 2014. Stephenson, W. The prevalence of paedophilia. *BBC World Service.*

21 Jul 2014. Hildebrandt, A. Virtuous Pedophiles group gives support therapy cannot. *CBC.*

26 Jan 2014. Paedophilia a result of faulty wiring, scientists suggest. *Daily Mail.*

22 Dec 2013. Kane, L. Is pedophilia a sexual orientation? *Toronto Star.*

21 Jul 2013. Miller, L. The turn-on switch: Fetish theory, post-Freud. *New York Magazine.*

1 Jul 2013. Morin, H. Pédophilie: la difficile quête d'une origine biologique. *Le Monde.*

2 Jun 2013. Malcolm, L. The psychology of paedophilia. *Australian National Radio.*

1 Mar 2013. Kay, J. The mobbing of Tom Flanagan is unwarranted and cruel. *National Post.*

6 Feb 2013. Boy Scouts board delays vote on lifting ban on gays. *L.A. Times.*

31 Aug 2012. CNN Newsroom interview with Ashleigh Banfield. *CNN.*

24 Jun 2012. CNN Newsroom interview with Don Lemon. *CNN.*

# EXPERT WITNESS TESTIMONY

| | | | |
|---|---|---|---|
| 1. | 2022 | Bridge v Oklahoma State Dept of Education | Western District, OK |
| 2. | 2022 | Dekker, et al. v Florida Agency for Health Care Admin | Tallahassee, FL |
| 3. | 2022 | Roe v Utah High School Activities Assn. | Salt Lake County, UT |
| 4. | 2022 | A.M. v Indiana Public Schools | Southern District, IN |
| 5. | 2022 | Ricard v Kansas | Geery County, KS |
| 6. | 2022 | Re Commitment of Baunee | Syracuse, NY |
| 7. | 2022 | Hersom & Doe v WVa Health & Human Services | Southern District, WV |
| 8. | 2022 | Eknes-Tucker v Alabama | Montgomery County, AL |
| 9. | 2022 | PFLAG, et al. v Texas | Travis County, TX |
| 10. | 2022 | Doe v Texas | Travis County, TX |
| 11. | 2022 | BPJ v West Virginia Board of Education | Southern District, WV |
| 12. | 2021 | Cross et al. v Loudoun School Board | Loudoun, VA |
| 13. | 2021 | Cox v Indiana Child Services | Child Services, IN |
| 14. | 2021 | Josephson v University of Kentucky | Western District, KY |
| 15. | 2021 | Re Commitment of Michael Hughes (Frye Hearing) | Cook County, IL |
| 16. | 2021 | Arizona v Arnett Clifton | Maricopa County, AZ |
| 17. | 2019 | US v Peter Bright | Southern District, NY |
| 18. | 2019 | Spiegel-Savoie v Savoie-Sexten (Custody Hearing) | Boston, MA |
| 19. | 2019 | Re Commitment of Steven Casper (Frye Hearing) | Kendall County, IL |
| 20. | 2019 | Re Commitment of Inger (Frye Hearing) | Poughkeepsie, NY |
| 21. | 2019 | Canada vs John Fitzpatrick (Sentencing Hearing) | Toronto, ON, Canada |
| 22. | 2018 | Re Commitment of Little (Frye Hearing) | Utica, NY |
| 23. | 2017 | Re Commitment of Nicholas Bauer (Frye Hearing) | Lee County, IL |
| 24. | 2017 | US vs William Leford (Presentencing Hearing) | Warnock, GA |
| 25. | 2015 | Florida v Jon Herb | Naples, FL |
| 26. | 2010 | Re Detention of William Dutcher | Seattle, WA |



**Journal of Sex & Marital Therapy**



ISSN: 0092-623X (Print) 1521-0715 (Online) Journal homepage: https://www.tandfonline.com/loi/usmt20

# Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy

James M. Cantor

**To cite this article:** James M. Cantor (2020) Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy, Journal of Sex & Marital Therapy, 46:4, 307-313, DOI: 10.1080/0092623X.2019.1698481

**To link to this article:** https://doi.org/10.1080/0092623X.2019.1698481

Published online: 14 Dec 2019.

