# EXHIBIT 13

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| L.W., et al., ) | |
| Plaintiffs, ) | |
| v. ) | No. 3:23-cv-00376 |
| ) | Judge Richardson |
| JONATHAN SKRMETTI, et al., ) | |
| Defendants. ) | |

## **DECLARATION OF PRISHA MOSLEY**

I, Prisha Mosley, declare as follows:

1. I am a 25-year-old woman who has suffered severe and lasting injuries because I was subjected to so-called "gender-affirming care" as a minor. This "care" included medical intervention to make my body appear as that of a male.

2. I support the legislation under challenge in this case known as Senate Bill 1.

3. If legislation like Senate Bill 1 had been in place when I was a minor in my home state of North Carolina, I would have been protected from the healthcare providers who irreversibly harmed my body in order to make it look more like a boy's.

4. As a teenager, I suffered from a number of mental health issues, including anorexia, obsessive-compulsive disorder, borderline personality disorder, anxiety, and depression. I also engaged in self-harm and suffered trauma from sexual assault.

5. At age 17, after meeting with me for a matter of minutes, a counselor told me that I was actually a boy and that changing my body to be more like a boy's would fix my mental health issues. Around that same time, a doctor prescribed testosterone for me as "gender-affirming care" to make my body look more like a boy's body.

6. Less than six months later, while I was still 17, a surgeon familiar with breast reduction surgery for women met with me and expressed eagerness in performing gender-affirming "top surgery" on me. At age 18, the surgeon performed a double mastectomy, removing my healthy breasts.

7. These healthcare providers, whom I trusted to take care of me, misled me into believing that changing my body to look more like a boy's body would solve my mental/psychological problems.

8. As a result of these healthcare providers' actions, I have suffered severe and lasting injuries. These injuries are both psychological and physical in nature.

9. My body did not develop the way it should have and does not function normally. I am unable to nurse a child and I do not know if I will be able to conceive and give birth to a child.

10. I suffer from chronic pain and a host of additional medical issues and psychological and emotional anguish as a result of the medical and surgical abuse that I was led into by the healthcare providers who were supposed to take care of me.

11. I feel strongly that what happened to me should not have happened, and it should not happen to anyone else. That is why I support Senate Bill 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/19/2023_____.
                     Date

___s/Prisha Mosley_____
Prisha Mosley