IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., *by and through her parents and next friends, Samantha Williams and Brian Williams*, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>JONATHAN SKRMETTI, *in his official capacity as the Tennessee Attorney General and Reporter*, et al.,<br><br>    Defendants. | No. 3:23-cv-00376<br>JUDGE RICHARDSON<br>JUDGE NEWBERN |

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED EXHIBIT IN SUPPORT OF THEIR RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUCTION

Defendants Jonathan Skrmetti, in his official capacity as Tennessee Attorney General and Reporter, Tennessee Department of Health ("TDH"), Ralph Alvarado, in his official capacity as Commissioner of TDH, Tennessee Board of Medical Examiners ("BME"), Melanie Blake, in her official capacity as President of BME, Stephen Lloyd, in his official capacity as Vice President of BME, Randall E. Pearson, Phyllis E. Miller, Samantha McLerran, Keith G. Anderson, Deborah Christiansen, John W. Hale, John J. McGraw, Robert Ellis, James Diaz-Barriga, and Jennifer Claxton, all in their official capacities as members of BME, and Logan Grant, in his official capacity as Executive Director of the Tennessee Health Facilities Commission (collectively "Defendants"), by and through counsel, move under Local Rule 5.03 to file under seal an unredacted version of Exhibit 7 offered in support of their Response in Opposition to Plaintiffs' Motion for Preliminary Injunction.

The Expert Declaration of Michael K. Laidlaw, M.D. (Exhibit 7) includes an analysis of Plaintiffs' medical information. Pursuant to the Protective Order entered in this matter, Plaintiffs'

medical information is confidential information that must be filed under seal. (ECF No. 87, ¶ 16.) Pursuant to Local Rule 5.03, Defendants provide notice that filing a public, unredacted version of this exhibit is impracticable as it would violate the Protective Order in this case. Defendants have filed a redacted version of Exhibit 7 on the docket that shields public view of those portions of the exhibit that contain confidential information.

For the reasons stated, Defendants respectfully request that this motion be granted and that an unredacted version of Exhibit 7 be formally filed under seal and considered in support of their Response in Opposition to Plaintiffs' Motion for Preliminary Injunction.

Dated: May 19, 2023

Respectfully submitted,

*/s/ Steven J. Griffin*

| | |
|---|---|
| ADAM K. MORTARA (BPR# 40089) | STEVEN J. GRIFFIN (BPR# 40708) |
| Lawfair LLC | Assistant Attorney General |
| 40 Burton Hills Blvd., Suite 200 | CLARK L. HILDABRAND (BPR# 38199) |
| Nashville, TN 37215 | Deputy Chief of Staff & Senior Counsel |
| (773) 750-7154 | TRENTON MERIWETHER (BPR# 38577) |
| mortara@lawfairllc.com | Assistant Attorney General |
| | RYAN N. HENRY (BPR# 40028) |
| CAMERON T. NORRIS (BPR# 33467) | Assistant Attorney General |
| TIFFANY H. BATES (pro hac vice) | BROOKE A. HUPPENTHAL (BPR# 40276) |
| Consovoy McCarthy PLLC | Assistant Attorney General |
| 1600 Wilson Blvd., Suite 700 | Office of the Tennessee Attorney General |
| Arlington, VA 22209 | P.O. Box 20207 |
| (703) 243-9423 | Nashville, Tennessee 37202 |
| cam@consovoymccarthy.com | (615) 741-959 |
| tiffany@consovoymccarthy.com | steven.griffin@ag.tn.gov |
| | clark.hildabrand@ag.tn.gov |
| *Counsel for Defendants* | trenton.meriwether@ag.tn.gov |
| | ryan.henry@ag.tn.gov |
| | brooke.huppenthal@ag.tn.gov |

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
| --- | --- |
| Stella Yarbrough<br>Lucas Cameron-Vaughn<br>Jeff Preptit<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Tel.: 615-320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Joshua A. Block<br>Chase Strangio<br>American Civil Liberties Union Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel.: 212-549-2593<br>jblock@aclu.org<br>cstrangio@aclu.org<br><br>Sruti J. Swaminathan<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Tel.: 212-809-8585<br>sswaminathan@lambdalegal.org<br><br>Avatara A. Smith-Carrington<br>Lambda Legal Defense and Education Fund, Inc.<br>1776 K Street N.W., 8th Floor<br>Washington DC 20006<br>Tel.: 202-804-6245<br>asmithcarrington@lambdalegal.org<br><br>Tara Borelli<br>Lambda Legal Defense and Education Fund, Inc. | Plaintiffs L.W., Samantha Williams, Brian Williams, John Doe, Jane Doe, James Doe, Ryan Doe, Rebecca Doe, and Susan N. Lacy |

| | |
|---|---|
| 1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Tel.: 404-897-1880<br>tborelli@lambdalegal.org<br><br>Joseph L. Sorkin<br>Dean L. Chapman, Jr.<br>Kristen W. Chin<br>Richard J. D'Amato<br>Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel.: 212-872-1000<br>jsorkin@akingump.com<br>dchapman@akingump.com<br>kristen.chin@akingump.com<br>rdamato@akingump.com<br>jsalwen@akingump.com<br>Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Tel.: 214-969-2800<br>edscott@akingump.com<br><br>Christopher J. Gessner<br>David Bethea<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, DC 20006<br>Tel.: 202-887-4000<br>cgessner@akingump.com<br>dbethea@akingump.com | |
| Ellen B. McIntyre<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>ellen.bowden2@usdoj.gov<br><br>Rascoe S. Dean<br>Assistant United States Attorney<br>719 Church Street, Suite 33<br>Nashville, TN 37203<br>(615) 736-5151 | Proposed Intervenor-Plaintiff United States of America |

| | |
|---|---|
| rascoe.dean@usdoj.gov<br><br>Alyssa C. Lareau<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br><br>Coty Montag<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2222<br>Coty.Montag@usdoj.gov<br><br>Gloria Yi<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 616-3975<br>Gloria.Yi@usdoj.gov<br><br>Tamica Daniel<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 598-9636<br>Tamica.Daniel@usdoj.gov | |

/s/ *Steven J. Griffin*
STEVEN J. GRIFFIN (BPR# 40708)
Assistant Attorney General
*Counsel for Defendants*