IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al.,<br><br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.,<br><br>Defendants. | **Civil No. 3:23-cv-00376**<br><br>**Judge Richardson**<br><br>**Judge Newbern** |

**PLAINTIFFS' MOTION TO EXTEND TIME TO FILE AND EXCEED PAGE LIMIT IN THEIR REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, Plaintiffs respectfully request a six-day extension of time to file their reply in support of their *Motion for Preliminary Injunction* [ECF No. 21] (the "Preliminary Injunction Motion"). Plaintiffs also move for leave to exceed five pages, for a total of ten pages, in their reply in support of the Preliminary Injunction Motion. These requests are for good cause, and Plaintiffs state as follows in support of the requests:

Plaintiffs filed their Preliminary Injunction Motion and supporting memorandum on April 21, 2023, which were served on Defendants along with the Complaint on April 24, 2023 [ECF

Nos. 21, 33]. On April 26, 2023, the Court issued an order stating, among other things, that, pursuant to Local Rule 7.01(a)(3), Defendants' response to the Preliminary Injunction Motion was due no later than May 8, 2023 [ECF No. 36]. On May 1, 2023, Defendants filed their *Motion to Reset Briefing Schedule and Consolidate Preliminary Injunction Hearing with Trial on the Merits* [ECF No. 74]. On May 2, 2023, the Court issued an order extending Defendants' time to respond to the Preliminary Injunction Motion to May 15, 2023 [ECF No. 75]. On May 9, 2023, Defendants filed their *Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion for Preliminary Injunction* [ECF No. 91], which the Court granted on May 10, 2023, extending Defendants' time to file their response to May 19, 2023 [ECF No. 94]. Defendants filed their response in opposition on May 19, 2023 [ECF No. 112] (the "Opposition"), along with twenty exhibits totaling over 1,100 pages [ECF No. 113]. Plaintiffs' current deadline to submit a reply brief in support of the Preliminary Injunction Motion is May 26, 2023.

**Extension of time**: Plaintiffs respectfully request that the deadline to submit their reply brief be extended by six days to June 1, 2023 (which six-day period includes the Memorial Day weekend). An extension will not inappropriately or excessively delay the proceedings or cause unfair prejudice as the Health Care Ban will go into effect on July 1, 2023. Further, this minimal extension is warranted given the complexity of the issues raised in the Complaint, the Preliminary Injunction Motion, and the Opposition, as well as the time needed to review the 1,100 pages of exhibits Defendants attached to their Opposition. No case management order has yet been entered, and an extension will not impact the original case management conference scheduled for June 20, 2023 [ECF No. 4].

**Extension of page limit**: Plaintiffs respectfully move the Court for leave to exceed five pages in their reply in support of the Preliminary Injunction Motion. Given the complexity of

issues in this case, Plaintiffs ask that the Court allow them to include five additional pages in their reply, for a total of ten pages.

Counsel for Plaintiffs has conferred with counsel for Defendants, and Defendants have advised that they take no position on this motion.

Accordingly, Plaintiffs respectfully submit that their motion for a six-day extension of time to file their reply in support of the Preliminary Injunction Motion on June 1, 2023 and to file five additional pages, for a total of ten pages, thereto should be GRANTED.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 22, 2023

s/ *Stella Yarbrough*
Stella Yarbrough, BPR No. 033637
Lucas Cameron-Vaughn, BPR No. 036284
Jeff Preptit, BPR No. 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org
*Attorneys for the Plaintiffs*

Joshua A. Block*
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel.: 212-549-2593
jblock@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Sruti J. Swaminathan*
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY 10005
Tel.: 212-809-8585
sswaminathan@lambdalegal.org
*Attorney for the Plaintiffs*

Tara Borelli*
Lambda Legal Defense and Education Fund, Inc.
1 West Court Square, Ste. 105
Decatur, GA 30030
Tel.: 404-897-1880
tborelli@lambdalegal.org
*Attorney for the Plaintiffs*

*admitted pro hac vice

Respectfully submitted,

Joseph L. Sorkin*
Dean L. Chapman, Jr.*
Kristen W. Chin*
Theodore J. Salwen*
Richard J. D'Amato*
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel.: 212-872-1000
jsorkin@akingump.com
dchapman@akingump.com
kristen.chin@akingump.com
jsalwen@akingump.com
rdamato@akingump.com
*Attorneys for the Plaintiffs*

Elizabeth D. Scott*
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Tel.: 214-969-2800
edscott@akingump.com
*Attorney for the Plaintiffs*

Christopher J. Gessner*
David Bethea*
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Tel.: 202-887-4000
cgessner@akingump.com
dbethea@akingump.com
*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2023, the undersigned filed the foregoing Plaintiffs' Motion to Extend Time to File and Exceed Page Limit in Their Reply in Support of Their Motion for Preliminary Injunction via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| | |
|---|---|
| Steven J. Griffin<br>Clark L. Hildabrand<br>Trenton Meriwether<br>Ryan N. Henry<br>Brooke A. Huppenthal<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 3720<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>clark.hildabrand@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Tamica Daniel<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 598-9636<br>Tamica.Daniel@usdoj.gov |
| Adam K. Mortara<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com | Alyssa C. Lareau<br>Coty Montag<br>Gloria Yi<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br>Coty.Montag@usdoj.gov<br>Gloria.Yi@usdoj.gov |

| | |
|---|---|
| Cameron T. Norris (BPR# 33467)<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com | Ellen Bowden McIntyre<br>Rascoe S. Dean<br>U.S. Attorney's Office (Nashville)<br>719 Church Street<br>Suite 3300<br>Nashville, TN 37203<br>(615) 736-2125<br>(615) 401-6626 (fax)<br>ellen.bowden2@usdoj.gov<br>rascoe.dean@usdoj.gov |

s/ *Stella Yarbrough*
Stella Yarbrough, BPR No. 033637
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org