UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| L.W., ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-00376 |
| | ) | JUDGE RICHARDSON |
| JONATHAN SKRMETTI, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A telephonic status conference is scheduled for **Wednesday, May 24, 2023 at 8:30 a.m. (CST)** to discuss the possibility of a potential preliminary injunction hearing. The Court regrets the short notice but finds it prudent to hold such conference immediately. Presumably the two sides would prefer to have as many attorneys as possible on the call for their side, but the Court requires each side to have on the call only the attorney(s) necessarily to state each side's preferences in terms of the timing, length and other logistics of a preliminary injunction hearing that potentially could be held in June.

Counsel may access the conference call by dialing 877-402-9757. When prompted, enter the access code of 3785916 followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE