*The motion is granted.*
*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al.,<br><br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.,<br><br>Defendants. | **Civil No. 3:23-cv-00376**<br><br>**Judge Richardson**<br><br>**Judge Newbern** |

### PLAINTIFFS' MOTION TO EXTEND TIME TO FILE AND EXCEED PAGE LIMIT IN THEIR REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, Plaintiffs respectfully request a six-day extension of time to file their reply in support of their *Motion for Preliminary Injunction* [ECF No. 21] (the "Preliminary Injunction Motion"). Plaintiffs also move for leave to exceed five pages, for a total of ten pages, in their reply in support of the Preliminary Injunction Motion. These requests are for good cause, and Plaintiffs state as follows in support of the requests:

Plaintiffs filed their Preliminary Injunction Motion and supporting memorandum on April 21, 2023, which were served on Defendants along with the Complaint on April 24, 2023 [ECF