IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al.,<br>*by and through her parents and next friends, Samantha Williams and Brian Williams*<br><br>    Plaintiffs,<br><br>v.<br><br>JONATHAN SKRMETTI et al.,<br><br>    Defendants. | NO. 3:23-cv-00376<br>JUDGE RICHARDSON |

## ORDER

As discussed on the telephonic conference call that took place today, May 24, 2023, on which counsel for each party was present, a preliminary injunction hearing is scheduled for 8:30 A.M. (CDT) on June 23, 2023. However, as expressed during the conference, the Court may cancel the hearing if upon receipt of the Defendants' response to the United States' motion for a preliminary injunction (Doc. No. 40) and Plaintiffs' reply in support of their motion for a preliminary injunction (Doc. No. 21), the Court finds a hearing unnecessary to resolve the pending preliminary injunction motions (Doc. Nos. 21 and 40). Assuming, however, that the hearing is held on June 23, the hearing will be limited to evidence going to the following issues related to the requirement of irreparable harm: (i) the extent to which, and for what reasons, the minor Plaintiffs (and their parents) have or have not made preparations to obtain relevant treatment outside of Tennessee in case the requested preliminary injunction is denied; and (ii) the extent to which, and for what reasons, relevant treatment would or would not be available for Plaintiffs at Vanderbilt University Medical Center during the pendency of a preliminary injunction were one to be issued

by this Court. The Court will advise the parties of its decision on whether the hearing will be cancelled, no later than June 5, 2023.

    IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE