IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| L.W., *by and through parents and next friends, Samantha Williams and Brian Williams*, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:23-cv-00376 JUDGE RICHARDSON JUDGE NEWBERN |
| and | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | |
| JONATHAN SKRMETTI et al., | ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF-INTERVENOR'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, Defendants respectfully move to extend the deadline for filing a responsive pleading to Plaintiff-Intervenor's Complaint In Intervention until 21 days following the entry of the Court's anticipated order on Plaintiff-Intervenor's Motion for a Preliminary Injunction. Defendants show the following in support of this Motion.

1.      Plaintiff-Intervenor filed a proposed Complaint In Intervention (Doc. 38-2) on April 26, 2023. The Court entered an order granting Plaintiff-Intervenor's Motion to Intervene on May 17, 2023 (Doc. 108).

2.      Defendants are in the process of preparing their response in opposition to Plaintiff-Intervenor's Motion for Preliminary Injunction (Doc. 40), which was filed alongside

1

Plaintiff-Intervenor's proposed Complaint In Intervention.  Defendants' deadline for responding to the Plaintiff-Intervenor's Motion for Preliminary Injunction is currently set for May 31, 2023.

3.      Defendants anticipate that information gathered during the preliminary injunction process, and the Court's ruling on the same, may affect their response to Plaintiff-Intervenor's Complaint In Intervention.

4.      Accordingly, Defendants request an extension of their deadline for filing a responsive pleading until 21 days after the Court has ruled on Plaintiff-Intervenor's pending preliminary injunction motion.

5.      The requested extension will not interfere with the current case management schedule, and it will not cause any unfair prejudice to any other party.  The Court previously granted (Doc. 104) Defendants' similar unopposed motion to extend their time to respond to Plaintiffs' Complaint.

6.      Counsel for Defendants has conferred with counsel for Plaintiff-Intervenor and counsel for Plaintiffs.  Counsel for Plaintiff-Intervenor and counsel for Plaintiffs have represented that they do not oppose the relief requested.

For all these reasons, Defendants respectfully request the Court grant their motion to extend their deadline for filing a responsive pleading until 21 days after this Court rules on Plaintiff-Intervenor's Motion for Preliminary Injunction.

Dated: May 24, 2023

Respectfully submitted,

/s/ Clark L. Hildabrand

ADAM K. MORTARA (BPR# 40089)
Lawfair LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

CAMERON T. NORRIS (BPR# 33467)
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
*Counsel for Defendants*

STEVEN J. GRIFFIN (BPR# 40708)
Assistant Attorney General
CLARK L. HILDABRAND (BPR# 38199)
Senior Counsel
TRENTON MERIWETHER (BPR# 38577)
Assistant Attorney General
RYAN N. HENRY (BPR# 40028)
Assistant Attorney General
BROOKE A. HUPPENTHAL (BPR# 40276)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 253-5642
steven.griffin@ag.tn.gov
clark.hildabrand@ag.tn.gov
trenton.meriwether@ag.tn.gov
ryan.henry@ag.tn.gov
brooke.huppenthal@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Stella Yarbrough<br>Lucas Cameron-Vaughn<br>Jeff Preptit<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Tel.: 615-320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Joshua A. Block<br>Chase Strangio<br>American Civil Liberties Union Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel.: 212-549-2593<br>jblock@aclu.org<br>cstrangio@aclu.org<br><br>Sruti J. Swaminathan<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Tel.: 212-809-8585<br>sswaminathan@lambdalegal.org<br><br>Tara Borelli<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Tel.: 404-897-1880<br>tborelli@lambdalegal.org | Plaintiffs L.W., Samantha Williams, Brian Williams, John Doe, Jane Doe, James Doe, Ryan Doe, Rebecca Doe, and Susan N. Lacy |

4

| | |
|---|---|
| Joseph L. Sorkin<br>Dean L. Chapman, Jr.<br>Kristen W. Chin<br>Richard J. D'Amato<br>Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel.: 212-872-1000<br>jsorkin@akingump.com<br>dchapman@akingump.com<br>kristen.chin@akingump.com<br>rdamato@akingump.com<br>jsalwen@akingump.com<br><br>Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Tel.: 214-969-2800<br>edscott@akingump.com<br><br>Christopher J. Gessner<br>David Bethea<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, DC 20006<br>Tel.: 202-887-4000<br>cgessner@akingump.com<br>dbethea@akingump.com | |
| Ellen B. McIntyre<br>Rascoe Dean<br>U.S. Attorney's Office for the Middle District<br>of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>ellen.bowden2@usdoj.gov<br>rascoe.dean@usdog.gov<br><br>Alyssa C. Lareau<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530 | Plaintiff-Intervenor United States of America |

| | |
|---|---|
| (202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br><br>Coty Montag<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2222<br>Coty.Montag@usdoj.gov<br><br>Gloria Yi<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 616-3975<br>Gloria.Yi@usdoj.gov<br><br>Tamica Daniel<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 598-9636<br>Tamica.Daniel@usdoj.gov | |

*/s/ Clark L. Hildabrand*⎯⎯⎯⎯⎯⎯⎯
CLARK L. HILDABRAND (BPR# 38199)
Senior Counsel

*Counsel for Defendants*