IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., *by and through parents and next friends, Samantha Williams and Brian Williams*, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 3:23-cv-00376<br>) JUDGE RICHARDSON<br>) JUDGE NEWBERN |
| and | ) |
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff-Intervenor, | )<br>) |
| v. | )<br>) |
| JONATHAN SKRMETTI et al., | )<br>) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF-INTERVENOR'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, Defendants respectfully move for a one-day extension of their deadline to respond to Plaintiff-Intervenor's Motion for a Preliminary Injunction, currently set for May 31, 2023. Good cause exists to grant a one (1) day extension of the deadline, up to and including June 1, 2023, which will not prejudice any party or this Court. Various counsel for the State are traveling for the Memorial Day holiday. And undersigned counsel has a previous family commitment out of state on May 31, 2023, that predates this lawsuit.

Counsel for Defendants has conferred with counsel for the United States and Private Plaintiffs. Neither the United States nor Private Plaintiffs oppose this motion.

1

Therefore, Defendants respectfully ask the Court to enter an Order Granting its motion and extending Defendants' time to respond to Plaintiff-Intervenor's Motion for a Preliminary Injunction to June 1, 2023.

Dated: May 26, 2023

Respectfully submitted,

/s/ Clark L. Hildabrand

| | |
|---|---|
| ADAM K. MORTARA (BPR# 40089) | STEVEN J. GRIFFIN (BPR# 40708) |
| Lawfair LLC | Assistant Attorney General |
| 40 Burton Hills Blvd., Suite 200 | CLARK L. HILDABRAND (BPR# 38199) |
| Nashville, TN 37215 | Senior Counsel |
| (773) 750-7154 | TRENTON MERIWETHER (BPR# 38577) |
| mortara@lawfairllc.com | Assistant Attorney General |
| | RYAN N. HENRY (BPR# 40028) |
| CAMERON T. NORRIS (BPR# 33467) | Assistant Attorney General |
| Consovoy McCarthy PLLC | BROOKE A. HUPPENTHAL (BPR# 40276) |
| 1600 Wilson Blvd., Suite 700 | Assistant Attorney General |
| Arlington, VA 22209 | Office of the Tennessee Attorney General |
| (703) 243-9423 | P.O. Box 20207 |
| cam@consovoymccarthy.com | Nashville, Tennessee 37202 |
| *Counsel for Defendants* | (615) 253-5642 |
| | steven.griffin@ag.tn.gov |
| | clark.hildabrand@ag.tn.gov |
| | trenton.meriwether@ag.tn.gov |
| | ryan.henry@ag.tn.gov |
| | brooke.huppenthal@ag.tn.gov |

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Stella Yarbrough<br>Lucas Cameron-Vaughn<br>Jeff Preptit<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Tel.: 615-320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Joshua A. Block<br>Chase Strangio<br>American Civil Liberties Union Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel.: 212-549-2593<br>jblock@aclu.org<br>cstrangio@aclu.org<br><br>Sruti J. Swaminathan<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Tel.: 212-809-8585<br>sswaminathan@lambdalegal.org<br><br>Tara Borelli<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Tel.: 404-897-1880<br>tborelli@lambdalegal.org<br><br>Joseph L. Sorkin | Plaintiffs L.W., Samantha Williams, Brian Williams, John Doe, Jane Doe, James Doe, Ryan Doe, Rebecca Doe, and Susan N. Lacy |

| | |
|---|---|
| Dean L. Chapman, Jr.<br>Kristen W. Chin<br>Richard J. D'Amato<br>Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel.: 212-872-1000<br>jsorkin@akingump.com<br>dchapman@akingump.com<br>kristen.chin@akingump.com<br>rdamato@akingump.com<br>jsalwen@akingump.com<br><br>Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Tel.: 214-969-2800<br>edscott@akingump.com<br><br>Christopher J. Gessner<br>David Bethea<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, DC 20006<br>Tel.: 202-887-4000<br>cgessner@akingump.com<br>dbethea@akingump.com | |
| Ellen B. McIntyre<br>Rascoe Dean<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>ellen.bowden2@usdoj.gov<br>rasco.dean@usdoj.gov<br><br>Alyssa C. Lareau<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530 | Plaintiff-Intervenor United States of America |

| | |
|---|---|
| (202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br><br>Coty Montag<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2222<br>Coty.Montag@usdoj.gov<br><br>Gloria Yi<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 616-3975<br>Gloria.Yi@usdoj.gov<br><br>Tamica Daniel<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 598-9636<br>Tamica.Daniel@usdoj.gov | |

                                                                         */s/ Clark L. Hildabrand*_____
                                                                          CLARK L. HILDABRAND (BPR# 38199)
                                                                          Senior Counsel

                                                                          *Counsel for Defendants*