> The motion is granted.
> *Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., *by and through parents and next friends, Samantha Williams and Brian Williams*, et al., | |
| Plaintiffs, | No. 3:23-cv-00376 |
| and | JUDGE RICHARDSON |
| UNITED STATES OF AMERICA, | JUDGE NEWBERN |
| Plaintiff-Intervenor, | |
| v. | |
| JONATHAN SKRMETTI et al., | |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF-INTERVENOR'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, Defendants respectfully move for a one-day extension of their deadline to respond to Plaintiff-Intervenor's Motion for a Preliminary Injunction, currently set for May 31, 2023. Good cause exists to grant a one (1) day extension of the deadline, up to and including June 1, 2023, which will not prejudice any party or this Court. Various counsel for the State are traveling for the Memorial Day holiday. And undersigned counsel has a previous family commitment out of state on May 31, 2023, that predates this lawsuit.

Counsel for Defendants has conferred with counsel for the United States and Private Plaintiffs. Neither the United States nor Private Plaintiffs oppose this motion.