# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNEESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; RYAN ROE, by and through his parent and next friend, Rebecca Roe; REBECCA ROE; and SUSAN N. LACY, on behalf of herself and her patients, | Case No. 3:23-cv-00376<br><br>District Judge Richardson<br><br>Magistrate Judge Newbern |

                       Plaintiffs,

and

UNITED STATES OF AMERICA,

                     Plaintiff-Intervenor,

      v.

JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter; TENNESSEE DEPARTMENT OF HEALTH; RALPH ALVARADO, in his official capacity as the Commissioner of the Tennessee Department of Health; TENNESSEE BOARD OF MEDICAL EXAMINERS; MELANIE BLAKE, in her official capacity as the President of the Tennessee Board of Medical Examiners; STEPHEN LOYD, in his official capacity as Vice President of the Tennessee Board of Medical Examiners; RANDALL E. PEARSON, PHYLLIS E. MILLER, SAMANTHA MCLERRAN, KEITH G. ANDERSON, DEBORAH CHRISTIANSEN, JOHN W. HALE, JOHN J. MCGRAW, ROBERT ELLIS, JAMES DIAZ-BARRIGA, and JENNIFER CLAXTON, in their official capacities as members of the Tennessee Board of Medical Examiners; and LOGAN GRANT, in his official capacity as the Executive Director of the Tennessee Health Facilities Commission,

                     Defendants.

**PLAINTIFF-INTERVENOR UNITED STATES' MOTION TO EXTEND TIME TO FILE
AND EXCEED PAGE LIMIT IN ITS REPLY IN SUPPORT OF ITS MOTION FOR A
PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, Plaintiff-Intervenor United States respectfully moves for a four-day extension of time—from June 8, 2023 to June 12, 2023—to file its reply in further support of its Motion for a Preliminary Injunction. ECF 111 (setting deadline for the United States' reply as seven days after service of Defendants' response); ECF 126 (granting Defendants' request to file their response by June 1, 2023). The United States also seeks leave to exceed five pages, for a total of ten pages, in its reply memorandum. These requests are for good cause, will not cause prejudice, and will not inappropriately delay proceedings.

The United States respectfully requests a limited four-day extension of time to submit its reply memorandum and for excess pages in order to fully address the issues raised in the United States' motion for preliminary injunction (ECF 40), Defendants' opposition to Private Plaintiffs' Motion for Preliminary Injunction filed on May 9, 2023, which exceeds over 1,000 pages with attachments (ECF 112-13), and additional briefing that is forthcoming. Specifically, Private Plaintiffs' reply memorandum in support of their motion for a preliminary injunction and Defendants' opposition to the United States' motion for preliminary injunction are both respectively due on June 1, 2023. ECF 118, 126.

The United States' request for a limited extension and excess pages for its reply memorandum is especially necessary since it will be the final opportunity to address the issues raised in the preliminary injunction motions. As the Court stated during the May 24, 2023 conference, there will not be oral argument concerning either of the preliminary injunction motions and any preliminary injunction hearing will be limited to specific issues regarding the Private Plaintiffs. *See* ECF 122. The United States' requested extension will not impact any

1

scheduled dates, including the June 5, 2023 date by which the Court will determine whether a preliminary injunction hearing will be necessary and the June 23, 2023 date designated for the hearing, if any. The United States has conferred with counsel for Defendants and Private Plaintiffs on this request, and Defendants do not oppose this motion and Private Plaintiffs consent to this motion.

## CONCLUSION

For the foregoing reasons, the Court should grant the United States' request for a four-day extension of time to file its reply in further support of its motion for a Preliminary Injunction and to file five additional pages, for a total of ten pages.

Dated: May 31, 2023

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

s/ *Rascoe Dean*
RASCOE DEAN
B.P.R. # 034209
ELLEN BOWDEN MCINTYRE
B.P.R. #023133
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Facsimile: (615) 401-6626
Email: Rascoe.Dean@usdoj.gov
Email: Ellen.Bowden2@usdoj.gov

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief, Federal Coordination and
Compliance Section

COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and
Compliance Section

s/ *Gloria Yi*
TAMICA DANIEL (DC Bar No. 995891)
Trial Attorney
Housing and Civil Enforcement Section
GLORIA YI (NY Bar No. 4873824)
ALYSSA C. LAREAU (DC Bar No. 494881)
Trial Attorneys
Federal Coordination and Compliance Section
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 514-4721
Tamica.Daniel@usdoj.gov

2

Gloria.Yi@usdoj.gov
Alyssa.Lareau@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

## CERTIFICATE OF SERVICE

I certify that on May 31, 2023, a true and correct copy of the foregoing was served via the

Court's CM/ECF system, if registered.

| | |
|---|---|
| Tara L. Borelli, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Suite 105<br>Decatur, GA 30030<br>Email: tborelli@lambdalegal.org | Sruti J. Swaminathan, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Email: sswaminathan@lambdalegal.org |
| Chase Strangio, Esq.<br>Joshua A. Block, Esq.<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>Email: cstrangio@aclu.org<br>Email: jblock@aclu.org | Stella Yarbrough<br>American Civil Liberties Union of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Email: syarbrough@aclu-tn.org |
| Jeff Preptit, Esq.<br>Lucas Cameron-Vaughn, Esq.<br>ACLU (Nashville Office)<br>P.O. Box 120160<br>Nashville, TN 37212<br>Email: jpreptit@aclu-tn.org<br>Email: lucas@aclu-tn.org | Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Email: edscott@akingump.com |
| Christopher J. Gessner, Esq.<br>David Bethea, Esq.<br>Akin, Gump, Strauss, Hauer & Feld LLC<br>(DC Office)<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: cgessner@akingump.com<br>Email: dbethea@akingump.com | Dean L. Chapman Jr.<br>Joseph L. Sorkin, Esq.<br>Kristen W. Chin, Esq.<br>Richard J. D'Amato, Esq.<br>Theodore James Salwen, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Email: dchapman@akingump.com<br>Email: jsorkin@akingump.com<br>Email: kristen.chin@akingump.com<br>Email: rdamato@akingump.com<br>Email: jsalwen@akingump.com |

| | |
|---|---|
| Steven J. Griffin, Esq.<br>Trenton M. Meriwether, Esq.<br>Clark L. Hildabrand, Esq.<br>Ryan N. Henry, Esq.<br>Brooke A. Huppenthal, Esq.<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>Email: steven.griffin@ag.tn.gov<br>Email: Trenton.meriweather@ag.tn.gov<br>Email: clark.hildabrand@ag.tn.gov<br>Email: ryan.henry@ag.tn.gov<br>Email: brooke.huppenthal@ag.tn.gov | Cameron T. Norris, Esq.<br>Tiffany H. Bates, Esq.<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste 700<br>Arlington, VA 22209<br>Email: cam@consovoymccarthy.com<br>Email: tiffany@consovoymccarthy.com |
| Adam Karl Mortara, Esq.<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>Email: mortara@lawfairllc.com | |

s/ *Gloria Yi*
Gloria Yi
Trial Attorney