**STATE OF TENNESSEE**

# Office of the Attorney General



**JONATHAN SKRMETTI**
ATTORNEY GENERAL AND REPORTER

P.O. BOX 20207, NASHVILLE, TN 37202
TELEPHONE (615)741-3491
FACSIMILE (615)741-2009

May 19, 2023

**Via Hand-Delivery**

Office of the Clerk
United States District Court
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, TN 37203

      RE:    *L.W., et al. vs. Skrmetti, et al.*
               3:23-cv-376

Dear Clerk:

Pursuant to Administrative Order No. 205, please accept for conventional filing in the above-referenced matter the enclosed flash drive containing the following exhibits to Docket Entry No. 113 (Notice of Filing in reference to Defendants' Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction to be filed May 19, 2023):

| | |
|---|---|
| Exhibit 1-B | Brady, C., Cyperski, M., Romano, M., *PATH to Affirmative Medical Care for Transgender/Gender Diverse (TGD) Youth* |
| Exhibit 1-D | Video of Shayne S. Taylor, M.D., Medicine Grand Rounds, 2018 |
| Exhibit 1-E | Video of Ellen W. Clayton, M.D. |
| Exhibit 1-G | Taylor, Shayne S., *Caring for the Transgender Patient: With little evidence; but a lot of love.* |

If you have any questions, please do not hesitate to let me know.

                                        Sincerely,

                                        */s/ Ryan N. Henry*

Ryan N. Henry
Assistant Attorney General
Office of the Tennessee Attorney General
500 Dr. Martin Luther King, Jr. Blvd.
Nashville, TN 37243
(615) 532-2935
ryan.henry@ag.tn.gov

2

Case 3:23-cv-00376   Document 129   Filed 05/19/23   Page 2 of 2 PageID #: 2268