> The motion is granted.
> *Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al., <br><br> *Plaintiffs*, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> *Plaintiff-Intervenor* <br><br> v. <br><br> JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al., <br><br> *Defendants*. | Civil No. 3:23-cv-00376 <br><br> **Judge Richardson** <br><br> **Judge Newbern** |

**PLAINTIFFS' MOTION TO FURTHER EXCEED PAGE LIMIT IN THEIR REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs respectfully move for additional leave to exceed the five-page limit, for a total of twelve pages, in their reply in support of the Preliminary Injunction Motion. This request is for good cause, and Plaintiffs state as follows in support of the requests:

On May 22, 2023, Plaintiffs filed their *Motion to Extend Time to File and Exceed Page Limit in Their Reply in Support of Their Motion for Preliminary Injunction* [ECF No. 116], which the Court granted on May 23, 2023, extending Plaintiffs' time to file their response to June 1, 2023, and permitting Plaintiffs to file a reply brief of up to ten pages [ECF No. 118].

Given the large number of discrete issues that must be addressed in reply—including the Minor Plaintiffs' standing, Provider Plaintiff's standing, irreparable harm, the appropriate level of review to apply to Plaintiffs' Equal Protection claims, rebutting Defendants' experts' declarations,