IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al., *by and through her parents and next friends, Samantha Williams and Brian Williams* | ) ) ) ) |
| Plaintiffs, | ) NO. 3:23-cv-00376 ) JUDGE RICHARDSON ) ) |
| v. | ) ) |
| JONATHAN SKRMETTI et al., | ) |
| Defendants. | |

# ORDER

On May 31, 2023, the Court entered an Order regarding several exhibits that were filed in support of Defendants' response in opposition (Doc. No. 112) to Plaintiffs' motion for a preliminary injunction (Doc. No. 21) and were labeled as "Conventionally Filed." Chambers has now received these exhibits. Accordingly, the Clerk is directed to **STRIKE** Docket No. 130 from the record.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE