# EXHIBIT A



**Dr. Aron Janssen**
@LGBTDoc

Colorado Springs was an oppressive place to live as a young queer person. We received messages from everywhere - school, focus on the family, our politicians - that we were wrong, that we were damaged, that we were sinful and prideful and not to be spoken of. It gave me hope when I had heard Club Q had opened, not far from where I went to high school.

We don't get to pretend that our politicians and pundits that make political pawns of queer and trans youth and adults don't bear responsibility for this. The constant drumbeat of our existence being a threat needs to end. We should never have to fear the precious few queer spaces we have.

5:54 AM · 11/21/22 from Earth

3 Retweets  11 Likes