# EXHIBIT B

# TENNESSEE GENERAL ASSEMBLY

# HOUSE BILL 0001



VETERAN COURT REPORTING
D. Rochelle Koenes, RPR, LCR
veterancourtreporting@gmail.com
(931) 919-8932

## Page 1

LEGISLATIVE HISTORY - TENNESSEE GENERAL ASSEMBLY
_____

VIDEO RECORDINGS

of

House Bill No. 1

_____

Veteran Court Reporting
veterancourtreporting@gmail.com
D. Rochelle Koenes, RPR, LCR
P.O. Box 3593
Clarksville, Tennessee 37043
(931)919-8932

## Page 2

I N D E X

|   | PAGE |
|---|---|
| January 31, 2023<br>Health Subcommittee | 3 |
| February 8, 2023<br>Health Subcommittee | 59 |
| February 15, 2023<br>Civil Justice Committee | 129 |
| February 16, 2023<br>Calendar and Rules Committee | 159 |
| February 23, 2023<br>House Floor Session<br>9th Legislative Day | 161 |

## Page 3

\* \* \*

IN THE HOUSE HEALTH COMMITTEE
TENNESSEE GENERAL ASSEMBLY

January 31, 2023

(WHEREUPON, On the above date, there came up for consideration in the House Health Committee of the Tennessee General Assembly, House Bill 0001, sponsored by Representative Lamberth and others. Discussion pertaining to this bill was as follows):

CHAIRMAN (Representative Hawk): Leader Lamberth?

The final bill on the calendar today, that is House Bill 1 by Leader Lamberth. Leader Lamberth, you are recognized on the piece of legislation.

We have a motion and a second.

REPRESENTATIVE LAMBERTH: Thank you, Mr. Chairman, and there is an amendment that makes the bill?

CHAIRMAN (Representative Hawk): Thank you very much.

We do have several amendments that

## Page 4

we'll deal with and take some brief explanation on the amendments. I would like to get the amend- -- excuse me -- the bill and the amendments in the proper position to vote on the legislation eventually.

So we've got -- Amendment Number 1 is Drafting Code 2913.

Do we have a motion on that?

We have a motion.

We have a second.

Leader Lamberth, you are recognized on Amendment Number 1.

REPRESENTATIVE LAMBERTH: Yes, Mr. Chairman. And if I may, since this makes the bill, with your permission I have somewhat of a lengthier description of this than I normally would.

Thank you, Mr. Chairman.

CHAIRMAN (Representative Hawk): You are recognized.

REPRESENTATIVE LAMBERTH: Members of the Committee, there is a growing social contagion of gender dysphoria. Cases of gender dysphoria among American teens have risen dramatically in the last five years, almost certainly due in part to social media glorifying the process of transitioning. The

Page 21

1  Mr. Chairman, I got several questions
2  so can we do the back-and-forth as well?
3     CHAIRMAN (Representative Hawk):  The
4  chair will entertain that unless it gets out of
5  hand.
6     REPRESENTATIVE LAMBERTH:  He's met us
7  before.
8     REPRESENTATIVE MITCHELL:  So I want to
9  break this down into two areas.  You know, areas
10 where, you know, we can possibly agree on certain
11 parts of your bill and other areas where we can't.
12 And one area -- let's -- let's just start with the
13 surgical part.  So you're saying -- you know, so I'm
14 mischaracterizing your bill -- so what surgeries are
15 you prohibiting and just go ahead -- tell me what
16 surgeries you are prohibiting?
17    CHAIRMAN (Representative Hawk):  Leader
18 Lamberth, you're recognized.
19    REPRESENTATIVE LAMBERTH:  Thank you,
20 Mr. Chairman.  Medical procedure means -- on page 4
21 -- "surgically removing, modifying, altering, or
22 entering into tissues, cavities, or organs of a
23 human being or prescribing or administering or
24 dispensing any puberty blockers or hormones to a
25 human being."

Page 22

1     And it goes on to that, under
2  prohibitions on page 5, "a health care provider
3  should not knowingly perform to offer -- or offer
4  to perform on a minor or administer or offer to
5  administer to a minor a medical procedure as
6  previously defined, if the performance or
7  administration of the procedure is for the purpose
8  of enabling a minor to identify with or live as a
9  purported identity inconsistent with the minor's
10 sex or treating purported discomfort or distress
11 from the discordance between the minor's sex and a
12 certain identity."
13    Then it goes under there to lay out
14 some additional subsections.
15    REPRESENTATIVE MITCHELL:  Okay.  So I
16 can I think we can agree there because that's not
17 happening.  So that's just not happening.  There is
18 zero record of any -- any genitalia surgery at any
19 major medical facility in Nashville.  I don't know
20 if it's happening somewhere else.
21    CHAIRMAN (Representative Hawk):  Leader
22 Lamberth, a chance to respond.  Leader Lamberth,
23 you're recognized.
24    REPRESENTATIVE LAMBERTH:  If I may, sir,
25 with all due respect, I've spoken directly with

