# EXHIBIT D

**Dr. Aron Janssen**
@LGBTDoc



A letter to my daughters. #RoeVsWade

Dear A&B,

Its June 24th, 2022 and the world has changed. You live in a world where your dads' get to raise you and love you and dream of everything for you. Where your dads can imagine that nothing can or will stop you both from achieving anything. Where your dads fight for that every day. And as of today, we also live in a world in which 4 men and 1 woman have decided that you deserve less.

How do we reconcile this? How do we even begin to have this conversation? It's arbitrary. It's unfair. It's capricious.

You come from a long line of strong women. Women who used "no" as fuel to build a better society. They should never have had to have heard no as often as they did, and they fought hard so you wouldn't have to either. But now you will have to understand that our government has decided that you are less than; that you don't deserve the same rights as men; that you deserve to hear no again and again and again.

It's the job of your dads to help you learn an important ideal. "Fuck that." Nobody gets to tell you no. You are powerful and you are strong and you are worthy and we will fight with everything we have to make sure you both understand that. And we all must fight, everyone of us, to help every person understand they are more than what some Supreme Court justices think they are.

12:39 PM · 6/24/22 from Earth

**1** Retweet  **2** Likes

Dear A&B,

It's June 24th, 2022 and the world has changed. You live in a world where your dads' get to raise you and love you and dream of everything for you. Where your dads can imagine that nothing can or will stop you both from achieving anything. Where your dads fight for that every day. And as of today, we also live in a world in which 4 men and 1 woman have decided that you deserve less.

How do we reconcile this? How do we even begin to have this conversation? It's arbitrary. It's unfair. It's capricious.

You come from a long line of strong women. Women who used "no" as fuel to build a better society. They should never have had to have heard no as often as they did, and they fought hard so you wouldn't have to either. But now you will have to understand that our government has decided that you are less than; that you don't deserve the same rights as men; that you deserve to hear no again and again and again.

It's the job of your dads to help you learn an important ideal. "Fuck that." Nobody gets to tell you no. You are powerful and you are strong and you are worthy and we will fight with everything we have to make sure you both understand that. And we all must fight, everyone of us, to help every person understand they are more than what some Supreme Court justices think they are.