Exhibit A



## STATE OF TENNESSEE
## OFFICE OF ATTORNEY GENERAL AND REPORTER

**IN THE MATTER OF:**

| | |
|---|---|
| **The investigation of** | ) |
| **VANDERBILT UNIVERSITY MEDICAL** | ) |
| **CLINIC FOR TRANSGENDER** | ) |
| **HEALTH and affiliated entities or** | ) |
| **providers** | ) **CIVIL INVESTIGATIVE DEMAND** |
| | ) |

IN LITIGATION OR CONTEMPLATED LITIGATION PURSUANT TO
TENN. CODE ANN. §§ 71-5-181 TO -185

TO:    VUMC Center for Transgender Health
7060-B Highway 70 South
Nashville, TN

This Civil Investigative Demand ("CID") is to investigate possible violations of the

Tennessee Medicaid False Claims Act, Tenn. Code Ann. §§ 71-5-181 to -185. Pursuant to Tenn.

Code Ann. § 8-6-401, there is reasonable cause to indicate the State of Tennessee will be a party

litigant.

This CID is issued pursuant to Tenn. Code Ann. §§ 8-6-401 to -408 and is subject to

enforcement and possible sanctions upon failure to comply. In accordance with Tenn. Code Ann. §

8-6-407, all testimony or materials obtained by the Attorney General pursuant to this CID are

confidential and shall not be publicly divulged by the Office of the Attorney General and Reporter

except in the discharge of the duties of the office or in legal proceedings in which the state is a party.

Disclosure of protected health information under this CID is permitted in response to legitimate law enforcement inquiry pursuant to 45 C.F.R §§ 164.103 and 164.512(f).

PLEASE TAKE NOTICE that you are hereby commanded to produce all documents requested in Attachment B to this CID at the offices of the State of Tennessee Attorney General and Reporter, John Sevier Building, 500 Dr. Martin L. King, Jr. Blvd. North, Nashville, TN 37243, or any other place designated by the Attorney General and Reporter, no later than fifteen calendar days after receipt of this CID.

This CID should include the following attachments:

CID Attachment A: Instructions and Definitions
CID Attachment B: Requested Documents
CID Attachment C: Certification and Verification Affidavit
CID Confidential Attachment: List of Patients

If this CID is missing any of the above listed attachments, or if you have any questions regarding the scope, meaning or intent of this CID, please contact Tony Hullender at (423) 634-6025.

ISSUED BY Jonathan Skrmetti, Attorney General and Reporter for the State of Tennessee, in Nashville, Tennessee, on this, the 2ⁿᵈ day of Nov , 2022.

JONATHAN SKRMETTI
Attorney General and Reporter

Page **2** of **13**



**IN THE MATTER OF:**

| | |
|---|---|
| **The investigation of** | ) |
| **VANDERBILT UNIVERSITY MEDICAL** | ) |
| **CLINIC FOR TRANSGENDER HEALTH** | ) **CIVIL INVESTIGATIVE DEMAND** |
| **and affiliated entities or providers** | ) |

### DESIGNATION OF REPRESENTATIVES
### FOR THE PURPOSE OF ISSUING OR SERVING
### A CIVIL INVESTIGATIVE DEMAND

I, Jonathan Skrmetti, Attorney General and Reporter for the State of Tennessee, hereby designate Tony Hullender as my authorized agent and representative for the purpose of giving oath, taking testimony under oath, inspecting and copying documents, and otherwise performing whatever acts are necessary and proper concerning:

IN THE MATTER OF: The investigation of Vanderbilt University Medical Clinic for Transgender Health

Further, I designate Marian Schmidt, Tristina Craft and any law enforcement officer as agent(s) for the purpose of serving whatever demands are necessary in this investigation.

This, the 2ⁿᵈ day of Nov , 2022.

JONATHAN SKRMETTI
Attorney General and Reporter

Page **3** of **13**



**IN THE MATTER OF:**

The investigation of )
**VANDERBILY UNIVERSITY MEDICAL** )
**CLINIC FOR TRANSGENDER HEALTH** ) **CIVIL INVESTIGATIVE DEMAND**
and affiliated entities or providers )

## CID ATTACHMENT A

### INSTRUCTIONS AND DEFINITIONS FOR THE PRODUCTION OF DOCUMENTS

All documents must be provided in compliance with the following:

1.  All responses to this CID shall be sent or delivered by hand-delivery, a nationally recognized delivery service, or in a mutually agreeable electronic format to:

    Tony Hullender        (423) 634-6025
    Senior Assistant Attorney General
    Civil Medicaid Fraud
    Office of Tennessee Attorney General
    100 Martin Luther King Blvd.
    Chattanooga, TN 37402

**Responses to this CID are not complete or valid without the return of the Certification and Verification Affidavit (CID Attachment C), executed under oath in the presence of a notary.**

2.  The terms of this CID, including any deadlines, may not be modified except by express written agreement by the Senior Assistant Attorney General named in Instruction #1. Additionally, any questions regarding these forms, the scope of any request, any instruction or any definition shall be directed to the same Deputy Attorney General.

