IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al., *by and through her parents and next friends, Samantha Williams and Brian Williams* <br><br> Plaintiffs, <br><br> v. <br><br> JONATHAN SKRMETTI et al., <br><br> Defendants. | NO. 3:23-cv-00376 <br> JUDGE RICHARDSON |

## **ORDER**

On May 25, 2023, the Court entered an order (Doc. No. 122) setting a hearing for June 23, 2023, on issues of irreparable harm raised by the parties in relation to Plaintiffs' motion for a preliminary injunction (Doc. No. 21). In the order, the Court noted that it may cancel the hearing upon receipt of Defendants' response to the United States' motion for a preliminary injunction ("Defendants' Response") and Plaintiffs' reply ("Plaintiffs' Reply") in support of their motion for a preliminary injunction. (Doc. No. 122). The Court has received Defendants' Response (Doc. No. 135) and Plaintiffs' Reply (Doc. No. 146) and finds that a hearing on the issues of irreparable harm outlined in the May 25, 2023, order is unnecessary. Therefore, the hearing scheduled for 8:30 A.M. (CDT) on June 23, 2023, is hereby CANCELLED. The Court endeavors to resolve the pending motions for preliminary injunction as quickly as feasible.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE