UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., *by and through parents and next friends, Samantha Williams and Brian Williams*, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| and | ) No. 3:23-cv-00376 |
| | ) JUDGE RICHARDSON |
| UNITED STATES OF AMERICA, | ) JUDGE NEWBERN |
| | ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| JONATHAN SKRMETTI, *et al.*, | ) ) |
| Defendants. | ) |

**Motion of Arkansas, Alabama, and 15 Other States
For Leave to File Brief as *Amici Curiae***

Proposed Amici curiae are the States of Arkansas, Alabama, Florida, Georgia, Idaho, Indiana, Iowa, Louisiana, Kansas, Kentucky, Mississippi, Missouri, Montana, Nebraska, South Carolina, South Dakota, and Utah. Proposed amici respectfully move for leave to file the attached amicus brief in support of Defendants in this matter. The Defendants and the Intervenor have no opposition. Plaintiffs oppose. Amici States offer unique and important perspectives on the implications of Plaintiffs' arguments and request for relief, and believe their briefing will benefit the Court. District courts have broad discretion to allow participation of amici curiae. While this Court does not have specific rules for the filing of amicus briefs, it has "inherent authority" to allow them. *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990) (citing *United States v. Michigan*, 116 F.R.D. 655, 660 (W.D. Mich. 1987). "Courts typically grant amicus status where

the parties 'contribute to the court's understanding of the matter in question' by proffering timely and useful information." *Ga. Aquarium, Inc. v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga. 2015). When exercising their discretion, courts "err on the side of granting leave" because "[i]f an amicus brief that turns out to be unhelpful is filed, the [court], after studying the case, will often be able to make that determination without much trouble and can then simply disregard the amicus brief. On the other hand, if a good brief is rejected, the [court] will be deprived of a resource that might have been of assistance." *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002) (Alito, J.).

Like Tennessee, Amici are concerned about the surge in recent years of children suffering from gender dysphoria and other forms of gender-related psychological distress. And like Tennessee, Amici are concerned because these vulnerable children are suffering greatly and need help. The question is how to help them. Throughout their brief, Plaintiffs assert that gender transition procedures—puberty blockers, cross-sex hormones, and surgical interventions—are "widely accepted and endorsed for the treatment of gender dysphoria" by several "well-established medical organizations." Doc. 41 at 3; *accord* Doc. 33 at 3. The problem is that the evidence does not support this approach—regardless of whatever label Plaintiffs wish to attach. That's why experts in several European countries and the State of Florida have moved away from those treatments. And that's why a growing number of States, including some of the proposed Amici, have banned gender-transition procedures when provided to minors. Amici thus write in support of Tennessee's similar law.

Dated: June 6, 2023

Steve Marshall
   *Attorney General*
Edmund G. LaCour Jr.*
   *Solicitor General*
A. Barrett Bowdre*
   *Principal Deputy Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

Respectfully submitted,

*/s/ Nicholas R. Barry*
Nicholas R. Barry
TN Bar No. 031963

AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
(615) 431-9303
Nicholas.Barry@aflegal.org

Tim Griffin
   *Attorney General*
Nicholas J. Bronni*
   *Solicitor General*
Dylan L. Jacobs*
   *Deputy Solicitor General*
Hannah L. Templin*
   *Assistant Solicitor General*

OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
Dylan.Jacobs@ArkansasAG.gov

      *Counsel for Amici Curiae*

\**pro hac vice* motion forthcoming

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Stella Yarbrough<br>Lucas Cameron-Vaughn<br>Jeff Preptit<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Tel.: 615-320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Joshua A. Block<br>Chase Strangio<br>American Civil Liberties Union Foundation 125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel.: 212-549-2593<br>jblock@aclu.org<br>cstrangio@aclu.org<br><br>Sruti J. Swaminathan<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor New York, NY 10005 Tel.: 212-809-8585<br>sswaminathan@lambdalegal.org<br><br>Tara Borelli<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Tel.: 404-897-1880<br>tborelli@lambdalegal.org | Plaintiffs L.W., Samantha Williams, Brian Williams, John Doe, Jane Doe, James Doe, Ryan Doe, Rebecca Doe, and Susan N. Lacy |

Joseph L. Sorkin
Dean L. Chapman, Jr.
Kristen W. Chin
Richard J. D'Amato
Theodore James Salwen
Christopher J. Gessner
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 Tel.: 212-872-1000
jsorkin@akingump.com
dchapman@akingump.com
kristen.chin@akingump.com
rdamato@akingump.com
jsalwen@akingump.com
cgessner@akingump.com

Elizabeth D. Scott
Akin Gump Strauss Hauer & Feld LLP 2300 N. Field Street, Suite 1800
Dallas, TX 75201
Tel.: 214-969-2800
edscott@akingump.com

David Bethea
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street N.W. Washington, DC 20006
Tel.: 202-887-4000
dbethea@akingump.com

| | |
|---|---|
| Ellen B. McIntyre<br>Rascoe Dean<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>ellen.bowden2@usdoj.gov<br>rasco.dean@usdoj.gov<br><br>Alyssa C. Lareau<br>United States Department of Justice<br>Federal Coordination and Compliance Section 950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br><br>Coty Montag<br>United States Department of Justice<br>Federal Coordination and Compliance Section 950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2222<br>Coty.Montag@usdoj.gov<br><br>Gloria Yi<br>United States Department of Justice<br>Federal Coordination and Compliance Section 950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 616-3975<br>Gloria.Yi@usdoj.gov<br><br>Tamica Daniel<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 598-9636<br>Tamica.Daniel@usdoj.gov | Plaintiff-Intervenor United States of America |

| | |
|---|---|
| Adam Karl Mortara<br>Lawfair LLC<br>40 Burton Hills Blvd<br>Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com<br><br>Brooke Ashley Huppenthal<br>Office of Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>615-741-2471<br>brooke.huppenthal@ag.tn.gov<br><br>Cameron Norris<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703)-243-9423<br>cam@consovoymccarthy.com<br><br>Clark Lassiter Hildabrand<br>Tennessee Attorney General's Office<br>P O Box 20207<br>Nashville, TN 37202-0207<br>615-253-5642<br>clark.hildabrand@ag.tn.gov<br><br>Ryan Nicole Henry<br>Tennessee Attorney General's Office<br>500 MLK Jr., Blvd.<br>Nashville, TN 37243<br>(615) 532-2935<br>ryan.henry@ag.tn.gov<br><br>Steven James Griffin<br>Tennessee Attorney General's Office<br>P O Box 20207<br>Nashville, TN 37202-0207<br>(615) 741-9598<br>steven.griffin@ag.tn.gov | Defendants, Jonathan Skrmetti, Tennessee Department of Health, Ralph Alvarado, Tennessee Board of Medical Examiners, Melanie Blake, Stephen Loyd, Randall E. Pearson, Phyllis E. Miller, Samantha McLerran, Keith G. Anderson, Deborah Christiansen, John W. Hale, John J. McGraw, Robert Ellis, James Diaz-Barriga, Jennifer Claxton, Logan Grant, 26 Family Policy Councils |

| | |
|---|---|
| Tiffany H. Bates<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tiffany@consovoymccarthy.com<br><br>Trenton Meriwether<br>Tennessee Attorney General's Office<br>301 6th Ave N.<br>Nashville, TN 37243<br>904-536-6026<br>trenton.meriwether@ag.tn.gov | |

*/s/ Nicholas R. Barry*
Nicholas R. Barry (BPR# 031963)

*Counsel for State Amicus*