IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al., *Plaintiffs*, and UNITED STATES OF AMERICA, *Plaintiff-Intervenor*, v. JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al., *Defendants*. | **Civil No. 3:23-cv-00376** **Judge Richardson** **Judge Newbern** |

**PLAINTIFFS' OPPOSITION TO MOTION FOR LEAVE TO FILE
BRIEF OF AMICUS CURIAE**

The States of Arkansas, Alabama, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, South Carolina, South Dakota, and Utah (the "Proposed Amici") seek leave to file a purported amicus brief in support of Defendants' opposition to Plaintiffs' preliminary injunction motion. Proposed Amici's motion is untimely, and for this reason, Private Plaintiffs oppose the motion and respectfully request that the Court deny the motion for leave to file an amicus brief.

"Participation as an amicus is a privilege within the sound discretion of the courts, depending upon a finding that the proffered information is timely, useful, or otherwise necessary to the administration of justice." *Bright v. Brookdale Senior Living, Inc.*, Nos. 3:19-cv-00374, 3:20-cv-00353, 2020 WL 12893860, at *1 (M.D. Tenn. Oct. 23, 2020) (citing *United States v.*

*State of Mich.*, 940 F.2d 143, 165 (6th Cir. 1991) (internal quotations omitted). Although there is no procedural rule in this Court regarding the timely filing of an amicus brief, under Rule 29(a)(6) of the Federal Rules of Appellate Procedure, an amicus curiae must file its brief "no later than 7 days after the principal brief of the party being supported is filed." *See Connecticut v. American Elec. Power Co.*, 582 F.3d 309, 320 n.2 (2d Cir. 2009) (declining to consider late-filed amicus brief), *rev'd on other grounds*, 564 U.S. 410 (2011). Compliance with Rule 29(a)(6) ensures that the opposing party is not prejudiced by the presentation of arguments to which they have no opportunity to respond.

Proposed Amici do not proffer their motion in a timely manner. The Private Plaintiffs filed their Motion for Preliminary Injunction [ECF No. 21] (the "Preliminary Injunction Motion") on April 21, 2023 (46 days before Proposed Amici filed their motion). Defendants filed their Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction [ECF No. 112] on May 19, 2023 (18 days before Proposed Amici filed their motion). Plaintiffs filed their reply [ECF No. 146] on June 1, 2023 (5 days before Proposed Amici filed their motion). Proposed Amici waited over six weeks after Plaintiffs filed the Preliminary Injunction Motion and until briefing had concluded—and just weeks before the Health Care Ban is scheduled to go into effect—to seek leave to file their proposed brief.[1] Their delay is plainly prejudicial and warrants denying the motion.

Briefing on the Private Plaintiffs' Preliminary Injunction Motion has concluded. Thus, Plaintiffs submit that the Court should find the Proposed Amici's motion untimely and deny them leave to file their amicus brief.

---

[1] Counsel for the Proposed Amici informed counsel for Plaintiffs of its intention to file the motion for leave to file amicus [ECF No. 149] only a few hours before filing on June 6, 2023.

Dated: June 7, 2023

/s/ *Stella Yarbrough*
Stella Yarbrough, BPR No. 033637
Lucas Cameron-Vaughn, BPR No. 036284
Jeff Preptit, BPR No. 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org
*Attorneys for the Plaintiffs*

Joshua A. Block*
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel.: 212-549-2593
jblock@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Sruti J. Swaminathan*
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY 10005
Tel.: 212-809-8585
sswaminathan@lambdalegal.org
*Attorney for the Plaintiffs*

Tara Borelli*
Lambda Legal Defense and Education Fund, Inc.
1 West Court Square, Ste. 105
Decatur, GA 30030
Tel.: 404-897-1880
tborelli@lambdalegal.org
*Attorney for the Plaintiffs*

*admitted pro hac vice

Respectfully submitted,

Joseph L. Sorkin*
Dean L. Chapman, Jr.*
Kristen W. Chin*
Theodore J. Salwen*
Richard J. D'Amato*
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel.: 212-872-1000
jsorkin@akingump.com
dchapman@akingump.com
kristen.chin@akingump.com
jsalwen@akingump.com
rdamato@akingump.com
*Attorneys for the Plaintiffs*

Elizabeth D. Scott*
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Tel.: 214-969-2800
edscott@akingump.com
*Attorney for the Plaintiffs*

Christopher J. Gessner*
David Bethea*
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Tel.: 202-887-4000
cgessner@akingump.com
dbethea@akingump.com
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, the undersigned filed the foregoing Plaintiffs' Opposition to Motion for Leave to File Brief of Amicus Curiae via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| | |
|---|---|
| Steven J. Griffin<br>Clark L. Hildabrand<br>Trenton Meriwether<br>Ryan N. Henry<br>Brooke A. Huppenthal<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 3720<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>clark.hildabrand@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Adam K. Mortara<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com<br><br>Cameron T. Norris (BPR# 33467)<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com |
| Coty Montag<br>Tamica Daniel<br>Gloria Yi<br>Alyssa C. Lareau<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Ave., NW – 4CON<br>Washington, DC 20530<br>Tel.: 202-598-9636<br>Coty.Montag@usdoj.gov<br>Tamica.Daniel@usdoj.gov<br>Gloria.Yi@usdoj.gov<br>Alyssa.Lareau@usdoj.gov | Ellen Bowden McIntyre<br>Rascoe Dean<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>Ellen.Bowden2@usdoj.gov<br>Rascoe.Dean@usdoj.gov |

*s/ Stella Yarbrough*
Stella Yarbrough, BPR No. 033637
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org