IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al., *by and through her parents and next friends, Samantha Williams and Brian Williams* | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JONATHAN SKRMETTI et al., | ) |
| Defendants. | |

NO. 3:23-cv-00376
JUDGE RICHARDSON

## ORDER

Pending before the Court is Plaintiffs' unopposed motion to strike Doc. No. 136 because it was filed in error. (Doc. No. 150, "Motion"). The Motion is GRANTED. The Clerk SHALL strike Doc. No. 136 from the record.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT