IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, *et al.*, | |
| *Plaintiffs,* | **Civil No. 3:23-cv-00376** |
| and | **Judge Richardson** |
| UNITED STATES OF AMERICA, | **Judge Newbern** |
| *Plaintiff-Intervenor*, | |
| *v.* | |
| JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, *et al.*, | |
| *Defendants.* | |

**PLAINTIFFS' UNOPPOSED MOTION TO (I) STRIKE THE UNREDACTED DECLARATION OF DAVID BETHEA, ESQ. IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AT ECF NO. 145; (II) PUBLICLY FILE A REDACTED VERSION OF THE BETHEA DECLARATION; AND (III) FILE UNDER SEAL PORTIONS OF THE BETHEA DECLARATION AND EXHIBITS ATTACHED THERETO**

Plaintiffs hereby move for leave to (i) strike the unredacted Declaration of David Bethea, Esq. in Support of Plaintiffs' Reply in Support of Motion for Preliminary Injunction [ECF No. 145] (the "Bethea Declaration"), (ii) publicly file a redacted version of the Bethea Declaration, and (iii) file under seal (a) Exhibits A, B and C, attached to the Bethea Declaration in their entirety; and (b) an unredacted version of the Bethea Declaration.

On June 1, 2023, Plaintiffs filed the Bethea Declaration with three partially redacted documents attached as Exhibits A, B, and C thereto. Shortly after the Bethea Declaration was

filed, Plaintiffs determined that Exhibits A, B, and C to the Bethea Declaration contain confidential and sensitive information and agreed with Defendants that the documents should be treated as Confidential pursuant to the Agreed Protective Order Regarding Confidential Information [ECF No. 87] entered in this case and should therefore be sealed from the public record pursuant to the terms of that Order.

Given the foregoing, Plaintiffs now seek leave to (i) strike the unredacted Bethea Declaration currently filed at ECF No. 145, (ii) publicly file a redacted version of the Bethea Declaration, and (iii) file the confidential documents under seal, as well as an unredacted version of the Bethea Declaration. The relief is necessary and narrowly tailed to protect the information contained in the documents from public disclosure.

Plaintiffs have conferred with Defendants and plaintiff-intervenor the United States of America, and no party opposes the relief sought in this motion.

Accordingly, Plaintiffs respectfully submit that the motion to seal should be GRANTED.

Dated: June 7, 2023

/s/ *Stella Yarbrough*
Stella Yarbrough, BPR No. 033637
Lucas Cameron-Vaughn, BPR No. 036284
Jeff Preptit, BPR No. 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org
*Attorneys for the Plaintiffs*

Joshua A. Block*
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel.: 212-549-2593
jblock@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Sruti J. Swaminathan*
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY 10005
Tel.: 212-809-8585
sswaminathan@lambdalegal.org
*Attorney for the Plaintiffs*

Tara Borelli*
Lambda Legal Defense and Education Fund, Inc.
1 West Court Square, Ste. 105
Decatur, GA 30030
Tel.: 404-897-1880
tborelli@lambdalegal.org
*Attorney for the Plaintiffs*

*admitted pro hac vice

Respectfully submitted,

Joseph L. Sorkin*
Dean L. Chapman, Jr.*
Kristen W. Chin*
Theodore J. Salwen*
Richard J. D'Amato*
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel.: 212-872-1000
jsorkin@akingump.com
dchapman@akingump.com
kristen.chin@akingump.com
jsalwen@akingump.com
rdamato@akingump.com
*Attorneys for the Plaintiffs*

Elizabeth D. Scott*
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Tel.: 214-969-2800
edscott@akingump.com
*Attorney for the Plaintiffs*

Christopher J. Gessner*
David Bethea*
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Tel.: 202-887-4000
cgessner@akingump.com
dbethea@akingump.com
*Attorneys for the Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, the undersigned filed the foregoing motion to seal via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| | |
|---|---|
| Steven J. Griffin<br>Clark L. Hildabrand<br>Trenton Meriwether<br>Ryan N. Henry<br>Brooke A. Huppenthal<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 3720<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>clark.hildabrand@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Adam K. Mortara<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com |
| | Cameron T. Norris (BPR# 33467)<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com |
| Coty Montag<br>Tamica Daniel<br>Gloria Yi<br>Alyssa C. Lareau<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>(202) 305-2994<br>Coty.Montag@usdoj.gov<br>Tamica.Daniel@usdoj.gov<br>Gloria.Yi@usdoj.gov<br>Alyssa.Lareau@usdoj.gov | Ellen Bowden McIntyre<br>Rascoe S. Dean<br>U.S. Attorney's Office (Nashville)<br>719 Church Street<br>Suite 3300<br>Nashville, TN 37203<br>(615) 736-2125<br>(615) 401-6626 (fax)<br>ellen.bowden2@usdoj.gov<br>rascoe.dean@usdoj.gov |

                                                                s/ *Stella Yarbrough*
                                                                Stella Yarbrough, BPR No. 033637
                                                                ACLU Foundation of Tennessee
                                                                P.O. Box 120160
                                                                Nashville, TN 37212
                                                                Tel.: 615-320-7142
                                                                syarbrough@aclu-tn.org