IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., *by and through parents and next friends, Samantha Williams and Brian Williams*, et al., ) ) ) )<br>Plaintiffs, )<br>and )<br>UNITED STATES OF AMERICA, )<br>Plaintiff-Intervenor, )<br>v. )<br>JONATHAN SKRMETTI et al., )<br>Defendants. ) | No. 3:23-cv-00376<br>JUDGE RICHARDSON<br>JUDGE NEWBERN |

## **DEFENDANTS' RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

This Court should not follow the legally and factually flawed opinion in *Doe v. Ladapo*, 2023 WL 3833848 (N.D. Fla. June 6). Most glaringly, it does not cite *Dobbs* even once, despite the Florida defendants raising it repeatedly in their briefing. Abortion laws, such as the one upheld in *Dobbs*, almost invariably consider sex because only women can become pregnant. 142 S.Ct. at 2243 & n.14 (noting that Miss. Code Ann. § 41-41-191 prohibits abortions after 15 weeks gestation with gestational age "calculated from the first day of the last menstrual period of the pregnant woman"); *see also* Tenn. Code Ann. § 39-15-213 (repeatedly using "woman" and "female"). Rational-basis review is still the appropriate standard for such laws. This Court should not follow *Ladapo*'s lead in pretending that *Dobbs* never happened.

Denigrating Florida's policy judgments, *Ladapo* equated the State of Florida with "Iran or other similarly repressive regimes." 2023 WL 3833848, at *14. Ironically, Iran is in fact "a hub

1

for sex-reassignment surgery."[1]   In contrast, as Dr. Román has declared in this case, modern European democracies such as Sweden have taken steps that "resulted in essentially a ban on puberty blockers, cross-sex hormones, and surgeries in children" in all but the most exceptional cases and in research that Plaintiffs have not argued is happening in Tennessee.  [Román (Doc. 113-6) ¶¶ 33-39.]   The Tennessee General Assembly appropriately responded to VUMC's profit-motivated practices by enacting legislation that protects all minors in our State.

Even if this Court repeats *Ladapo*'s mistakes, that decision did not provide the sweeping relief that Plaintiffs in this case have requested.  *Ladapo* preliminarily enjoined certain Florida officials from "tak[ing] any steps to prevent the administration of GnRH agonists or cross-sex hormones to" *only* the three minor plaintiffs in that case.  2023 WL 3833848, at *17.  Such a limited injunction is not "a facial injunction prohibiting Defendants from enforcing the Ban" against parties and nonparties alike, regardless of whether healthcare providers are treating the minor Plaintiffs who requested the preliminary injunction here.  Private Plaintiffs' Reply 12.

---

[1]  *Economist*, *Why Iran is a hub for sex-reassignment surgery* (Apr. 4, 2019), https://www.economist.com/middle-east-and-africa/2019/04/04/why-iran-is-a-hub-for-sex-reassignment-surgery.

Case 3:23-cv-00376   Document 156   Filed 06/09/23   Page 2 of 6 PageID #: 2604

Dated: June 9, 2023

Respectfully submitted,

/s/ Clark L. Hildabrand

ADAM K. MORTARA (BPR# 40089)
Lawfair LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

CAMERON T. NORRIS (BPR# 33467)
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
*Counsel for Defendants*

STEVEN J. GRIFFIN (BPR# 40708)
Assistant Attorney General
CLARK L. HILDABRAND (BPR# 38199)
Senior Counsel
TRENTON MERIWETHER (BPR# 38577)
Assistant Attorney General
RYAN N. HENRY (BPR# 40028)
Assistant Attorney General
BROOKE A. HUPPENTHAL (BPR# 40276)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 253-5642
steven.griffin@ag.tn.gov
clark.hildabrand@ag.tn.gov
trenton.meriwether@ag.tn.gov
ryan.henry@ag.tn.gov
brooke.huppenthal@ag.tn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2023, the undersigned filed the foregoing document via this

Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Stella Yarbrough<br>Lucas Cameron-Vaughn<br>Jeff Preptit<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Tel.: 615-320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Joshua A. Block<br>Chase Strangio<br>American Civil Liberties Union Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel.: 212-549-2593<br>jblock@aclu.org<br>cstrangio@aclu.org<br><br>Sruti J. Swaminathan<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Tel.: 212-809-8585<br>sswaminathan@lambdalegal.org<br><br>Tara Borelli<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Tel.: 404-897-1880<br>tborelli@lambdalegal.org | Plaintiffs L.W., Samantha Williams, Brian Williams, John Doe, Jane Doe, James Doe, Ryan Doe, Rebecca Doe, and Susan N. Lacy |

| | |
|---|---|
| Joseph L. Sorkin<br>Dean L. Chapman, Jr.<br>Kristen W. Chin<br>Richard J. D'Amato<br>Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel.: 212-872-1000<br>jsorkin@akingump.com<br>dchapman@akingump.com<br>kristen.chin@akingump.com<br>rdamato@akingump.com<br>jsalwen@akingump.com<br><br>Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Tel.: 214-969-2800<br>edscott@akingump.com<br><br>Christopher J. Gessner<br>David Bethea<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, DC 20006<br>Tel.: 202-887-4000<br>cgessner@akingump.com<br>dbethea@akingump.com | |
| Ellen B. McIntyre<br>Rascoe Dean<br>U.S. Attorney's Office for the Middle District<br>of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>ellen.bowden2@usdoj.gov<br>rasco.dean@usdoj.gov | Plaintiff-Intervenor United States of America |

Alyssa C. Lareau
United States Department of Justice
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 305-2994
Alyssa.Lareau@usdoj.gov

Coty Montag
United States Department of Justice
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 305-2222
Coty.Montag@usdoj.gov

Gloria Yi
United States Department of Justice
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 616-3975
Gloria.Yi@usdoj.gov

Tamica Daniel
United States Department of Justice
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 598-9636
Tamica.Daniel@usdoj.gov

*/s/ Clark L. Hildabrand*
CLARK L. HILDABRAND (BPR# 38199)
Senior Counsel

*Counsel for Defendants*