IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al.,<br><br>*Plaintiffs*,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.,<br><br>*Defendants*. | Civil No. 3:23-cv-00376<br><br>Judge Richardson<br><br>Judge Newbern |

**JOINT MOTION TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b) and Local Rules 6.01 and 16.01, the Private Plaintiffs, Plaintiff-Intervenor the United States of America, and Defendants (the "Parties") hereby submit this joint motion, requesting that the Court adjourn the upcoming case management conference, currently scheduled for June 20, 2023 [ECF No. 4], until approximately 30–45 days after the Court has ruled on the Private Plaintiffs' and the United States' respective motions for preliminary injunctive relief. This request is for good cause, and the Parties state as follows in support of the request:

1. The Private Plaintiffs' motion for a preliminary injunction [ECF No. 21] is fully-briefed and is now pending before the Court. The United States' motion for a preliminary injunction [ECF No. 40] also is fully briefed. The Court has indicated it expects to rule on these pending motions on or before July 1, 2023, the effective date of Tenn. Code Ann. § 68-33-101, *et seq*.

2. Also, Defendants' responsive pleadings to the complaints filed by the Private Plaintiffs and the Plaintiff-Intervenor are not due until 21 days after the Court issues its ruling on the pending motions for preliminary injunction [ECF Nos. 104, 123].

3. The Parties anticipate that the overall schedule for the case may be significantly impacted by the Court's decision on the pending motions for preliminary injunction. For example, the Parties' views on the appropriate timing for discovery, dispositive motions, and trial may be highly dependent on the Court's ruling.

4. Under these circumstances, the Parties believe it would be most efficient to have the opportunity to first digest the Court's ruling on the motion(s) for preliminary injunction, and then conduct a Rule 26(f) conference and negotiate an appropriate case management order to present to the Court for approval.

5. Consequently, the Parties respectfully request that the initial case management conference, currently scheduled for June 20, 2023, be adjourned for 30–45 days to a date in late July or early August.

6. The Parties respectfully submit that this adjournment will not inappropriately or excessively delay the proceedings or cause unfair prejudice. As this Court is aware, discovery has already commenced in this case. A protective order has been entered, and both Private Plaintiffs and Defendants have served document requests and produced documents. The Parties have already appeared twice before the Court to discuss and resolve discovery-related issues. On May 17, 2023, the Court conducted a discovery conference during which, and pursuant to an order issued after the conference, the Court instructed the Parties to meet and confer regarding guidelines and procedures for various categories of discovery [ECF No. 109]. On May 30, 2023, the Court conducted a follow-up discovery conference to discuss the Parties' proposals and address

discovery disputes that had arisen. The Court issued an order on June 2, 2023, resolving the Parties' outstanding discovery disputes and setting forth procedures for various categories of discovery [ECF No. 147]. And the Parties remain in communication regarding their pending discovery requests. As such, it is not anticipated that the 30–45 day adjournment requested herein will have any material adverse effect on the timely prosecution of this action.

Dated: June 13, 2023                                    Respectfully submitted,

/s Stella Yarbrough                                      Joseph L. Sorkin*
Stella Yarbrough, BPR No. 033637                         Dean L. Chapman, Jr.*
Lucas Cameron-Vaughn, BPR No. 036284                     Kristen W. Chin*
Jeff Preptit, BPR No. 038451                             Richard J. D'Amato*
ACLU Foundation of Tennessee                             Theodore J. Salwen*
P.O. Box 120160                                          Akin Gump Strauss Hauer & Feld LLP
Nashville, TN 37212                                      One Bryant Park
Tel.: 615-320-7142                                       New York, NY 10036
syarbrough@aclu-tn.org                                   Tel.: 212-872-1000
lucas@aclu-tn.org                                        jsorkin@akingump.com
jpreptit@aclu-tn.org                                     dchapman@akingump.com
*Attorneys for the Plaintiffs*                           kristen.chin@akingump.com
                                                         rdamato@akingump.com
Joshua A. Block*                                         jsalwen@akingup.com
Chase Strangio*                                          *Attorneys for the Plaintiffs*
American Civil Liberties Union Foundation
125 Broad Street, Floor 18                               Elizabeth D. Scott*
New York, NY 10004                                       Akin Gump Strauss Hauer & Feld LLP
Tel.: 212-549-2593                                       2300 N. Field Street, Suite 1800
jblock@aclu.org                                          Dallas, TX 75201
cstrangio@aclu.org                                       Tel.: 214-969-2800
*Attorneys for the Plaintiffs*                           edscott@akingump.com
                                                         *Attorney for the Plaintiffs*
Sruti J. Swaminathan*
Lambda Legal Defense and Education                       Christopher J. Gessner*
Fund, Inc.                                               David Bethea*
120 Wall Street, 19th Floor                              Akin Gump Strauss Hauer & Feld LLP
New York, NY 10005                                       Robert S. Strauss Tower
Tel.: 212-809-8585                                       2001 K Street N.W.
sswaminathan@lambdalegal.org                             Washington, DC 20006
*Attorney for the Plaintiffs*                            Tel.: 202-887-4000
                                                         cgessner@akingump.com
Tara Borelli*                                            dbethea@akingump.com
Lambda Legal Defense and Education                       *Attorneys for the Plaintiffs*
Fund, Inc.
1 West Court Square, Ste. 105
Decatur, GA 30030
Tel.: 404-897-1880
tborelli@lambdalegal.org
*Attorney for the Plaintiffs*


