UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JONATHAN SKRMETTI, et al., <br><br> Defendants. | Case No. 3:23-cv-00376 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The parties have moved to continue the initial case management conference set on June 20, 2023, until the Court has resolved the pending motions for preliminary injunctions. (Doc. No. 158.) The motion is GRANTED. The initial case management conference is RESET on August 10, 2023, at 9:30 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge