IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

L.W., *by and through parents and next friends, Samantha Williams and Brian Williams*, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

v.

JONATHAN SKRMETTI et al.,

    Defendants.

No. 3:23-cv-00376
JUDGE RICHARDSON
JUDGE NEWBERN

**DEFENDANTS' RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

The Plaintiffs' library of broken records continues to grow—each of them with a scratch right where the discussion of *Dobbs* is supposed to be. The permanent injunction decision in *Brandt v. Rutledge*, 2023 WL 4073727 (E.D. Ark. June 20), does not cite *Dobbs* a single time. Like Plaintiffs in this case, *Brandt* has no cogent rejoinder to the Supreme Court's instruction that a State's medical regulation "is not a sex-based classification and is thus not subject to the 'heightened scrutiny' that applies to such classifications" even if the regulated procedure is one "that only one sex can undergo." *Dobbs*, 142 S.Ct. at 2245-46 (citing *Geduldig v. Aiello*, 417 U.S. 484, 496 (1974)). *Brandt* simply plays on repeat its pre-*Dobbs* Equal Protection analysis.

*Brandt*'s silence about *Dobbs* is all the more deafening because half of the non-recused judges of the en banc Eighth Circuit have already cited *Dobbs* to explain their skepticism that *Bostock*'s Title VII reasoning applies to the Equal Protection Clause, which "predates Title VII by

1

nearly a century." *Brandt v. Rutledge*, 2022 WL 16957734, at *1 n.1 (8th Cir. Nov. 16) (Stras, J., joined by Gruender, Erickson, Grasz, Kobes, JJ., dissental) (quoting *Dobbs*, 142 S.Ct. at 2245-46, for the principle that "[t]he regulation of a medical procedure that only one sex can undergo does not trigger heightened constitutional scrutiny").

The Act challenged here equally protects Tennessee minors of both sexes. Rational-basis review applies, just as it governs "other health and safety measures." *Dobbs*, 142 S.Ct. at 2246. This standard is "highly deferential" and "designed to respect the constitutional prerogatives of democratically accountable legislatures" rather than to "second-guess a state's medical and scientific judgments," as Plaintiffs mistakenly ask the Court to do for this medical regulation. *Bristol Reg'l Women's Ctr., P.C. v. Slatery*, 7 F.4th 478, 483 (6th Cir. 2021) (en banc) (reversing decision of this Court permanently enjoining enforcement of Tennessee abortion regulation).

| | |
|---|---|
| Dated: June 21, 2023 | Respectfully submitted, |
| | /s/ Clark L. Hildabrand |
| ADAM K. MORTARA (BPR# 40089) | STEVEN J. GRIFFIN (BPR# 40708) |
| Lawfair LLC | Assistant Attorney General |
| 40 Burton Hills Blvd., Suite 200 | CLARK L. HILDABRAND (BPR# 38199) |
| Nashville, TN 37215 | Senior Counsel |
| (773) 750-7154 | TRENTON MERIWETHER (BPR# 38577) |
| mortara@lawfairllc.com | Assistant Attorney General |
| | RYAN N. HENRY (BPR# 40028) |
| CAMERON T. NORRIS (BPR# 33467) | Assistant Attorney General |
| Consovoy McCarthy PLLC | BROOKE A. HUPPENTHAL (BPR# 40276) |
| 1600 Wilson Blvd., Suite 700 | Assistant Attorney General |
| Arlington, VA 22209 | Office of the Tennessee Attorney General |
| (703) 243-9423 | P.O. Box 20207 |
| cam@consovoymccarthy.com | Nashville, Tennessee 37202 |
| *Counsel for Defendants* | (615) 253-5642 |
| | steven.griffin@ag.tn.gov |
| | clark.hildabrand@ag.tn.gov |
| | trenton.meriwether@ag.tn.gov |
| | ryan.henry@ag.tn.gov |
| | brooke.huppenthal@ag.tn.gov |

# CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Stella Yarbrough<br>Lucas Cameron-Vaughn<br>Jeff Preptit<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Tel.: 615-320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Joshua A. Block<br>Chase Strangio<br>American Civil Liberties Union Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel.: 212-549-2593<br>jblock@aclu.org<br>cstrangio@aclu.org<br><br>Sruti J. Swaminathan<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Tel.: 212-809-8585<br>sswaminathan@lambdalegal.org<br><br>Tara Borelli<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Tel.: 404-897-1880<br>tborelli@lambdalegal.org | Plaintiffs L.W., Samantha Williams, Brian Williams, John Doe, Jane Doe, James Doe, Ryan Doe, Rebecca Doe, and Susan N. Lacy |

| | |
|---|---|
| Joseph L. Sorkin<br>Dean L. Chapman, Jr.<br>Kristen W. Chin<br>Richard J. D'Amato<br>Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel.: 212-872-1000<br>jsorkin@akingump.com<br>dchapman@akingump.com<br>kristen.chin@akingump.com<br>rdamato@akingump.com<br>jsalwen@akingump.com<br><br>Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Tel.: 214-969-2800<br>edscott@akingump.com<br><br>Christopher J. Gessner<br>David Bethea<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, DC 20006<br>Tel.: 202-887-4000<br>cgessner@akingump.com<br>dbethea@akingump.com | |
| Ellen B. McIntyre<br>Rascoe Dean<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>ellen.bowden2@usdoj.gov<br>rasco.dean@usdoj.gov | Plaintiff-Intervenor United States of America |

Alyssa C. Lareau
United States Department of Justice
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 305-2994
Alyssa.Lareau@usdoj.gov

Coty Montag
United States Department of Justice
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 305-2222
Coty.Montag@usdoj.gov

Gloria Yi
United States Department of Justice
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 616-3975
Gloria.Yi@usdoj.gov

Tamica Daniel
United States Department of Justice
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW
4CON
Washington, DC 20530
(202) 598-9636
Tamica.Daniel@usdoj.gov

*/s/ Clark L. Hildabrand*
CLARK L. HILDABRAND (BPR# 38199)
Senior Counsel

*Counsel for Defendants*