IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al., *by and through her parents and next friends, Samantha Williams and Brian Williams* | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| JONATHAN SKRMETTI et al., | ) |
| Defendants. | |

NO. 3:23-cv-00376
JUDGE RICHARDSON

## ORDER

Pending before the Court is Plaintiffs' motion to strike the declaration filed at Doc. No. 145 and to re-file the declaration under seal. (Doc. No. 154, "Motion"). On June 7, 2023, Plaintiffs filed a notice withdrawing their Motion. (Doc. No. 163). The Motion at Doc. No. 154 is therefore DENIED without prejudice.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE