## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 29, 2023

Mr. David Bethea
Akin Gump
2001 K Street, N.W.
Washington, DC 20006

Ms. Tara L. Borelli
Lambda Legal
1 W. Court Square
Suite 105
Decatur, GA 30030

Ms. Tamica Daniel
U.S. Department of Justice
ELS/Civil Rights Division
150 M Street, N.E.
Room 9
Washington, DC 20002

Mr. Rascoe S. Dean
Office of the U.S. Attorney
719 Church Street
Suite 3300
Nashville, TN 37203

Mr. Christopher J. Gessner
Akin, Gump, Strauss, Hauer & Feld
One Bryant Park
44th Floor
New York, NY 10036

Mr. Steven James Griffin
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Ms. Alyssa Lareau
United States Department of Justice
1425 New York Ave, N.W.
Suite 4070
Washington, DC 20005

Mr. Adam K. Mortara
Lawfair
40 Burton Hills Boulevard
Suite 200
Nashville, TN 37215

Mr. Cameron Thomas Norris
Consovoy McCarthy
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Mr. Jeff Preptit
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212

Ms. Elizabeth D. Scott
Akin, Gump, Strauss, Hauer & Feld
2300 N. Field Street
Suite 1800
Dallas, TX 75201

Mr. Chase Strangio
American Civil Liberties Union
Reproductive Freedom Unit
125 Broad Street
18th Floor
New York, NY 10004

Sruti J. Swaminathan
Lambda Legal
120 Wall Street
19th Floor
New York, NY 10005

Re: Case No. 23-5600, *L. W., et al v. Jonathan Skrmetti, et al*
Originating Case No. : 3:23-cv-00376

Dear Counsel,

   This appeal has been docketed as case number **23-5600** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **July 13, 2023**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|            |                                                                 |
|-----------:|-----------------------------------------------------------------|
|            | Appearance of Counsel                                           |
| Appellant: | Civil Appeal Statement of Parties & Issues                      |
|            | Disclosure of Corporate Affiliations                            |
|            | Application for Admission to 6th Circuit Bar (if applicable)    |
|            |                                                                 |
|            | Appearance of Counsel                                           |
| Appellee:  | Disclosure of Corporate Affiliations                            |
|            | Application for Admission to 6th Circuit Bar (if applicable)    |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                              Sincerely yours,

                              s/C. Anthony Milton
                              Case Manager
                              Direct Dial No. 513-564-7026


Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 23-5600**

L. W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; REBECCA ROE; SUSAN N. LACY, on behalf of herself and her patients; RYAN ROE, by and through his parent and next friend, Rebecca Roe

       Plaintiffs - Appellees

and

UNITED STATES OF AMERICA

       Intervenor - Appellee

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.

       Defendants - Appellants