The motion is granted. From the face of the sealed document, it is clear that the interests in sealing outweigh the legitimate interests of the public in accessing the sealed document.

*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., *by and through her parents and next friends, Samantha Williams and Brian Williams*, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>JONATHAN SKRMETTI, *in his official capacity as the Tennessee Attorney General and Reporter*, et al.,<br><br>*Defendants.* | No. 3:23-cv-00376<br>JUDGE RICHARDSON<br>JUDGE NEWBERN |

### DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED EXHIBIT IN SUPPORT OF THEIR RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUCTION

Defendants Jonathan Skrmetti, in his official capacity as Tennessee Attorney General and Reporter, Tennessee Department of Health ("TDH"), Ralph Alvarado, in his official capacity as Commissioner of TDH, Tennessee Board of Medical Examiners ("BME"), Melanie Blake, in her official capacity as President of BME, Stephen Lloyd, in his official capacity as Vice President of BME, Randall E. Pearson, Phyllis E. Miller, Samantha McLerran, Keith G. Anderson, Deborah Christiansen, John W. Hale, John J. McGraw, Robert Ellis, James Diaz-Barriga, and Jennifer Claxton, all in their official capacities as members of BME, and Logan Grant, in his official capacity as Executive Director of the Tennessee Health Facilities Commission (collectively "Defendants"), by and through counsel, move under Local Rule 5.03 to file under seal an unredacted version of Exhibit 7 offered in support of their Response in Opposition to Plaintiffs' Motion for Preliminary Injunction.

The Expert Declaration of Michael K. Laidlaw, M.D. (Exhibit 7) includes an analysis of Plaintiffs' medical information. Pursuant to the Protective Order entered in this matter, Plaintiffs'