IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al.,<br>*by and through her parents and next friends, Samantha Williams and Brian Williams*<br><br>    Plaintiffs,<br><br>v.<br><br>JONATHAN SKRMETTI et al.,<br><br>    Defendants. | NO. 3:23-cv-00376<br>JUDGE RICHARDSON |

## ORDER

Pending before the Court are several motions for leave to file amicus briefs (Doc. Nos. 102, 134, 149) in support of Plaintiffs' motion for a preliminary injunction (Doc. No. 21). On June 28, 2023, the Court issued a memorandum opinion (Doc. No. 167) and entered an order (Doc. No. 168) granting in party and denying in part Plaintiffs' motion for a preliminary injunction, and the Sixth Circuit has since stayed the preliminary injunction. The motions for leave to file amicus briefs are therefore now moot. The motions at Doc. Nos. 102, 134, and 149 are therefore DENIED without prejudice.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE