IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al., <br> *by and through her parents and next friends,* <br> *Samantha Williams and Brian Williams*, <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor <br><br> v. <br><br> JONATHAN SKRMETTI et al., <br><br> Defendants. | NO. 3:23-cv-00376 <br> JUDGE RICHARDSON <br> JUDGE NEWBERN |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS AND TO
<u>CONTINUE INITIAL CASE MANAGEMENT CONFERENCE</u>**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, and for good cause shown, Defendants respectfully move to extend their deadline for responding to the Private Plaintiffs' Complaint [ECF 1] and the Plaintiff-Intervenor's Complaint in Intervention [ECF 38-2] until 21 days after the final resolution of Plaintiffs' available appellate remedies with respect to the Sixth Circuit's preliminary injunction ruling. Defendants further request that the Court continue the initial case management conference until a reasonable time after Defendants have filed their responsive pleadings.

1. On July 12, 2023, the Court issued its Order [ECF 176] setting Defendants' deadline for responding to the Complaint and the Complaint in Intervention for "no later than twenty-one days after the Sixth Circuit issues its ruling on their appeal of this Court's preliminary

1

injunction." The Court further ordered Defendants to file a motion to reset the initial case management conference by "no later than twenty-eight days after the Sixth Circuit issues its ruling." *Id*.

2. On September 29, 2023, the Sixth Circuit issued its opinion reversing this Court's preliminary injunction order and remanding the case for further proceedings. The Sixth Circuit's mandate has not yet issued. *See* Fed. R. Civ. P. 41(b).

4. Plaintiffs have not advised as to whether they plan to pursue any additional appellate remedies with respect to the Sixth Circuit's preliminary injunction ruling.

5. In the interest of judicial economy, and to preserve the time and resources of the parties, Defendants respectfully request the Court to extend their deadline for responding to the Complaint and the Complaint in Intervention until 21 days after final resolution of Plaintiffs' available appellate remedies.

6. Defendants further respectfully request that the initial case management conference be continued until a reasonable time after Defendants have responded to the Complaint and the Complaint in Intervention.

7. The relief requested herein will not cause any unnecessary delay or unfairly prejudice any other party.

8. Counsel for Defendants has conferred with counsel for Private Plaintiffs and Plaintiff-Intervenor, and Private Plaintiffs and Plaintiff-Intervenor have represented that they do not oppose the relief requested.

Dated: October 2, 2023

Adam K. Mortara (BPR# 40089)
Lawfair LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Cameron T. Norris (BPR# 33467)
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Defendants*

Respectfully submitted,

*/s/ Steven J. Griffin*
STEVEN J. GRIFFIN (BPR# 40708)
  Senior Counsel
TRENTON MERIWETHER (BPR# 38577)
  Assistant Attorney General
RYAN N. HENRY (BPR# 40028)
  Assistant Attorney General
BROOKE A. HUPPENTHAL (BPR# 40276)
  Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 3720
(615) 741-9598
steven.griffin@ag.tn.gov
trenton.meriwether@ag.tn.gov
ryan.henry@ag.tn.gov
brooke.huppenthal@ag.tn.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Stella Yarbrough<br>Lucas Cameron-Vaughn<br>Jeff Preptit<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Tel.: 615-320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Joshua A. Block<br>Chase Strangio<br>American Civil Liberties Union Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel.: 212-549-2593<br>jblock@aclu.org<br>cstrangio@aclu.org<br><br>Sruti J. Swaminathan<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Tel.: 212-809-8585<br>sswaminathan@lambdalegal.org<br><br>Avatara A. Smith-Carrington<br>Lambda Legal Defense and Education Fund, Inc.<br>1776 K Street N.W., 8th Floor<br>Washington DC 20006<br>Tel.: 202-804-6245<br>asmithcarrington@lambdalegal.org | Plaintiffs L.W., Samantha Williams, Brian Williams, John Doe, Jane Doe, James Doe, Ryan Doe, Rebecca Doe, and Susan N. Lacy |

| | |
|---|---|
| Tara Borelli<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Tel.: 404-897-1880<br>tborelli@lambdalegal.org<br><br>Joseph L. Sorkin<br>Dean L. Chapman, Jr.<br>Kristen W. Chin<br>Richard J. D'Amato<br>Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel.: 212-872-1000<br>jsorkin@akingump.com<br>dchapman@akingump.com<br>kristen.chin@akingump.com<br>rdamato@akingump.com<br>jsalwen@akingump.com<br><br>Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Tel.: 214-969-2800<br>edscott@akingump.com<br><br>Christopher J. Gessner<br>David Bethea<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, DC 20006<br>Tel.: 202-887-4000<br>cgessner@akingump.com<br>dbethea@akingump.com | |
| Ellen B. McIntyre<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>ellen.bowden2@usdoj.gov | Intervenor-Plaintiff United States of America |

| | |
|---|---|
| Alyssa C. Lareau<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br><br>Coty Montag<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2222<br>Coty.Montag@usdoj.gov<br><br>Gloria Yi<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 616-3975<br>Gloria.Yi@usdoj.gov<br><br>Tamica Daniel<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 598-9636<br>Tamica.Daniel@usdoj.gov | |

          */s/ Steven J. Griffin*
          STEVEN J. GRIFFIN
            Senior Counsel

          *Counsel for Defendants*