UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JONATHAN SKRMETTI, et al., <br><br> Defendants. | Case No. 3:23-cv-00376 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

### ORDER

On October 2, 2023, Defendants Jonathan Skrmetti, Ralph Alvarado, Keith G. Anderson, Melanie Blake, Deborah Christiansen, Jennifer Claxton, James Diaz-Barriga, Robert Ellis, Logan Grant, John W. Hale, Stephen Loyd, John J. McGraw, Samantha McLerran, Phyllis E. Miller, Randall E. Pearson, Tennessee Board of Medical Examiners, and Tennessee Department of Health filed an unopposed motion to extend its deadline to response to Plaintiff's complaint and set the initial case management. (Doc. No. 180). The motion is GRANTED. Defendants shall respond to Plaintiff's complaint by November 20, 2023.

The initial case management conference is set on December 1, 2023 at 10:00 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge