## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 20, 2023

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

    Re: Case No. 23-5600, *L. W., et al v. Jonathan Skrmetti, et al*
       Originating Case No. : 3:23-cv-00376

Dear Ms. Hill,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Mackenzie A. Collett
                 For Anthony Milton

cc: Mr. Z. Gabriel Arkles
   Mr. Jonathan Backer
   Ms. Tiffany Bates
   Mr. David C. Bethea
   Mr. Joshua A. Block
   Mr. Carmine D. Boccuzzi Jr.
   Ms. Tara L. Borelli
   Mr. Alexander Barrett Bowdre
   Mr. John J. Bursch
   Mr. Lucas Cameron-Vaughn
   Ms. Allison Caramico
   Mr. Dean Chapman
   Mr. JD Colavecchio
   Ms. Kara Dansky

Mr. Andrew Rhys Davies
Ms. Sydney Duncan
Mr. James D. Esseks
Mr. David E. Fowler
Mr. Benjamin Andrew Gastel
Mr. Seran Gee
Mr. Christopher J. Gessner
Mr. Steven James Griffin
Mr. Gene Hamilton
Ms. Lindsay Harris
Ms. Kathleen R. Hartnett
Ms. Zoe Helstrom
Ms. Tricia R. Herzfeld
Ms. Brooke Ashley Huppenthal
Mr. William Isasi
Ms. Katelyn Kang
Mr. Edmund Gerard LaCour Jr.
Mr. Cortlin Hall Lannin
Mr. Chasel Lee
Ms. Mary Elizabeth McAlister
Mr. Christopher Ernest Mills
Mr. Jonathan F. Mitchell
Ms. Emily Mondry
Ms. Yuval Mor
Mr. Adam K. Mortara
Mr. Cameron Thomas Norris
Mr. Andrew M. Nussbaum
Mr. Joshua Kerry Payne
Ms. Elizabeth Reinhardt
Ms. Anna Rich
Ms. Bonnie I. Robin-Vergeer
Mr. Eli Savit
Ms. Barbara Schwabauer
Ms. Jocelyn Ann Sitton
Mr. Chase Strangio
Ms. Sruti J. Swaminathan
Mr. Adam G. Unikowsky
Ms. Julie Veroff
Ms. Jean Veta
Mr. Jacob P. Warner
Ms. Stella Marie Yarbrough
Mr. Howard S. Zelbo

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-5600

_____

Filed: October 20, 2023

L. W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; REBECCA ROE; SUSAN N. LACY, on behalf of herself and her patients; RYAN ROE, by and through his parent and next friend, Rebecca Roe

      Plaintiffs - Appellees

and

UNITED STATES OF AMERICA

      Intervenor - Appellee

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.

      Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 09/28/2023 the mandate for this case hereby issues today.

COSTS: None