IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W. et al.,<br>*by and through her parents and next friends,*<br>*Samantha Williams and Brian Williams*,<br><br>    Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor<br><br>v.<br><br>JONATHAN SKRMETTI et al.,<br><br>    Defendants. | NO. 3:23-cv-00376<br>JUDGE RICHARDSON<br>JUDGE NEWBERN |

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, and for good cause shown, Defendants respectfully move to extend their deadline for responding to the Private Plaintiffs' Complaint [ECF 1] and the Plaintiff-Intervenor's Complaint in Intervention [ECF 38-2] until 21 days after the final resolution of Plaintiffs' available appellate remedies with respect to the Sixth Circuit's preliminary injunction ruling. Defendants further request that the Court continue the initial case management conference until a reasonable time after Defendants have filed their responsive pleadings.

    1.    On September 28, 2023, the Sixth Circuit issued its opinion reversing this Court's preliminary-injunction order and remanding the case to this Court for further proceedings.

1

2. Defendants subsequently requested an extension of their deadline for responding to Private Plaintiffs' Complaint and Plaintiff-Intervenor's Complaint in Intervention until 21 days after final resolution of Plaintiffs' available appellate remedies, noting that Plaintiffs would not disclose whether they intended to seek further appellate review of the Sixth Circuit's decision. Defendants likewise sought a continuance of the initial case management conference.

3. The Court ultimately reset Defendants' deadline for responding to the Complaint and the Complaint in Intervention to November 20, 2023. Order [ECF 182]. The Court also set the initial case management conference for December 1, 2023. *Id.*

4. Counsel for Plaintiffs have now advised that they *do* intend to pursue further appellate review of the Sixth Circuit's preliminary-injunction ruling. But they decline to say whether they intend to seek rehearing en banc or skip straight to filing a petition for writ of certiorari with the Supreme Court.

5. Plaintiffs' deadline for seeking rehearing en banc is November 13, 2023—just one week before Defendants' current deadline for filing their responsive pleadings. Plaintiffs' deadline for filing a petition for writ of certiorari with the Supreme Court is not until late December.

6. In the interest of judicial economy, and to preserve the time and resources of the parties, Defendants respectfully renew their request that the Court extend their deadline for responding to the Plaintiffs' Complaint and the Plaintiff-Intervenor's Complaint in Intervention until 21 days after final resolution of Plaintiffs' available appellate remedies.

7. Defendants further respectfully request that the initial case management conference be continued until a reasonable time after Defendants have responded to the Complaint and the Complaint in Intervention.

8. The relief requested herein will not cause any unnecessary delay or unfairly prejudice any other party.

9. Counsel for Defendants has conferred with counsel for Private Plaintiffs and Plaintiff-Intervenor, and Private Plaintiffs and Plaintiff-Intervenor have represented that they have no objection to the relief requested.

Dated: October 27, 2023

Respectfully submitted,

*/s/ Steven J. Griffin*

| | |
|---|---|
| Adam K. Mortara (BPR# 40089) | STEVEN J. GRIFFIN (BPR# 40708) |
| Lawfair LLC | Senior Counsel for Strategic Litigation |
| 40 Burton Hills Blvd., Suite 200 | TRENTON MERIWETHER (BPR# 38577) |
| Nashville, TN 37215 | Assistant Attorney General |
| (773) 750-7154 | RYAN N. HENRY (BPR# 40028) |
| mortara@lawfairllc.com | Assistant Attorney General |
| | BROOKE A. HUPPENTHAL (BPR# 40276) |
| Cameron T. Norris (BPR# 33467) | Assistant Attorney General |
| Consovoy McCarthy PLLC | Office of the Tennessee Attorney General |
| 1600 Wilson Blvd., Suite 700 | P.O. Box 20207 |
| Arlington, VA 22209 | Nashville, Tennessee 3720 |
| (703) 243-9423 | (615) 741-9598 |
| cam@consovoymccarthy.com | steven.griffin@ag.tn.gov |
| | trenton.meriwether@ag.tn.gov |
| *Counsel for Defendants* | ryan.henry@ag.tn.gov |
| | brooke.huppenthal@ag.tn.gov |
| | |
| | *Counsel for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Stella Yarbrough<br>Lucas Cameron-Vaughn<br>Jeff Preptit<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>Tel.: 615-320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Joshua A. Block<br>Chase Strangio<br>American Civil Liberties Union Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel.: 212-549-2593<br>jblock@aclu.org<br>cstrangio@aclu.org<br><br>Sruti J. Swaminathan<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Tel.: 212-809-8585<br>sswaminathan@lambdalegal.org<br><br>Avatara A. Smith-Carrington<br>Lambda Legal Defense and Education Fund, Inc.<br>1776 K Street N.W., 8th Floor<br>Washington DC 20006<br>Tel.: 202-804-6245<br>asmithcarrington@lambdalegal.org | Plaintiffs L.W., Samantha Williams, Brian Williams, John Doe, Jane Doe, James Doe, Ryan Doe, Rebecca Doe, and Susan N. Lacy |

| | |
|---|---|
| Tara Borelli<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Tel.: 404-897-1880<br>tborelli@lambdalegal.org<br><br>Joseph L. Sorkin<br>Dean L. Chapman, Jr.<br>Kristen W. Chin<br>Richard J. D'Amato<br>Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel.: 212-872-1000<br>jsorkin@akingump.com<br>dchapman@akingump.com<br>kristen.chin@akingump.com<br>rdamato@akingump.com<br>jsalwen@akingump.com<br><br>Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Tel.: 214-969-2800<br>edscott@akingump.com<br><br>Christopher J. Gessner<br>David Bethea<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, DC 20006<br>Tel.: 202-887-4000<br>cgessner@akingump.com<br>dbethea@akingump.com | |
| Ellen B. McIntyre<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>ellen.bowden2@usdoj.gov | Intervenor-Plaintiff United States of America |

| | |
|---|---|
| Alyssa C. Lareau<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br><br>Coty Montag<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 305-2222<br>Coty.Montag@usdoj.gov<br><br>Gloria Yi<br>United States Department of Justice<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 616-3975<br>Gloria.Yi@usdoj.gov<br><br>Tamica Daniel<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW<br>4CON<br>Washington, DC 20530<br>(202) 598-9636<br>Tamica.Daniel@usdoj.gov | |

*/s/ Steven J. Griffin*
STEVEN J. GRIFFIN

*Counsel for Defendants*