UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>JONATHAN SKRMETTI, et al.,<br><br>　　　Defendants. | Case No. 3:23-cv-00376<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Defendants move to extend their deadline to respond to Plaintiffs' complaint and the complaint in intervention until twenty-one days "after final resolution of Plaintiffs' available appellate remedies." (Doc. No. 185.) Defendants also move to cancel the December 1, 2023 initial case management conference, to be reset within a "reasonable time" after they file their responsive pleadings. (*Id.*) Plaintiffs do not oppose Defendants' requested relief. (*Id.*)

Accordingly, Defendants' motion is GRANTED as follows:

Defendants shall file any response to Plaintiffs' complaint and the complaint in intervention by no later than twenty-one days after final resolution of Plaintiffs' available appellate remedies.

The parties are ORDERED to file a joint status report forty-five days from the date of this Order and every forty-five days thereafter until Defendants file their responsive pleadings. Counsel shall agree upon the determination of when Plaintiffs' appellate remedies will be considered finally resolved and shall include their agreement in the first status report.

The December 1, 2023 initial case management conference is CANCELLED. The parties shall move to reset the initial case management conference no later than twenty-one days after Defendants' file their responsive pleadings.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge