# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 2, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**

Nov 03, 2023

KELLY L. STEPHENS, Clerk

Re: L. W., By and Through Her Parents and Next Friends, Samantha
   Williams and Brian Williams, et al.
   v. Jonathan Skrmetti, Attorney General of Tennessee and
   Reporter, et al.
   No. 23-466
   (Your No. 23-5600)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on
November 1, 2023 and placed on the docket November 2, 2023 as No. 23-466.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst