# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 6, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Nov 13, 2023
KELLY L. STEPHENS, Clerk

Re:   United States
      v. Jonathan Skrmetti, Attorney General of Tennessee and Reporter, et al.
      No. 23-477
      (Your No. 23-5600)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 6, 2023 and placed on the docket November 6, 2023 as No. 23-477.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst