IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al., | |
| *Plaintiffs*, | |
| and | Civil No. 3:23-cv-00376 |
| UNITED STATES OF AMERICA, | Judge Richardson |
| *Plaintiff-Intervenor*, | Judge Newbern |
| v. | |
| JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al., | |
| *Defendants*. | |

**JOINT STATUS REPORT**

Pursuant to the Court's order, issued on October 30, 2023 [ECF No. 186], the Private Plaintiffs, Plaintiff-Intervenor the United States (together with Private Plaintiffs, the "Plaintiffs"), and Defendants (collectively, the "Parties") hereby submit this joint statement, updating the Court as to the status of the case and determining when Plaintiffs' appellate remedies will be considered finally resolved.

**STATUS OF APPELLATE REMEDIES**

On September 28, 2023, the Sixth Circuit Court of Appeals issued an opinion and order reversing and remanding the preliminary injunction previously granted by this Court [Case No. 23-5600, ECF No. 166].

On November 1, 2023, the Private Plaintiffs filed a petition for a writ of certiorari to the Supreme Court of the United States on the following questions: (1) whether Tennessee's SB1,

which categorically bans gender-affirming healthcare for transgender adolescents, triggers heightened scrutiny and likely violates the Fourteenth Amendment's Equal Protection Clause; and (2) whether Tennessee's SB1 likely violates the fundamental right of parents to make decisions concerning the medical care of their children guaranteed by the Fourteenth Amendment's Due Process Clause [Pet. No. 23-466, Nov. 1, 2023].

On November 6, 2023, the United States filed a separate petition for a writ of certiorari to the Supreme Court of the United States on the question of whether Tennessee's SB1, which prohibits all medical treatments intended to allow "a minor to identify with, or live as, a purported identity inconsistent with the minor's sex" or to treat "purported discomfort or distress from a discordance between the minor's sex and asserted identity," Tenn. Code Ann. § 68-33-103(a)(1), violates the Equal Protection Clause of the Fourteenth Amendment [Pet. No. 23-477, Nov. 6, 2023].

Defendants' deadline for filing a brief in opposition to the Private Plaintiffs' petition is currently set for February 2, 2024 [Pet. No. 23-466, Dec. 11, 2023]. Defendants' deadline for filing a brief in opposition to the United States' petition is currently set for February 5, 2024 [Pet. No. 23-477, Dec. 11, 2023].

## RESOLUTION OF APPELLATE REMEDIES

The Parties agree that Plaintiffs' appellate remedies will be considered finally resolved upon the occurrence of: (1) an order from the Supreme Court of the United States denying the pending petitions for a writ of certiorari; or (2) the publication of an opinion from the Supreme Court of the United States resolving any or all questions presented in the Plaintiffs' petitions.

Dated: December 14, 2023

Respectfully submitted,

*/s/ Stella Yarbrough*
Stella Yarbrough, BPR No. 033637
Lucas Cameron-Vaughn, BPR No. 036284
Jeff Preptit, BPR No. 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org
*Attorneys for the Plaintiffs*

Joshua A. Block*
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel.: 212-549-2593
jblock@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Sruti J. Swaminathan*
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY 10005
Tel.: 212-809-8585
sswaminathan@lambdalegal.org
*Attorney for the Plaintiffs*

Tara Borelli*
Lambda Legal Defense and Education Fund, Inc.
1 West Court Square, Ste. 105
Decatur, GA 30030
Tel.: 404-897-1880
tborelli@lambdalegal.org
*Attorney for the Plaintiffs*

*admitted pro hac vice

Joseph L. Sorkin*
Dean L. Chapman, Jr.*
Kristen W. Chin*
Richard J. D'Amato*
Theodore J. Salwen*
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel.: 212-872-1000
jsorkin@akingump.com
dchapman@akingump.com
kristen.chin@akingump.com
rdamato@akingump.com
jsalwen@akingup.com
*Attorneys for the Plaintiffs*

Elizabeth D. Scott*
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Tel.: 214-969-2800
edscott@akingump.com
*Attorney for the Plaintiffs*

Christopher J. Gessner*
David Bethea*
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Tel.: 202-887-4000
cgessner@akingump.com
dbethea@akingump.com
*Attorneys for the Plaintiffs*

| | |
|---|---|
| Adam K. Mortara (BPR# 40089)<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com<br>*Counsel for Defendants*<br><br>Cameron T. Norris (BPR# 33467)<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com<br>*Counsel for Defendants* | */s/ Steven J. Griffin*<br>STEVEN J. GRIFFIN (BPR# 40708)<br>Assistant Attorney General<br>RYAN N. HENRY (BPR# 40028)<br>Assistant Attorney General<br>TRENTON MERIWETHER (BPR# 38577)<br>Assistant Attorney General<br>BROOKE A. HUPPENTHAL (BPR# 40276)<br>Assistant Attorney General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov<br>*Counsel for Defendants* |
| HENRY C. LEVENTIS<br>United States Attorney<br>Middle District of Tennessee<br><br>*/s/ Rascoe Dean*<br>ELLEN BOWDEN MCINTYRE<br>RASCOE DEAN<br>Assistant United States Attorney<br>719 Church Street, Suite 33<br>Nashville, TN 37203<br>Telephone: (615) 736-5151<br>Facsimile: (615) 401-6626<br>Email: Rascoe.Dean@usdoj.gov | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>CHRISTINE STONEMAN<br>Chief, Federal Coordination and<br>Compliance Section<br><br>COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and<br>Compliance Section<br><br>*/s/ Tamica Daniel*<br>TAMICA DANIEL (DC Bar No. 995891)<br>Trial Attorney<br>Housing and Civil Enforcement Section<br>GLORIA YI (NY Bar No. 4873824)<br>ALYSSA C. LAREAU (DC Bar No. 494881)<br>Trial Attorneys<br>Federal Coordination and Compliance Section<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue NW – 4CON |

4

Washington, DC 20530
Tel.: (202) 598-9636
Tamica.Daniel@usdoj.gov
Gloria.Yi@usdoj.gov
Alyssa.Lareau@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2023, the undersigned filed the foregoing Joint Status Report via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| | |
|---|---|
| Steven J. Griffin<br>Trenton Meriwether<br>Ryan N. Henry<br>Brooke A. Huppenthal<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 3720<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>clark.hildabrand@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Adam K. Mortara<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com |
| | Cameron T. Norris (BPR# 33467)<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com |
| Coty Montag<br>Tamica Daniel<br>Gloria Yi<br>Alyssa C. Lareau<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Ave., NW – 4CON<br>Washington, DC 20530<br>Tel.: 202-598-9636<br>Coty.Montag@usdoj.gov<br>Tamica.Daniel@usdoj.gov<br>Gloria.Yi@usdoj.gov<br>Alyssa.Lareau@usdoj.gov | Ellen Bowden McIntyre<br>Rascoe Dean<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>Ellen.Bowden2@usdoj.gov<br>Rascoe.Dean@usdoj.gov |

*/s/ Stella Yarbrough*
Stella Yarbrough, BPR No. 033637
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org