# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al.,<br><br>*Plaintiffs*,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.,<br><br>*Defendants*. | **Civil No. 3:23-cv-00376**<br><br>**Judge Richardson**<br><br>**Judge Newbern** |

## JOINT STATUS REPORT

Pursuant to the Court's order, issued on October 30, 2023 [ECF No. 186], the Private Plaintiffs, Plaintiff-Intervenor the United States (together with Private Plaintiffs, the "Plaintiffs"), and Defendants (collectively, the "Parties") hereby submit this joint statement, updating the Court as to the status of the case.

## STATUS OF APPELLATE REMEDIES

The Parties have no material updates since filing their previous *Joint Status Report* on December 14, 2023 [ECF No. 189]. Defendants' deadline for filing a brief in opposition to the Private Plaintiffs' petition is currently set for February 2, 2024 [Pet. No. 23-466, Dec. 11, 2023]. Defendants' deadline for filing a brief in opposition to the United States' petition is currently set for February 5, 2024 [Pet. No. 23-477, Dec. 11, 2023]. The Private Plaintiffs and United States will have the opportunity to file reply briefs within 14 days of receipt of Defendants' respective

1

opposition briefs, should they wish for those replies to be distributed at conference for consideration with their petitions and Defendants' briefs in opposition.

*- Remainder of page intentionally left blank -*

Dated: January 29, 2024

Respectfully submitted,

*/s/ Stella Yarbrough*
Stella Yarbrough, BPR No. 033637
Lucas Cameron-Vaughn, BPR No. 036284
Jeff Preptit, BPR No. 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org
*Attorneys for the Plaintiffs*

Joshua A. Block*
Chase Strangio*
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel.: 212-549-2593
jblock@aclu.org
cstrangio@aclu.org
*Attorneys for the Plaintiffs*

Sruti J. Swaminathan*
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY 10005
Tel.: 212-809-8585
sswaminathan@lambdalegal.org
*Attorney for the Plaintiffs*

Tara Borelli*
Lambda Legal Defense and Education Fund, Inc.
1 West Court Square, Ste. 105
Decatur, GA 30030
Tel.: 404-897-1880
tborelli@lambdalegal.org
*Attorney for the Plaintiffs*

*admitted pro hac vice

Joseph L. Sorkin*
Dean L. Chapman, Jr.*
Kristen W. Chin*
Richard J. D'Amato*
Theodore J. Salwen*
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel.: 212-872-1000
jsorkin@akingump.com
dchapman@akingump.com
kristen.chin@akingump.com
rdamato@akingump.com
jsalwen@akingup.com
*Attorneys for the Plaintiffs*

Elizabeth D. Scott*
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Tel.: 214-969-2800
edscott@akingump.com
*Attorney for the Plaintiffs*

Christopher J. Gessner*
David Bethea*
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Tel.: 202-887-4000
cgessner@akingump.com
dbethea@akingump.com
*Attorneys for the Plaintiffs*

| | |
|---|---|
| Adam K. Mortara (BPR# 40089)<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com<br>*Counsel for Defendants*<br><br>Cameron T. Norris (BPR# 33467)<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com<br>*Counsel for Defendants* | */s/ Steven J. Griffin*<br>STEVEN J. GRIFFIN (BPR# 40708)<br>Assistant Attorney General<br>RYAN N. HENRY (BPR# 40028)<br>Assistant Attorney General<br>TRENTON MERIWETHER (BPR# 38577)<br>Assistant Attorney General<br>BROOKE A. HUPPENTHAL (BPR# 40276)<br>Assistant Attorney General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov<br>*Counsel for Defendants* |
| HENRY C. LEVENTIS<br>United States Attorney<br>Middle District of Tennessee<br><br>*/s/ Rascoe Dean*<br>ELLEN BOWDEN MCINTYRE<br>RASCOE DEAN<br>Assistant United States Attorney<br>719 Church Street, Suite 33<br>Nashville, TN 37203<br>Telephone: (615) 736-5151<br>Facsimile: (615) 401-6626<br>Email: Rascoe.Dean@usdoj.gov | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>CHRISTINE STONEMAN<br>Chief, Federal Coordination and<br>Compliance Section<br><br>COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and<br>Compliance Section<br><br>*/s/ Tamica Daniel*<br>TAMICA DANIEL (DC Bar No. 995891)<br>Trial Attorney<br>Housing and Civil Enforcement Section<br>GLORIA YI (NY Bar No. 4873824)<br>ALYSSA C. LAREAU (DC Bar No. 494881)<br>Trial Attorneys<br>Federal Coordination and Compliance Section<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue NW – 4CON |

4

Washington, DC 20530
Tel.: (202) 598-9636
Tamica.Daniel@usdoj.gov
Gloria.Yi@usdoj.gov
Alyssa.Lareau@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 29, 2024, the undersigned filed the foregoing Joint Status Report via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| | |
|---|---|
| Steven J. Griffin<br>Trenton Meriwether<br>Ryan N. Henry<br>Brooke A. Huppenthal<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 3720<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>clark.hildabrand@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Adam K. Mortara<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com |
| | Cameron T. Norris (BPR# 33467)<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com |
| Coty Montag<br>Tamica Daniel<br>Gloria Yi<br>Alyssa C. Lareau<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Ave., NW – 4CON<br>Washington, DC 20530<br>Tel.: 202-598-9636<br>Coty.Montag@usdoj.gov<br>Tamica.Daniel@usdoj.gov<br>Gloria.Yi@usdoj.gov<br>Alyssa.Lareau@usdoj.gov | Ellen Bowden McIntyre<br>Rascoe Dean<br>U.S. Attorney's Office for the Middle District of Tennessee<br>719 Church Street, Suite 300<br>Nashville, TN 37203<br>Ellen.Bowden2@usdoj.gov<br>Rascoe.Dean@usdoj.gov |

                                                  */s/ Stella Yarbrough*
                                                  Stella Yarbrough, BPR No. 033637
                                                  ACLU Foundation of Tennessee
                                                  P.O. Box 120160
                                                  Nashville, TN 37212
                                                  Tel.: 615-320-7142
                                                  syarbrough@aclu-tn.org