IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al., <br><br> *Plaintiffs*, <br> and <br><br> UNITED STATES OF AMERICA, <br><br> *Plaintiff-Intervenor*, <br> v. <br><br> JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al., <br><br> *Defendants*. | Civil No. 3:23-cv-00376 <br><br> **Judge Richardson** <br><br> **Judge Newbern** |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR THE UNITED STATES

Pursuant to Local Rule 83.01(g), the undersigned attorney respectfully files a notice of withdrawal. Ms. Daniel will be assuming a different position within the U.S. Department of Justice on May 6, 2024. Plaintiff-Intervenor United States of America will continue to be represented by counsel who have previously filed notices of appearance.

| | |
|---|---|
| Dated: April 29, 2024 | Respectfully submitted, |
| HENRY C. LEVENTIS<br>United States Attorney<br>Middle District of Tennessee | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| | CHRISTINE STONEMAN<br>Chief<br>Federal Coordination and<br>Compliance Section |
| ELLEN BOWDEN MCINTYRE<br>B.P.R.#023133<br>Assistant United States Attorney<br>719 Church Street, Suite 3300<br>Nashville, TN 37203<br>Telephone: (615) 736-5151<br>Facsimile: (615) 401-6626<br>Email: Ellen.Bowden2@usdoj.gov | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and<br>Compliance Section<br><br>s/ *Tamica Daniel*<br>TAMICA DANIEL (DC Bar No. 995891)<br>Trial Attorney<br>Housing and Civil Enforcement Section<br>ALYSSA C. LAREAU (NY Bar No. 516359)<br>GLORIA YI (NY Bar No. 4873824)<br>Trial Attorneys<br>Federal Coordination and Compliance Section<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 598-9636<br>Tamica.Daniel@usdoj.gov<br>Gloria.Yi@usdoj.gov<br>Alyssa.Lareau@usdoj.gov<br><br>*Attorneys for Plaintiff-Intervenor United States of America* |

# CERTIFICATE OF SERVICE

I certify that on April 29, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF system, if registered.

| | |
|---|---|
| Sruti J. Swaminathan, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Email: sswaminathan@lambdalegal.org | Tara L. Borelli, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Suite 105<br>Decatur, GA 30030<br>Email: tborelli@lambdalegal.org |
| Chase Strangio, Esq.<br>Joshua A. Block, Esq.<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>Email: cstrangio@aclu.org<br>Email: jblock@aclu.org | Jeff Preptit, Esq.<br>Lucas Cameron-Vaughn, Esq.<br>Stella Yarbrough<br>ACLU (Nashville Office)<br>P.O. Box 120160<br>Nashville, TN 37212<br>Email: jpreptit@aclu-tn.org<br>Email: lucas@aclu-tn.org<br>Email: syarbrough@aclu-tn.org |
| Dean L. Chapman Jr., Esq.<br>Joseph L. Sorkin, Esq.<br>Kristen W. Chin, Esq.<br>Richard J. D'Amato, Esq.<br>Theodore James Salwen, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Email: dchapman@akingump.com<br>Email: jsorkin@akingump.com<br>Email: Kristen.chin@akingump.com<br>Email: rdamato@akingump.com<br>Email: jsalwen@akingump.com | Christopher J. Gessner, Esq.<br>David Bethea, Esq.<br>Akin, Gump, Strauss, Hauer & Feld LLC<br>(DC Office)<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: cgessner@akingump.com<br>Email: dbethea@akingump.com |
| Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Email: edscott@akingump.com | |

| | |
|---|---|
| Steven J. Griffin, Esq.<br>Trenton Meriwether, Esq.<br>Ryan N. Henry, Esq.<br>Brooke A. Huppenthal, Esq.<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 3720<br>(615) 741-959<br>steven.griffin@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Adam Karl Mortara, Esq.<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>Email: mortara@lawfairllc.com |
| Cameron T. Norris, Esq.<br>Tiffany H. Bates, Esq.<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste 700<br>Arlington, VA 22209<br>Email: cam@consovoymccarthy.com<br>Email: tiffany@consovoymccarthy.com | |

    s/ *Tamica Daniel*
    Trial Attorney
    Civil Rights Division
    U.S. Department of Justice