IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| L.W., et. al., | ) |
| Plaintiff, | ) |
| v. | ) No. 3:23-CV-00376 |
| Skrmetti, et. al., | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.01, attorney Jeff Preptit, counsel for plaintiffs hereby files notice of withdrawing from representation of plaintiffs in this case and in support shows as follows:

1. The undersigned Jeff Preptit previously entered an appearance as counsel for plaintiffs in this matter.

2. Mr. Preptit is leaving the employment of the American Civil Liberties Union Foundation of Tennessee, Inc. for a different employment opportunity.

3. Attorneys Stella Yarbrough and Lucas Cameron-Vaugh of the ACLU Foundation of Tennessee, Inc, who are counsel of record in this case and duly admitted members of this Court's bar, will continue to represent plaintiffs.

4. Mr. Preptit's withdrawal from the case will not delay any action in the case.

THEREFORE, it is respectfully requested that attorney Jeff Preptit be granted leave to withdraw as counsel for plaintiffs in this matter.

Respectfully submitted, this the 19th day of September 2024.

/s/ Jeff Preptit
Jeff Preptit, BPR# 038451
ACLU Foundation of Tennessee
P.O. BOX 120160
Nashville, TN 37212
615.320.7142
JPreptit@aclu-tn.org

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024 a true and correct copy of the foregoing document has been served via the Court Electronic Case Filing system to:

Attorneys for Defendants,
Steven J Griffin
Assistant Attorney General,
Tennessee Office of the Attorney General
Steven.Griffin@ag.tn.gov

/s/ Jeff Preptit
Jeff Preptit