IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNEESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al.,<br><br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.,<br><br>Defendants. | Case No. 3:23-cv-00376<br><br>District Judge Richardson<br>Magistrate Judge Newbern |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR THE UNITED STATES

Pursuant to Local Rule 83.01(g), Plaintiff-Intervenor United States of America hereby notifies this Court that Assistant United States Attorneys Rascoe Dean and Ellen Bowden McIntyre are withdrawing as counsel of record in this action. Mr. Dean is leaving the U.S. Attorney's Office at the end of this week. The United States will continue to be represented by the Department of Justice attorneys on this matter.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee

s/ Rascoe Dean
RASCOE DEAN
Assistant United States Attorney
719 Church Street, Suite 3300

Nashville, TN 37203
Telephone: (615) 736-5151
Email: Rascoe.Dean@usdoj.gov

s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE
B.P.R. #023133
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: Ellen.Bowden2@usdoj.gov

*Counsel for Plaintiff-Intervenor United States of America*

# CERTIFICATE OF SERVICE

I certify that on February 26, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system, if registered.

| | |
|---|---|
| Tara L. Borelli, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Suite 105<br>Decatur, GA 30030<br>Email: tborelli@lambalegal.org | Dean L. Chapman Jr.<br>Joseph L. Sorkin, Esq.<br>Kristen W. Chin, Esq.<br>Richard J. D'Amato, Esq.<br>Theodore James Salwen, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Email: dchapman@akingump.com<br>Email: jsorkin@akingump.com<br>Email: Kristen.chin@akingump.com<br>Email: rdamato@akingump.com<br>Email: jsalwen@akingumb.com |
| Adam Karl Mortara, Esq.<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite200<br>Nashville, TN 37215<br>Email: mortara@lawf | Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Email: edscott@askingump.com |
| Chase Strangio, Esq.<br>Joshua A. Block, Esq.<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>Email: cstrangio@aclu.org<br>Email: jblock@aclu.org | Stella Yarbrough, Esq.<br>Lucas Cameron-Vaughn, Esq.<br>ACLU (Nashville Office)<br>P.O. Box 120160<br>Nashville, TN 37212<br>Email: syarbrough@aclu-tn.org<br>Email: lucas@aclu-tn.org |
| Christopher J. Gessner, Esq.<br>David Bethea, Esq.<br>Akin, Gump, Strauss, Hauer & Feld LLC (DC Office)<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: cgessner@askingump.com<br>Email: dbethea@askingump.com | Jeff Preptit, Esq.<br>Herzfeld Suetholz Gastel Leniski and Wall, PLLC<br>223 Rosa L. Parks Avenue Suite 300<br>Nashville, TN 37203<br>Email: jpreptit@aclu-tn.org |

| | |
|---|---|
| Sruti J. Swaminathan, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Email: sswaminathan@lamblegal.org | Steven J. Griffin, Esq.<br>Trenton M. Meriwether, Esq.<br>Brooke A. Huppenthal, Esq.<br>Ryan N. Henry, Esq.<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>Email: steven.griffin@ag.tn.gov<br>Email: Trenton.meriweather@ag.tn.gov<br>Email: brooke.huppenthal@ag.tn.gov<br>Email: ryan.henry@ag.tn.gov |
| Cameron T. Norris, Esq.<br>Tiffany H. Bates, Esq.<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste 70<br>Arlington, VA 22209<br>Email: cam@consovoymccarthy.com<br>Email: tiffany@consovoymccarthy.com | |

s/ Rascoe Dean
Rascoe Dean
Ellen Bowden McIntyre
Assistant United States Attorneys