IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

**ORDER:** The motion is **GRANTED**.

*[signature]*
Alistair E. Newbern
U.S. Magistrate Judge

L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al.,

    *Plaintiffs*,

and

UNITED STATES OF AMERICA,

    *Plaintiff-Intervenor*,

v.

JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.,

    *Defendants*.

**Civil No. 3:23-cv-00376**

**Judge Richardson**

**Judge Newbern**

## MOTION TO WITHDRAW COUNSEL FOR THE UNITED STATES

Plaintiff-Intervenor United States of America hereby moves to withdraw Coty Montag, Deputy Chief, Civil Rights Division, U.S. Department of Justice, as counsel of record in the above-captioned action. Ms. Montag is resigning from the U.S. Department of Justice on February 21, 2025.

Dated: February 19, 2025

ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee


ELLEN BOWDEN MCINTYRE
B.P.R.#023133
RASCOE S. DEAN
Assistant United States Attorneys

Respectfully submitted,

KATHLEEN WOLFE
Deputy Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief
Federal Coordination and Compliance Section

719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Facsimile: (615) 401-6626
Ellen.Bowden2@usdoj.gov
Rascoe.Dean@usdoj.gov

s/ *Coty Montag*
COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and
Compliance Section

GLORIA YI (NY Bar No. 4873824)
Deputy Chief, Federal Coordination and
Compliance Section

ALYSSA C. LAREAU (NY Bar No. 516359)
Trial Attorney
Federal Coordination and Compliance Section
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 598-9636
Alyssa.Lareau@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

CERTIFICATE OF SERVICE

I certify that on February 19, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system, if registered.

| | |
|---|---|
| Sruti J. Swaminathan, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Email: sswaminathan@lambdalegal.org | Tara L. Borelli, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Suite 105<br>Decatur, GA 30030<br>Email: tborelli@lambdalegal.org |
| Chase Strangio, Esq.<br>Joshua A. Block, Esq.<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>Email: cstrangio@aclu.org<br>Email: jblock@aclu.org | Lucas Cameron-Vaughn, Esq.<br>Stella Yarbrough<br>ACLU (Nashville Office)<br>P.O. Box 120160<br>Nashville, TN 37212<br>Email: lucas@aclu-tn.org<br>Email: syarbrough@aclu-tn.org |
| Dean L. Chapman Jr., Esq.<br>Joseph L. Sorkin, Esq.<br>Kristen W. Chin, Esq.<br>Richard J. D'Amato, Esq.<br>Theodore James Salwen, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Email: dchapman@akingump.com<br>Email: jsorkin@akingump.com<br>Email: Kristen.chin@akingump.com<br>Email: rdamato@akingump.com<br>Email: jsalwen@akingump.com | Christopher J. Gessner, Esq.<br>David Bethea, Esq.<br>Akin, Gump, Strauss, Hauer & Feld LLC<br>(DC Office)<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: cgessner@akingump.com<br>Email: dbethea@akingump.com |
| Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Email: edscott@akingump.com | Jeff Preptit, Esq.<br>Herzfeld Suetholz Gastel Leniski and Wall, PLLC<br>223 Rosa L. Parks Avenue Suite 300<br>Nashville, TN 37203<br>Email: jpreptit@aclu-tn.org |

| | |
|---|---|
| Steven J. Griffin, Esq.<br>Trenton Meriwether, Esq.<br>Ryan N. Henry, Esq.<br>Brooke A. Huppenthal, Esq.<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>steven.griffin@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Adam Karl Mortara, Esq.<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>Email: mortara@lawfairllc.com |
| Cameron T. Norris, Esq.<br>Tiffany H. Bates, Esq.<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste 700<br>Arlington, VA 22209<br>Email: cam@consovoymccarthy.com<br>Email: tiffany@consovoymccarthy.com | |

s/ *Coty Montag*
Deputy Chief
Civil Rights Division
U.S. Department of Justice