# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 30, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

    Re:  L. W., By and Through Her Parents and Next Friends, Samantha Williams and Brian Williams, et al.
v. Jonathan Skrmetti, Attorney General and Reporter for Tennessee, et al.
No. 23-466
(Your No. 23-5600)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk