# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

L. W., et al.

                Plaintiff,

v.                            Case No.: 3:23−cv−00376

Jonathan Skrmetti, et al.

                Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/10/2025 re [206].

Lynda M. Hill
s/ Caylor A Haynes, Deputy Clerk