IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, *et al.*,<br><br> *Plaintiffs*,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br> *Plaintiff-Intervenor*,<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, *et al.*,<br><br> *Defendants*. | No. 3:23-cv-376<br>JUDGE RICHARDSON<br>JUDGE NEWBERN |

**UNITED STATES' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the United States hereby dismisses its complaint in intervention with prejudice:

1. In April 2023, a group of individual plaintiffs challenged Tennessee's Senate Bill 1 ("SB1"), which "bann[ed] the use of certain medical procedures" for minors. *United States v. Skrmetti*, 145 S. Ct. 1816, 1826 (2025). The plaintiffs alleged that SB1 violated, among other things, the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution. *See* Doc. 1.

2. The United States intervened as a plaintiff pursuant to 42 U.S.C. § 2000h-2, similarly alleging that SB1 violated the Equal Protection Clause. *See* Doc. 38.

3. After the Sixth Circuit reversed the district court's preliminary injunction, the Supreme Court granted the United States' petition for a writ of certiorari "to decide whether SB1 violates the Equal Protection Clause." *Skrmetti*, 145 S. Ct. at 1828.

4. On February 7, 2025, the United States submitted a letter to the Court representing that the United States "has now determined that SB1 does not deny equal protection on account of sex or any other characteristic." *Id.* at 1828 n.1 (quoting Letter from C. Gannon, Deputy Solicitor General, to S. Harris, Clerk of Court, February 7, 2025).

5. On June 18, 2025, the Supreme Court issued its opinion in *United States v. Skrmetti*. The Court "concluded" SB1 "does not violate" the Equal Protection Clause. *Id.* at 1837. The Court thus affirmed the Sixth Circuit's judgment reversing the district court's preliminary injunction. *Id.* On July 21, 2025, a certified copy of the Supreme Court's judgment was sent to the Clerk of the Sixth Circuit.

6. After the Supreme Court's decision in *Skrmetti*, the individual plaintiffs voluntarily dismissed their complaint. Doc. 205. That dismissal does not terminate the United States' complaint in intervention made pursuant to 42 U.S.C. § 2000h-2. *See Pasadena City Bd. of Ed. v. Spangler*, 427 U.S. 424, 430-31 (1976).

7. In light of the United States' determination that SB1 does not deny equal protection on account of sex or any other characteristic, and the Supreme Court's decision in *Skrmetti*, the United States' participation in this matter no longer serves the "statutory purpose" set forth in § 2000h-2. *Pasadena City*, 427 U.S. at 430-31.

8. The United States' complaint in intervention is hereby dismissed with prejudice.

Dated: July 21, 2025						Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement
Section

*/s/ Tamica Daniel*
TAMICA DANIEL (DC Bar No. 995891)
Deputy Chief
Housing and Civil Enforcement Section
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 598-9636
Tamica.Daniel@usdoj.gov

*Counsel for Plaintiff-Intervenor*

# CERTIFICATE OF SERVICE

I certify that on July 21, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system, if registered.

| | |
|---|---|
| Sruti J. Swaminathan, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Email: sswaminathan@lambdalegal.org | Tara L. Borelli, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>1 West Court Square, Suite 105<br>Decatur, GA 30030<br>Email: tborelli@lambdalegal.org |
| Chase Strangio, Esq.<br>Joshua A. Block, Esq.<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>Email: cstrangio@aclu.org<br>Email: jblock@aclu.org | Lucas Cameron-Vaughn, Esq.<br>Stella Yarbrough<br>ACLU (Nashville Office)<br>P.O. Box 120160<br>Nashville, TN 37212<br>Email: lucas@aclu-tn.org<br>Email: syarbrough@aclu-tn.org |
| Christopher J. Gessner, Esq.<br>Dean L. Chapman Jr., Esq.<br>Joseph L. Sorkin, Esq.<br>Kristen W. Chin, Esq.<br>Richard J. D'Amato, Esq.<br>Theodore James Salwen, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Email: cgessner@akingump.com<br>Email: dchapman@akingump.com<br>Email: jsorkin@akingump.com<br>Email: Kristen.chin@akingump.com<br>Email: rdamato@akingump.com<br>Email: jsalwen@akingump.com | David Bethea, Esq.<br>Akin, Gump, Strauss, Hauer & Feld LLC (DC Office)<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: dbethea@akingump.com |
| Elizabeth D. Scott<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Email: edscott@akingump.com | Jeff Preptit, Esq.<br>Herzfeld Suetholz Gastel Leniski and Wall, PLLC<br>223 Rosa L. Parks Avenue Suite 300<br>Nashville, TN 37203<br>Email: jpreptit@aclu-tn.org |

| | |
|---|---|
| Steven J. Griffin, Esq.<br>Trenton Meriwether, Esq.<br>Ryan N. Henry, Esq.<br>Brooke A. Huppenthal, Esq.<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>steven.griffin@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Adam Karl Mortara, Esq.<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>Email: mortara@lawfairllc.com |
| Cameron T. Norris, Esq.<br>Tiffany H. Bates, Esq.<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste 700<br>Arlington, VA 22209<br>Email: cam@consovoymccarthy.com<br>Email: tiffany@consovoymccarthy.com | |