Submit your article to this journal ⧉

Article views: 2055

View related articles ⧉

View Crossmark data ⧉

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=usmt20

JOURNAL OF SEX & MARITAL THERAPY
2020, VOL. 46, NO. 4, 307–313
https://doi.org/10.1080/0092623X.2019.1698481





# Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy

James M. Cantor

Toronto Sexuality Centre, Toronto, Canada

**ABSTRACT**

The American Academy of Pediatrics (AAP) recently published a policy statement: *Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents*. Although almost all clinics and professional associations in the world use what's called the *watchful waiting* approach to helping gender diverse (GD) children, the AAP statement instead rejected that consensus, endorsing *gender affirmation* as the only acceptable approach. Remarkably, not only did the AAP statement fail to include any of the actual outcomes literature on such cases, but it also misrepresented the contents of its citations, which repeatedly said the very opposite of what AAP attributed to them.

The American Academy of Pediatrics (AAP) recently published a policy statement entitled, *Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents* (Rafferty, AAP Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness, 2018). These are children who manifest discontent with the sex they were born as and desire to live as the other sex (or as some alternative gender role). The policy was quite a remarkable document: Although almost all clinics and professional associations in the world use what's called the *watchful waiting* approach to helping transgender and gender diverse (GD) children, the AAP statement rejected that consensus, endorsing only *gender affirmation.* That is, where the consensus is to delay any transitions after the onset of puberty, AAP instead rejected waiting before transition. With AAP taking such a dramatic departure from other professional associations, I was immediately curious about what evidence led them to that conclusion. As I read the works on which they based their policy, however, I was pretty surprised—rather alarmed, actually: These documents simply did not say what AAP claimed they did. In fact, the references that AAP cited as the basis of their policy instead outright contradicted that policy, repeatedly endorsing *watchful waiting.*

The AAP statement was also remarkable in what it left out—namely, the actual outcomes research on GD children. In total, there have been 11 follow-up studies of GD children, of which AAP cited one (Wallien & Cohen-Kettenis, 2008), doing so without actually mentioning the outcome data it contained. The literature on outcomes was neither reviewed, summarized, nor subjected to meta-analysis to be considered in the aggregate—It was merely disappeared. (The list of all existing studies appears in the appendix.) As they make clear, *every* follow-up study of GD children, without exception, found the same thing: Over puberty, the majority of GD children cease to want to transition. AAP is, of course, free to establish whatever policy it likes on

CONTACT James Cantor ✉ jamescantorphd@gmail.com 🏢 Toronto Sexuality Centre, 2 Carlton Street, suite 1820, Toronto, Ontario M5B 1J3, Canada.
© 2019 Taylor & Francis Group, LLC

whatever basis it likes. But any assertion that their policy is based on evidence is demonstrably false, as detailed below.

AAP divided clinical approaches into three types—conversion therapy, watchful waiting, and gender affirmation. It rejected the first two and endorsed *gender affirmation* as the only acceptable alternative. Most readers will likely be familiar already with attempts to use conversion therapy to change sexual orientation. With regard to gender identity, AAP wrote:

> "[C]onversion" or "reparative" treatment models are used to prevent children and adolescents from identifying as transgender or to dissuade them from exhibiting gender-diverse expressions. … Reparative approaches have been proven to be not only unsuccessful[38] but also deleterious and are considered outside the mainstream of traditional medical practice.[29,39–42]

The citations were:

38. Haldeman DC. The practice and ethics of sexual orientation conversion therapy. *J Consult Clin Psychol.* 1994;62(2):221–227.

29. Adelson SL; American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues (CQI). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *J Am Acad Child Adolesc Psychiatry.* 2012;51(9):957–974.

39. Byne W. Regulations restrict practice of conversion therapy. *LGBT Health.* 2016;3(2):97–99.

40. Cohen-Kettenis PT, Delemarrevan de Waal HA, Gooren LJ. The treatment of adolescent transsexuals: changing insights. *J Sex Med.* 2008;5(8):1892–1897.

41. Bryant K. Making gender identity disorder of childhood: historical lessons for contemporary debates. *Sex Res Soc Policy.* 2006;3(3):23–39.

42. World Professional Association for Transgender Health. *WPATH De-Psychopathologisation Statement.* Minneapolis, MN: World Professional Association for Transgender Health; 2010.

AAP's claims struck me as odd because *there are no studies of conversion therapy for gender identity.* Studies of conversion therapy have been limited to *sexual orientation,* and, moreover, to the sexual orientation *of adults,* not to gender identity and not of children in any case. The article AAP cited to support their claim (reference number 38) is indeed a classic and well-known review, but it is a review of sexual orientation research *only.* Neither gender identity, nor even children, received a single mention in it. Indeed, the narrower scope of that article should be clear to anyone reading even just its title: "The practice and ethics of *sexual orientation* conversion therapy" [italics added].