Page 23

1  medical providers that have conducted double
2  mastectomies on young ladies and there is -- whether
3  you're cutting off body parts of a young lady or a
4  young gentleman --
5     REPRESENTATIVE MITCHELL:  Did you
6  hear -- did you hear what I said?  I said
7  "genitalia."
8     REPRESENTATIVE LAMBERTH:  Sir, with all
9  due respect, regardless of what parts of the body --
10    REPRESENTATIVE MITCHELL:  Okay.  But --
11    REPRESENTATIVE LAMBERTH:  I do not
12 consider one more important than the other.
13    REPRESENTATIVE MITCHELL:  Well, I'm
14 trying to get a part where we can agree.  If you
15 will listen to the medical terms --
16    CHAIRMAN (Representative Hawk):
17 Gentleman, this is not the direction we're going to
18 go.  Okay?  We're not going to go this back and
19 forth.
20    Representative Mitchell, if you've got
21 a question, we will ask the question now and we're
22 going to clean the slate and start over again.
23    REPRESENTATIVE MITCHELL:  Okay.  All
24 right.
25    CHAIRMAN (Representative Hawk):  So

Page 24

1  Representative Mitchell, you are recognized.
2     REPRESENTATIVE MITCHELL:  So I will make
3  it simple.  Okay.  There has been no surgery below
4  the belt of a male or female at a major medical
5  facility in Nashville, Tennessee.
6     Now, there has been, last year or the
7  year before -- and we spoke about this -- there
8  were five cases where a child qualified for the
9  mastectomy if they so choose.  I don't know if any
10 of those five happened between the ages of 16 and
11 18, but that -- it's very small.
12    So if, you know, we want to ban those
13 surgeries, so be it.  But I just wanted to get on
14 record that the other is not happening.  So we can
15 ban that.  We can ban what's not happening.  I
16 don't guess it's going to matter.
17    So now let's go on to the other part,
18 which I think is the most harmful to --
19    CHAIRMAN (Representative Hawk):  Excuse
20 me.  Representative Mitchell.
21    Leader Lamberth you are recognized.
22    REPRESENTATIVE MITCHELL:  All right.
23    REPRESENTATIVE LAMBERTH:  Thank you
24 Mr. Chairman.
25    To my friend from Davidson County, one,

Page 177

or not. So if we're out to protect children from unnecessary medical surgical procedures under the age of 18, this is the amendment to do that. But also in the committee, I also heard we need -- these children need to be comfortable in their body. And the word -- you got to hear what I said: "These children."

So I don't know what "these children" were referring to, which group? Instead of all children, we were talking about "these children" need to be comfortable in their body. So I'm just bringing this amendment to, you know, clarify "these" means all. And unless we're specifying a group and we're picking out a group, which would be unconstitutional -- I know we wouldn't be doing that. So I'm bringing this so all surgical procedures, cosmetic surgeries are banned.

Thank you.

UNIDENTIFIED SPEAKER: (Inaudible. Off microphone.)

CHAIRMAN (Representative Sexton): All right. He renews his motion.

Representative Mitchell moves adoption of Amendment Number 5.

Properly seconded.

Page 178

Any discussion on the amendment?

Chairman Faison, you're recognized.

REPRESENTATIVE FAISON: Thank you, Mr. Speaker.

Members, Mr. Speaker, this amendment has zero to do with the intent of this bill. There's nothing in this bill that has anything to do with that and with that I move Amendment Number 5 to the table.

CHAIRMAN (Representative Sexton): That's a proper motion.

Properly seconded.

The parliamentary situation is Representative Mitchell has moved adoption of Amendment Number 5.

Representative Faison has moved that motion to the table. That cuts off all of the debate except for that of the sponsor.

Representative Mitchell, you're recognized.

REPRESENTATIVE MITCHELL: Thank you, Mr. Speaker.

Perfect. He said it for me again. He said that this has nothing to do with protecting children. We're going after "these children." He

Page 179

said it. You heard him say it. It has nothing to do with protecting children from unnecessary medical procedures.

You know, they can get their -- you know, breast enhancements. They can get their nose jobs. They can get their tummy tucks. That's okay but "these children" can't have any medical procedures -- "these children."

You know, the one -- the one intent of this amendment is not for you to pass it. I know you're not going pass it. This is for putting it on the record for when this goes to court. "These children" will have to be addressed and that's going to be the winning argument.

Thank you.

CHAIRMAN (Representative Sexton): Parliamentary situation is Representative Mitchell has moved adoption of Amendment Number 5.

Representative Faison has moved that motion to the table. We are voting on the tabling motion.

All of those in favor, vote "aye" when the bell rings; those opposed, vote "no."

Has every member voted?

Does any member wish to change your

Page 180

vote?

Powers, aye.

Russell, aye.

Doggett, aye.

Mr. Clerk, please take the vote.

MR. CLERK: Ayes, 73; 19, nays.

CHAIRMAN (Representative Sexton): The "ayes" have it. The motion to adopt Amendment Number 5 is tabled.

The next amendment, Mr. Clerk.

MR. CLERK: Mr. Speaker, that brings the House back to the heel of the amendments, House Health Committee Amendment Number 1.

CHAIRMAN (Representative Sexton): Chairman Terry, you are recognized.

REPRESENTATIVE TERRY: Thank you, Mr. Speaker. Move to withdraw.

CHAIRMAN (Representative Sexton): Without objection, withdrawn.

Next amendment, Mr. Clerk?

MR. CLERK: House Civil Justice Committee Amendment Number 1 filed as House Amendment 2. The same as Amendment Number 3.

CHAIRMAN (Representative Sexton): Chairman Farmer, you're recognized.