3.  If any document requested was previously in your possession, custody, or control but is no longer in your possession, custody or control, or no longer exists, state for each such document:
    (a)     the type of document;

Page **4** of **13**

(b) whether it is missing, lost, has been destroyed or has been transferred to the possession, custody, or control of other persons;

(c) the circumstances surrounding and the authorization for, the disposition described in the (b) above;

(d) the dates or approximate date of the disposition described in (b) above;

(e) the identity of all persons having knowledge of the circumstances described in (c) above; and

(f) the identity of all persons having knowledge of the document's contents

4. With respect to each document produced, identify the person producing the document.

5. If you withhold any document on claim of privilege or other protection recognized by applicable law, you must provide a privilege log describing the documents in detail and stating the privilege, the basis of the privilege, and identify the documents to which the privilege attaches. Failure to provide an appropriate log will be deemed a waiver of the claimed privilege or protection. All documents withheld on claim of privilege or other protection remain subject to the preservation obligations described in paragraph 9 below.

6. All uses of the conjunctive should be interpreted as including the disjunctive and vice versa in order to bring within the scope of this CID any information or documents that might otherwise be construed as outside of its scope.

7. Words in the singular should be read to include the plural and vice versa.

8. Each document request contemplates production of the entire document without abbreviation, deletion, or redaction.

9. If you have a document retention or destruction program, you are asked to suspend it immediately. Regardless of whether you have a document retention or destruction program, you should take precautions to ensure that relevant information, in both hard copy and electronic form, is not destroyed or altered, whether by operation of routine document retention or destruction policies or otherwise. These measures should be applied to and include information that is processed and stored electronically, including active data, archival data, and backup data; to the extent data available in these forms is responsive to this CID.

10. Copies may be submitted in lieu of originals as long as the person and/or entity named in this CID indicates that the documents are copies, the location of the originals, and the reason for the substitution of copies. All originals must be retained as set forth in the Certification and Verification Affidavit. Additionally, you must sign the Certification and Verification Affidavit, agreeing that the documents are authentic for the purposes of Tennessee law.

11. The Confidential Attachment to this CID contains individually identifiable health information known as Protected Health Information ("PHI"), the disclosure of which is governed by the

Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub. L. 104-191, and the HIPAA Privacy Rule, 45 CFR §§ 160 and 164. The PHI contained in the Confidential Attachment shall be handled as required by the HIPAA Privacy Rule, shall only be used for purposes of this CID, and may only be disclosed to VUMC's counsel, and their respective employees and support personnel.

12. "Vanderbilt University Medical Clinic for Transgender Health" or "VUMC" refers to Vanderbilt University Medical Center and its Clinic for Transgender Health and its Vanderbilt Pediatric & Adolescent Transgender Health division, as well as any affiliated entity, or any entity sharing ownership and/or management with VUMC, or any affiliated entities or entities otherwise providing medical care or healthcare services to TennCare patients.

13. "Document" or "Documents" means any written, printed, typed, electronically produced or graphic matter of any kind or nature however produced or reproduced, currently in your possession, custody, or control, including any writings, drawings, graphs, charts, photographs, sound recordings, images, phono-records, and other data and data compilations stored in any medium from which information can be obtained either directly or, if necessary, after translation into a reasonably usable form.

14. "Identify" with respect to an individual means to state that person's full name and position, and with respect to a company or entity to state the company's or entity's correct legal name and address.

15. "Relating" or "relating to" means to make a statement about, discuss, describe, reflect, identify, deal with, consist of, establish, comprise, list, or in any way pertain, in whole or in part, to the subject.

16. "Relevant time period" means **January 1, 2018, through the present.**

17. "TennCare" means the Bureau of TennCare and all TennCare Managed Care Organizations including, but not limited to, AmeriGroup, AmeriChoice, BlueCare, United Healthcare, and TennCare Select.