**admitted pro hac vice*

| | |
|---|---|
| Adam K. Mortara (BPR# 40089)<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com<br>*Counsel for Defendants*<br><br>Cameron T. Norris (BPR# 33467)<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com<br>*Counsel for Defendants* | *s/ Steven J. Griffin*<br>STEVEN J. GRIFFIN (BPR# 40708)<br>Assistant Attorney General<br>RYAN N. HENRY (BPR# 40028)<br>Assistant Attorney General<br>CLARK L. HILDABRAND (BPR# 38199)<br>Deputy Chief of Staff & Senior Counsel<br>TRENTON MERIWETHER (BPR# 38577)<br>Assistant Attorney General<br>BROOKE A. HUPPENTHAL (BPR# 40276)<br>Assistant Attorney General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>clark.hildabrand@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov<br>*Counsel for Defendants* |
| HENRY C. LEVENTIS<br>United States Attorney<br>Middle District of Tennessee<br><br>*/s Ellen Bowden McIntyre*<br>ELLEN BOWDEN MCINTYRE<br>RASCOE DEAN<br>Assistant United States Attorney<br>719 Church Street, Suite 33<br>Nashville, TN 37203<br>Telephone: (615) 736-5151<br>Facsimile: (615) 401-6626<br>Email: Rascoe.Dean@usdoj.gov | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>CHRISTINE STONEMAN<br>Chief, Federal Coordination and<br>Compliance Section<br><br>COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and<br>Compliance Section<br><br>*/s Tamica Daniel*<br>TAMICA DANIEL (DC Bar No. 995891)<br>Trial Attorney<br>Housing and Civil Enforcement Section<br>GLORIA YI (NY Bar No. 4873824)<br>ALYSSA C. LAREAU (DC Bar No. 494881)<br>Trial Attorneys<br>Federal Coordination and Compliance Section |

5

United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 598-9636
Tamica.Daniel@usdoj.gov
Gloria.Yi@usdoj.gov
Alyssa.Lareau@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 13, 2023, the undersigned filed the foregoing Joint Motion to Postpone Case Management Conference via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| | |
|---|---|
| Steven J. Griffin<br>Clark L. Hildabrand<br>Trenton Meriwether<br>Ryan N. Henry<br>Brooke A. Huppenthal<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 3720<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>clark.hildabrand@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Adam K. Mortara<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com<br><br>Cameron T. Norris (BPR# 33467)<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com |
| Coty Montag<br>Tamica Daniel<br>Gloria Yi<br>Alyssa C. Lareau<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Ave., NW – 4CON<br>Washington, DC 20530<br>Tel.: 202-598-9636<br>Coty.Montag@usdoj.gov<br>Tamica.Daniel@usdoj.gov<br>Gloria.Yi@usdoj.gov<br>Alyssa.Lareau@usdoj.gov | Ellen Bowden McIntyre<br>Rascoe Dean<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>Ellen.Bowden2@usdoj.gov<br>Rascoe.Dean@usdoj.gov |

                                                           */s/ Stella Yarbrough*
                                                           Stella Yarbrough, BPR No. 033637
                                                           ACLU Foundation of Tennessee
                                                           P.O. Box 120160
                                                           Nashville, TN 37212
                                                           Tel.: 615-320-7142
                                                           syarbrough@aclu-tn.org