AAP continued, saying that conversion approaches for GD children have already been rejected by medical consensus, citing five sources. This claim struck me as just as odd, however—I recalled associations banning conversion therapy for sexual orientation, but not for gender identity, exactly because there is no evidence for generalizing from adult sexual orientation to childhood gender identity. So, I started checking AAP's citations for that, and these sources too pertained only to sexual orientation, not gender identity (specifics below). What AAP's sources *did* repeatedly emphasize was that:

A. Sexual orientation of adults is unaffected by conversion therapy and any other [known] intervention;

B. Gender dysphoria in childhood before puberty desists in the majority of cases, becoming (cis-gendered) homosexuality in adulthood, again regardless of any [known] intervention; and

C. Gender dysphoria in childhood persisting after puberty tends to persist entirely.

That is, in the context of GD children, it simply makes no sense to refer to externally induced "conversion": The majority of children "convert" to cisgender or "desist" from transgender

*regardless* of any attempt to change them. "Conversion" only makes sense with regard to adult sexual orientation because (unlike childhood gender identity), adult homosexuality never or nearly never spontaneously changes to heterosexuality. Although gender identity and sexual orientation may often be analogous and discussed together with regard to social or political values and to civil rights, they are nonetheless distinct—with distinct origins, needs, and responses to medical and mental health care choices. Although AAP emphasized to the reader that "gender identity is not synonymous with 'sexual orientation'" (Rafferty et al., 2018, p. 3), they went ahead to treat them as such nonetheless.

To return to checking AAP's fidelity to its sources: Reference 29 was a practice guideline from the Committee on Quality Issues of the American Academy of Child and Adolescent Psychiatry (AACAP). Despite AAP applying this source to *gender identity,* AACAP was quite unambiguous regarding their intent to speak to sexual orientation and *only* to sexual orientation*:* "Principle 6. Clinicians should be aware that there is no evidence that *sexual orientation* can be altered through therapy, and that attempts to do so may be harmful. There is no established evidence that change in a predominant, enduring *homosexual* pattern of development is possible. Although sexual fantasies can, to some degree, be suppressed or repressed by those who are ashamed of or in conflict about them, sexual desire is not a choice. However, behavior, social role, and—to a degree—identity and self-acceptance are. Although operant conditioning modifies sexual fetishes, it does not alter *homosexuality.* Psychiatric efforts to alter *sexual orientation* through 'reparative therapy' *in adults* have found little or no change in *sexual orientation,* while causing significant risk of harm to self-esteem" (AACAP, 2012, p. 967, italics added).

Whereas AAP cites AACAP to support gender affirmation as the only alternative for treating GD children, AACAP's actual view was decidedly neutral, noting the lack of evidence: "Given the lack of empirical evidence from randomized, controlled trials of the efficacy of treatment aimed at eliminating gender discordance, the potential risks of treatment, and longitudinal evidence that gender discordance persists in only a small minority of untreated cases arising in childhood, further research is needed on predictors of persistence and desistence of childhood gender discordance as well as the long-term risks and benefits of intervention before any treatment to eliminate gender discordance can be endorsed" (AACAP, 2012, p. 969). Moreover, whereas AAP rejected watchful waiting, what AACAP recommended was: "In general, it is desirable to help adolescents who may be experiencing gender distress and dysphoria to defer sex reassignment until adulthood" (AACAP, 2012, p. 969). So, not only did AAP attribute to AACAP something AACAP never said, but also AAP withheld from readers AACAP's actual view.

Next, in reference 39, Byne (2016) also addressed only sexual orientation, doing so very clearly: "Reparative therapy is a subset of conversion therapies based on the premise that *same-sex attraction* are reparations for childhood trauma. Thus, practitioners of reparative therapy believe that exploring, isolating, and repairing these childhood emotional wounds will often result in reducing *same-sex attractions*" (Byne, 2016, p. 97). Byne does not say this of gender identity, as the AAP statement misrepresents.