18. "You "and "your" includes VUMC and all parent and subsidiary entities and includes all of each entity's officers, managers, employees, agents, board members, and other representative, including individuals or groups acting on each individual and entity's behalf.



**IN THE MATTER OF:**

| | |
|---|---|
| The investigation of | ) |
| **VANDERBILT UNIVERSITY MEDICAL** | ) |
| **CENTER FOR TRANSGENDER HEALTH** | ) **CIVIL INVESTIGATIVE DEMAND** |
| and affiliated entities or providers | ) |

## CID ATTACHMENT B

### REQUESTED DOCUMENTS

1.  Produce medical records for the patients listed in the Confidential Attachment to this CID. Responsive documents should include, but not be limited to, intake forms, parental consent forms, patient charts, history and physical notes, assessments, referrals, treatment plans, medication logs, prescription information, progress notes, lab reports, x-rays, diagnostic tests, any other clinical records related to the provision of services to the listed patients and any treatment provided or diagnosis made by the health care providers.
2.  For the dates of service listed in the Confidential Attachment to this CID, produce all superbills.

Page 7 of 13



**IN THE MATTER OF:**

The investigation of )
**VANDERBILT UNIVERSITY MEDICAL** )
**CENTER FOR TRANSGENDER HEATH** ) **CIVIL INVESTIGATIVE DEMAND**
and affiliated entities or providers )

## CID ATTACHMENT C

### CERTIFICATION AND VERIFICATION AFFIDAVIT
### OF THE DESIGNATED RESPONSIBLE PERSON

State of _____
County of _____


    I, _____, being first duly sworn upon oath, depose and say as follows:

    1)    I am the person responsible for the supervision and/or the preparation and assembly of the documents, together with any and all appendices and attachments thereto, sought by the Tennessee Attorney General and Reporter in this Civil Investigative Demand ("CID"). These documents, appendices and attachments were prepared and assembled in accordance with the instructions and definitions contained in Attachment A, appended to the CID.

    2)    If the responses include copies of documents, attachments, and appendices in lieu of originals, the documents submitted are true and exact copies. Any such copies are authentic for purposes of Tennessee law. If the responses do include copies, I hereby agree to retain the originals under my care, custody, and control. I will not destroy or alter the originals without the express written consent of the Attorney General or his appointed designee.

    3)    I understand that my obligation to provide information pursuant to the above-referenced CID is continuing in nature and I shall forthwith notify the Attorney General, in writing, of any representations that have been made or that might have been made in accordance with the CID which require updating, correction, or modification, and will provide the Attorney General with any documents that I discover, create, or gain possession of that are responsive to this CID.

Page <strong>8</strong> of <strong>13</strong>

4)      I hereby certify, upon personal knowledge and **under penalty of perjury pursuant to Tenn.Code Ann. §§ 39-16-702 and 39-16-703**, that the responses to this CID have been completed with true and accurate information and that the responses are in no way misleading or calculated to withhold information that is available to me and that is requested.

Affiant's Signature: _____

To be completed by Affiant:

Name: _____

Title: _____

Address:

_____

_____

_____

Telephone Number: _____

Facsimile Number: _____



**IN THE MATTER OF:**

| | |
|---|---|
| The investigation of | ) |
| **VANDERBILT UNIVERSITY MEDICAL** | ) |
| **CENTER FOR TRANSGENDER** | ) **CIVIL INVESTIGATIVE DEMAND** |
| **and affiliated entities or providers** | ) |

### RETURN

I affirmatively state that I have served the preceding Civil Investigative Demand by

_____ upon:

      TO: _____

             _____

             _____

on this, the \_\_\_\_ day of _____, 2022.

 

           _____

           Name: _____

           Title: _____



IN THE MATTER OF:

| The investigation of | ) |
|---|---|
| **VANDERBILT UNIVERSITY MEDICAL** | ) |
| **CENTER FOR TRANSGENDER YOUTH** | ) **CIVIL INVESTIGATIVE DEMAND** |
| and affiliated entities or providers | ) |

<u>**CID CONFIDENTIAL ATTACHMENT**</u>

| Recipient Full Name | Recipient DOB | Date of Service |
|---|---|---|
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |

| | January 1, 2018 to present |
|---|---|
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |
| | January 1, 2018 to present |

Page **12** of **13**

| | | January 1, 2018 to present |
|---|---|---|
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |
| | | January 1, 2018 to present |

*IF APPLICABLE