In AAP reference 40, Cohen-Kettenis et al. (2008) did finally pertain to gender identity; however, this article never mentions conversion therapy. (!) Rather, in this study, the authors presented that clinic's lowering of their minimum age for cross-sex hormone treatment from age 18 to 16, which they did on the basis of a series of studies showing the high rates of success with this age group. Although it did strike me as odd that AAP picked as support against conversion therapy an article that did not mention conversion therapy, I could imagine AAP cited the article as an example of what the "mainstream of traditional medical practice" consists of (the logic being that conversion therapy falls outside what an 'ideal' clinic like this one provides). However, what this clinic provides is the very *watchful waiting* approach that AAP rejected. The approach

espoused by Cohen-Kettenis (and the other clinics mentioned in the source—Gent, Boston, Oslo, and now formerly, Toronto) is to make puberty-halting interventions available at age 12 because: "[P]ubertal suppression may give adolescents, together with the attending health professional, more time to explore their gender identity, without the distress of the developing secondary sex characteristics. The precision of the diagnosis may thus be improved" (Cohen-Kettenis et al., 2008, p. 1894).

Reference 41 presented a very interesting history spanning the 1960s–1990s about how feminine boys and tomboyish girls came to be recognized as mostly pre-homosexual, and how that status came to be entered into the DSM at the same time as homosexuality was being *removed* from the DSM. Conversion therapy is never mentioned. Indeed, to the extent that Bryant mentions treatment at all, it is to say that treatment is entirely irrelevant to his analysis: "An important omission from the *DSM* is a discussion of the kinds of treatment that GIDC children should receive. (This omission is a general orientation of the DSM and not unique to GIDC)" (Bryant, 2006, p. 35). How this article supports AAP's claim is a mystery. Moreover, how AAP could cite a 2006 history discussing events of the 1990s and earlier to support a claim about the *current* consensus in this quickly evolving discussion remains all the more unfathomable.

Cited last in this section was a one-paragraph press release from the World Professional Association for Transgender Health. Written during the early stages of the American Psychiatric Association's (APA's) update of the DSM, the statement asserted simply that "The WPATH Board of Directors strongly urges the de-psychopathologisation of gender variance worldwide." Very reasonable debate can (and should) be had regarding whether gender dysphoria should be removed from the DSM as homosexuality was, and WPATH was well within its purview to assert that it should. Now that the DSM revision process is years completed however, history has seen that APA ultimately retained the diagnostic categories, rejecting WPATH's urging. This makes AAP's logic entirely backwards: That WPATH's request to depathologize gender dysphoria was *rejected* suggests that it is *WPATH's* view—and therefore the AAP policy—which fall "outside the mainstream of traditional medical practice." (!)

AAP based this entire line of reasoning on their belief that conversion therapy is being used "to prevent children and adolescents from identifying as transgender" (Rafferty et al., 2018, p. 4). That claim is left without citation or support. In contrast, what is said by AAP's sources is "delaying affirmation should *not* be construed as conversion therapy or an attempt to change gender identity" in the first place (Byne, 2016, p. 2). Nonetheless, AAP seems to be doing exactly that: simply relabeling any alternative approach as equivalent to conversion therapy.

Although AAP (and anyone else) may reject (what they label to be) conversion therapy purely on the basis of political or personal values, there is no evidence to back the AAP's stated claim about the existing science on gender identity at all, never mind gender identity of children.

AAP also dismissed the watchful waiting approach out of hand, not citing any evidence, but repeatedly calling it "outdated." The criticisms AAP provided, however, again defied the existing evidence, with even its own sources repeatedly calling watchful waiting the current standard. According to AAP:

> [G]ender affirmation is in contrast to the outdated approach in which a child's gender-diverse assertions are held as "possibly true" until an arbitrary age (often after pubertal onset) when they can be considered valid, an approach that authors of the literature have termed "watchful waiting." This outdated approach does not serve the child because critical support is withheld. Watchful waiting is based on binary notions of gender in which gender diversity and fluidity is pathologized; in watchful waiting, it is also assumed that notions of gender identity become fixed at a certain age. The approach is also influenced by a group of early studies with validity concerns, methodologic flaws, and limited follow-up on children who identified as TGD and, by adolescence, did not seek further treatment ("desisters").[45,47]

The citations from AAP's reference list are:



45. Ehrensaft D, Giammattei SV, Storck K, Tishelman AC, Keo-Meier C. Prepubertal social gender transitions: what we know; what we can learn—a view from a gender affirmative lens. *Int J Transgend.* 2018;19(2):251–268

47. Olson KR. Prepubescent transgender children: what we do and do not know. *J Am Acad Child Adolesc Psychiatry.* 2016;55(3):155–156.e3

I was surprised first by the AAP's claim that watchful waiting's delay to puberty was somehow "arbitrary." The literature, including AAP's sources, repeatedly indicated the pivotal importance of puberty, noting that outcomes strongly diverge at that point. According to AAP reference 29, in "*prepubertal* boys with gender discordance—including many without any mental health treatment—the cross gender wishes usually fade over time and do not persist into adulthood, with only 2.2% to 11.9% continuing to experience gender discordance" (Adelson & AACAP, 2012, p. 963, italics added), whereas "when gender variance with the desire to be the other sex is present *in adolescence,* this desire usually does persist through adulthood" (Adelson & AACAP, 2012, p. 964, italics added). Similarly, according to AAP reference 40, "Symptoms of GID *at prepubertal ages* decrease or even disappear in a considerable percentage of children (estimates range from 80–95%). Therefore, any intervention in childhood would seem premature and inappropriate. However, GID persisting *into early puberty* appears to be highly persistent" (Cohen-Kettenis et al., 2008, p. 1895, italics added). That follow-up studies of prepubertal transition differ from postpubertal transition is the very meaning of non-arbitrary. AAP gave readers exactly the reverse of what was contained in its own sources. If AAP were correct in saying that puberty is an arbitrarily selected age, then AAP will be able to offer another point to wait for with as much empirical backing as puberty has.

Next, it was not clear on what basis AAP could say that watchful waiting withholds support—AAP cited no support for its claim. The people in such programs often receive substantial support during this period. Also unclear is on what basis AAP could already know exactly which treatments are "critical" and which are not—Answering that question is the very purpose of this entire endeavor. Indeed, the logic of AAP's claim appears entirely circular: It is only if one were already pre-convinced that gender affirmation is the only acceptable alternative that would make watchful waiting seem to withhold critical support—What it delays is gender affirmation, the method one has already decided to be critical.

Although AAP's next claim did not have a citation appearing at the end of its sentence, binary notions of gender were mentioned both in references 45 and 47. Specifically, both pointed out that existing outcome studies have been about people transitioning from one sex to the other, rather than from one sex to an in-between status or a combination of masculine/feminine features. Neither reference presented this as a reason to reject the results from the existing studies of complete transition however (which is how AAP cast it). Although it is indeed true that the outcome data have been about complete transition, some future study showing that partial transition shows a different outcome would not invalidate what is known about complete transition. Indeed, data showing that partial transition gives better outcomes than complete transition would, once again, support the watchful waiting approach which AAP rejected.

Next was a vague reference alleging concerns and criticisms about early studies. Had AAP indicated what those alleged concerns and flaws were (or which studies they were), then it would be possible to evaluate or address them. Nonetheless, the argument is a red herring: Because all of the later studies showed the same result as did the early studies, any such allegation is necessarily moot.

Reference 47 was a one-and-a-half page commentary in which the author off-handedly mentions criticisms previously made of three of the eleven outcome studies of GD children, but does not provide any analysis or discussion. The only specific claim was that studies (whether early or late) had limited follow-up periods—the logic being that had outcome researchers lengthened the follow-up period, then people who seemed to have desisted might have returned to the clinic as

cases of "persistence-after-interruption." Although one could debate the merits of that prediction, AAP instead simply withheld from the reader the result from the original researchers having tested that very prediction directly: Steensma and Cohen-Kettenis (2015) conducted another analysis of their cohort, by then ages 19–28 (mean age 25.9 years), and found that 3.3% (5 people of the sample of 150) later returned. That is, in long-term follow-up, the childhood sample showed 66.7% desistence instead of 70.0% desistance.

Reference 45 did not support the claim that watchful-waiting is "outdated" either. Indeed, that source said the very opposite, explicitly referring to watchful waiting as the *current* approach: "Put another way, if clinicians are straying from SOC 7 guidelines for social transitions, not abiding by the watchful waiting model *favored by the standards,* we will have adolescents who have been consistently living in their affirmed gender since age 3, 4, or 5" (Ehrensaft et al., 2018, p. 255). Moreover, Ehrensaft et al. said there are cases in which they too would still use watchful waiting: "When a child's gender identity is unclear, the watchful waiting approach can give the child and their family time to develop a clearer understanding and is not necessarily in contrast to the needs of the child" (p. 259). Ehrensaft et al. are indeed critical of the watchful waiting model (which they feel is applied too conservatively), but they do not come close to the position the AAP policy espouses. Where Ehrensaft summaries the potential benefits and potential risks both to transitioning and not transitioning, the AAP presents an ironically binary narrative.

In its policy statement, AAP told neither the truth nor the whole truth, committing sins both of commission and of omission, asserting claims easily falsified by anyone caring to do any fact-checking at all. AAP claimed, "This policy statement is focused specifically on children and youth that identify as TGD rather than the larger LGBTQ population"; however, much of that evidence was about sexual orientation, not gender identity. AAP claimed, "Current available research and expert opinion from clinical and research leaders … will serve as the basis for recommendations" (pp. 1–2); however, they provided recommendations entirely unsupported and even in direct opposition to that research and opinion.

AAP is advocating for something far in excess of mainstream practice and medical consensus. In the presence of compelling evidence, that is just what is called for. The problems with Rafferty, however, do not constitute merely a misquote, a misinterpretation of an ambiguous statement, or a missing reference or two. Rather, AAP's statement is a systematic exclusion and misrepresentation of entire literatures. Not only did AAP fail to provide compelling evidence, it failed to provide the evidence at all. Indeed, AAP's recommendations are *despite* the existing evidence.

## Disclosure statement

No potential conflict of interest was reported by the author.

## References

Rafferty, J., AAP Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*, *142*(4), e20182162 doi:10.1542/peds.2018-2162

Steensma, T. D., & Cohen-Kettenis, P. T. (2015). More than two developmental pathways in children with gender dysphoria? *Journal of the American Academy of Child and Adolescent Psychiatry*, *52*, 147–148. doi:10.1016/j.jaac.2014.10.016

Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *47*, 1413–1423. doi:10.1097/CHI.0b013e31818956b9



## Appendix

| Count | Group | Study |
|---|---|---|
| 2/16 | gay* | Lebovitz, P. S. (1972). Feminine behavior in boys: Aspects of its outcome. *American Journal of Psychiatry, 128,* 1283–1289. |
| 4/16 | trans-/crossdress | |
| 10/16 | straight*/uncertain | |
| 2/16 | trans- | Zuger, B. (1978). Effeminate behavior present in boys from childhood: Ten additional years of follow-up. *Comprehensive Psychiatry, 19,* 363–369. |
| 2/16 | uncertain | |
| 12/16 | gay | |
| 0/9 | trans- | Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/role: Longitudinal follow-up. *Journal of Pediatric Psychology, 4,* 29–41. |
| 9/9 | gay | |
| 2/45 | trans-/crossdress | Zuger, B. (1984). Early effeminate behavior in boys: Outcome and significance for homosexuality. *Journal of Nervous and Mental Disease, 172,* 90–97. |
| 10/45 | uncertain | |
| 33/45 | gay | |
| 1/10 | trans- | Davenport, C. W. (1986). A follow-up study of 10 feminine boys. *Archives of Sexual Behavior, 15,* 511–517. |
| 2/10 | gay | |
| 3/10 | uncertain | |
| 4/10 | straight | |
| 1/44 | trans- | Green, R. (1987). The "sissy boy syndrome" and the development of homosexuality. New Haven, CT: Yale University Press. |
| 43/44 | cis- | |
| 0/8 | trans- | Kosky, R. J. (1987). Gender-disordered children: Does inpatient treatment help? *Medical Journal of Australia, 146,* 565–569. |
| 8/8 | cis- | |
| 21/54 | trans- | Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry, 47,* 1413–1423. |
| 33/54 | cis- | |
| 3/25 | trans- | Drummond, K. D., Bradley, S. J., Badali-Peterson, M., & Zucker, K. J. (2008). A follow-up study of girls with gender identity disorder. *Developmental Psychology, 44,* 34–45. |
| 6/25 | lesbian/bi- | |
| 16/25 | straight | |
| 17/139 | trans- | Singh, D. (2012). *A follow-up study of boys with gender identity disorder.* Unpublished doctoral dissertation, University of Toronto. |
| 122/139 | cis- | |
| 47/127 | trans- | Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 52,* 582–590. |
| 80/127 | cis- | |

*For brevity, the list uses "gay" for "gay and cis-", "straight" for "straight and cis-", etc.